**FOX ROTHSCHILD LLP**
Richard B. Cohen (RC 5103)
Carolyn D. Richmond (CR 0993)
Daniel A. Schnapp (DS 3484)
100 Park Avenue, Suite 1500
New York, New York 10017
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
**Attorneys for Defendants**
Warrior Fitness Boot Camp, LLC
Alexander Kenneth Fell
Ruben Dario Belliard
Jennifer J. Lee
Nancy Baynard



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURE POWER BOOT CAMP, INC., PURE POWER BOOT CAMP FRANCHISING CORPORATION, and PURE POWER BOOT CAMP JERICHO INC., <br><br> Plaintiffs, <br><br> - against – <br><br> WARRIOR FITNESS BOOT CAMP, LLC; ALEXANDER KENNETH FELL a/k/a ALEX FELL, Individually; RUBEN DARIO BELLIARD a/k/a RUBEN BELLIARD, Individually; JENNIFER J. LEE, Individually; and NANCY BAYNARD, Individually, <br><br> Defendants. | Case No._____ <br><br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualifications or recusal, the undersigned attorney of record for defendants, Warrior Fitness Boot Camp, LLC, Alexander Kenneth Fell a/k/a Alex Fell, Individually, Ruben Dario Belliard a/k/a Ruben Belliard, Individually, Jennifer J. Lee, Individually, and

Nancy Baynard, Individually, certifies that the following are corporate parents, affiliates and/or subsidiaries of Warrior Fitness Boot Camp, LLC, which are publicly held:

None.

FOX ROTHSCHILD LLP

By: /s/
Richard B. Cohen (RC 5103)
Carolyn D. Richmond (CR 0993)
Daniel A. Schnapp (DS 3484)
100 Park Avenue, Suite 1500
New York, New York 10017
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
**Attorneys for Defendants**
Warrior Fitness Boot Camp, LLC
Alexander Kenneth Fell
Ruben Dario Belliard
Jennifer J. Lee
Nancy Baynard
