UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

PURE POWER BOOT CAMP, INC.,
PURE POWER BOOT CAMP FRANCHISING         NOTICE OF APPEARANCE
CORPORATION, and PURE POWER BOOT
CAMP JERICHO INC.,                       Index No.: 08 CV 4810 (JGK)

               Plaintiffs

        -against-

WARRIOR FITNESS BOOT CAMP, LLC,
ALEXANDER KENNETH FELL a/k/a ALEX
FELL, Individually; RUBEN DARIO BELLIARD
a/k/a RUBEN BELLIARD, Individually;
JENNIFER J. LEE Individually; and NANCY
BAYNARD, Individually,

              Defendants.
-----------------------------------------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance on behalf of plaintiffs in this action.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York          Bahn, Herzfeld & Multer, LLP.
        May 30, 2008

                                 S/HERZFE 25%tenog
                                 By: RICHARD L. HERZFELD (RLH 0642)

                                 Attorneys for Plaintiffs
                                 555 Fifth Avenue
                                 New York, N.Y.  10017
                                 (212) 818-9019
                                 BHMLLP@aol.com

                                 Stacey Richman, Esq.
                                 Law Offices of Stacey Richman
                                 Attorneys for Plaintiffs
                                 2027 Williamsbridge Road
                                 Bronx, NY 10461