```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------

PURE POWER BOOT CAMP ET AL,

                Plaintiff,        08 Civ. 4810 (JGK)

      - against -             ORDER

WARRIOR FITNESS BOOT,

                Defendant.
-------------------------------------

JOHN G. KOELTL, District Judge:

    The plaintiff's supplemental papers in support of a motion for a preliminary injunction are due **June 6, 2008**. The responsive papers are due **June 20, 2008**. The reply is due **June 27, 2008**. Another hearing is scheduled **July 10, 2008** at 4:00 p.m.

SO ORDERED.

Dated:    New York, New York
           June 4, 2008

                                      John G. Koeltl
                               United States District Judge