UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PURE POWER BOOT CAMP, INC.,
PURE POWER BOOT CAMP FRANCHISING
CORPORATION, and PURE POWER BOOT
CAMP JERICHO INC.,

SUPPLEMENTAL AFFIDAVIT
OF ELIZABETH LORENZI
IN SUPPORT OF MOTION
Index No.: 08 CV 4810 (JGK)

Plaintiffs

-against-

WARRIOR FITNESS BOOT CAMP, LLC,
ALEXANDER KENNETH FELL a/k/a ALEX
FELL, Individually; RUBEN DARIO BELLIARD
a/k/a RUBEN BELLIARD, Individually;
JENNIFER J. LEE Individually; and NANCY
BAYNARD, Individually,

Defendants.
-----------------------------------------------------------x

STATE OF NEW YORK :
                    s.s.:
COUNTY OF NEW YORK:

ELIZABETH LORENZI, being duly sworn, deposes and says
1. I am an assistant to Lauren Brenner at plaintiffs' New York facility.

2. On June 4th, we were visited by a rubbish removal worker, soliciting our business. In the course of our conversation, he remarked that our place looked just like Warrior Fitness'. I was unaware of the significance of the statement at the time and did not get his name.

Sworn to me this day
of June, 2008

EVANGELISTA-MARTE
NOTARY PUBLIC, State of New York
No. 01MA6148823
Qualified in Kings County
Commission Expires July 17, 2010