UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

PURE POWER BOOT CAMP, INC.,
PURE POWER BOOT CAMP FRANCHISING  　　　　　Rule 7.1 Statement
CORPORATION, and PURE POWER BOOT
CAMP JERICHO INC.,  　　　　　　　　　　　　08 CV 4810 (JGK)

　　　　　　　　Plaintiffs

　　　　-against-

WARRIOR FITNESS BOOT CAMP, LLC,
ALEXANDER KENNETH FELL a/k/a ALEX
FELL, Individually; RUBEN DARIO BELLIARD
a/k/a RUBEN BELLIARD, Individually;
JENNIFER J. LEE Individually; and NANCY
BAYNARD, Individually,

　　　　　　　　Defendants.
----------------------------------------x

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiffs hereby certify that there are no parent corporations for any plaintiff and no publicly held corporation which owns more than 10% of any plaintiff's stock.

Dated:　New York, New York
　　　　June 9, 2008

　　　　　　　　　　　　　　　　　　BAHN HERZFELD & MULTER, LLP
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

　　　　　　　　　　　　　　　　　　S/HERZFE 25%tenoq/
　　　　　　　　　　　　　　　　　　By: Richard L. Herzfeld (0642)
　　　　　　　　　　　　　　　　　　　　555 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　NY NY 10175
　　　　　　　　　　　　　　　　　　　　212-818-9019