UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PURE POWER BOOT CAMP, INC.,           SUPPLEMENTAL
PURE POWER BOOT CAMP FRANCHISING    AFFIDAVIT OF DENISE PARKER
CORPORATION, and PURE POWER BOOT     IN SUPPORT OF MOTION
CAMP JERICHO INC.,                            Index No.: 08 CV 4810 (JGK)

                      Plaintiffs

                      -against-

WARRIOR FITNESS BOOT CAMP, LLC,
ALEXANDER KENNETH FELL a/k/a ALEX
FELL, Individually; RUBEN DARIO BELLIARD
a/k/a RUBEN BELLIARD, Individually;
JENNIFER J. LEE Individually; and NANCY
BAYNARD, Individually,

                      Defendants.
------------------------------------------------------------------x

STATE OF NEW YORK :
                 s.s.:
COUNTY OF NEW YORK:

      DENISE PARKER, being duly sworn, deposes and says:

      1.     I am the assistant to Lauren Brenner at plaintffs' NewYork facility.

      2.     My desk is dirctly outside Lauren's office and on the evening of March 31st, Ruben Belliard walked past me to go into her office.

      3.     I told him that he was not allowed to go in but he continued past me into her office, saying, "I will deal with Lauren and I need privacy." He was in there for a little over a half hour. He then walked out with his bag and said to me "Hey Denise I'm done." I just quit! I am going into

construction business with my family."

_____

Sworn to me this 6 day

of June, 2008

_____

RICHARD L. HERZFELD
Notary Public, State of New York
No. 02HE4744479
Qualified in Kings County
Commission Expires June 30, 2011