UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

PURE POWER BOOT CAMP, INC.,      SUPPLEMENTAL AFFIDAVIT
PURE POWER BOOT CAMP FRANCHISING     OF ELIZABETH LORENZI
CORPORATION, and PURE POWER BOOT     IN SUPPORT OF MOTION
CAMP JERICHO INC.,     Index No.: 08 CV 4810 (JGK)

               Plaintiffs

               -against-

WARRIOR FITNESS BOOT CAMP, LLC,
ALEXANDER KENNETH FELL a/k/a ALEX
FELL, Individually; RUBEN DARIO BELLIARD
a/k/a RUBEN BELLIARD, Individually;
JENNIFER J. LEE Individually; and NANCY
BAYNARD, Individually,

               Defendants.
----------------------------------------------------------x

STATE OF NEW YORK :
               s.s.:
COUNTY OF NEW YORK:

     ELIZABETH LORENZI, being duly sworn, deposes and says
1.     I am an assistant to Lauren Brenner at plaintiffs' NewYork facility.

2.     On June 4th, we were visited by a rubbish removal worker, soliciting our business.

In the course of our conversation, he remarked that our place looked just like Warrior Fitness'. I was unaware of the significance of the statement at the time and did not get his name.

_____

Sworn to me this day
of June, 2008

EVANGELISTA-MARTE
NOTARY PUBLIC, State of New York
No. 01MA6148823
Qualified in Kings County
Commission Expires July 17, 2010