

**Fox Rothschild LLP**
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

Daniel A. Schnapp
Direct Dial: (212) 878-7960
Email Address: dschnapp@foxrothschild.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

June 10, 2008

**_VIA FAX (212) 805-7912_**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**

John G. Koeltl, U.S.D.J.
6/10/08

Re:   **Pure Power Boot Camp, et al. v. Warrior Fitness, et al.
      08 Civ. 4810 (JGK) (THK)**

Your Honor:

This firm represents Defendants in the above-referenced action. We write to respectfully request an approximate two-week adjournment of the time for Defendants to submit their opposition to Plaintiffs' Motion for a Preliminary Injunction.

As the Court is aware, we submitted a letter application to the Court yesterday seeking direction from the Court as to which of Plaintiffs' multiple motion papers we were required to respond. On June 9, 2008, the Court ordered that Defendants are to respond to all of the allegations in all of Defendants' papers but to point out to the Court which allegations are contradictory. The Court also directed that Defendants request additional time to submit their opposition papers if Defendants deemed it necessary. (A copy of the June 9 Order is attached hereto as Exhibit "A.")

Accordingly, in light of the fact that Plaintiffs have filed two memoranda of law, two affidavits of Plaintiffs' owner, and numerous other affidavits with new factual allegations, we respectfully request that Defendants' time to submit their opposition papers be extended from June 20, 2008 to July 3, 2008, that Plaintiffs' time to reply be extended from June 27, 2008 to July 11, 2008, and that oral argument on the motion be heard on July 24, 2008 instead of July 10, 2008.

It is anticipated that such an extension will also give the Court ample time to resolve the outstanding discovery dispute concerning the e-mails that Defendants believe were stolen or are privileged and that have no place in Defendants' motion or lawsuit.



Fox Rothschild LLP
ATTORNEYS AT LAW

Hon. John G. Koeltl
June 10, 2008
Page 2

We thank the Court for its attention to these matters.

Respectfully submitted,

Daniel A. Schnapp

Enc.

cc:    Richard L. Herzfeld, Esq.