UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURE POWER BOOT CAMP, INC.; PURE POWER BOOT-CAMP FRANCHISING CORPORATION; and PURE POWER BOOT CAMP JERICHO INC.,<br><br>Plaintiffs,<br><br>- against –<br><br>WARRIOR FITNESS BOOT CAMP, LLC; ALEXANDER KENNETH FELL a/k/a ALEX FELL, Individually; RUBEN DARIO BELLIARD a/k/a RUBEN BELLIARD, Individually; JENNIFER J. LEE, Individually; and NANCY BAYNARD, Individually,<br><br>Defendants. | Case No. 08-cv-4810 (JGK) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Eli Z. Freedberg, Esq. of the law firm Fox Rothschild LLP, hereby enters his appearance as counsel for Warrior Fitness Boot Camp, LLC, Alexander Kenneth Fell, a/k/a/ Alex Fell, Ruben Dario Belliard, a/k/a Ruben Belliard, Jennifer J. Lee and Nancy Baynard (collectively the "Defendants"), to represent them in connection with the above-captioned proceeding (the "Proceeding"). Mr. Freedberg's address and telephone number are:

> Fox Rothschild LLP
> 100 Park Avenue, 15th Floor
> New York, New York 10017
> Attn: Eli Z. Freedberg, Esq.
> Tel: (212) 878-7970
> Fax: (212) 692-0940
> Email: efreedberg@foxrothschild.com

Dated:   New York, New York
         June 12, 2008

                    FOX ROTHSCHILD LLP
                    Counsel to Defendants
                    Warrior Fitness Boot Camp, LLC, Alexander
                    Kenneth Fell, a/k/a/ Alex Fell, Ruben Dario
                    Belliard, a/k/a Ruben Belliard, Jennifer J. Lee
                    and Nancy Baynard

                    By: _____
                          Eli Z. Freedberg (EF-6854)
                          100 Park Avenue, 15th Floor
                          New York, New York 10017
                          (212) 878-7900

NY1 129570v1 06/12/08

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notice of such filing to the following:

Richard L. Herzfeld, Esq.
Bahn, Herzfeld & Multer, LLP
555 Fifth Avenue, 14th Floor
New York, NY 10017

By: _____
Eli Z. Freedberg (EF-6854)
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900

NY1 129570v1 06/12/08