**FOX ROTHSCHILD LLP**
BY: DANIEL A. SCHNAPP, ESQ. (DS 3484)
*Attorneys for Defendants*
100 PARK AVENUE, SUITE 1500
NEW YORK, NEW YORK 10016
(212) 878-7900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURE POWER BOOT CAMP, INC. PURE POWER BOOT-CAMP FRANCHISING CORPORATION, and PURE POWER BOOT CAMP JERICHO INC.,<br><br>Plaintiffs,<br><br>- against –<br><br>WARRIOR FITNESS BOOT CAMP, LLC; ALEXANDER KENNETH FELL a/k/a ALEX FELL, Individually; RUBEN DARIO BELLIARD a/k/a RUBEN BELLIARD, Individually; JENNIFER J. LEE, Individually; and NANCY BAYNARD, Individually,<br><br>Defendants. | ECF Case<br>Case No. 08-cv-4810 (JGK) (THK)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that Defendants hereby move for an Order Precluding the Use or Disclosure of Specific E-mails Illegally Obtained by Plaintiffs, Pure Power Boot-Camp, Inc., Pure Power Boot-Camp Franchising Corp., and Pure Power Boot-Camp Jericho Inc., directing the immediate return of the E-mails, and granting Defendants their attorney's fees, costs, and disbursements resulting from Plaintiffs' illegal actions.

Daniel A. Schnapp (DS 3484)
FOX ROTHSCHILD, LLP
100 PARK AVENUE, 15th FLOOR
NEW YORK, NY 10017