UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PURE POWER BOOT CAMP, INC.
PURE POWER BOOT-CAMP FRANCHISING
CORPORATION, and PURE POWER BOOT
CAMP JERICHO INC.,

                  Plaintiffs,

         - against –

WARRIOR FITNESS BOOT CAMP, LLC;
ALEXANDER KENNETH FELL a/k/a ALEX FELL,
Individually; RUBEN DARIO BELLIARD
a/k/a RUBEN BELLIARD, Individually;
JENNIFER J. LEE, Individually;
and NANCY BAYNARD, Individually,

               Defendants.

**ECF Case**
**Case No. 08-cv-4810 (JGK) (THK)**

**DECLARATION OF**
**DANIEL A. SCHNAPP**

     **DANIEL A. SCHNAPP, ESQ.,** declares pursuant to 28 U.S.C. § 1746 as follows:

    1. I am associated with the law firm of Fox Rothschild LLP, attorneys for Defendants, Warrior Fitness Boot Camp, LLC, Alexander Kenneth Fell, Ruben Dario Belliard, Jennifer J. Lee and Nancy Baynard ("Defendants").

    2. This declaration is respectfully submitted in support of Defendants' Motion for an Order Precluding the Use or Disclosure of Specific E-mails Illegally Obtained by Plaintiffs, Pure Power Boot-Camp, Inc., Pure Power Boot-Camp Franchising Corp., and Pure Power Boot-Camp Jericho Inc. (collectively "Plaintiffs"), directing the immediate return of the E-mails, and granting Defendants their attorney's fees, costs, and disbursements resulting from Plaintiffs' illegal actions. I am familiar with the factual matters set forth herein.

## **Background**

3.  This case arises out of Plaintiffs' attempt to shut down Defendants' business, in order to insulate Plaintiffs' business from ordinary commercial competition and to wear down Defendants, two of whom are Plaintiffs' former employees and former Marines.

4.  In order to support their claims, Plaintiffs have illegally accessed Defendants' personal e-mail accounts in violation of several Federal and State laws.

5.  The e-mails at issue, which form the basis of Plaintiff's Complaint and Motion for a Preliminary Injunction, were drafted or received on Defendants' own computers, on their own personal time, and on their own personal e-mail accounts.

6.  In order to gain access to these e-mails, Plaintiffs' principal, Lauren Brenner, and/or her agents, hacked into Defendants' personal e-mails after Defendants were no longer working for Plaintiffs and when Defendants' expectation of privacy was at its height. Plaintiffs read, downloaded, and printed these e-mails without the consent of the Defendants.

7.  Plaintiffs have even gone so far as to remove or blur out the time or date these e-mails were illegally accessed. This amounts to sanctionable spoliation of evidence.

8.  Attached to this declaration collectively as Exhibit "A" are the subject e-mails that were illegally procured by Plaintiffs for use in this case.

9.  On June 4, 2008, during a conference before the Court, Plaintiffs' counsel claimed on the record that these e-mails were recovered because Defendants gave them their passwords for their e-mail accounts. Attached to this Declaration as Exhibit "B" is a true and correct copy of the relevant page of the transcript from the conference.

10. Plaintiffs' allegation is patently false. As set forth in the Affidavit of Alex Fell, sworn to on June 30, 2008, Defendants neither consented to, nor authorized the Plaintiffs to access their e-mail accounts

2

under any circumstances. Also, this claim is false because Defendants would have had to have implausibly given Plaintiffs access to three e-mail accounts, including one for Defendant Warrior Fitness. In any event, the e-mails were stolen more than a month after Defendants Fell and Belliard left Plaintiffs' employ and about four days before Plaintiffs filed suit.

11. Several of the e-mails are also cloaked with attorney-client privilege and/or the attorney work product privilege.

12. As more fully set forth in the accompanying Memorandum of Law, Plaintiffs accessed these e-mails in violation of New York Federal and State law, violated Defendants' absolute expectation of privacy, have engaged in spoliation of evidence, and must be precluded from using the e-mails in this case.

WHEREFORE, Defendants respectfully urge that the Court grant their motion in its entirety.

Dated: New York, New York
July 1, 2008

Daniel A. Schnapp (DS 3484)

3

**EXHIBIT A**

**<u>EMAIL 1</u>**

 Windows Live™

**Check these bootcamp places out**
From: **Jennifer J. Lee** (jennifer_j_lee@yahoo.com)
Sent: Tue 7/24/07 5:30 PM
To: Alex Fell (afell@tmo.blackberry.net); ALEX FELL (kappamarine@hotmail.com)

http://www.jaysbootcamp.com/

http://www.crossfitkc.com/

http://www.usmcfitnessbootcamp.com/

http://www.platoonfitness.com/

http://www.bulldogbootcamp.com/

http://www.ocbootcamp.com/

http://www.startfitness.com/

http://www.underdogfitness.com/programs/outdoor/bootcamp.html

http://www.teamdelta.net/boot_fit.htm

http://www.fitboot.com/

http://www.achieve-fitness.com/boot_camp_manhattan.htm

http://www.efitnessedge.com/

http://www.bootcampfitnessnyc.com/intro.asp

http://www.livescience.com/health/ap_051108_boot_camp.html

http://www.nytimes.com/2007/03/01/fashion/01Fitness.html?ex=1330405200&en=4190877a76611caf&ei=5088&partner=rssnyt&emc=rss

http://www.msnbc.msn.com/id/18909564/

------------------

Thought of another way to sell how yours is different
(besides being Marines, upsell of discounts, etc).
But, looks like all these other bootcamp places are
outside. Yours is better cause no matter the weather,
classes are always still on.

I like how some use 0600 hours to make it very
military like.

It's interesting that the prices are so much less at
these non-NYC places.

Thinking way out of the box... but what about having
men only and women only and men/women classes? Just a
thought. I thought the NY Times article was
interesting.

Jennifer J. Lee
773-230-9115 (cell)
212-982-5163 (work)
www.bobbyflay.com

Windows Live Hotmail Print Message          Page 1 of 2

 Windows Live™

---

## GoDaddy.com Order Confirmation

**From: sales@godaddy.com**
Sent: Wed 7/25/07 2:15 AM
To: kappamarine@hotmail.com

---



ORDER CONFIRMATION from GODADDY.COM

---

**Tuesday, July 24, 2007 7:14:55 PM**

Dear Alexander Fell,

Thank you for ordering from GoDaddy.com! This email contains important information regarding your recent purchase — please save it for reference.

CUSTOMER NUMBER: 15519360
LOGIN NAME: 15519360
RECEIPT NUMBER: 75430696
ORDER TOTAL: $22.18
CUSTOMER SERVICE: (480) 505-8877

| QTY | ITEM | PRICE |
|---|---|---|
| 1 | .COM Domain Name Registration - 1 Year WARRIORFITNESSBOOTCAMP.COM | $2.19 |
| 1 | Deluxe Email (1 GB/5 Boxes) | $19.99 |

|  |  |
|---|---|
| Subtotal: | $22.18 |
| Shipping & Handling: | $0.00 |
| Tax: | $0.00 |
| Total: | $22.18 |

**Important Information concerning your purchase:**

| | | |
|---|---|---|
| Domain Registration | Product Info | Legal Agreement |
| Free Complete Email | Product Info | Legal Agreement |
| Free Hosting w/ Web Site Builder | Product Info | |
| Quick Blog | Product Info | Legal Agreement |
| Starter Web Page or | Product | |

**Special Offers & Helpful Hints**



$1.99 DOMAINS

Domains are only **$1.99** with any new, non-domain purchase. No quantity limit!

**FREE** with every domain:
- Hosting**
- Web builder
- Blog
- Personalized Email
- AND MORE!

Learn more now

---

Deluxe Hosting - Just $6.29/mo for 12 months! Save 10%! Host with 50,000MB space, 500GB transfer, FREE software & more!

---

Deluxe Email - Just $19.99/yr! Advertising-free and protected from fraud, spam & viruses!

---

WebSite Tonight® Deluxe - Just $8.10/mo for 12 months! Build your site online in minutes! Save 10%!

---

**How Do I...?**

▶ Create my email account?

▶ Set up my hosting account?

▶ Receive my Google® AdWords® or Microsoft® adCenter credit?

▶

Windows Live Hotmail Print Message

| For Sale Page | Info | |
| Webmail | Product Info | Legal Agreement |

Log in to the Go Daddy® Account Manager to set up and/or manage your free and purchased products:

1.  Go to the GoDaddy.com home page and click "My Account."
2.  Enter your log in name (or customer number) and password, then click "Secure Login," which will take you to the Account Manager where you may manage your products and services.

Download your free print-quality guide, *Making the Internet Work for You* here.

Adobe® Reader® is needed to view this guide. To download it click here.

If you have any questions about this order or the products/services you've purchased, please feel free to:

*   Contact Customer Support at (480) 505-8877
*   Email us at support@godaddy.com

Sincerely,
GoDaddy.com

Get answers to product setup questions?

▶ Register more domain names?
▶ Make a domain name private?
▶ Manage a registered domain name?
▶ Forward a domain name?
▶ Renew domain names?
▶ Transfer domain names to Go Daddy?
▶ Set up my dedicated or virtual dedicated server?
▶ Drive web traffic using Traffic Blazer®?
▶ Find out about what's new with products and services?
▶ Activate my Free Practical eCommerce subscription?
▶ View Legal Agreements?

Life Online™ with
BOB PARSONS™
Live every Wednesday at 1ᴘᴹ (PT)/4ᴘᴹ (ET)

Prices are current as of 7/24/2007, and may be changed without notice.
*Plus ICANN fee of 20 cents per domain name year. Visit our Web site for details.
**Free hosting w/domain name is ad-supported hosting. Ad-supported Web sites contain relevant online advertising on a small portion of the site, but DO NOT include obtrusive pop-up ads.

Copyright © 2007 GoDaddy.com. All rights reserved.

**<u>EMAIL 2</u>**

Windows Live Hotmail Print Message                                        Page 1 of 2

 Windows Live™

---

## RE: Hey Bro
**From:** **ALEX FELL** (kappamarine@hotmail.com)
**Sent:** Thu 3/13/08 8:41 PM
**To:** Jon Milstein (jmilstein@cox.net)

---

In the city. You still talk to anybody from VCU?

---

From: jmilstein@cox.net
To: kappamarine@hotmail.com
Subject: Re: Hey Bro
Date: Wed, 12 Mar 2008 19:24:25 -0500

I love the fact you went into the hazing business professionally.

So where in New York are you? The city? Or upstate?

> ----- Original Message -----
> **From:** ALEX FELL
> **To:** Jon Milstein
> **Sent:** Wednesday, March 12, 2008 8:44 AM
> **Subject:** RE: Hey Bro
>
> Yeah man, I've been running a boot camp gym up here for the last 3 years and I'm in the process of starting my own with a business partner. It's been a hard process, starting a business. We've been at this now for 8 months but we are close to finalizing a lease deal. I am excited.  My business partner is a guy I was in the Marines with and also works with me.
> I was a camera operator. I actually went to film school here in New york and planned on really getting into the industry as a Cinematographer. Bought an HD camera and did a couple of jobs. Nothing too serious but then I fell into this job. I love it.
>
> I do know TriCare. I used to have my Dental insurance with you guys. Not surprised you work in some capacity with the government being that you live in NOVA.
>
> It's crazy but I can't believe the time has gone by so quick. Give me a ring if you're ever in town.
> Good luck with your interview.
> -Alex
>
> > From: jmilstein@cox.net
> > To: kappamarine@hotmail.com
> > Subject: Re: Hey Bro
> > Date: Wed, 12 Mar 2008 06:56:44 -0500
> >
> > Dude!
> >
> > Colin was telling me you run a boot camp? That's so funny! I'm good... I'm in Northern Virginia, where I've been for most of the last 10 years. God, its strange that it's really been that long. I work as a Curriculum Developer for TRICARE- you know TRICARE, right? I work in the training department. It's boring, I'm actually interviewing for a job tomorrow morning.
> >
> > But no, I'm not married... still in the dating pool. Man, I actually haven't even been seeing anyone for a few months now, but I think I'm just about to get something started here... not sure though.

Thanks for the video love. A friend and I have entered this thing called the 48 Hour Movie project, so we'll be coming up with a new short soon. Oh, Colin mentioned you were a camera operator? That's really cool man. I actually was doing that a little for just the local cable company here, but then I decided against making a show for public access. Too stupid, no one would watch. It's got to be for the web.

Jon

----- Original Message -----
**From:** Alex Fell
**To:** jmilstein@cox.net
**Sent:** Tuesday, March 11, 2008 8:53 PM
**Subject:** Hey Bro

Jon, what's up man? Colin told me that you guys have been in touch. What's new in the last 10 years? You married? What are you doing for work? Where the hell do you live? Colin sent me the link to your video, funny as hell.
I'm in New York. Things are good. Hope all is well. Keep in touch

-Alex

Climb to the top of the charts! Play the word scramble challenge with star power. Play now!

Climb to the top of the charts! Play the word scramble challenge with star power. Play now!

**EMAIL 3**

 Windows Live™

---

**NW Term - revised**

From: **Jennifer J. Lee** (jennifer_j_lee@yahoo.com)
Sent: Wed 12/05/07 5:32 PM
To: ALEX FELL (kappamarine@hotmail.com)
Attachments: NW termination.doc (19.6 KB)

Security scan upon download  TREND

---

Hi honey. You certainly do know how to write a
business letter! I think it's nearly perfect. I put a
few minor tweaks in it. Let me know what you think.

Looks great.

They make me SO mad. I am so sorry about this.

Jennifer J. Lee
773-230-9115 (cell)
212-982-5163 (work)
www.bobbyflay.com

December 5, 2007

Jordan Cohn
Cristina Hawes-Moore
Northwest Atlantic, Real Estate Services
711 Westchester Avenue, 2nd Floor
White Plains, NY 10604

Jordan and Christina:

We, Warrior Fitness Boot Camp, are terminating our agreement with you as of December 5, 2007. We feel that you cannot provide us with the level of attention that we need.

Thank you for your time. If you have any questions please call (917) 903-5387.

Thank you,

Warrior Fitness Boot Camp
Alex Fell, Owner
Ruben Belliard, Owner

**EMAIL 4**

 Windows Live™

---

## RE: Revised proposal 104 w 27
From: **ALEX FELL** (kappamarine@hotmail.com)
Sent: Mon 2/11/08 3:09 PM
To: Ryan Magner (ryan.nycru@gmail.com)

---

Send it.

---

Date: Mon, 11 Feb 2008 10:01:51 -0500
From: ryan.nycru@gmail.com
To: kappamarine@hotmail.com
Subject: Re: Revised proposal 104 w 27

Yeah that won't be a problem. The landlord told me they are getting rid if the tenant this month. Do I need to hear back from Ruben also or can I send it to the landlord?

Hope all is well,

Ryan

On Feb 11, 2008 9:56 AM, ALEX FELL <kappamarine@hotmail.com> wrote:

> Ryan,
>
> It looks good.
> I walked by there this weekend and it looks like there is a store still in business on the first floor. Will we be able to use the elevator or an existing staircase until that tenant leaves?
>
> -Alex
>
> ---
>
> > Date: Mon, 11 Feb 2008 09:48:52 -0500
> > From: ryan.nycru@gmail.com
> > To: belliardrd@gmail.com; kappamarine@hotmail.com
> > Subject: Revised proposal 104 w 27
> >
> > Hey Guys,
> >
> > Please see attached the revised proposal for 104 w 27th. The only thing I changed was the price. Let me know what you guys think so I can send it to the landlord.
> >
> > Best,
> >
> > Ryan
> >
> > --
> > Ryan Magner

New York Commercial Realty Services
462 Broadway, Suite540
New York, NY 10013

Office: 646-307-6408
Fax:    212-420-9437

Need to know the score, the latest news, or you need your Hotmail®-get your "fix". Check it out.

--
Ryan Magner
New York Commercial Realty Services
462 Broadway, Suite540
New York, NY 10013

Office: 646-307-6408
Fax:    212-420-9437

Need to know the score, the latest news, or you need your Hotmail®-get your "fix". Check it out.

**<u>EMAIL 5</u>**

Windows Live™

---

## RE: List of space

**From: ALEX FELL** (kappamarine@hotmail.com)
Sent: Mon 2/11/08 5:12 PM
To: Greg Bonura (gbonura@findnycoffice.com)
Attachments: Letter v.3.doc (33.9 KB)

Security scan upon download  TREND MICRO

---

Greg,

Attached you'll find the info I spoke of.  As for the list of spaces, we have already seen the following:

25 w. 26th
37 w. 26th
28 w. 27th
34 w. 27th
256-260 w. 38th

Also, anything over $23,000 per month is above our ceiling.

I look forward to hearing from you.

-Alex


---

From: gbonura@findnycoffice.com
To: kappamarine@hotmail.com
CC: winslow@findnycoffice.com
Subject: List of space
Date: Mon, 11 Feb 2008 11:42:13 -0500

Hi Alex,


Please see a list of space culled from the data base that I will commence to qualify that they'll accept a Physical Fitness training center. The information you mentioned would help. Thanks!



Greg Bonura - Associate

Winslow & Company LLC - Commercial Real Estate



34 West 15th Street, 7th Floor

New York, NY  10011



T:  212.982.8484 x21

F: 212.982.6633

C: 646.526.4091

E: gbonura@findnycoffice.com

Climb to the top of the charts! Play the word scramble challenge with star power. Play now!

**EMAIL 6**

 Windows Live™

---

## (No Subject)

From: **ALEX FELL** (kappamarine@hotmail.com)
Sent: Wed 2/20/08 2:37 PM
To: Jen (jennifer_j_lee@yahoo.com)

---

Hey honey,

This is the offer for 35th street.
I love you

---

Shed those extra pounds with MSN and The Biggest Loser! Learn more.

**EMAIL 7**


Windows Live™

---

## FW: Warrior Fitness Boot Camp Offer.doc

From: **ALEX FELL** (kappamarine@hotmail.com)
Sent: Wed 2/27/08 3:25 PM
To: ruben (belliardrd@gmail.com); ruben blackberry (belliardrd@tmo.blackberry.net)
Attachments: Warrior Fitness Boot Camp Offer.doc (153.9 KB)         Security scan upon download 

---

Subject: Warrior Fitness Boot Camp Offer.doc
Date: Wed, 27 Feb 2008 09:40:20 -0500
From: MLevlne@newmarkkf.com
To: jeff@kleinsolomon.com; malkie@kleinsolomon.com
CC: HKesseler@newmarkkf.com; roni@empirestateequities.com; kappamarine@hotmail.com;
paul@empirestateequities.com

Jeff,

Please draw leases for the Entire 3rd floor. The terms are attached.

-Matt

### Matthew S. Levine                •       ·
Corporate Advisory Services
Newmark Knight Frank
125 Park Avenue
New York, NY 10017
Tel:   (212) 372-2285
Fax:  (212) 372-2382
mlevine@newmarkkf.com

```
The information transmitted is intended only for the
person or entity to which it is addressed and may contain
confidential and/or privileged material.  Any review,
retransmission, dissemination or other use of, or taking
of any action in reliance upon, this information by
persons or entities other than the intended recipient is
prohibited.  If you received this in error, please contact
 the sender and delete the material from any computer.
```

---

Climb to the top of the charts! Play the word scramble challenge with star power. Play now!

**EMAIL 8**

 Windows Live™

**(No Subject)**
From: **Alex Fell** (kappamarine@hotmail.com)
Sent: Wed 2/27/08 4:35 PM
To: Sales@hammerheadinc.com

I am interested in your rubberflex flooring.  Can you send a pricing sheet please.  Looking for approximately 2,000 - 3,000 feet of flooring. Want the most economical option. Also, what do the shipping costs on an amount like this generally run?

Thank you,
Alex Fell
kappamarine@hotmail.com

**EMAIL 9**

Case 1:08-cv-04810-JGK-THK    Document 25-2    Filed 07/01/2008    Page 25 of 127

 Windows Live™

---

## RE: Rolled Rubber

**From:** **ALEX FELL** (kappamarine@hotmail.com)
**Sent:** Thu 2/28/08 3:35 AM
**To:** Aaron Duran (aduran@olympicsportsflooring.com)

---

Aaron,

I did receive your email. I'm looking into it and if I have any questions I'll shoot you an email.
Thanks,
Alex

---

From: aduran@olympicsportsflooring.com
To: kappamarine@hotmail.com
Subject: Rolled Rubber
Date: Wed, 27 Feb 2008 15:31:53 -0600

Alex,


I want to make sure you received the estimate I sent you for ½" Rolled Rubber.  Please do not hesitate to email with questions.


You are able to purchase the flooring through our website.  Typically the lead time for delivery is 3 weeks.


Again, email with further questions.


Thank you,


Aaron


Aaron Duran

Associate

aduran@olympicsportsflooring.com

phone: 888.520.0920

fax: 888.737.7650

Case 1:08-cv-04810-JGK-THK    Document 25-2    Filed 07/01/2008    Page 26 of 127

Need to know the score, the latest news, or you need your Hotmail®-get your "fix". Check it out.

**<u>EMAIL 10</u>**

 Windows Live™

**29th st. Offer**
From: **ALEX FELL** (kappamarine@hotmail.com)
Sent: Thu 2/28/08 3:49 PM
To: mschad-garth@nyc.rr.com

Matt Schad,

Lessee- Alexander Fell, Ruben Belliard, Jennifer Lee

Base Rent- $31

Escalations - 3%

Term- 10 years

Security - 3 Months + Good Guy Guarantee

Concession -5 months

Delivery - April 1

Landlord to deliver space as a white box

We will need 24 hour access. Our operating hours are from 5 a.m. to 9 p.m. 1 Hour Classes are from 5:30-6:30, 6:30-7:30, 7:30-8:30, 9-10 a.m. and 5:30-6:30,6:30-7:30,7:30-8:30 p.m. Class size is about 10 people per. We will also conduct personal training session during lunch hour.

Matt if you have any questions let me know

-Alex

Helping your favorite cause is as easy as instant messaging. You IM, we give. Learn more.

**EMAIL 11**

 Windows Live™

---

## RE: 29 West 35th Street, New York, N.Y.- Lease for 3rd Floor with Warrior Boot Camp LLC

From: **ALEX FELL** (kappamarine@hotmail.com)
Sent: Thu 2/28/08 8:40 PM
To: Levine, Matthew (mlevine@newmarkkf.com)

---

Great. will look at it and send it to my attorney asap.
-ALex

---

Subject: 29 West 35th Street, New York, N.Y.- Lease for 3rd Floor with Warrior Boot Camp LLC
Date: Thu, 28 Feb 2008 15:36:20 -0500
From: MLevine@newmarkkf.com
To: kappamarine@hotmail.com
CC: HKesseler@newmarkkf.com; BMendelson@newmarkkf.com

Lease attached.

### Matthew S. Levine
Corporate Advisory Services
Newmark Knight Frank
125 Park Avenue
New York, NY 10017
Tel:  (212) 372-2285
Fax: (212) 372-2382
mlevine@newmarkkf.com

```
The information transmitted is intended only for the
person or entity to which it is addressed and may contain
confidential and/or privileged material.  Any review,
retransmission, dissemination or other use of, or taking
of any action in reliance upon, this information by
persons or entities other than the intended recipient is
prohibited.  If you received this in error, please contact
 the sender and delete the material from any computer.
```

---

Need to know the score, the latest news, or you need your Hotmail®-get your "fix". Check it out.

**<u>EMAIL 13</u>**

 Windows Live™

---

## Warrior Fitness- EIN

'rom: **Sutera, Geraldine M.** (GSutera@foxrothschild.com)
Sent: Wed 3/05/08 4:11 PM
To: kappamarine@hotmail.com
Attachments: RL1-#702181-v1-Warrior_Fitness_SS-4_EIN.PDF (109.0 KB)          Security scan upon download 

---

Attached for your records is a copy of the Internal Revenue Service correspondence which contains the assigned
Employer Identification Number 26-2102073 for Warrior Fitness Boot Camp, LLC. If you have any questions, please
contact our office.


**Geraldine M. Sutera**
Paralegal
**Fox Rothschild LLP**
75 Eisenhower Parkway
Roseland, NJ 07068
Direct: (973) 994-7518
Fax: (973) 992-9125
gsutera@foxrothschild.com
www.foxrothschild.com


ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
'Pursuant to Treasury Regulations, any tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be
used or relied upon by you or any other person, for the purpose of (i) avoiding
'enalties under the Internal Revenue Code, or (ii) promoting, marketing or
:ecommending to another party any tax advice addressed herein.
----------------------------------------------
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for
the use of the Individual(s) named above. If you are not the intended recipient
of this e-mail, or the employee or agent responsible for delivering this to the
intended recipient, you are hereby notified that any dissemination or copying
of this e-mail is strictly prohibited. If you have received this e-mail in error,
please immediately notify us by telephone at (215)-299-2167 or notify us by
e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail
to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3291 via the
U.S. Postal Service. We will reimburse you for all expenses incurred.

Thank you.

**EMAIL 14**

 Windows Live™

# Warrior Fitness

**From: Sutera, Geraldine M.** (GSutera@foxrothschild.com)
Sent: Thu 3/20/08 2:16 PM
To: kappamarine@hotmail.com
Cc: Michaels, Eric J. (EMichaels@foxrothschild.com)
Attachments: RL1-#704076-v1-Warrior_Fitness_Art_of_Org_(filed).PDF (135.8 KB)    Security scan upon download 

Alex,

Attached is a copy of the filed Articles of Organization and the filing receipt.

**Geraldine M. Sutera**
Paralegal
**Fox Rothschild LLP**
75 Eisenhower Parkway
Roseland, NJ 07068
Direct: (973) 994-7518
Fax: (973) 992-9125
gsutera@foxrothschild.com
www.foxrothschild.com

ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be
used or relied upon by you or any other person, for the purpose of (i) avoiding
penalties under the Internal Revenue Code, or (ii) promoting, marketing or
recommending to another party any tax advice addressed herein.
--------------------------------------------
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for
the use of the individual(s) named above. If you are not the intended recipient
of this e-mail, or the employee or agent responsible for delivering this to the
intended recipient, you are hereby notified that any dissemination or copying
of this e-mail is strictly prohibited. If you have received this e-mail in error,
please immediately notify us by telephone at (215)-299-2167 or notify us by
e-mail at helpdesk@foxrothschild.com.  Also, please mail a hardcopy of the e-mail
to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3291 via the
U.S. Postal Service.  We will reimburse you for all expenses incurred.

Thank you.

# *STATE OF NEW YORK*

# *DEPARTMENT OF STATE*

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and the official seal of the Department of State, at the City of Albany, on February 29, 2008.

Paul LaPointe
Special Deputy Secretary of State

Rev. 06/07

080228000203

# ARTICLES OF ORGANIZATION
## OF
## WARRIOR FITNESS BOOT CAMP, LLC

### Under Section 203 of the Limited Liability Company Law
### of the State of New York

THE UNDERSIGNED, being a natural person of at least eighteen (18) years of age and acting as the organizer of the limited liability company (the "Company") hereby being formed under Section 203 of the Limited Liability Company Law of the State of New York (the "Act") certifies that:

FIRST:    The name of the Company is Warrior Fitness Boot Camp, LLC.

SECOND:    The purpose of the Company is to engage in any lawful act or activity for which limited liability companies may be organized under the Act.

THIRD:    The county within the State of New York in which the office of the Company is to be located is New York County.

FOURTH:    The Secretary of State is designated as the agent of the Company upon whom process against the Company may be served. The post office address within or without the State of New York to which the Secretary of state shall mail a copy of any process against the Company served upon such Secretary of State is 100 Park Avenue, Ste. 1500, New York, New York 10017, Attention: Carolyn Richmond, Esq.

FIFTH:    The Company is to be managed by a manager.

IN WITNESS WHEREOF, I have subscribed this certificate and do hereby affirm the foregoing as true under the penalties of perjury this 25th day of February, 2008.

Eric L. Michaels, Organizer

RL1 696918v1 02/21/08

080228000203

0 8 0 2 2 80 00 203

## ARTICLES OF ORGANIZATION

OF

## WARRIOR FITNESS BOOT CAMP, LLC

Under Section 203 of the Limited Liability Company Law

..........................................................................................................................

Filed by:        Eric J. Michaels, Esq.
                 c/o Fox Rothschild LLP
                 75 Eisenhower Parkway
                 Roseland, New Jersey 07068
                 (973) 992-4800
                 (973) 992-9125 (F)

) C (

STATE OF NEW YORK
DEPARTMENT OF STATE

FEB 2 8 2008

FILED
AXSS
TY: m

216

RL1 696918v1 02/21/08

N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS               ALBANY, NY 12231-0001

                              FILING RECEIPT

=========================================================================
ENTITY NAME: WARRIOR FITNESS BOOT CAMP, LLC

DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM LLC)           COUNTY: NEWY

=========================================================================
FILED:02/28/2008 DURATION:********  CASH#:080228000216 FILM #:080228000203


    FILER:                                               EXIST DATE
    ------                                               ----------
    ERIC J. MICHAELS, ESQ.                               02/28/2008
    C/O FOX ROTHSCHILD LLP
    75 EISENHOWER PARKWAY
    ROSELAND, NJ 07068

    ADDRESS FOR PROCESS:
    --------------------
    THE LLC
    ATTN: CAROLYN RICHMOND, ESQ.        100 PARK AVENUE, STE. 1500
    NEW YORK, NY 10017

    REGISTERED AGENT:
    -----------------




=========================================================================
SERVICE COMPANY: ** NO SERVICE COMPANY **            SERVICE CODE: 00 *


FEES        210.00                          PAYMENTS      235.00
          --------                                      --------
FILING      200.00                          CASH            0.00
TAX           0.00                          CHECK         235.00
CERT          0.00                          CHARGE          0.00
COPIES       10.00                          DRAWDOWN        0.00
HANDLING      0.00                          OPAL            0.00
                                            REFUND         25.00
=========================================================================
                                            DOS-1025 (04/2007)



**EMAIL 15**

 Windows Live™

## WFBC Biz Plan - 3/20/08

om: **Jennifer J. Lee** (jennifer_j_lee@yahoo.com)
Sent: Thu 3/20/08 8:28 PM
To: ALEX FELL (kappamarine@hotmail.com)
Attachments: WF_Plan_032008.doc (58.9 KB)

Security scan upon download 

Jennifer J. Lee
212-982-5163 (work)
www.bobbyflay.com

# Warrior Fitness Boot Camp

Business Plan: March 20, 2008

Alex Fell
Ruben Belliard

## *Disclaimer and Procedures*

This Information Memorandum (the "Memorandum") contains confidential and proprietary ideas, concepts, methods and other information, which belongs exclusively to Warrior Fitness, LLC ("WF" or "the Company"). This Memorandum is based upon information developed by WF and is being delivered to a limited number of parties in consideration developed of a potential investment in the Company (as defined herein the "Transaction"). As a start-up venture, potential investors should recognize that there are significant risks associated with an investment.

The Memorandum has been prepared for informational purposes only and upon the express understanding that it will be used only for the purpose of assisting the recipient in evaluating the transaction. This Memorandum does not purport to be all-inclusive or necessarily to contain all the information that a prospective investor may desire in pursuing the Transaction. WF expressly disclaims any and all liability for the contents of or any omissions from this Memorandum and for any other written or oral communication transmitted or made available to the recipient. This Memorandum contains certain statements, estimates and projections developed by the Company with respect to its historical and anticipated performance, among other things. Such statement and estimates reflect various assumptions (some of which may not be stated) by the Company that are inherently subject to significant economic, competitive and other uncertainties and contingencies beyond the Company's control and that may or may not prove to be accurate. No representations, express or implied, are made as to the accuracy or completeness of such statements or estimates. Only those particular representations and warranties that may be made in a definitive transaction agreement when, and if, executed, and subject to such limitations and restrictions as may be specified in the definitive transaction agreement, shall have any legal effect.

By receipt of this Memorandum, you agree that you are aware of, and that you and your representatives will comply with, the restrictions imposed by Federal and State securities laws, including, without limitation, restrictions that prohibit and person has received material non-public information from a company from purchasing or selling securities of such company or from communicating such information to any other person under circumstances in which it is reasonably foreseeable that such person is likely to purchase or sell securities.

By accepting this Memorandum, the recipients agree to treat the information and ideas herein as strictly confidential and such information shall be kept confidential and the recipient shall not use, disclose, copy or distribute these materials in whole or in part. The recipient agrees not to use or to disclose to any person (i) any information contained herein, (ii) the fact that it has obtained confidential information concerning the Company, (iii) the fact that discussions or negotiations are taking place or have taken place concerning a possible transaction involving the Company, or (iv) any of the terms, conditions or other facts with respect to any such possible transaction.

In furnishing this Memorandum, the Company undertakes no obligation to provide the recipient with access to any additional information or to update or correct any information contained herein. This Memorandum shall not be deemed to represent an indication of the state of affairs of the Company, nor shall it constitute and indication that there has been no change in the business or affairs of the Company since the date hereof.

The Company reserves the right to negotiate with one ore more parties at any time. The Company also reserves the right to terminate, at any time, further participation in the investigation and proposed process by any party, to modify any of the rules or procedures set forth herein or any other procedures without prior notice or assigning any reason therefore, or to terminate the process completely hereby. The Company reserves the right to take any action, whether in or out of the ordinary course of business, which WF, in its sole discretion, deems necessary or prudent in the conduct of the Company's business or the process contemplated by this Memorandum.

All inquiries and requests for information should be sent to:
Alex Fell
Ruben Belliard
Warrior Fitness Boot Camp Co-CEOs, Owners

### *Opportunity*
There is a growing need for serious fitness. Obesity is on the rise that affects millions of people worldwide. Risk for diseases such as heart disease and high blood pressure are increasing. The majority of diabetes cases are attributed to excess weight. Annual medical spending for the treatment of obesity or diseases affected by weight issues are also increasing.

Americans want to become more physically fit. Exercise helps prevent heart disease, diabetes, high blood pressure, stroke, arthritis and cancer. Exercise has also proven to reduce stress, anxiety and depression and increase energy and stamina. People who exercise regularly are happier, healthier and live longer.

Warrior Fitness Boot Camp (owned and taught by former Marines) is a completely different fitness experience based on military style physical training that includes a rare indoor obstacle confidence-course that simulates the hard-core training of the elite military forces.

This cutting edge and creative style fitness guarantees results for clients who are referred to as recruits. Moreover, recruits are trained in an encouraging and positive environment where they are encouraged to perform at their highest potential.

This high-energy workout combines cardiovascular fitness with resistance training in a fast-paced class and guarantees visible results. Even in a group environment, each individual is challenged and has a personalized training program, has individualized goals and is pushed at his/her own level and potential.

Military style boot camps are on the rise. They are efficient, an economically beneficial deal (much cheaper than personal trainers) and different from the boring, monotonous gym workouts.

### *Main Concept*
Warrior Fitness is a physical fitness program that includes an indoor obstacle-confidence course.

Customers will participate in an initial 6 week program called Operation Warrior which consists of 4 classes per week (24 sessions) which last 1 hour long for each session.

Classes range from 8-14 people per class, ensuring personal attention and customization to all recruits.

From this initial program, recruits will experience a range of healthy benefits such as weight loss, decrease in clothes size, increase in strength, abundance of confidence, team building and camaraderie, people bonding, perseverance of physical and mental challenges and realization of personal goals.

Clients are trained by former Marines who possess discipline, honor, integrity and fitness talent. These former Marines are referred to as drill instructors that are focused and dedicated to the fitness achievements of the clients.

Recruits are addressed by their last name and required to wear Warrior Fitness attire, which includes fatigues and a Warrior Fitness top.

After Operation Warrior phase is over, customers become official warriors and sign up for extended duty with more intense and personal packages such as an added 24, 48, 72 and 96 session-discounted package. Most warriors will stick to a 4-day a week plan but some will opt to decrease to 3 days a week.

Ultimate Warriors are those who complete Operation Warrior and sign up for a 96 session program. This exclusive membership will feature the biggest discount available (25% off), free double classes and extra personalized consultations.

Warrior Fitness will conduct weekly assessments and fitness tests to gauge fitness improvements. These tests will be recorded to show and document improvement and areas to improve on to maximize individual results.

### *Alternative Programs*
One-weekend boot camp program
Once a month, WFBC offers a weekend program that allows clients to participate in a shortened program. Clients come for 2 hours on a Saturday and 2 hours on a Sunday for a specialized and compact workout. There is no guarantee to this program. Cost = $199.

Corporate Programs
Corporations can participate in team challenges that put corporations' staff through the program to enhancing team building and communication skills which can help business teams increase productivity in the workplace. WFBC can tailor programs to meet the specific needs of any organization. Cost = $5999 for 4 hour program

Birthday Parties/Kids Parties
Various parties can be hosted at WFBC such as kids birthday parties. Drill instructors will help kids maneuver the obstacle course and come up with fun games for teams to participate in. Cost = $499 for 2 hour party (only includes rental of space and drill instructor time).

Children classes
During the day, children will have the opportunity to do a one-hour class consisting of both structured and non-structured exercises tailored to the children. This will be done with parent supervision. Cost = TBD

### *Warrior Fitness Guarantee for Operation Warrior*
Warrior Fitness is commitment to success backs the Operation Warrior phase with a guarantee:

1) Strength and Fitness: If you have not improved your strength and fitness levels, you can take Operation Warrior again for free.
2) Satisfaction: If you are not satisfied with your improvement, you can take Operation Warrior again for free

Note: To be qualified for this guarantee, you must:

- Attend every session during Operation Warrior (all 24 sessions in 6 weeks),
- Commit to exerting every effort in achieving your hardest workout for every session, and
- Take every assessment and fitness test given.

If these conditions are not met, the guarantee is null and voided. This applies to the Operation Warrior phase only.

### *Mission*

Warrior Fitness Boot camp's mission is to help individuals achieve their personal physical and mental goals for optimal health and wellness. They will achieve this by getting customers fit for life in a stronger, healthier, more confident and empowered state. Warrior Fitness recruits see no boundaries or limits and helps people reach their overall potential.

### *Values*

Warrior Fitness Boot camp is the only boot camp owned and taught by actual former Marines who have first-hand experience of philosophies, training and rigor of military training.

WFB is founded on Marine Corps principles that include:

- Integrity
- Leadership
- Pride
- Discipline
- Endurance
- Excellence
- Knowledge
- Loyalty
- Unselfishness
- Dependability
- **Honor**
- **Courage**
- **Commitment**

In accordance to serving recruits in the spirit of excellence and integrity, WF will inspire maximum participation, promote personal satisfaction and enable healthy lifestyles while treating individuals with dignity and respect.

### Customer Profile/Target Demographics
A typical WFB customer is one who is health conscious, ambitious, goal-oriented and wiling to pay more for a better, efficient, high-intensity/quality workout.

The target WFB audience includes a broad range of customers ranging in age from young adults (age 22-34) with an emphasis on an energetic and health-centered population aged 35-54. This same audience includes those with an average salary base of $125K and is centered on big-city living and professional careers.

### Fitness Program
The fitness program will include calisthenics, obstacle course, limited use of weights, and running.

Activities include:
- Obstacle Course
- Stretching
- Running
- Weight Lifting
- Sprints
- Circuit training
- Pushups
- Sit-ups
- Mountain Climbers
- Squat Thrusts
- Jump rope
- Timed exercises
- Calisthenics
- Total body flexibility
- Tractor tires
- Sandbags
- Kickboxing
- Box Drills
- Hurdles
- Monkey Bars

### Fitness Value Proposition
Sentiments about Marines and their military style training are deeply respected and admired. Moreover, many civilians are curious about military style training but do not wish to enlist to experience this and therefore, military boot camp is out of reach to many customers. With WFBC, customers will have easy access to boot camp training and will be a different experience from a typical gym.

With an indoor confidence building course trained by actual former Marines, WFB is poised to attract a wider market of customer who will come to train military style. They

will feel like they are part of a platoon and become bonded as a close-knit group that encourages everyone to maximize their fitness level and supports and encourages one another.

### Fitness Industry Marketplace
According to the International Health, Racquet & Sportsclub Association, the health and fitness industry in the US exceeded $17.5 billion dollars in 2006 and will continue to grow.

According to *Entrepreneur* magazine, there are over 40 million health club members in the United States. However, 90% of Americans have yet to join a gym.

Some of the health clubs competitors in NYC:
- New York Sports Club
- Equinox
- Bally's Sports Clubs
- New York Health and Racquet Club
- Reebok Sports Club/ NY
- The Sports Club/ LA
- Crunch Fitness
- David Barton
- Synergy Fitness

The fitness industry also consists of personal trainers, yoga/pilates studios and other alternative exercise programs, such as Radu.

### Bootcamp Competitor Landscape
The trend for fitness is for more extreme activities such as commercial boot camps. This is a new and growing segment in the health and fitness industry. Therefore, data does not exist for commercial boot camps in comparison to health clubs and gyms.

Some boot camp competitors through the US:
- Pure Power Boot Camp, NYC

- Boot Camp Fitness, Kansas City

- Jay Johnson's Bootcamp Fitness, Texas

- Platoon Fitness, NYC

- Start Fitness, San Fran, CA

- Boot Camp Fitness, Brooklyn NY

- CTS Fitness Bootcamp, NYC and Hoboken, NJ

- Bulldog Bootcamp, Chicago, IL

- Adventure Bootcamp, Rancho Santa Margarita, CA

### *Target Locations*
WFBC attracts clients from different professions and socioeconomic classes. However, because of the prices are higher than a typical gym membership, clients have slightly more income. And, clients that are willing to pay more expect a more efficient workout to make the best use of their time. Therefore, market location is key to getting the right clientele.

The best markets to target revolve around big cities such as:
NYC, Washington D.C., Philadelphia, Chicago, San Francisco, Los Angeles

### *Hours of Operation*
Monday through Friday:
5 am – 9 pm

Saturday:
9:30 am – 12 pm

Weekend program (first weekend of each month)
Saturday 2-4
Sunday 2-4

### *Pricing*
Operation Warrior (6 week program) = $1049 which is $43.70 per session

24 add-on session (no discount) = $1049
48 add-on session (10% discount which is $210 off) = $1888
72 add-on session (15% discount  which is $471 off) = $2675
96 add-on session (25% discount which is $1048 off) = $3147

Weekend Program = $199 (4 hours divided by 24 =1/6. 1/6 of $1049 = $175).
Corporate Program = $5999 for 4 hours
Kid Party Program = $499 for 1.5 hours

### *Marketing Plan*
Marketing efforts will build positive brand awareness among potential customers.

WFBC marketing initiatives include:

- Referrals: Word of mouth and referrals are the most effective and direct way to generate more clients. Therefore, WFBC will implement a referral program in which a client who refers a new client to join the program will receive 5 free

sessions when renews for an added session program. This ensures that a new client joins but that the referring client will renew, resulting in a guarantee of more business.

- Email Newsletter Blasts: WFBC has access to email contact information for clients interested in extreme fitness. Email blasts communicating the launch of WFBC and other relevant information will be emailed to potential and existing customers.

- Public Relations: Connections with certain celebrities and media outlets will contribute to free advertising. Extreme and unique nature of boot camp will also attract various media outlets which will contribute to our PR efforts.

- Open House:  WFBC will conduct an open house that will show potential clients what the boot camp is about. Current clients will also participate and encouraged to bring other potential contacts to the open house. This will occur during the first few months after the opening and will be a good way to showcase the business and invite press to participate.

- Sporting event participation: WFBC will have presence at sporting events such as marathons, biathlons, urbanathlons and other races/athletic events by participating in the events and handing out brochures to give to potential clients. This is also a great opportunity for both WFBC staff and clients to sell and talk to potential clients about the boot camp.

- Clothing: Clients will wear WFBC apparel which will be walking advertisements.

- Jeep with logo: WFBC will have a jeep with the logo and contact information which will be used as an advertisement.

- Tradeshows: WFBC will participate in fitness tradeshows and conferences to network with others in the industry and gather new ideas in recruiting clients for their business.

- Print Materials: WFBC will have business cards and brochures to help promote the business.

- Outdoor Signage: WFBC will hang a flag outside the boot camp for advertisement purposes.

- Special Events: WFBC will hold events that will continue to promote the business (holiday parties, open houses, etc).

### *Facilities/Course Description (with graphic/drawing)*

The NYC model facility will include 7,000 square feet of open space consisting of an obstacle course with crushed rubber on the floor, racetrack, bathrooms and/or locker rooms, reception desk and an office.

### *Startup Costs*
High-level startup costs breakdown:

Security deposit = $46,000
1st month's rent = $23,000
Construction of Course and Equipment = $35,000
Construction of offices/reception area =
Construction of shower/locker room =
Lawyer fees = $10,000
Supplies (uniforms, office supplies, towels) = $5,000
Furniture = $2,500
Computers = $2,500
Advertising =
Insurance =
Utilities =

Total startup costs = $119,000

### *Breakeven Analysis*
To break even the first year, WFBC must have 63 clients at all times.

### *Revenue Goals and Projection*
WFBC aims to have 250 clients at all times for Year 1. This will give a revenue projection of $1.2M for the first year.

### *Corporate Structure and Ownership*
WF is a privately held company that is incorporated as an LLC in New York State. Alex Fell and Ruben Belliard are currently sole partners and shareholders in the Company. The Company will be the sole investor in the first location.

### *Management and Team*
Alex Fell (Co-CEO, Owner)
Alex Fell is the Co-CEO and Owner of Warrior Fitness Boot Camp and is one of the three guarantors on the lease. Alex is a former Marine who served for the Marine Corps for 7 years. His educational background includes a BA in ??? from ???. His career consists of ???

Ruben Belliard (Co-CEO, Owner)
Ruben Belliard is the Co-CEO and Owner of Warrior Fitness Boot Camp and is one of the three guarantors on the lease. Ruben is a former Marine who served for the Marine Corps for ? years, including serving time in Iraq. His educational background includes a BA in ??? from ???. His career consists of ???

<u>Jennifer Lee (Silent Partner, Co-Guarantor)</u>
Jennifer Lee is a silent partner of the business and one of the three guarantors on the
lease. Her educational background includes a BA in Economics from Northwestern
University and an MBA in Finance and Strategy from The Wharton School of Business at
the University of Pennsylvania. Her corporate background includes over 10 years of
management consulting and 2 years of public service at the NYC Department of
Education. Currently, she is an Executive for Celebrity Chef Bobby Flay.

**EMAIL 16**

 Windows Live™

---

## RE: Hey Bro

**From:** **ALEX FELL** (kappamarine@hotmail.com)
**Sent:** Sat 3/15/08 5:06 PM
**To:** jmilstein@cox.net

---

Warrior Fitness Boot Camp. Have a good weekend

> Date: Fri, 14 Mar 2008 16:18:16 -0400
> From: jmilstein@cox.net
> To: kappamarine@hotmail.com
> Subject: RE: Hey Bro
>
> That sounds really cool man, congrats. It sounds great. What's the name of your business?
>
> I'm sorry about the Laura situation, but I guess you found someone new, so that's cool.
>
> I am bored as hell here, just waiting until 5. But at least it's been a lazy Friday... I've had bad luck here with lots of busy stressful Fridays for some random reason. It's also super nice out, so sitting here in the office is not bliss.
>
> ---- ALEX FELL <kappamarine@hotmail.com> wrote:
> >
> > Yeah, Laura and I broke up about a year ago. We were engaged to be married and she moved up here. We bought an apartment together, but it didn't work out.
> >
> > As far as what I do, I am a fitness trainer basically. Classes are 1 hour long and you come 4 days a week. The first time you sign up, its a 6 week program. After that, you can sign up again for as long as you want. 6 weeks, 8 weeks,12 weeks and even 6 months if you choose. We have an indoor obstacle course that we have our clients run and also incorporate calisthenics(ex: jumping jacks) bodyweight exercises (push ups, squat thrusts) and also traditional workout routines with weights. A lot of "functional training" for the body. A lot of running, etc... Just like Boot Camp.
> > I love it.
> > When we get our website up and running I'll send the url. Should happen within the next couple of weeks. Lawyers are still negotiating the lease for us but we should be close to the last round of negotiations. I am super anxious to get it started.
> >
> >
> > From: jmilstein@cox.netTo: kappamarine@hotmail.comSubject: Re: Hey BroDate: Thu, 13 Mar 2008 19:03:17 -0500
> >
> >
> >
> > oh you are? Cool. Yo, Colin said you had been dating Laura from tri-Sig in recent history, that is so weird. You bumped into her randomly or something? But I'm glad to hear that's over now... you guys had much drama.
> >
> > Rob was a spastic guy and his nickname was "Gnat." He was a freshmen when I was on my last year, so you may not have known him. But didn't you move back and live with Cuttier? Or was that just for a summer? He has blond hair anyway. Do you do myspace? You should if not. We can be myspace friends. And that's serious shit.
> >
> > Yeah - I am definitely taking the job, but they kind of lowballed me on the salary so I need to make a counteroffer. But I think if they can just give me a little more I'll be psyched. At the job I'm leaving I have a good friend, this girl, who I'm going to miss pretty bad. But I need to get the hell out of there because I'm just hopelessly into her, and she apparently doesn't want to be more than friends, so it's hard. But getting out of the environment will be just what I need.

> >
> > So what do you do exactly with the boot camp thing?
> >
> > ----- Original Message -----
> > From: ALEX FELL
> > To: jmilstein@cox.net
> > Sent: Thursday, March 13, 2008 4:02 PM
> > Subject: RE: Hey Bro

> > Congrats dude! What's the job? You're gonna take it right? I'm trying to place Rob. I can't remeber his face. When did he pledge?That's funny. I'm dating a Korean chick too. > Date: Thu, 13 Mar 2008 16:55:11 -0400> From: jmilstein@cox.net> To: kappamarine@hotmail.com> Subject: RE: Hey Bro> > I reconnected with Rob Reeve after I visited VCU a couple years ago. I was hanging out with Reggie and Andrew Alisuag a little too, but Alisaug turned out to be a fucking faggot piece of shit (somewhat long story) and I think he hangs out with Reggie too much for me to bother.> > So I just hang out with Rob occassionally. He's married to an attractive older Korean chick. He did well. > > Hey man, I interviewed for a job this morning and I just now got the call back from the recruiter- they offered me the job! I am quite happy. I want out of this place badly.> > ---- ALEX FELL <kappamarine@hotmail.com> wrote: > > > > In the city. You still talk to anybody from VCU? > > > > > > From: jmilstein@cox.netTo: kappamarine@hotmail.comSubject: Re: Hey BroDate: Wed, 12 Mar 2008 19:24:25 -0500> > > > > > > I love the fact you went into the hazing business professionally. > > > > So where in New York are you? The city? Or upstate?> > > > ----- Original Message ----- > > From: ALEX FELL > > To: Jon Milstein > > Sent: Wednesday, March 12, 2008 8:44 AM> > Subject: RE: Hey Bro> > Yeah man, I've been running a boot camp gym up here for the last 3 years and I'm in the process of starting my own with a business partner. It's been a hard process, starting a business. We've been at this now for 8 months but we are close to finalizing a lease deal. I am excited. My business partner is a guy I was in the Marines with and also works with me. I was a camera operator. I actually went to film school here in New york and planned on really getting into the industry as a Cinematographer. Bought an HD camera and did a couple of jobs. Nothing too serious but then I fell into this job. I love it. I do know TriCare. I used to have my Dental insurance with you guys. Not surprised you work in some capacity with the government being that you live in NOVA. It's crazy but I can't believe the time has gone by so quick. Give me a ring if you're ever in town. Good luck with your interview. -Alex> > > > > From: jmilstein@cox.netTo: kappamarine@hotmail.comSubject: Re: Hey BroDate: Wed, 12 Mar 2008 06:56:44 -0500> > > > > Dude!> > > > Colin was telling me you run a boot camp? That's so funny! I'm good... I'm in Northern Virginia, where I've been for most of the last 10 years. God, its strange that it's really been that long. I work as a Curriculum Developer for TRICARE- you know TRICARE, right? I work in the training department. It's boring, I'm actually interviewing for a job tomorrow morning.> > > > But no, I'm not married... still in the dating pool. Man, I actually haven't even been seeing anyone for a few months now, but I think I'm just about to get something started here... not sure though. > > > > Thanks for the video love. A friend and I have entered this thing called the 48 Hour Movie project, so we'll be coming up with a new short soon. Oh, Colin mentioned you were a camera operator? That's really cool man. I actually was doing that a little for just the local cable company here, but then I decided against making a show for public access. Too stupid, no one would watch. It's got to be for the web.> > > > Jon> > > ----- Original Message ----- > > From: Alex Fell > > To: jmilstein@cox.net > > Sent: Tuesday, March 11, 2008 8:53 PM> > Subject: Hey Bro> > > > Jon, what's up man? Colin told me that you guys have been in touch. What's new in the last 10 years? You married? What are you doing for work? Where the hell do you live? Colin sent me the link to your video, funny as hell. > > I'm in New York. Things are good. Hope all is well. Keep in touch> > > > -Alex > > > > Climb to the top of the charts! Play the word scramble challenge with star power. Play now! > >

_____> > Climb to the top of the charts! Play the word scramble challenge with star power.> > http://club.live.com/star_shuffle.aspx?icid=starshuffle_wlmailtextlink_jan>
> >
> > Climb to the top of the charts! Play the word scramble challenge with star power. Play now!
> > _____
> > Shed those extra pounds with MSN and The Biggest Loser!
> > http://biggestloser.msn.com/
>

Connect and share in new ways with Windows Live. Get it now!

**EMAIL 17**

Windows Live™

## RE:

From: **ALEX FELL** (kappamarine@hotmail.com)
Sent: Mon 3/17/08 2:51 PM
To: Jennifer J. Lee (jennifer_j_lee@yahoo.com)

I don't really believe it, but the more we make her think that I'm moving on, the better. I think it looks better when I file the claim for unemployment and it may soften her up and change her mind if she was going to deny my claim for unemployment. That way I don't have to try and take her to small claims court.

> Date: Mon, 17 Mar 2008 07:38:38 -0700
> From: jennifer_j_lee@yahoo.com
> Subject: RE:
> To: kappamarine@hotmail.com
>
> Wait, did you really? You are writing Lauren, Thank
> you for the opportunities?
>
> I told Steph and Charlotte (via email) and Charlotte
> wants you to call her and hang out with her since she
> dones't have a job and is bored. HA HA.
>
>
> --- ALEX FELL <kappamarine@hotmail.com> wrote:
>
> >
> > That was my first draft, but then I took Carolyn's
> > advice. You're so funny.
> > I love you> Date: Mon, 17 Mar 2008 07:25:36 -0700>
> > From: jennifer_j_lee@yahoo.com> Subject: Re: FW:>
> > To: kappamarine@hotmail.com> > Opportunities you
> > gave me? > > Well, then, you should email her this:
> > > > Dear Classless Lauren,> > Thank you for giving
> > me the opportunities in the past.> I intend to use
> > all my learnings on how NOT to run a> business,
> > using you as my role-model, when I open my> own
> > business. > > And, I will make sure that when your
> > clients come to> me, I will tell them all the things
> > you did so that I> don't run the business anywhere
> > the same like you did.> > > Good luck in your
> > miserable, pathetic and lonely life,> you will need
> > it. > > --- ALEX FELL <kappamarine@hotmail.com>
> > wrote:> > > > > > > > > > > Subject: Re:Date: Mon,
> > 17 Mar 2008 10:11:26> > -0400From:
> > CRichmond@foxrothschild.comTo:> >
> > kappamarine@hotmail.com> > > > Hi. I'm in Vegas now
> > getting ready to give a speech> > in a few. However,
> > yes you can and should file for> > unemployment.
> > Unfortunately, unless she made> > "discriminatory"
> > remarks based on national origin,> > gender, race,
> > sexual harassment etc, there really> > isn't a claim
> > just because she is a nasty bitch.> > What you can
> > do is "confirm" that she terminated you> > for the
> > reasons she stated and send back an email> > stating
> > something like "while I do not believe> > giving
> > away my hours and terminating me for not> > being a

> > team player was a way to end our> > relationship
> > after all these years, I appreciate the> >
> > opportunities you gave me". Then add a line about> >
> > any vacation time she may owe you, and if you get> >
> > health insurance, confirm that she will be sending>
> > > cobra forms. Carolyn D. RichmondCarolyn D.
> > Richmond,> > Esq.Fox Rothschild, LLP212 878.7983212
> > 692.0940> > fax100 Park AvenueNew York, NY 10017Sent
> > from my> > BlackBerry Wireless Device-----Original>
> > > Message-----From: ALEX FELL> >
> > <kappamarine@hotmail.com>To: Richmond, Carolyn> >
> > D.Sent: Sun Mar 16 20:19:31 2008Subject:Hey
> > Carolyn,> > Lauren Brenner (my boss) just fired me
> > from Pure> > Power Boot Camp. She called me tonight
> > at 7:50 to> > tell me that she is giving some of my
> > hours to> > another trainer and that she has to make
> > it fair for> > everybody and do right by him. When I
> > pointed out> > that the other trainer has just as
> > many hours as me> > and that now she is not doing
> > right by me, she> > hurled some expletives at me,
> > tells me I'm not a> > team player, and proceeds to
> > tell me that I have a> > bad attitude. Honestly,
> > Iwas not getting angry. I> > explained that she was
> > being quite unprofessional> > and I don't appreciate
> > her cursing at me. Jen was> > sitting here listening
> > the entire time.So, I was> > wondering if I file for
> > unemployment, and possibly> > file a complaint with
> > the labor department, can she> > use this against me
> > when we open our business? This> > is not the first
> > time that she has treated employees> > this way. I
> > can think of 2 other employees off the> > top of my
> > head who have been cursed at and told they> > were
> > fired for no other reason than defending> >
> > themselves against her vicious attacks.Any guidance>
> > > would be extremely helpful.Thank you,Alex> >
> > Fell_____Shed those
> > extra> > pounds with MSN and The Biggest Loser!
> > Learn more.> >
> > <http://biggestloser.msn.com/>ATTENTION:> > > > IRS
> > CIRCULAR 230 DISCLOSURE:> > Pursuant to Treasury
> > Regulations, any tax advice> > contained in this
> > communication> > (including any attachments) is not
> > intended or> > written to be used, and cannot be> >
> > used or relied upon by you or any other person, for>
> > > the purpose of (i) avoiding> > penalties under the
> > Internal Revenue Code, or (ii)> > promoting,
> > marketing or> > recommending to another party any
> > tax advice> > addressed herein.> >
> > ----------------------------------------------> >
> > This e-mail contains PRIVILEGED AND CONFIDENTIAL> >
> > INFORMATION intended only for> > the use of the
> > Individual(s) named above. If you are> > not the
> > intended recipient > > of this e-mail, or the
> > employee or agent responsible> > for delivering this
> > to the > > intended recipient, you are hereby
> > notified that any> > dissemination or copying> > of
> > this e-mail is strictly prohibited. If you have> >
> > received this e-mail in error,> > please immediately

> > notify us by telephone at> > (215)-299-2167 or
> > notify us by> > e-mail at
> > helpdesk@foxrothschild.com. Also, please> > mail a
> > hardcopy of the e-mail> > to Fox Rothschild LLP,
> > 2000 Market Street,> > Philadelphia PA 19103-3291
> > via the> > U.S. Postal Service. We will reimburse
> > you for all> > expenses incurred.> > > > Thank you.>
> > > > > > >>
> >
> _____>
> > > Shed those extra pounds with MSN and The Biggest>
> > > Loser!> > http://biggestloser.msn.com/> > >
> > Jennifer J. Lee > 212-982-5163 (work) >
> > www.bobbyflay.com> >
> >
> _____
> > Climb to the top of the charts! Play the word
> > scramble challenge with star power.
> >
> http://club.live.com/star_shuffle.aspx?icid=starshuffle_wlmailtextlink_jan
>
>
> Jennifer J. Lee
> 212-982-5163 (work)
> www.bobbyflay.com
>
>

Connect and share in new ways with Windows Live. Get it now!

**EMAIL 18**

 Windows Live™

---

**FW: Touching base**
From: **ALEX FELL** (kappamarine@hotmail.com)
Sent: Mon 3/24/08 1:33 PM
To: Jen (jennifer_j_lee@yahoo.com)

---

> To: Kappamarine@hotmail.com
> Subject: Touching base
> From: cemaddock@rcn.com
> Date: Mon, 24 Mar 2008 13:06:21 +0000
>
> Alex-
>
> I was sorry to learn what happened and I am sorry I didn't say anything earlier. I wasn't sure it was appropriate for me to say anything(since I did not know what really happened, but lee has filled me in). Anyway, I hope you are ok and that you will find something when you are ready. Do you have any ideas what you would like to do? It will definitely not be the same without you. :)
>
> I did have a pft on saturday, it went better than I expected. The problem is that I had it and let it slip away. The gunnery sergeant said I should have passed I mentally let it go. The arm hang was worse than normal when I practice with Lee, but my technique was not great so that will be better. The abs perfect, again form could be better. The run was surprisingly good. I did the first mile and half in 12 minutes; the gunny told me that I was within regulation all I had to do was shave off a minute on the way back. I pushed too hard at first, cramped, slowed at the last quarter mile so I basically quit. The gunny met me, pushed me, I sprinted all out making her work hard to keep up, but I gave up!!!!!!
> Basically I had a mental block, even the gunny said I should have made it. I also was not running that fast in practice(I felt the same though during the test) so I did not think I could do it. Lack of confidence, not acceptable, not excusable, not forgivable. However, I think I know how much harder I need to push these last two weeks to make e gain that confidence. I also learned that I don't like running alone.
>
> Anyway, if you ever want to run. I am close to the east river fields, or west side highway. I would also love to have lunch/drinks/coffee (my treat after all you have done)
>
> Anyway, although late, please accept my best.
>
> Maddock
> Sent via BlackBerry from T-Mobile

---

Test your Star IQ Play now!

**EMAIL 19**

 Windows Live™

---

## Fwd: Party List 3/25/08

**From:** **Jennifer J. Lee** (jennifer_j_lee@yahoo.com)
**Sent:** Tue 3/25/08 9:06 PM
**To:** ALEX FELL (kappamarine@hotmail.com)
**Attachments:** Jen and Nancy Party List 032508.xls (48.6 KB)

Security scan upon download  TREND

---

```
--- "Jennifer J. Lee" <jennifer_j_lee@yahoo.com>
wrote:

> Date: Tue, 25 Mar 2008 14:06:09 -0700 (PDT)
> From: "Jennifer J. Lee" <jennifer_j_lee@yahoo.com>
> Subject: Party List 3/25/08
> To: Alex Fell <afell@tmo.blackberry.net>
>
>
>
>
> Jennifer J. Lee
> 212-982-5163 (work)
> www.bobbyflay.com
>
>


Jennifer J. Lee
212-982-5163 (work)
www.bobbyflay.com
```

# Jen and Nancy's Party List

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Last | First | Email | Phone | Contact | Y/M/P | Comment |
| 34 | Deckoff | Hillary | | | R/Nancy | M | |
| 35 | Grimmer | Jenny | | | R | M | haven't talked yet |
| 36 | Halpin | Jen bro | | | Jen | M | prob |
| 37 | Halpin | Jen sis | | | Jen | M | prob |
| 38 | Hooch | | | | Nancy | M | heart charger 6pm; haven't talked yet |
| 39 | Hsieh | | | | Jen | M | haven't talked yet |
| 40 | Jortner | Jill | | | Jen | M | |
| 41 | Caine | Chene | | | Jen | M | 6:30 class |
| 42 | O'Hara | Lauren | | | Jen | M | |
| 43 | Sose | Holly | | | Nancy | M | haven't talked yet |
| 44 | Stranko | Matt | | | Jen | M | Need to confirm |
| 45 | Viard | Shannon | | | R | M | haven't talked yet |
| 46 | Zaikeim | Sloan | | | Jen | M | prob |
| 47 | Zaikeim | Alan | | | Jen | M | prob |
| 48 | | Susie | | | Jen | M | bobby cousin |
| 49 | Maddock | Christine | | | Jen | M | |
| 50 | Sarraga | Patricia | | | Dale | | |
| 51 | Livornese | Paul | | | Jen | Y | after biking season |
| 52 | Crotty | Kelly | | | A | Y | |
| 53 | Nocelli | Michele | | | Jen | M | |
| 54 | Nocelli | Gina | | | Jen | M | |
| 55 | Wilson | | | | A | Y | 9am |
| 56 | Valentino | | | | A | Y | 9am |
| 57 | Cullen | Kevin | | | A | M | 5:30am |
| 58 | Wong | Anna | | | A | Y | 7:30am |
| 59 | Johnson | | | | A | M | noon |
| 60 | Gibbons | Jorie | | | Jen | M | |
| 61 | Cohen | Amanda | | | A | M | 6pm |
| 62 | Degen | Michelle | | | Jen | M | 6:30am |
| 63 | Fierman | Sarina | | | Jen | M | 6:30am |
| 64 | Appel | Len | | | Jen | M | 6:30am |
| 65 | | | | | | | |
| 66 | | | | | | | |
| 67 | | | | | | | |

POTENTIAL REACH OUT

# Jen and Nancy's Party List

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Last** | **First** | **Email** | **Phone** | **Contact** | **Y/M/P** | **Comment** |
| 68 | Chapin | Alison | | | Nancy | P | haven't talked yet |
| 69 | Davis | Nichole | | | R/Nancy | P | 84 sessions left |
| 70 | Ferrier | Andrew | | | Nancy | P | haven't talked yet |
| 71 | Lapeters | Robin | | | Nancy | P | haven't talked yet |
| 72 | Newsome | Leigh | | | Nancy | P | haven't talked yet |
| 73 | Rockoff | Josh | | | Nancy | P | haven't talked yet |
| 74 | Ruhren | Jamin | | | Nancy | P | haven't talked yet |
| 75 | Kramer | David | | | Jen | P | haven't talked yet |
| 76 | Bertuna | | | | Ruben | | |
| 77 | Basmajian | Diana | | | Jen | P | haven't talked yet |
| 78 | Carruso | | | | | P | |
| 79 | Arrichia | | | | | P | |
| 80 | Russell | | | | | P | 7:30am |
| 81 | Iacabelli | | | | | P | 5:30am |
| 82 | Wertheim | Elie | | | A | P | |
| 83 | Stranko girlfriend | | | | | P | 5:30am |
| 84 | Lorrichio | | | | | P | 7:30am |
| 85 | Aquillino | Jill | | | Jen | P | |
| 86 | Stauss | | | | | P | |
| 87 | Chopra | | | | | | |
| 88 | | Stephan | | | Jen | P | Renee's friend |

**EMAIL 20**

 Windows Live™

**Fw: Revised Lease**
From: afell@tmo.blackberry.net
Sent: Mon 3/31/08 6:15 PM
To: Me (kappamarine@hotmail.com)
Attachments: WarriorBootCamp.Rider033108.pdf (3.8 MB), WarriorBootCamp.REBNY031208.pdf (751.2 KB), WarriorBootCamp.footnotes031208.pdf (42.4 KB)    Security scan upon download

Sent from my BlackBerry wireless handheld.

-----Original Message-----
From: "Levine, Matthew" <MLevine@newmarkkf.com>

Date: Mon, 31 Mar 2008 14:12:19
To:<afell@tmo.blackberry.net>
Subject: FW: Revised Lease

----------------
From: devorah weinschneider [mailto:devow2002@yahoo.com]
Sent: Monday, March 31, 2008 1:22 PM
To: stuartantell@yahoo.com
Cc: Jeff@kleinsolomon.com; devorah weinschneider; Levine, Matthew
Subject: Revised Lease

Stuart,

I am emailing this to you at your private email address as my previous emails to your firm address have failed.

Please see attached:

1. Redline rider incorporating all changes since the original draft; and
2. REBNY form; and
3. Footnotes to lease.

It is my understanding from Matt Levine, the broker, that your client is prepared to execute the lease today.  Based on that understanding I have noti

Please contact me as soon as possible with any questions with respect to the attached.

Sincerely,

Devorah S. Weinschneider

----------------
OMG, Sweet deal for Yahoo! users/friends: Get
A Month of Blockbuster Total Access, No Cost. <http://us.rd.yahoo.com/evt=47520/*http://tc.deals.yahoo.com/tc/blockbuster/text2.com>  W00t

**RIDER** to Agreement of Lease,

dated as of ~~April~~February_____, 2008

between

**HERALD SQUARE OF DELAWARE LLC and**

**TWIN HOLDINGS OF DELAWARE LLC** (collectively "Landlord"),

and

**Warrior Fitness Boot Camp, LLC**

("Tenant")

At

ENTIRE 3rd FLOOR, 29 WEST 35TH STREET, NEW YORK, NY (see Exhibit "A")


If any provision of this Rider conflicts or is inconsistent with any provision of Articles 1 through 36 of this Lease, the provision of this Rider shall prevail and govern and such provision of Articles 1 through 36 shall be deemed amended accordingly.

## 37. COMMENCEMENT DATE; RENT COMMENCEMENT DATE; BASIC RENT.

A.    This Lease shall commence on the date of mutual execution and delivery of this Lease ("Commencement Date"). Tenant covenants to pay to Landlord fixed rent (the "Fixed Rent" or "Basic Rent"), commencing on the Commencement Date (the "Rent Commencement Date") and ending on the date that is immediately preceding the tenth (10th) year, anniversary of the Commencement Date (the "Expiration Date") at an annual rate, not including electricity charges subject to Paragraph 42 below, as follows:

    (i)    From the Rent Commencement Date until the day immediately preceding the first anniversary of the Rent Commencement Date: Two hundred seventy-one thousand seven hundred and 00/100 ($271,700.00) Dollars annually ($22,641.67 monthly);

    (ii)    From the first anniversary of the Rent Commencement Date until the day immediately preceding the second anniversary of the Rent Commencement Date: Two hundred seventy-nine thousand eight hundred fifty one and 00/100 ($279,851.00) Dollars annually ($23,320.92 monthly);

    (iii)    From the second anniversary of the Rent Commencement Date until the day immediately preceding the third anniversary of the Rent Commencement Date: Two hundred eighty eight thousand two hundred forty-six and 53/100 ($288,246.53) Dollars annually ($24,020.54 monthly);

    (iv)    From the third anniversary of the Rent Commencement Date until the day immediately preceding the fourth anniversary of the Rent Commencement Date: Two hundred ninety-six thousand eight hundred ninety-three and 93/100 ($296,893.93) Dollars annually ($24,741.16 monthly);

    (v)    From the fourth anniversary of the Rent Commencement date through the day immediately preceding the fifth anniversary of the Rent Commencement Date: Three hundred five thousand eight hundred and 75/100 ($305,800.75) Dollars annually ($25,483.40 monthly);

    (vi)    From the fifth anniversary of the Rent Commencement date through the day immediately preceding the sixth anniversary of the Rent Commencement Date: Three hundred fourteen thousand nine hundred seventy-four and 77/100 ($314,974.77) Dollars annually ($26,247.90 monthly);

1

## EXHIBIT "B"

## GUARANTEE

Agreement dated as of ~~April~~February __, 2008 by Alexander Fell with an address at |
_____ ("Fell"), Ruben Belliard with an address at
_____ ("Belliard"), and Jennifer Lee with an address at
_____ ('Lee") ("Fell" Belliard" and "Lee" being collectively referred
to as "Principal" or "Guarantor").

## RECITALS

A.     **Warrior Fitness Boot Camp, LLC** ("Tenant"), is party to a lease ("Lease"), |
with **HERALD SQUARE OF DELAWARE LLC and TWIN HOLDINGS OF DELAWARE
LLC** (collectively "Landlord"), whereby Tenant has leased from Landlord the entire third (3rd)
Floor (the "Demised Premises") in the building known as 29 West 35th Street, New York, New
York.

B. Landlord has requested Principal to guarantee to Landlord that if Tenant defaults
under the Lease, Tenant will vacate the Demised Premises, and to personally guarantee the payment
of all rent and additional rent owed by Tenant until Tenant has surrendered the Demised Premises,
as provided for herein.

C. Accordingly, Principal agrees as follows:

1.     Principal guarantees to Landlord the payment and performance of <u>all of</u> |
Tenant's <u>monetary</u> obligations under and in accordance with the Lease, including, without
limitation, the payment of fixed and additional rent (the "Obligations"). This is a guarantee of
payment and not only of collection. Guarantor's liability pursuant to this guarantee shall be limited
to the sum of Obligations which accrue up to the date that is the last to occur of: (a) Tenant vacating
the Demised Premises; (b) Tenant removing its property from the Demised Premises; (c) Tenant
delivering the keys to Landlord and surrendering the Demised Premises in accordance with the
Lease; and (d) the expiration of <u>two (2) full</u>~~three (3) full~~ calendar months after the date that Tenant |
has given Landlord written notice that it will surrender possession of the Demised Premises.
Landlord may, at its option, proceed against Principal and Tenant, jointly and severally, or Landlord
may proceed against Principal under this Agreement without commencing any suit or proceeding of
any kind against Tenant, or without having obtained any judgment against Tenant.

2.     The obligations of Principal under this Agreement are unconditional, are not
subject to any set-off or defense based upon any claim Principal may have against Landlord, and
will remain in full force and effect without regard to any circumstance or condition, including,
without limitation:  (a)  any modification or extension of the Lease (except that the liability of
Principal hereunder will apply to the Lease as so modified or extended); (b) any exercise or non-
exercise by Landlord of any right or remedy in respect of the Lease, or any waiver, consent or other
action, or omission, in respect of the Lease or (c) any transfer by Landlord or Tenant in respect of
the Lease or any interest in the Demised Premises; (d) any bankruptcy, insolvency, receivership,
reorganization, composition, adjustment, dissolution, liquidation or other like proceeding involving
or affecting Landlord or Tenant or their obligations, properties or creditors, or any action taken with
respect to such obligations or properties or the Lease, by any trustee or receiver of Landlord or
Tenant, or by any court, in any such proceeding; (e) any defense to or limitation on the liability or
obligations of Tenant under the Lease, or any invalidity or unenforceability, in whole or in part, of
any obligation of Tenant under the Lease or of any term of the Lease; or (f) any transfer by Principal
of any or all of the capital stock of Tenant or the control thereof.

3.     Principal waives presentment and demand for payment, notice of non-
payment or non-performance, and any other notice or demand to which Principal might otherwise

be entitled.

4.      Principal will reimburse Landlord for all costs and expenses incurred by Landlord in connection with the enforcement of this Guarantee, including, without limitation, reasonable attorneys' fees.

5.      For purposes of this Guarantee, any security deposit under the Lease shall not be credited against amounts due or payable by Tenant under the Lease or by Guarantor under the term of this Guarantee.

6.      Should Landlord be obligated in any bankruptcy proceeding to repay to Tenant or Principal or to any trustee, receiver or other representative of Principal any amounts previously paid, then this Guaranty shall be reinstated in the amount of such repayment. Landlord shall not be required to litigate or otherwise dispute its obligation to make such repayment if it in good faith on the advice of counsel believes that such obligation exists.

7.      Principal and Landlord each waive trial by jury of all issues arising in any action, suit or proceeding to which Landlord and Principal may be parties in connection with this Agreement.

8.      Principal, at its expense, will execute, acknowledge and deliver all instruments and take all action as Landlord from time to time may request for the assuring to Landlord the full benefits intended to be created by this Agreement.

9.      No delay by Landlord in exercising any right under this Agreement nor any failure to exercise the same will waive that right or any other right.

10.      Any notice or other communication hereunder must be in writing and will be deemed duly served on the date it is mailed by registered or certified mail in any post office station or letter box in the continental United States, addressed if to Principal, to the address of Principal set forth herein or such other address as Principal shall have last designated by notice to Landlord, and addressed if to Landlord, to it at the address set forth above or such other address as Landlord shall have last designated by notice to Principal.

11.      This Agreement may not be modified or terminated orally or in any manner other than by an agreement in writing signed by Principal and Landlord, or their respective successors and assigns.

12.      This Agreement and any issues arising hereunder will be governed by the laws of the State of New York, and Principal consents to the jurisdiction of the Courts of the State of New York, concerning all issues arising hereunder.

13.      All remedies of Landlord by reason of this Agreement are separate and cumulative remedies and no one remedy, whether exercised by Landlord or not, will be in exclusion of any other remedy of Landlord and will not limit or prejudice any other legal or equitable remedy which Landlord may have.

14.      If any provision of this Agreement or the application thereof to any person or circumstance will to any extent be held unenforceable, the remainder of this Agreement or the application of such provision to persons or circumstances other than those as to which it is held unenforceable, will not be affected thereby, and each provision of this Agreement shall be valid and enforceable to the fullest extent permitted by law.

15.      This Agreement will inure to the benefit of and may be enforced by Landlord and its successors or assigns, and will be binding upon and enforceable against Principal and its successors, assigns, heirs and personal representatives.  If there is more than one Principal, Principal's obligations and liabilities under this Agreement will be joint and several.

**IN WITNESS WHEREOF,** Principal has duly executed this Agreement as of the day and year first above written

Print Name:

**ALEXANDER FELL**

___-__-____

Social Security Number

Print Name:

**RUBEN BELLIARD**

___-__-____

Social Security Number

Print Name:

**JENNIFER LEE**

___-__-____

Social Security Number

STATE OF NEW YORK    )
                     :    ss.:
COUNTY OF NEW YORK   )

On this _____ day of _____ 2008 before me, the undersigned, a Notary Public in and said State, personally appeared Alexander Fell, Ruben Belliard and Jennifer Lee, personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their signatures on the instrument, the individual, or the person upon behalf of which the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

**EMAIL 21**

 Windows Live™

# OUR PARTY LIST IS HUGE!!!!!!!!!!!!!!

**From: Nancy Baynard** (nancybaynard@yahoo.com)
Sent: Mon 3/31/08 11:11 PM
To: jennifer_j_lee@yahoo.com
Attachments: Jen_and_Nancy_Party_List 0331.xls (64.6 KB)

Security scan upon download  TREND MICRO

Um... ok so i just updated our party list (w/ a VERY DEAR FRIEND OF OUR's additions) and, um, HOLY SHIT. There's over 330 people that might come to our party!!!!!!

CHECK IT OUT!

Windows Live™

**Re: OUR PARTY LIST IS HUGE!!!!!!!!!!!!!**
From: kappamarine@hotmail.com
Sent: Mon 3/31/08 11:14 PM
To: Nancy Baynard (nancybaynard@yahoo.com)

Wow that is big time.
Sent via BlackBerry from T-Mobile

-----Original Message-----
From: Nancy Baynard <nancybaynard@yahoo.com>

Date: Mon, 31 Mar 2008 16:11:27
To:jennifer_j_lee@yahoo.com
Subject: OUR PARTY LIST IS HUGE!!!!!!!!!!!!!

Um... ok so i just updated our party list (w/ a VERY DEAR FRIEND OF OUR's additions) and, um, HOLY SHIT. There's over 330 people that might come to ou

CHECK IT OUT!

# Jen and Nancy's Party List

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | Last | First | Email | Phone | Contact | Y/M/P | Comment |
| 1 | | | | | | | |
| 2 | Agnew | Jamie | Jamie.Agnew@gs.com | | Nancy | Y | |
| 3 | Anderson | Holly | holly.anderson@morgansta nley .com | | Nancy | Y | |
| 4 | Baynard | Nancy | nancybaynard@yahoo.com | 917.297.2515 | Nancy | Y | |
| 5 | Buterman | Larry | LButerman@gmail.com | | Jen | Y | 67 sessions as of 3/21 |
| 6 | Cho | Camilla | | | Jen | Y | |
| 7 | Conviser | Lenore | | | Jen | Y | |
| 8 | Crotty | Kelly | | | A | Y | |
| 9 | Gunness | Kelly | | | Jen | Y | |
| 10 | Halpin | Jen | | | Jen | Y | |
| 11 | Hodes | Inka | ihodes@addisonsearch.co m | | Jen | Y | |
| 12 | LaPeters | Robin | Lapeters44@yahoo.com | | Nancy | Y | old coworker |
| 13 | Lee | Jennifer | jennifer@bobbyflay.com | 773.230.9115 | Jen | Y | |
| 14 | Levine | Sarah | | | Jen | Y | |
| 15 | Livornese | Paul | | | Jen | Y | after biking season |
| 16 | Marks | Amy | | | Jen | Y | |
| 17 | Melynis | Indie | | | Jen | Y | |
| 18 | Menta | Melissa | | | Jen | Y | |
| 19 | Miller | Lisa | | | Jen | Y | |
| 20 | Richmond | Tiffany | TRichmond@bear.com | | Nancy | Y | |
| 21 | Rivera | Christine | car617@hotmail.com | | | Y | |
| 22 | Rodriguez | Vicky | | | | Y | |
| 23 | Rojas | Renata | Renata_Rojas@america.hypovereinsbank.com | | R | Y | |
| 24 | Rubin | Jackie | | | R | Y | |
| 25 | Salazar | Patricia | patricia126@gmail.com | | Jen | Y | |
| 26 | Shelley | Janet | Jshelley@wbmelvin.com | | Nancy | Y | COMP |
| 27 | Stohr | Dale | | | R | Y | |
| | | | | | Jen | Y | |

# Jen and Nancy's Party List

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Last | First | Email | Phone | Contact | Y/M/P | Comment |
| 28 | Torres | Eva | evasuetorres@earthlink.net | | R | Y | |
| 29 | Vaillo | Mario | | | R | Y | |
| 30 | Valentino | | | | A · | Y | 9am |
| 31 | Wells | Vicki | | | Jen | Y | |
| 32 | Willis | Susan | swillis@elliottmgmt.com | | Nancy | Y | |
| 33 | Wilson | | | | A | Y | 9am |
| 34 | Wong | Anna | | | A | Y | 7:30am |
| 35 | Appel | Len | | | Jen · | M | 6:30am |
| 36 | Barsoom | Elaine | | | Jen | M | |
| 37 | Caine | Shena | shenacaine@hotmail.com | | Jen | M | 6:30 class |
| 38 | Cohen | | | | Jen | M | 6:30 class |
| 39 | Cohen | Amanda | Acohen@adamyoung.com | | | M | |
| 40 | Cullen | Kevin | | | A | M | 5:30am |
| 41 | Deckoff | Hillary | | | R/Nancy | M | |
| 42 | Degen | Michelle | | | Jen | M | 6:30am |
| 43 | Fierman | Sarina | | | Jen | M | 6:30am |
| 44 | Fogler | Amber | Afogler@adamyoung.com | | | M | |
| 45 | Gibbons | Jorie | | | Jen | M | |
| 46 | Grimmer | Jennifer | jennifergrimmer@msn.com | | · | M | |
| 47 | Halpin | Jen bro | | | Jen | M | prob |
| 48 | Halpin | Jen sis | | | Jen · | M | prob |
| 49 | Hooch | | | | Nancy | M | heart charger 6pm; haven't talked yet |
| 50 | Hsieh | | | | Jen | M | haven't talked yet |
| 51 | Jortner | Jill | | | Jen | M | |
| 52 | Maddock | Christine | | | Jen | M | |
| 53 | Nocelli | Michele | | | Jen | M | |
| 54 | Nocelli | Gina | | | Jen | M | |
| 55 | O'Hara | Lauren | | | Jen | M | |
| 56 | R | Shannon | shannon.viard@espn3.com | | R | M | |
| 57 | Sose | Holly | hollys@ccrny.com | | Nancy | M | haven't talked yet |

# Jen and Nancy's Party List

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Last | First | Email | Phone | Contact | Y/M/P | comment |
| 58 | Stranko | Matt | | | Jen | M | Need to confirm |
| 59 | Zaikeim | Sloan | | | Jen | M | prob |
| 60 | Zaikeim | Alan | | | Jen | M | prob |
| 61 | | Susie | | | Jen | M | bobby cousin |
| 62 | NEED TO REACH OUT | | | | | | |
| 63 | Anderson | Karen | | | Nancy | P | Holly's Sister |
| 64 | Aquilino | Jill | jill.aquilino@credit-suisse.com | | | P | |
| 65 | Arrichia | | | | | P | |
| 66 | Basmajian | Diana | | | Jen | P | haven't talked yet |
| 67 | Chapin | Alison | alison.chapin@wolterskluwer.com | | Nancy | P | haven't talked yet |
| 68 | Cullen | Quinn | quinn.cullen@gs.com | | Nancy | P | |
| 69 | Davis | Nichole | Nichole.Davis@ogilvy.com | | R/Nancy | P | 84 sessions left |
| 70 | Dimond | Adriana | DIMOND_ADRIANA_M@lilly.com | | Nancy | P | book club |
| 71 | Ferrier | Andrew | andrew.ferrier@wolterskluwer.com | | Nancy | P | haven't talked yet |
| 72 | Harkishnani, | Sangeeta | babysang1@gmail.com | | Nancy | P | book club |
| 73 | Iacabelli | | | | | P | 5:30am |
| 74 | Kramer | David | | | Jen | P | haven't talked yet |
| 75 | Lorrichio | | | | | P | 7:30am |
| 76 | Newsome | Leigh | leigh@strikeinteractive.com | | Nancy | P | haven't talked yet |
| 77 | Renda | Sarah | | | Nancy | P | |
| 78 | Rockoff | Josh | josh@strikeinteractive.com | | Nancy | P | haven't talked yet |
| 79 | Ruhren | Jamin | jamin@strikeinteractive.com | | Nancy | P | haven't talked yet |
| 80 | Russell | | | | | P | 7:30am |
| 81 | Salazar | Matias | | | Nancy | P | |

# Jen and Nancy's Party List

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Last | First | Email | Phone | Contact | YIM P | Comment |
| 82 | Stauss | | | | | P | |
| 83 | Stranko girlfriend | | | | | P | 5:30am |
| 84 | Wertheim | Elie | EllieWertheim@yahoo.com | | A | P | |
| 85 | | Stephan | | | Jen | P | Renee's friend |
| 86 | Afromowitz | Melissa | melissa.afromowitz@lehman.com | | | | |
| 87 | Anderson | Virginia | virginiaa@hotmail.com | | | | |
| 88 | Aronson | Emary | aronson@robinhood.org | | | | |
| 89 | Arroyo | Iris | irisselly@yahoo.com | | | | |
| 90 | Asa | Diana | diana.asa@gs.com | | | | |
| 91 | Ashknazu | Jennifer | jash107@aol.com | | | | |
| 92 | Atwood | Julia | julia.atwood@lehman.com | | | | |
| 93 | Auricchio | Giulia | Giulia25685@yahoo.com | | | | |
| 94 | Austin | Jeanine | jaustin@hs-ideas.com | | | | |
| 95 | Avin | Kim | kraavin@aol.com | | | | |
| 96 | Baer | Alexandra | alexandria@albaroartz.com | | | | |
| 97 | Bagley | Lisa | Lisa.Bagley@meredith.com | | | | |
| 98 | Bainlardi | Shelly Ann | bainlardi@nyc.rr.com | | | | |
| 99 | Bakalor | Donna | donnaesq@optonline.net | | | | |
| 100 | Baker | Jen | Jennifer.Baker@citi.com | | | | |
| 101 | Balderas | Jose | axnova@aol.com | | | | |
| 102 | Barbarini | Dale | dalenoelle@aol.com | | | | |
| 103 | Bargallo | Nicole | bargallon@gtlaw.com | | | | |
| 104 | Barron | Jen | barron_jen@gmail.com | | | | |
| 105 | Barros | Sandra | barrosandra@aol.com | | | | |
| 106 | Barry | Dennis | Dbarry@fbr.com | | | | |
| 107 | Barthelemy | Nicholas | nicholasusa@gmail.com | | | | |
| 108 | Basile | Diane | Diane_basile@anntaylor.com | | | | |
| 109 | Bataille | Marissa | mabataille@gmail.com | | | | |
| 110 | Bates | Sonny | sonny@sonnybates.com | | | | |
| 111 | Battle | Raquel | Rockie@usa.com | | | | |

# Jen and Nancy's Party List

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Last | First | Email | Phone | Contact | Y/M/P | Comment |
| 112 | Bauer | Melissa | Mbauer@theknot.com | | | | |
| 113 | Bazley | Corry | | | | | |
| 114 | Beato | Jackie | umbeato@bellsouth.net | | | | |
| 115 | Beber | Neena | nbeder@mac.com | | | | |
| 116 | Berg | Samantha | samberg2001@aol.com | | | | |
| 117 | Berliner | Gerilyn | gberliner@logisticsinnovations.com | | | | |
| 118 | Bermudez | Melba | melba840@aol.com | | | | |
| 119 | Bertuna | | | | Ruben | | |
| 120 | Bethel | Marika | marika_bethel@yahoo.com | | | | |
| 121 | Beyda | Jeremy | JBeyda@hotmail.com | | | | |
| 122 | Bhangoo | Kamil K. | kamilkb@yahoo.com | | | | |
| 123 | Bhudia | Nita | nita.bhudia@credit-suisse.com | | | | |
| 124 | Biederman | Lisa | Lbied@yahoo.com | | | | |
| 125 | Biello | Rachel | Rachel.Biello@gmail.com | | | | |
| 126 | Bloom | Ginny | ginnybloom@yahoo.com | | | | |
| 127 | Blum | Jessica | jeb295@nyu.edu | | | | |
| 128 | Boatman | Kathleen | kathleen.boatman@izard.com | | | | |
| 129 | Bock | Paloma | palomabeck@yahoo.com | | | | |
| 130 | Bohrer | Mayling | miki_kajiya@yahoo.com | | | | |
| 131 | Bokhari | Shaheena | shaheenabokhari@yahoo.com | | | | |
| 132 | Bomba | Abigail | Abigail.Bomba@friedfrank.com | | | | |
| 133 | Bonazzoli | Micol | mickybonazzoli@hotmail.com | | | | |
| 134 | Borelli | Virginia | vlborelli@hotmail.com | | | | |
| 135 | Boudouvas | Ghada | ghadas@armstrongsousou.com | | | | |
| 136 | Bouraoui | Kamel | kbouraoui@gmail.com | | | | |
| 137 | Boutin | Sabrina | boutinsa@tmail.com | | | | |
| 138 | Bowman | Kimberly | kim@kimbowman.com | | | | |
| 139 | Bozleko | Chandra | ChandraBozleko@yahoo.com | | | | |
| 140 | Bradley | Jennifer | jbradley914@hotmail.com | | | | |
| 141 | Bradley | Liz | bradley@radicalmedia.com | | | | |
| 142 | Brancati | Michael | Mbrancati@fbr.com | | | | |

# Jen and Nancy's Party List

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Last | First | Email | Phone | Contact* | V/MP? | Comment* |
| 143 | Brechner | Christy | Cbrech@nyc.rr.com | | | | |
| 144 | Brisman | Jennifer | jennifer@theweddingplanner.com | | | | |
| 145 | Brodsky | Leslie | Ugel32@yahoo.com | | | | |
| 146 | Bronstein | Jackie | Healthy_Life4uall@aol.com | | | | |
| 147 | Brown | Danielle | daniellebrown98@aol.com | | | | |
| 148 | Brown | Jennifer | jybv2005@verizon.net | | | | |
| 149 | Brown | Samantha | SBrown@corcoran.com | | | | |
| 150 | Buono | Aimee | Aimbones@gmail.com | | | | |
| 151 | Byrne | Patrick | Byrne10@yahoo.com | | | | |
| 152 | Cafaro | Mike | carfaro.michael@gmail.com | | • | | |
| 153 | Calafiore | Valeria | Valeria.Calafiore@cliffordchance.com | | | | |
| 154 | Call | Kimberly | kimberly.call@twosigma.com | | • | | |
| 155 | Can | Elle | elle@taylorcreativeinc.com | | | | |
| 156 | Cana | Simina | simina.cana@gmail.com | | | | |
| 157 | Cappelletti | Caitlyn | caitlyn_cappelletti@fitnyc.edu | | | | |
| 158 | Caruso | Kristi | kcaruso@riverparkllc.com | | | | |
| 159 | Cassan | Traci | traci@alumni.upenn.edu | | | | |
| 160 | Castillo | Carol | frizy4u@yahoo.com | | | | |
| 161 | Castillo | Cindy | Cindy@toryburch.com | | | | |
| 162 | Castro | Cynthia | cynthiacastro1@msn.com | | | | |
| 163 | Castro | Jennifer | jennifercastr99@hotmail.com | | | | |
| 164 | Chatzopoulos | Catherine | catherine.chatzopoulos@gs.com | | | | |
| 165 | Cherniak | Harlan | hcherniak@longacrellc.com | | | | |
| 166 | Cherniak | Spencer | scherniak@bear.com | | | | |
| 167 | Chestone | Alissa | achestone@gmail.com | | | | |
| 168 | Chigas | Charles | chaschigas@mac.com | | | | |
| 169 | Chopra | Ashna | ashna318@yahoo.com | | | | |
| 170 | Chopra | Rahul | rahul.chopra@morganstanley.com | | | | |
| 171 | Chozick | Amy | amy.chozick@wsj.com | | | | |
| 172 | Cody | Nick | ncody165@gmail.com | | | | |
| 173 | Cohen | Dalia | dalia.cohen@usa.net | | | | |

Page 6 of 11

# Jen and Nancy's Party List

| | Last | First | Email | Phone | Contact 1 | Y/M/P | Comment |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 174 | Cohen | Hilary | hillcohen@yahoo.com | | | | |
| 175 | Constance | Zappella | dazappa@yahoo.com | | | | |
| 176 | Cook | Christine | Chriscook1125@gmail.com | | | | |
| 177 | Cooper | Mary | marcoop1012@yahoo.com | | | | |
| 178 | Cowell | Jennifer | Jenn22C@aol.com | | | | |
| 179 | Cowell | Lauren | mrvn046@aol.com | | | | |
| 180 | Crews | Catherine | Catherine_crews@ml.com | | | | |
| 181 | Criswell | Chris | Ccriswell@mac.com | | | | |
| 182 | D'Angelo | Nicole | nikkid4281@yahoo.com | | | | |
| 183 | Daniel | Reeyna | reeynadaniel@hotmail.com | | | | |
| 184 | Daswani | Ed | ed.daswani@ey.com | | | | |
| 185 | Davidson | Jessica | jessica.e.davidson@gmail.com | | | | |
| 186 | Day | Gloria | grodriguez@valveline.com | | | | |
| 187 | Deluca | Kristen | kristadeluca@msn.com | | | | |
| 188 | Denney | Natalie | nataliedenney@yahoo.com | | | | |
| 189 | Desanctis | Christine | cldesanctis@gmail.com | | | | |
| 190 | Detiger | Lisa | lisadetiger@aol.com | | | | |
| 191 | DiMartino | Martine | martine.dimartino@db.com | | | | |
| 192 | Dombroff | Erica | erika.dombroff@citigroup.com | | | | |
| 193 | Dubin | Courtney | Courtali24@hotmail.com | | | | |
| 194 | Dzierzawski | Robyn | radzierzawski@hotmail.com | | | | |
| 195 | Ebeling | Doug | douglas.ebeling@dechert.com | | | | |
| 196 | Edreich | Rhonda | bgapl1@aol.com | | | | |
| 197 | Efremenkova | Laima | ltvnbabyy@aol.com | | | | |
| 198 | Efremenkova | Lina | lina0brooklyn0@aol.com | | | | |
| 199 | Efremenkova | Marite | marite00@aol.com | | | | |
| 200 | Einsele | Marc | meinsele@imgworld.com | | | | |
| 201 | Eldan | Jill | JillEldan@gmail.com | | | | |
| 202 | Elias | Amanda | Amanda7799@aol.com | | | | |
| 203 | Elias | Caren | Cre2411@gmail.com | | | | |
| 204 | Elie | Marianne | marianne.elie@citigroup.com | | | | |

Page 7 of 11

# Jen and Nancy's Party List

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Last | First | Email | Phone | Contact | Y/M/P | Comment |
| 205 | Elizalde | Mandy | mandy.elizalde@lehman.com | | | | |
| 206 | Evans | Sarah | sevans22@gmail.com | | | | |
| 207 | Facey | Yvonne | yvonne.a.facey@citi.com | | | | |
| 208 | Fagan | Patrick | Mellowtip1@aol.com | | | | |
| 209 | Famighetti | Paul | paul@famighetti.com | | | | |
| 210 | Farag | Victoria | vfarag@steinhardt.net | | | | |
| 211 | Farquharson | Natasha | natasha_farquharson@ml.com | | | | |
| 212 | Fioroni | Lia | lia.fioroni@gmail.com | | | | |
| 213 | Fischer | Samara | samarafischer@hotmail.com | | | | |
| 214 | Fischman | Karen | eastfish@aol.com | | | | |
| 215 | Fitzgerald | Shannon | sfitzgerald@bnybrokerage.com | | | | |
| 216 | Fiumano | Christopher | fiumano5@yahoo.com | | | | |
| 217 | Flakowitz | Pam | pef555@hotmail.com | | | | |
| 218 | Flynn | Kerianne | flynn@nyc.rr.com | | | | |
| 219 | Forbush | Jennifer | jennifer.forbush@gmail.com | | · | | |
| 220 | Friesell | Liz | lizfriesell@mac.com | | | | |
| 221 | Frost | Candice | FrostAct1@aol.com | | | | |
| 222 | Garelick | Mindy | m.mindyg@verizon.net | | | | |
| 223 | Gerson | Fany | fanagerson@yahoo.com | | | | |
| 224 | Gerson | Josh | | | | | |
| 225 | Gheen | Casey | Casey.Gheen@gs.com | | · | · | |
| 226 | Gillikin | Nicole | NicoleGillikin@gmail.com | | | | |
| 227 | Gipe | Ian | Ian@monacoreps.com | | | | |
| 228 | Goicochea | Rachel | rachel.goicochea@gs.com | | | | |
| 229 | Goldman | Lisa | lgoldman@saatchiny.com | | | | |
| 230 | Gorsky | Lauren | lauren_gorsky@gmail.com | | | | |
| 231 | Granda | Cristina | cgranda@bear.com | | | | |
| 232 | Green | Tara | JellyBeanComfort@hotmail.com | | | | |
| 233 | Greuner | Angelica | angelicagreuner@yahoo.com | | | | |
| 234 | Grossi | Susan | mitchsue@aol.com | · | | · | · |
| 235 | Guerrero | Dalinda | Dalinda.Guerrero@morganstanley.com | | | | |

# Jen and Nancy's Party List

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Last | First | Email | Phone | Contact | Y/M/P | Comment |
| 236 | Herman | Jennifer | Jherman@mkjcomm.com | | | | |
| 237 | Hilty | Kristen | kehilty@yahoo.com | | | | |
| 238 | Hollander | Jamie | Chollan434@aol.com | | | | |
| 239 | Hopkins | Amanda | Amanda_n_hopkins@hotmail.com | | | | |
| 240 | Horton | Joel | Joel.Horton@polo.com | | | | |
| 241 | Hubert | Eileen | Eileen.Hubert@morganstanley.com | | • | | |
| 242 | Jarmlowski | Christina | Christina.J23@hotmail.com | | | | |
| 243 | Jenkins | Amanda | amandajnyc@yahoo.com | | • | | |
| 244 | Johnson | Erin | erin.johnson@jwt.com | | | | |
| 245 | Jovanovic | Chiara | Chiara.Jovanovic@gs.com | | | | |
| 246 | Kanas | Jennifer | jkanas@gmail.com | | | | |
| 247 | Karnal | Alex | karnala@deerfieldpartners.com | | | | |
| 248 | Karpel | Barry | Bmkarpel@aol.com | | | | |
| 249 | Kaye | Jessica | vermontjessica@hotmail.com | | | | |
| 250 | Keefe | Julia | Jkeefe@limeouthy.com | | | | |
| 251 | Kessler | Elise | elkessler@mac.com | | • | | |
| 252 | Kim-Suk | Sandy | sandra.kimsuk@citigroup.com | | | | |
| 253 | King | Tara | tlynnking@yahoo.com | | • | | |
| 254 | Koppele | Meghann | Mkoppele@premierpilatesandtraining.com | | | | |
| 255 | Ladjevardi | Ninni | ninni@bfivestudio.com | | | | |
| 256 | Laird | Ryan | ryan.laird@gmail.com | | | | |
| 257 | Lambrakis | Sophia | praxisophia@aol.com | | | | |
| 258 | Lamendella | John | J.Lamendella@southernwine.com | | | | |
| 259 | Landa | Gina | Ginalanda@gmail.com | | | | |
| 260 | Landes | Elissa | ellandes@comcast.net | | | | |
| 261 | Landman | Sarah | sarahlandman@gmail.com | | | | |
| 262 | Lippman | Jennifer | jenniferlippman@verizon.net | | | | |
| 263 | Loomis | Caroline | cloomis@sbs.nyc.gov | | | | |
| 264 | Lowenthal | Sara | Slowenthal@gmail.com | | | | |
| 265 | Lyon | Ali | Alexandra_Lyon@swissre.com | | | | |
| 266 | Lyons | Jamie | jLyons@elliottmgmt.com | | | | |

# Jen and Nancy's Party List

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Last | First | Email | Phone | Contact | Y/M/P | Comment |
| 267 | Markowitz | Alison | alison.markowitz@gmail.com | | | | |
| 268 | Marusic | Christina | Cmarusic@hotmail.com | | • | | |
| 269 | Mastio | Carolyn | Cmastio@moxieinteractive.com | | • | | |
| 270 | Matarazzo | Katie | katherine.matarazzo@prudential.com | | | | |
| 271 | Matchett | Hilary | matchett3@hotmail.com | | | | |
| 272 | Maundrell | Melissa | melissamfu@yahoo.com | | | | |
| 273 | Mendez | Madeline | mmendez610@aol.com | | | | |
| 274 | Mislowack | Penny | pennymilo@gmail.com | | | | |
| 275 | Mittman | Amanda | amandamittman@gmail.com | | | | |
| 276 | Molinaro | Kristi | kmolinaro@yahoo.com | | | | |
| 277 | Morris | Emily | Emii@Emiionline.com | | | | |
| 278 | Nickelsburg | Sari | Sari@coverclicksmail.com | | | | |
| 279 | Oommen | Sunil | suniloommen76@gmail.com | | | | |
| 280 | Osmond | Ashley | acosmond@yahoo.com | | | | |
| 281 | Pandolfi | Liz | epandolfi@oxhp.com | | | | |
| 282 | Parent | Benjamine | benjamine@benjaminepr.com | | | | |
| 283 | Patel | Finale | patelfb@yahoo.com | | | | |
| 284 | Plaza | Eileen | EP2320@columbia.edu | | | | |
| 285 | Poole | Colleen | colleen.poole@villanova.edu | | | | |
| 286 | Porter | Jonikka | jonikka.porter@credit-suisse.com | | | | |
| 287 | Poueriet | Raphael | Rpoueriet@gmail.com | | | | |
| 288 | Priolet | Pat | priolet@robinhood.org | | | | |
| 289 | Pujadas | Esty | esty.pujadas@ketchum.com | | | | |
| 290 | Quinn | Fiona | Fiona.Quinn@macys.com | | | | |
| 291 | Quinn | Patrick | P.Quinn@morganstanley.com | | | | |
| 292 | Raineri | Rita | | | | | |
| 293 | Ramos | Francine | Francine_Ramos@ml.com | | | | |
| 294 | Rand | Erica | ERand12@aol.com | | | | |
| 295 | Rascio | Alexis | alexis.rascio@gs.com | | | | |
| 296 | Ravitch | Michael | Mishar@mac.com | | | | |
| 297 | Reed | Robin | reedrobin@gmail.com | | | | |

# Jen and Nancy's Party List

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Last | First | Email | Phone | Contact | Y/M/P | Comment |
| 298 | Reilly | Kasey | Kreilly@fsciame.com | | | | |
| 299 | Reinhold | Dave | DaveReinhold@yahoo.com | | | | |
| 300 | Reisman | Jean | jreism01@hotmail.com | | | | |
| 301 | Rich | Barbara | babs331@msn.com | | | | |
| 302 | Rivera | Madelin | madelin.rivera@db.com | | | | |
| 303 | Robinson | MaryJane | mary_janerobinson@hotmail.com | | | | |
| 304 | Rosenblatt | Rebecca | rosenblattbecky@hotmail.com | | | | |
| 305 | Santora | Kim | ksantora@lehman.com | | | | |
| 306 | Sares | Diana | diana@cyclopsnyc.com | | | | |
| 307 | Sarraga | Patricia | | | Dale | | |
| 308 | Scholtes | Lisa | Lscholtes@foxsports.net | | | | |
| 309 | Schultz | Ginger | ginger.schultz@aig.com | | | | |
| 310 | Sgambati | Melissa | msgambati05@nyls.edu | | | | |
| 311 | Sgouros | Charissa | cmss@earthlink.net | | | | |
| 312 | Shaw | Jan | Firstfax@aol.com | | | | |
| 313 | Smaldone | Michael | michaelsmaldone@earthlink.net | | | | |
| 314 | St. Pierre | Carol | stpie614@aol.com | | | | |
| 315 | Steinberg | Beth | Bsteinbe@lehman.com | | | | |
| 316 | Thompson-Why | Tonya | twhyte@accessorynetwork.com | | | | |
| 317 | Tiampo | Jamie | Public@tiampo.org | | | | |
| 318 | Tucker | Laura | dandltucker@rcn.com | | | | |
| 319 | Wolberger | Elia | eliawolberger@gmail.com | | | | |
| 320 | Zajarias | Samuel | sam.zajarias@gmail.com | | | | |
| 321 | Zion | Yael | Yeltani@hotmail.com | | | | |
| 322 | | | | | | | |
| 323 | | | | | | | |

**EMAIL 22**

 Windows Live™

Tunnel
From: **ALEX FELL** (kappamarine@hotmail.com)
Sent: Sat 4/05/08 11:53 PM
To: ruben (belliardrd@gmail.com)

Dude check the link below. Its for the tunnel. I was thinking the 10'x24" in black.

http://www.playsetparts.com/store/103/0/index.htm

Going green? See the top 12 foods to eat organic.

**PLAYGROUND PARTS & STRUCTURES** *a division of ADSi, Inc.*

The joy of swinging, the joy of sliding,
the joy of climbing... the joy of being a kid!

NEW! **SwingSetMall.com** *[beta]* | Home | Contact Us | Display Cart | Search : [ ] Go!    Search Tips

**PRODUCT CATEGORIES**

- Swings
- Slides
- Climbs
- Handles & Holds
  - Zip Lines +
  - Monkey Bars +
  - Steering Wheels
  - Play Accessories
  - Play Fort Roofs
- Bridges
  - Tubes & Components
- Structure Panels
- Playground Hardware
  - Indoor Play
- SWING SET KITS
- Structures & Events
  - Borders & Playsurface
- · QUICK SHIP!
  - · NEW ITEMS!
  - · GREAT GIFTS!
  - · ON SALE!

**InfoLinks :**

· Our Mission

· Low Price Guarantee

· Shipping Info

· Our eBay Auctions

· Handbook for Public Playground Safety
(PDF file - 1 mb download)

Home : Tubes & Components : FULL TUBES 24" diameter x 10'



FULL TUBES : 24" diameter x 10'
# 01103 - Mfr: CW                    $580.38

- Sizes are approximate for all plastic components
- For tubes with bell, the length measurement does not include the bell
- Bell on one end

Color : 05-Tan                    Qty: 1        Buy!

**We Accept:**
VISA
PayPal
Open an Account

CLICK HERE TO TELL A FRIEND ABOUT THIS PAGE!

**Sign up for the PlaysetParts newsletter!**
Email : [ ]     Go!
| Add: ⦿ | Remove: ◉ | Read our Privacy Policy

Our Shopping Cart is
**HACKER SAFE**
TESTED DAILY

**Other ADSi Stores:**
**SwingSetMall**
Check it out!

PlaysetParts.com is a division of Advertising & Design Services, Inc. (ADSi)
**Office Hours:** Mon - Wed 8 to 4, Thurs 10 to 4 (Pacific Time)
**Toll-Free Order Line:** 1.866.297.PLAY | **Office:** 360.377.7529 | **Fax:** 360.626.0173
Mailing Address: PO Box 3026, Bremerton, WA 98310 USA

8 user(s) currently online.
5890 users in the past week.

Site designed, programmed, and maintained by Advertising & Design Services, Inc.
Please email comments or suggestions to: webmaster@playsetparts.com or use our contact form.
All content copyright 1999-2008 PlaysetParts.com, not to be used without written permission.

**EMAIL 23**

**Everlast Climbing Industries Price Quote Form**
From: sales@traversewall.com
Sent: Sat 4/05/08 2:59 AM
To: kappamarine@hotmail.com

rhank you for your interest in Everlast Climbing Industries, the leader in school climbing wall manufacture and installation. We are currently process

Name:Alex Fell

School:Warrior Fitness Boot Camp

Address:29 w. 35th st. 3rd floor

City:New York

State:NY

Zip:10001

School_Phone:

School_Fax:

Other_Phone:917-903-5387

best_time_of_day:Daytime

Email:kappamarine@hotmail.com

Contact_Method:email

Interested_In:Traverse Climbing Walls

Time_for_Purchasing:Ready_Now

Comments:Pricing for superior rock wall to cover a 16'x8' area.

Sincerely,The Staff of Everlast Climbing Industries

**EMAIL 24**

Windows Live™

---

**RE:**
From: **ALEX FELL** (kappamarine@hotmail.com)
Sent: Mon 4/07/08 2:03 AM
To: belliardrd@tmo.blackberry.net

---

Do you think its climbable?

> To: kappamarine@hotmail.com
> Subject: Re:
> From: belliardrd@tmo.blackberry.net
> Date: Mon, 7 Apr 2008 01:55:47 +0000
>
> About the same
> Sent wirelessly via BlackBerry from T-Mobile.
>
> -----Original Message-----
> From: ALEX FELL <kappamarine@hotmail.com>
>
> Date: Mon, 7 Apr 2008 01:54:22
> To:Ruben Belliard <belliardrd@gmail.com>
> Subject: RE:
>
>
> The rope with the hook is only 1 1/2" in diameter. How big are the ropes at Pure Power?
>
>
> ----------------
> Date: Sun, 6 Apr 2008 21:46:29 -0400
> From: belliardrd@gmail.com
> To: kappamarine@hotmail.com
> Subject:
>
>
> THis is the site for the stall bars, http://www.promedproducts.com/s.nl/it.A/id.1073/.f
<http://www.promedproducts.com/s.nl/it.A/id.1073/.f> ,
>
> This is the site for the rope, http://www.gymsupply.com/index.asp?
PageAction=VIEWPROD&amp;ProdID=3491&amp;MMP=1013448271
<http://www.gymsupply.com/index.asp?
PageAction=VIEWPROD&amp;ProdID=3491&amp;MMP=1013448271> , I like this rope because it already
has a way to hook it up to the ceiling.  We could just get the rope which would be cheaper but then we
have to deal with how to attach it the ceiling. This is the web site http://www.us-rope-
cable.com/HTML/manila-rope.html <http://www.us-rope-cable.com/HTML/manila-rope.html>
>
>
>
> ----------------
> Get in touch in an instant. Get Windows Live Messenger now.

---

More immediate than e-mail? Get instant access with Windows Live Messenger.

**EMAIL 25**

 **Windows Live™**

---

# tees, tanks

**From:** Miriam Burrows (freead@comcast.net)
**Sent:** Mon 4/07/08 9:11 PM
**To:** beillardrd@tmo.blackberry.net; 'Nancy Baynard' (nancybaynard@yahoo.com); 'Jennifer J.
Lee' (jennifer_j_lee@yahoo.com); kappamarine@hotmail.com
**Attachments:** image006.jpg (8.2 KB), image005.jpg (8.4 KB), image004.jpg (8.9 KB), Security scan upon download 
image003.jpg (8.3 KB), image002.jpg (8.4 KB), image001.jpg (9.8 KB)

---

Hi Ruben and All,


The following is the pricing and product information for the tanks and tees.  Please let me know if you'd like to order samples of any of the items noted.  Your order would ship today or tomorrow to arrive the next day via UPS Ground.


Tank tops to be printed on front only in 2 colors with supplied layout.

Tees to be printed on the front in 2 color (same imprint as tanks) and on the back in 2 colors with supplied layouts.

Pricing is valid for 30 days.



Tank tops for ladies:



Bella #1080 ribbed tank top 100% cotton

144 pc. order: $8.40

300 pc. order: $7.95

589 pc. order: $7.50



Bella #1011 ribbed spaghetti strap tank top 100% cotton

144 pc. order: $8.15

300 pc. order: $7.70

589 pc. order: $7.25



Bella #8770 mini-ribbed racer-back tank top 98% cotton/2% Spandex

144 pc. order: $10.85

300 pc. order: $10.40

589 pc. order: $9.95

Tee shirts for ladies:



Bella #1001 ribbed crew neck tee 100% cotton

144 pc. order: $10.60

300 pc. order: $9.70

589 pc. order: $8.80



Bella #1003 ribbed scoop neck tee 100% cotton

144 pc. order: $11.00

300 pc. order: $10.10

589 pc. order: $9.15

Unisex tee shirts



Fruit of the Loom, Gildan, Jerzees, Hanes or comparable brand jersey knit crew neck tee 100% cotton

144 pc. order: $7.95

300 pc. order: $7.10

589 pc. order: $6.15

For 2XL sizes: Bella brand: add $2.25 per shirt.  Unisex tees: add $2.00 per shirt

Set-up fees: $35.00 per color/per side

Production time: 7-10 work days

Ship time to NYC: 1 work day via UPS Ground

The cost of shipping is additional

If you'd like to place an order for samples, our policy is that if an order is placed, the cost of the styles used for the order will be rebated toward the total cost of the order.  FYI, when the silk screened order is placed we will supply preproduction samples for approval before the complete order is produced.  Generally we charge $50.00 per preproduction sample, however we will waive the fee(s) due to Jen and our great relationship with her/Mesa Grill.

Please let me know if you have any questions, need additional information or would like to place an order for samples.

Thanks!

Miriam


Miriam Burrows

Free Advertising, Inc.

212-691-7056 or 732-634-2652

ead@comcast.net

**www.freeadinc.com**

**EMAIL 26**

 Windows Live™

---

## Re: David Ferber email

From: **kappamarine@hotmail.com**
Sent: Tue 4/01/08 9:09 PM
To: Jennifer Lee (Jennifer_j_lee@yahoo.com)

---

That's great. Just wondering
Sent via BlackBerry from T-Mobile

-----Original Message-----
From: "Jennifer J. Lee" <jennifer_j_lee@yahoo.com>

Date: Tue, 1 Apr 2008 14:02:29
To:kappamarine@hotmail.com
Subject: Re: David Ferber email


melynis was in class this morning and no ruben there.
i told her about the new place. that's ok, right?

and, buterman and i talk daily. so, i told him.


--- kappamarine@hotmail.com wrote:

> How are they funding out?
> Sent via BlackBerry from T-Mobile
>
> -----Original Message-----
> From: "Jennifer J. Lee" <jennifer_j_lee@yahoo.com>
>
> Date: Tue, 1 Apr 2008 13:35:34
> To:kappamarine@hotmail.com
> Subject: Re: David Ferber email
>
>
> I have Peterson's email. Don't you think she would
> rejoin?
>
> Buterman called me and said he is joining for sure.
> Same with Indy (Melynis). She said she would sign up
> right away, even though she has sessions left. Same
> with Buterman.
>
>
> --- kappamarine@hotmail.com wrote:
>
> > Oh yeah. Thanks honey.
> > ------Original Message------
> > From: Jennifer Lee
> > To: Me
> > Sent: Apr 1, 2008 4:04 PM
> > Subject: David Ferber email
> >
> > David Ferber email:
> >
> > ferber@ferberchan.com
> >
> > --- kappamarine@hotmail.com wrote:

```
> >
> > > Hey honey. Remind me to send a thank you email
> to
> > > david ferber
> > > Sent via BlackBerry from T-Mobile
 > >
> > >
> >
> >
> > Jennifer J. Lee
> > 212-982-5163 (work)
> > www.bobbyflay.com
> >
> >
> >
> >
> > Sent via BlackBerry from T-Mobile
> >
> >
>
>
> Jennifer J. Lee
> 212-982-5163 (work)
> www.bobbyflay.com
>
>
>
```

Jennifer J. Lee
212-982-5163 (work)
ww.bobbyflay.com

**EMAIL 27**



Alex Fell <kappamarine@gmail.com>

# Nicio and Conversion

1 message

**Jennifer J. Lee <jennifer_j_lee@yahoo.com>**
To: Alex Fell <kappamarine@gmail.com>

Fri, Apr 18, 2008 at 7:53 AM

Call me Miss Conversion.

I converted a Lauren lover! This girl, Jacobs, loves
Lauren and hugged her one time and said all would be
ok and blah blah blah. So, I wrote her off.

But lately, she has been talking to me a lot, wanting
to be partners, etc. and today, I converted her! She
said she won't sign up if I don't return and will do
what I do. She promised not to renew and to sign up
for yours. Man, I am good.

Also, Nicio said he's leaving soon. He's MISERABLE.

And, Melynis said she is signing up for 6 months with
you. She set aside her bday money and tax return for
you guys. Is she not the sweetest girl or what? I am
going to treat her to Mesa for dinner one time. She is
just too awesome and I dig her.

Also, she converted Anderson and Pierre and said she
would work on more people for you guys.


Jennifer J. Lee
212-982-5163 (work)
www.bobbyflay.com

**EMAIL 28**

 Windows Live™

## RE:

**From: ALEX FELL** (kappamarine@hotmail.com)
Sent: Wed 4/16/08 8:49 PM
To: Richmond, Carolyn D. (crichmond@foxrothschild.com)

Thank you very much. Hopefully she's full of it.

Alex

Subject: Re:
Date: Wed, 16 Apr 2008 15:25:18 -0400
From: CRichmond@foxrothschild.com
To: kappamarine@hotmail.com

Ok. Then let's wait for her next move. Don't take her calls--either of you. As I've advised you --
ruben is technically in breach. As long as you didn't sign, you are not (although Ruben creates
issues for you personally). Let me know when you get calls, letters or emails. If she has proper
counsel, she should send you a formal letter and copies of the signed agreements. Carolyn D.
Richmond

Carolyn D. Richmond, Esq.

Fox Rothschild, LLP
212 878.7983
212 692.0940 fax
100 Park Avenue
New York, NY 10017

Sent from my BlackBerry Wireless Device

-----Original Message-----
From: ALEX FELL <kappamarine@hotmail.com>
To: Richmond, Carolyn D.
Sent: Wed Apr 16 15:14:26 2008
Subject: RE:

Positive that I never signed it.

Subject: Re:
Date: Wed, 16 Apr 2008 14:24:04 -0400
From: CRichmond@foxrothschild.com
To: kappamarine@hotmail.com

Hi. Just landing in ny from ecuador. We can talk later. However, don't take any of her
calls--she can put it in email. We know about ruben's and that it is a significant risk that she will
sue on it--but we certainly have defenses. However, are you sure you did not sign one? Carolyn
D. Richmond

Carolyn D. Richmond, Esq.

Fox Rothschild, LLP
212 878.7983

212 692.0940 fax
100 Park Avenue
New York, NY 10017

Sent from my BlackBerry Wireless Device

-----Original Message-----
From: ALEX FELL <kappamarine@hotmail.com>
To: Richmond, Carolyn D.
Sent: Wed Apr 16 14:00:35 2008
Subject:

Hey Carolyn,

    Wanted to give you the latest scoop. Lauren just called Ruben and asked him if we were
starting our own gym. Ruben did not answer and tried to change the subject. She then
proceeded to tell him that she has both Non-Competes, signed by us, sitting in front of her. I
never signed one. Do you have any suggestions as to what we should do now?

    Alex Fell

    Pack up or back up–use SkyDrive to transfer files or keep extra copies. Learn how.
<http://www.windowslive.com/skydrive/overview.html?
ocid=TXT_TAGLM_WL_Refresh_skydrive_packup_042008>

ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be
used or relied upon by you or any other person, for the purpose of (i) avoiding
penalties under the Internal Revenue Code, or (ii) promoting, marketing or
recommending to another party any tax advice addressed herein.
---------------------------------------------
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for
the use of the Individual(s) named above. If you are not the intended recipient
of this e-mail, or the employee or agent responsible for delivering this to the
intended recipient, you are hereby notified that any dissemination or copying
of this e-mail is strictly prohibited. If you have received this e-mail in error,
please immediately notify us by telephone at (215)-299-2167 or notify us by
e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail
to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3291 via the
U.S. Postal Service. We will reimburse you for all expenses incurred.

Thank you.

Get in touch in an instant. Get Windows Live Messenger now.
<http://www.windowslive.com/messenger/overview.html?
ocid=TXT_TAGLM_WL_Refresh_getintouch_042008>

ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:

Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.
--------------------------------------------
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com.  Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3291 via the U.S. Postal Service.  We will reimburse you for all expenses incurred.

Thank you.

Pack up or back up–use SkyDrive to transfer files or keep extra copies. Learn how.

**EMAIL 29**

 **by Google** BETA

Alex Fell <kappamarine@gmail.com>

---

## Re: Larry called (Buterman)
1 message

---

**Alex Fell <kappamarine@gmail.com>**
To: "Jennifer J. Lee" <jennifer_j_lee@yahoo.com>

**Wed, Apr 16, 2008 at 3:16 PM**

Hey Honey,
Ruben thinks that he shredded the copy of the contract. I love you

On Wed, Apr 16, 2008 at 2:41 PM, Jennifer J. Lee <jennifer_j_lee@yahoo.com> wrote:
Larry called and could only talk for 2 minutes and
will call me back later.

He said under no circumstances should either of you
talk to her ever again. She will misrepresent you and
all that you have said and done. And that she is a
known liar so best to stay away from her.

So, Ruben, you were BRILLIANT to not say anything and
keep changing the subject.

Larry was adamant that the 2 of you have no contact
with her at all and if she calls you, you hang up,
etc. IF you see her, walk away.

He also wants to see a copy of the contract even
though he says it will be thrown out. I told him I
don't know if you have it.

I told him Alex never signed one but Ruben did. He
said it wont' hold up but he'd like to see a copy if
possible.

He said he'd call me later with more advice.


Jennifer J. Lee
212-982-5163 (work)
www.bobbyflay.com



--
OOHRAH!

Alex Fell

WARRIOR FITNESS BOOT CAMP
29 W. 35TH ST.
3RD FLOOR
NEW YORK, NY 10001
TEL: (212) 967-7977
FAX: (212)967-7477
www.warriorfitnessbootcamp.com

**<u>EMAIL 30</u>**



**Alex Fell <kappamarine@gmail.com>**

# Fwd: Warrior Fitness Boot Camp!!!

1 message

**Jennifer J. Lee <jennifer_j_lee@yahoo.com>**                              **Thu, Apr 24, 2008 at 10:49 PM**
To: Alex Fell <kappamarine@gmail.com>


--- "Jennifer J. Lee" <jennifer_j_lee@yahoo.com>
wrote:

> Date: Thu, 24 Apr 2008 09:08:15 -0700 (PDT)
> From: "Jennifer J. Lee" <jennifer_j_lee@yahoo.com>
> Subject: Warrior Fitness Boot Camp!!!
> To: Stephanie March <smarch1313@aol.com>,
>    Charlotte March <charlottelmarch@hotmail.com>,
>    Jennifer Halpin <jennifer.ann.halpin@gmail.com>,
>
>    Rosemary McDuffee
> <rosemary.mcduffee@bankofamerica.com>,
>    Jennifer  GCM Powers
> <jennifer.powers@rbsgc.com>,
>    Julianne Mulvey <julianne5000@mac.com>,
>    Joyce Allaire <joyce.allaire@leerink.com>,
>    Dave Dobesh <david_p_dobesh@hotmail.com>,
>    Blake Lawrence <blake@blake-lawrence.com>,
>    lauren.ohara@barclayscapital.com,
>    GCM Fahrbach Robert <robert.fahrbach@rbsgc.com>,
>
>    Jacek Wojtowicz
> <jacek.wojtowicz@credit-suisse.com>,
>    Becca Parrish <becca@beccapr.com>, Sarah Hepola
> <sarahhepola@gmail.com>,
>    Sarah Nelson <sarahnelson18@hotmail.com>
>
> Hi friends! Need your help in spreading the word...
>
> Warrior Fitness Boot Camp is a Marine Corps based
> bootcamp that will help people lose weight, get in
> shape, build strength and confidence, and have FUN!
>
> Warrior Fitness Boot Camp (WFBC) is located on 35th
> Street between 5th and 6th Avenue.  WFBC is a
> comprehensive boot camp style gym that includes a
> full
> Marine Corps-style obstacle course, 2 workout areas,
> running track and other fun killer workout stuff.
> The
> course includes serious hurdles, incline/decline
> monkey bars, dip bars, climbing walls, rope, and a
> tunnel! And surrounding the course is a 4 ft track
> to
> be used for running, sprinting, bear crawl, lunges,
> etc).  It's going to kick ass...
>

> If you're interested in signing up, they just
> started
> processing 'commitments.' They will fax a contract
> over to you ASAP.  In terms of pricing, they are
> offering a promo for initial sign-up: "Operation
> Warrior" is their 6-week package that includes 24
> "training days" and is priced at $999 ($50 off
> original $1049 price if you sign up during 1st 3
> months of their opening).  They are also offering
> various other packages (36, 48, 72 and 96 training
> day
> sessions) at further discounts (the more you sign
> up,
> the bigger the discount.
>
> Other details:
> 1) Training day sessions are 1 hour long. Monday -
> Friday at: 5:30am, 6:30am, 7:30am, 9am, noon, 1,
> 5:30pm, 6:30pm, 7:30pm. Saturday at 9:30am and
> 10:30am
> 2) The drill instructors are former Marines
> 3) Corporate programs and discounts available
> 4) Target opening day = May 5, 2008
>
> WFBC
> 29 W. 35th Street, 3rd Floor
> 212-967-7977
> www.warriorfitnessbootcamp.com (temporary landing
> page, full website will be up soon)
>
> Call Alex or Ruben (owners and drill instructors)
>
> Hope you join me!
>
> Jennifer J. Lee
> 212-982-5163 (work)
> www.bobbyflay.com
>
>
>


Jennifer J. Lee
212-982-5163 (work)
www.bobbyflay.com

**EMAIL 31**



**Alex Fell <kappamarine@gmail.com>**

---

## Update: Warrior Fitness Boot Camp Opening Day - May 12th

1 message

---

**Nancy Baynard <nancybaynard@yahoo.com>**                    **Mon, Apr 28, 2008 at 4:31 PM**
To: nancybaynard@yahoo.com

Hi Everyone...

I wanted to let you all know that due to unforeseen construction delays Warrior Fitness Boot Camp must delay their opening day one week. They will now be opening their doors **Monday, May 12th** (vs. May 5th).

They have asked that I pass along their apologies for the delay and hope this does not inconvenience you in any way (trust me they are bummed). It goes without saying they are definitely busting their asses (and burning the candle at both ends) to get the gym open for business. They want it open yesterday!

That said, I want to send a HUGE thanks to all of you for spreading the word! Please keep up the awesome work of reaching out to family, coworkers, friends, building-mates etc. to bring them to what is going to be an awesome gym!

Hope this email finds you well and you are staying dry today... Happy Monday (yuck right?).

Cheers,

Nancy

------------

A few more items...

As I indicated earlier, in terms of pricing, they are offering a promo for initial sign-up: "Operation Warrior" is their 6-week package that includes 24 "training days" and is priced at $999 ($50 off
original $1049 price if you sign up during 1st 3 months of their opening). They are also offering various other packages (36, 48, 72 and 96 training day sessions) at further discounts (the more you sign up,
the bigger the discount.

Other details:
1) Training day sessions are 1 hour long. Monday - Friday at: 5:30am, 6:30am, 7:30am, 9am, noon, 1, 5:30pm, 6:30pm, 7:30pm. Saturday at 9:30am and 10:30am
2) The drill instructors are former Marines (oorah)
3) Corporate programs and discounts available
And again, target opening day is Monday, May 5th!

I hope you will join me!!!!

----- Original Message ----
From: Nancy Baynard <nancybaynard@yahoo.com>
To: nancybaynard@yahoo.com
Sent: Thursday, April 24, 2008 12:29:45 PM
Subject: So excited to introduce Warrior Fitness Boot Camp!
Hi there!

I'm so excited to share some great news!!!!   As most of you know my boyfriend Ruben and his best friend/business partner Alex are opening up their own kick-ass gym! YAY! The lease has been signed and construction well on its way to completion. They haven't opened yet (target opening day is Monday, May 5th) but they are actively signing up new clients, which is why I'm reaching out to you to say, "Sign up now, it's a GREAT workout, the space is awesome and the trainers (Alex and Ruben) will kick your ass right into summer! It's going to be AWESOME!"!!!!!"

If I may tell you a little about the gym... (can you tell I'm excited?)  Warrior Fitness Boot Camp (WFBC) will be located on 35th Street between 5th and 6th Avenue (so close to all major subways/ferry's/buses!). It's going to be a comprehensive 'boot camp' style gym that includes a full Marine Corp based obstacle course, 2 workout areas, some serious hurdles, incline/decline monkey bars, dip bars, climbing walls, and tunnel... and for you runners out there, the obstacle course is surrounded by a track for sprinting, relays, laps etc. SO FUN! It may sound a bit nuts but it's not! For those of you who have ever worked out in a group setting before you know that it's so great to go through this type of workout w/ others! So great, fun, and gets you in great shape!

So… if you're interested in signing up (which I hope you are!) they just started processing 'commitments' (oorah) so give them a ring, 212.967.7977, and they will fax a contract over to you ASAP. In terms of pricing, they are offering a promo for initial sign-up: "Operation Warrior" is their 6-week package that includes 24 "training days" and is priced at "$999". They are also offering various other packages (3 months, 6 months, 1 year) definitely give them a ring to discuss.   They are working on the space as we speak so if they are not able to answer the phone please leave a message and I'm sure they will get back to you as soon as they can.

Oh, and one more thing, please help SPREAD THE WORD to others! Your support is greatly appreciated!

I hope this email finds you well (and hopefully sitting outside right now eating lunch enjoying the beautiful day)!

Best,
nancy

**EMAIL 32**

Web-Based Email :: Print

Print | Close Window

Subject: RE: FW: Hi Guys!
From: "Landry, Nicole" <nicole.landry@lovells.com>
Date: Thu, May 01, 2008 11:54 am
To: <alex@warriorfitnessbootcamp.com>

---

Confidential

_____

Got it.  Thanks
 - N

---

From: alex@warriorfitnessbootcamp.com [mailto:alex@warriorfitnessbootcamp.com]
Sent: Thursday, May 01, 2008 12:19 PM
To: Landry, Nicole
Subject: RE: FW: Hi Guys!

Hey Gillikin/Landry,

Just faxed over contract.

OOHRAH!

Alex

Warrior Fitness Boot Camp
29 W. 35th St.
3rd Floor
New York, NY 10001
Tel:(212)967-7977
Fax:(212)967-7477
www.warriorfitnessbootcamp.com

------- Original Message -------
Subject: RE: FW: Hi Guys!
From: "Landry, Nicole" <nicole.landry@lovells.com>
Date: Thu, May 01, 2008 7:19 am
To: <alex@warriorfitnessbootcamp.com>

Confidential

_____

Hi Alex,

Thanks for the info.  When can I check out the place?  I'll sign up for the 24 TD package.  Pls send over the docs when you get a
chance.  Email is better if possible.  Otherwise, you can fax it to 212-909-0660.  But that's a general fax number for my whole
office so please use a cover page and put it to my attention (Nicole Landry; office 8.10).  Thanks.

 Nicole

---

From: alex@warriorfitnessbootcamp.com [mailto:alex@warriorfitnessbootcamp.com]
Sent: Tuesday, April 29, 2008 2:37 PM
To: Landry, Nicole
Subject: RE: FW: Hi Guys!

Hey Gillikin,

It's good to hear from you.  We'll definitely put you in for the 7:30am on mondays starting May 12.  Pricing for the number of training days that
you requested are as follows:

36 training days- $1497 ($41.60 per training day) A 5% discount from the regular price of $43.70 has been applied.

48 training days- $1888 ($39.35 per training day) A 10% discount from the regular price applies.

Let us know what you want to do and we can fax you a contract.

Also, in case you haven't heard what our program offers, below is a brief synopsis.

The gym is Marine Corps oriented. All walls are painted in Marine Corps colors. The class structure will be based on what we went through at
Parris Island(Marine Corps Boot Camp). We have an obstacle course that we designed. Ascending and descending Monkey Bars, awesome
Marine Corps Hurdles, Dip bars, many Walls to climb and much more. Surrounding the course is a track for running and Bear Crawling! We have

medicine balls, stall bars, free weights, resistance bands,etc... Lots of good stuff.

Classes are as follows: M-F 5:30am, 6:30am, 7:30am,8:30am,12:00pm, 12:30pm(2- 1/2 hour classes during lunch), 1pm, 5:30pm, 6:30pm, 7:30pm

Sat 9:30am, 10:30am

We will be conducting fitness assesments throughout your training cycle.

We offer a 24 Training Day program, 36 T.D. program, 48, 72, and 96.

For our opening during the first 3 months, we are offer! ! ing the discounted price of $999 for a 4 day a week, 6 week program or 3 day a week, 8 week program. 24 training days total.

Also, the more training days that you sign up for, the larger discount that you will receive.

We also offer a referral program whereby if you refer a new Warrior and they sign up for 6 weeks or more, you will receive a weeks worth of training days the next time you sign up.

OOHRAH!

Alex

Warrior Fitness Boot Camp
29 W. 35th St.
3rd Floor
New York, NY 10001
Tel:(212)967-7977
Fax:(212)967-7477
www.warriorfitnessbootcamp.com

——— Original Message ———
Subject: FW: Hi Guys!
From: "Landry, Nicole" <nicole.landry@lovells.com>
Date: Tue, April 29, 2008 8:37 am
To: <alex@warriorfitnessbootcamp.com>

Confidential

Hi Alex!

It's Gillikin (the new last name still confuses everyone, including me...)

So, congrats on the new spot!!! So excited for you guys. The place sounds cool - looking forward to a change - can't wait to see it. Been playing phone tag with Ruben but I'll def sign up w/ you guys. I have until June 12th (Tues / Thurs) at Brenner's but I want to support y'all from the beginning. Can I sign up for Mondays, 7:30 am, starting on May 12th (or whenever you open) and then switch to Tues / Thurs after June 12th? Sorry to be a pain.

Can someone send me prices for the 36 and 48 session packages?

Are we still wearing camo??

Miss you guys - PPBC is just as cool anymore ; )    Good Luck!!

- N

Nicole (Gillikin) Landry
Tax Associate

Lovells LLP
590 Madison Avenue
New York NY 10022

Tel:    +1 212 909 0600
Direct: +1 212 909 0629
Fax:    +1 212 909 0660
Email: nicole.landry@lovells.com

From: Liz Friesell [mailto:liz@outpostdigital.com]
Sent: Tuesday, April 29, 2008 10:46 AM
To: Landry, Nicole

**Subject:** Fwd: Hi Guys!

here you go! sounds like it will be a nice change of scenery!

Begin forwarded message:

> **From:** alex@warriorfitnessbootcamp.com
> **Date:** April 28, 2008 5:55:35 PM EDT
> **To:** Liz Friesell <liz@outpostdigital.com>
> **Subject:** RE: Fwd: Hi Guys!
>
> Hey Freak,
>
> Good to hear from you. We are psyched to be kicking your butt again soon. Below is a brief synopsis of our program, in case you haven't heard.
>
> The gym is Marine Corps oriented. All walls are painted in Marine Corps colors. The class structure will be based on what we went through at Parris Island(Marine Corps Boot Camp). We have an obstacle course that we designed. Ascending and descending Monkey Bars, awesome Marine Corps Hurdles, Dip bars, many Walls to climb and much more. Surrounding the course is a track for running and Bear Crawling! We have medicine balls, stall bars, free weights, resistance bands,etc... Lots of good stuff.
>
> Classes are as follows: M-F 5:30am, 6:30am, 7:30am,8:30am,12:00pm, 12:30pm(2- 1/2 hour classes during lunch), 1pm, 5:30pm, 6:30pm, 7:30pm
>
> Sat 9:30am, 10:30am
>
> We offer a 24 Training Day program, 36 T.D. program, 48, 72, and 96.
>
> For our opening during the first 3 months, we are offering the discounted price of $999 for a 4 day a week, 6 week program or 3 day a week, 8 week program. 24 training days total.
>
> Also, the more training days that you sign up for, the larger discount that you will receive.
>
> We also offer a referral program whereby if you refer a new Warrior and they sign up for 6 weeks or more, you will receive a weeks worth of training days the next time you sign up.
>
> We had a delay in construction that set us back a few days so we are moving the opening date to Monday, May 12. As soon as everything is up to our standards, we will be opening for viewing. We are very sorry for any inconvience.
>
> Please feel free to contact us at any time. We would love to hear from you.
>
> OOHRAH!
>
> Alex
>
> Warrior Fitness Boot Camp
> 29 W. 35th St.
> 3rd Floor
> New York, NY 10001
> Tel:(212)967-7977
> Fax:(212)967-7477
> www.warriorfitnessbootcamp.com
>
> > —— Original Message ——
> > **Subject:** Fwd: Hi Guys!
> > **From:** Liz Friesell <liz@outpostdigital.com>
> > **Date:** Mon, April 28, 2008 9:06 am
> > **To:** alex@warriorfitnessbootcamp.com, ruben@warriorfitnessbootcamp.com
> >
> > this got sl ent back to me cause I realized the email was misspelled!
> > Begin forwarded message:
> >
> > > **From:** Liz Friesell <lizfriesell@mac.com>
> > > **Date:** April 28, 2008 12:04:48 PM EDT
> > > **To:** alex@warriorfitnessbootcamp.com, ruben@warriorfitnessbootcamp.com
> > > **Subject:** HI Guys!
> > >
> > > Hey there guys!
> > >
> > > Davis forwarded me the info that Nancy had set along, sounds like it's all coming together! So excited for you both!
> > >
> > > I am definitely on board, but I do have 16 sessions left at Pure Power, so I was hoping I could sign up with you guys to start next week, but I would only be able to do 1 or 2 sessions with you guys weekly while I try to finish out my sessions over at 21st street! Is that something you guys are cool with? I'm actually gonna try and do 5 sessions this week in an effort to whittle them down as soon as possible, and well, I am getting married in a year, so what better time then to get my ass in shape!
> > >
> > > If you guys are cool with me starting next week at one or two sessions weekly then send over the

contract and we'll get it all set up!

can't wait to see you guys back in action!
best,
liz

Liz Friesell
914-462-1779

Liz Friesell
Executive Producer
Outpost Digital
435 Hudson Street
7th Floor
New York, NY 10014

212-520-3000
212-520-3100 (fax)

liz@outpostdigital.com

Liz Friesell
Executive Producer
Outpost Digital
435 Hudson Street
7th Floor
New York, NY 10014

212-520-3000
212-520-3100 (fax)

liz@outpostdigital.com

Lovells is an international legal practice comprising Lovells LLP and its affiliated businesses.
Lovells LLP is a limited liability partnership registered in England and Wales with registered
number OC323639 and is regulated by the Solicitors Regulation Authority of England and
Wales.  Registered office and principal place of business: Atlantic House, Holborn Viaduct,
London EC1A 2FG.

The word "partner" is used to refer to a member of Lovells LLP, or an employee or consultant
with equivalent standing and qualifications, and to a partner, member, employee or consultant
in any of its affiliated businesses who has equivalent standing.  A list of the members of
Lovells LLP and of the non-members who are designated as partners, and of their respective
professional qualifications, is open to inspection at the above address.  Further important
information about Lovells can be found on www.lovells.com.

CONFIDENTIALITY.  This email and any attachments are confidential and may also be
privileged.  If received in error, please do not disclose the contents to anyone, but notify the
sender by return email and delete this email (and any attachments) from your system.

Copyright © 2003-2008. All rights reserved.

**<u>EMAIL 33</u>**



Alex Fell <kappamarine@gmail.com>

# Tell Ruben to return key immediately

3 messages

**Jennifer J. Lee <jennifer_j_lee@yahoo.com>**     Wed, Apr 16, 2008 at 5:12 PM
To: Alex Fell <kappamarine@gmail.com>

This is all from Buterman.

Tell Ruben to return the key immediately via mail (not personally)

And, Ruben should not go to PPBC to pick up his things. She can accuse him of criminal activity.

If he really needs his stuff, Nancy should get it, not Ruben.

Jennifer J. Lee
212-982-5163 (work)
www.bobbyflay.com

**Jennifer J. Lee <jennifer_j_lee@yahoo.com>**     Wed, Apr 16, 2008 at 5:32 PM
To: Alex Fell <kappamarine@gmail.com>

REDACTED

Are you still meeting with your Brian friend tonight?

REDACTED

Buterman called me again and said more stuff. Will tell you tonight. basically, it's stuff you are already doing (like never referencing PPBC, always saying taht you are doing different things based on Marine Corps, etc). He also said she does not have a case. Nothing you can do but to proceed going forward. He wants you both to know to call him anytime, even if you just want to talk, get a 2nd opinion, etc. He really wants to help you guys any way you need ot be helped.

REDACTED

--- Alex Fell <kappamarine@gmail.com> wrote:

> Thanks honey will do. He's gonna do it in the
> morning before he comes here.

**<u>EMAIL 34</u>**

 Gmail - Buterman advice

Alex Fell <kappamarine@gmail.com>

# Buterman advice

1 message

**Jennifer J. Lee <jennifer_j_lee@yahoo.com>**
To: Alex Fell <kappamarine@gmail.com>

**Fri, May 2, 2008 at 4:57 PM**

I told him about the buidling inspector, etc. His
advice is not to do anything at her level. Not to
provoke her or antything since she is such a child.
however, her lawyer should be made aware that you know
that she is up to these ploys and needs to stop.

He said she is ruining her business on her own, taking
all this time and energy and money, isntead of running
her own business.

In time, she will fail because of herself. Not because
you did anything to stoop to her level.

It doesn't mean Buterman won't do some little things
to let people know stuff that will hurt her even
more... but it won't hurt you guys. He assures me of
that. He has your best interests at heart first. Then,
his insterest to destroy her is secondary and he
thinks she is already destroying hersefl anyway.

Jennifer J. Lee
212-982-5163 (work)
www.bobbyflay.com

**<u>EXHIBIT B</u>**

864RPURC (3).txt

864rpurc
1  discovery should be put in the papers.
2          MR. HERZFELD:  Judge, I'll withdraw the request.  We'd
3  rather get a prompt determination by you than have the ability
4  to inspect the facility.
5          THE COURT:  OK.  So the parties don't want discovery.
6  Let me know in the papers whether you want an evidentiary
7  hearing, how long you expect the evidentiary hearing to take,
8  who the witnesses are that you intend to call at the
9  evidentiary hearing.  I will attempt to reschedule it.
10          MR. SCHNAPP:  Your Honor, may I address one other
11  issue?
12          THE COURT:  Sure.
13          MR. SCHNAPP:  I think in our preliminary letter to the
14  Court and in our letter on Monday we addressed the fact that
15  the majority of counsel's papers as they occurred in the state
16  court action -- again, obviously, they may supplement them --
17  but as they currently exist, they cite to and actually include
18  as exhibits a total of 33 emails.
19          We reviewed those emails, and it appears that 23 of
20  those emails were either attorney-client privileged or they
21  were essentially stolen.  By that I mean that we believe that
22  plaintiff's owner or someone working on her behalf hacked into
23  a computer and went into our client's personal email accounts
24  and took these emails and have now presented them with their
25  papers.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

864rpurc
1          We ask the Court in the letter that some way somehow
2  this be addressed so that we are not forced to have to confront
3  these allegations based upon stolen privileged emails.
4          THE COURT:  Mr. Herzfeld?
5          MR. HERZFELD:  First of all, the fact that it's an
6  attorney-client communication doesn't necessarily mean it's
7  privileged.  What happened here is Pure Power had a firm
8  policy, employee policy, against using email on firm premises,
9  using the firm computer, which was located in my client's
10  office.  The defendants apparently ignored that policy and used
11  the computer.  Those are for the most part the emails which my
12  client has recovered.
13          In addition, other emails were recovered because the
14  defendants actually gave my client, or an employee of my
15  client, their password.  That's how those were accessed.
16  Finally, in terms of attorney-client communications, a number
17  of those emails reflect the sharing of those communications
18  with third parties, which there would also break the privilege.
19          So I think there are a number of issues that are going
20  to be before this Court, whether my client rightfully accessed
21  them.  It is at least the New York State court that
22  specifically provides that you lose the expectation of privacy
23  where your employer has a specific policy prohibiting emails
24  and you ignore that policy.  Scott v. Beth Israel.  I think it
25  is actually recited in their responding letter.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

864rpurc
1          So you have whether or not the defendants waived any
2  rights with respect to those emails, all of which were housed
3  on my client's computer, and whether or not they actually
                            Page 6