UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PURE POWER BOOT CAMP, INC.; PURE
POWER BOOT-CAMP FRANCHISING
CORPORATION; and PURE POWER BOOT
CAMP JERICHO INC.,

              Plaintiffs,

      - against –

WARRIOR FITNESS BOOT CAMP, LLC;
ALEXANDER KENNETH FELL a/k/a ALEX FELL,
Individually; RUBEN DARIO BELLIARD
a/k/a RUBEN BELLIARD, Individually;
JENNIFER J. LEE, Individually;
and NANCY BAYNARD, Individually,

            Defendants.

**ECF Case**
**Case No.  08-cv-4810 (JGK) (THK)**

## AFFIDAVIT OF ALEXANDER KENNETH FELL

STATE OF NEW YORK   )
                  ) ss:
COUNTY OF NEW YORK)

      ALEXANDER KENNETH FELL, being duly sworn, deposes and says:

      1.    I am a defendant in this action and I respectfully submit this Affidavit in

opposition to Pure Power Boot Camp, Inc., Pure Power Boot Camp Franchising Corp., and Pure

Power Boot Camp Jericho, Inc.'s ("Plaintiffs") Motion for a Preliminary Injunction.

### My Military Background and Professional Experience

      2.    In March of 1996, I enlisted in the United States Marine Corps.  During my first

year of active duty as a Marine, I spent time at Parris Island, a boot camp, where I underwent

combat training.  At Parris Island, I endured a grueling physical training regimen that included

doing pushups, pull ups, squat thrusts, mountain climbers, jumping jacks, running, and all other

exercises one would associate with Marine boot camp. In addition, as new recruits we were recruited to navigate through Parris Island's obstacle course at least three times a week.

3.    At the end of 1996, I completed my active training and went back to college at Virginia Commonwealth University. In 1999, I moved to New York and began work as a bartender and transferred to an Infantry Unit that was based in Garden City, Long Island.

4.    After the events of September 11, 2001, my unit was called back into active duty in support of Operation Enduring Freedom. Around December of 2001 I was instructed to report to Camp Lejeune, in North Carolina. This is where I met co-defendant Ruben Belliard ("Belliard"). We were roommates in the barracks at Camp Lejeune.

5.    During my time at Camp Lejeune, I was selected for the U.S. Marine Corps martial arts demonstration team. I was also selected for an Advanced Infantry Leaders course where we were taught many of the workout routines and techniques that I later utilized in my workout programs at Plaintiffs' gym and at Warrior Fitness Boot Camp. For example, I was taught a technique called "Buddy PT," where one partner would do an exercise until the other partner finishes running a certain number of laps, or navigates the obstacle course, or a multitude of other tasks.

6.    While Belliard was stationed at Camp Lejeune, he was the head Martial Arts Instructor and certified over 100 Marines in the Marine Corps martial arts program. I am aware that he received three certificates of commendation, and was the honor graduate of the advanced infantry training company. During this time, Belliard also attended night school and was able to receive an Associate's Degree from Campbell University.

7.    In December of 2002 our unit was taken off of active duty and we were allowed to return home. Upon returning to New York, I checked out of the unit and was placed in the

2

Inactive Reserves in January of 2004. I then received my Honorable Discharge and was released from duty in the Marines.

8.    In January of 2003, I enrolled in the Communications program at the City College of New York and began working as a bartender again to pay my way through college. In August of 2005, I ran into Belliard in New York and he told me about his job as a Drill Instructor at Plaintiffs' gym. Belliard told me that his boss, Lauren Brenner ("Brenner"), was looking for another former Marine who could work as a Fitness Drill Instructor at her establishment. I met with Brenner the next day and she hired me shortly after our meeting.

### My Tenure at Pure Power

9.    I received no training from Brenner upon my commencement of employment at Plaintiffs' gym. I was not giving any training manual, I did not attend any class or training sessions, and I did not receive any other type of written instruction from Brenner or from anyone else associated with the Plaintiff on how to teach the class. I was, however, instructed by Brenner to "kill [her] clients," but that was the extent of her direction.

10.   When I taught classes at Plaintiffs' gym, I used the techniques that I learned in the United States Marines Corps. I also trained clients of Pure Power Boot Camp in the same manner that I was trained in the Marine Corps.

11.   At no time was I given any materials which constituted an employment contract or any restrictive covenant. The document produced by Plaintiffs during the course of this litigation that purports to be a restrictive covenant signed by me is a forgery.

12.   I also did not receive any employee handbook. I certainly did not provide the password to my personal email account to Pure Power Boot Camp, any other Plaintiff, or any principal or agent of any Plaintiff.

3

13.    I did not enjoy working at Pure Power and apparently neither did Belliard because a year later after I began working at Pure Power we decided that we both wanted to open our own gym which incorporated the experiences we shared in the military, including boot-camp style training and obstacle courses.

14.    In August of 2007, Belliard and I first met with real estate brokers to begin the process of leasing a space to use for our gym. At this time we began to raise capital to invest in our gym from friends and family. We also began preparing business plans and other similar documents necessary to start a business around this time. All told, Ruben and I spent countless hours thinking, researching and planning to get Warrior Fitness Boot Camp up and running.

15.    At no time while at Pure Power's facility or on Pure Power's time did we do anything to help further our business plans. Neither Belliard nor I told any clients about our plans during our time at Pure Power, nor did we recruit any of Pure Power's clients. At no time did we purloin any of Plaintiffs' allegedly confidential information or client list. As set forth in more detail below, a review of Plaintiffs' motion papers in this case also shows that our business plan is entirely different than Plaintiffs' business plan.

16.    On Sunday, March 16, 2008 at approximately 8pm, Lauren Brenner fired me for "not being a team player."

17.    On April 1st, 2008, we signed the lease for Warrior Fitness Boot Camp.

### Our Gym is Vastly Different than Plaintiffs' Gym

18.    Having worked at Plaintiffs' gym for an extended period of time, I am familiar with the layout and appearance of their gym. Our gyms are very different. For example,

- Defendants' gym has stall bars, medicine balls, and resistance bands whereas Plaintiffs' gyms do not. On the other hand, Plaintiffs' gyms have a rock climbing wall, a belly robber obstacle, an intensity wall (tall slanted wall with a rope on it);

4

abdominal hurdles, a cargo net, a tire run and a bob and weave rope obstacle while Defendants' gym does not have these features;

- Defendants' gym is painted in red, yellow and white - - the Marine Corps' colors. Plaintiffs gyms are painted in green and the colors of her columns are in camouflage;

- Defendants' gym has no netting anywhere, while Plaintiffs' gym has netting covering her ceilings;

- Defendants' gym has changing rooms bordered by walls with cubby holes and a vanity while Plaintiffs use large military tents as changing areas and locker rooms;

- The floor beneath the Defendants' obstacle course is red/dirt colored while the floor beneath Plaintiffs' obstacle course is black;

- The border around Defendants' obstacle course is made of wood and painted black while the border around Plaintiffs' obstacle course is comprised of sandbags;

- Defendants' obstacle course is located in the center of the gym and comprises about half of the entire floor whereas Plaintiffs' obstacle course is located throughout the entire gym and comprises 90% of the gym;

- Defendants' monkey bars are in ascending and descending order while all of Plaintiffs' monkey bars are flat;

- Defendants' hurdles are not adjustable and each hurdle has a different height while Plaintiffs' hurdles are adjustable;

5

- Defendants' obstacles are painted black while Plaintiffs' obstacles are painted green and camouflage;

- Defendants have a rubber track surrounding their obstacle course and rubber flooring is laid throughout their space while Plaintiffs' gym does not have rubber flooring laid anywhere; and

- Defendants' customers can wear workout clothing of their own choosing, whereas, Plaintiffs' "recruits" are required to wear an olive t-shirt, and camouflage pants.

- Included in the courtesy copy, and in the copy to Plaintiffs' counsel, are enlarged photographs of Defendants' facility.    These photographs conclusively demonstrate that the parties' gyms are vastly different. (Compare with Plaintiffs' Exhibits "A"-"B.")

19.    The gyms also have different pricing points and packages (*e.g.* Defendants offer two half hour power lunch training sessions whereas Plaintiff does not), terminology (*e.g.* Defendants calls their classes training days and Plaintiffs call them "sessions," Defendants call their clients "warriors" and Plaintiffs call them "recruits," Defendants call their clients by their first names and Plaintiffs call their clients by their last names, and the gyms have different hours of operation.

**Plaintiffs' Gyms Are Vastly Different**

20.    There are also significant differences in the appearance of Plaintiffs' two gyms, located in West Chelsea and in Jericho, New York.  For example:

- Pure Power's obstacle course has fewer obstacles than Pure Power Jericho's obstacle course.  Pure Power's course starts with hurdles and is followed by a

6

cargo net, rope swing, abdominal hurdles, walls, monkey bars, a rock wall, belly robbers, a boxing drill, an intensity wall, a tire run and finally, a rope climb. On the other hand, Pure Power Jericho's course starts with hurdles, and is followed by a ramp/slide, cargo net, rope swing, barbed wire crawl, abdominal hurdles, monkey bars, walls, rock wall, belly robbers, boxing drill, intensity wall, rope climb, hurdles and a tire run;

- Pure Power's hurdles are designed and look different than Pure Power Jericho's hurdles. For example, Pure Power Jericho has three sets of hurdles, while Pure Power has only two sets, and each gym's hurdles are located in different parts of the gym;

- Pure Power Jericho has a ramp/slide, which follows its hurdles, while Pure Power does not have a ramp/slide and its hurdles are followed by a cargo net;

- Pure Power Jericho's cargo net is shaped very differently from Pure Power's cargo net;

- Pure Power's rope swing has a log and a bucket of water which customers must swing over, while Pure Power Jericho's rope swing has a more authentic looking pond that customers must swing over;

- Pure Power Jericho's abdominal hurdles are spaced closer together than Pure Power's abdominal hurdles;

- Pure Power Jericho's monkey bars are shorter in length, wider and straighter than Pure Power's monkey bars which form a "C" shape;

- Pure Power has a 2 sided climbing wall while Pure Power Jericho has a 4 sided climbing wall;

- Pure Power's belly robbers have large logs that customers must roll over, while Pure Power Jericho's belly robbers are designed with smaller logs;

- Pure Power has only two climbing ropes while Pure Power Jericho has three climbing ropes;

- Pure Power's workout area is not padded while Pure Power Jericho's workout area is padded with camouflaged interlocking tiles; and,

- Customers can do dips on Pure Power Jericho's obstacle course but not on Pure Power's obstacle course.

21.    Based on the above there is no conceivable way that there can be any association of indoor obstacle courses by the public with Plaintiffs' gyms.

**Our Gym is Based Entirely Upon Boot Camps Operated by the Marine Corps**

22.    We designed our gym almost entirely on our experience in the Marine Corps and upon materials published by the Marine Corps concerning the design and layout of obstacle courses.

23.    For example, we relied upon a document entitled "Fleet Marine Force Reference Publication 0-1B – Marine Physical Readiness Training For Combat." This is a document used by instructors in the Marine Corps that is designed to teach those instructors techniques to be used in training Marines for Combat. This document identifies each and every aspect of physical training that each member of the United States Marine Corps is expected to master by the end of training. We relied on this manual to help us design the types of training we intend to provide to our customers and also helps us design exercises that we intend to teach to our clients each day in class.

8

24.     Attached hereto as Exhibit "A" is a true and correct copy of excerpts of a Detailed Instructor Guide used in the Martial Arts Center of Excellence located in Quantico, Virginia. This document explains in detail what Belliard learned during his training courses at Quantico. The document instructs how to conduct physical fitness drills and training. Belliard and I changed a few things to make this type of training more useful and applicable to our client base and the general public.

25.     Attached hereto as Exhibit "B" is a true and correct copy of excerpts of a document entitled "Fundamentals of Marine Corps Martial Arts." This is another manual which Ruben and I referenced in order to develop our own physical fitness drills and exercises. Belliard implemented the stretches described in this manual at Plaintiffs' gym and upon information and belief, they are still in use today. In addition, our company name and philosophy are based upon the information contained in this manual. This manual describes, in detail, the concept of "Warrior spirit" and describes why the Marine Corps has adopted the concept.

26.     Attached hereto as Exhibit "C" is a true and correct copy of excerpts of a document entitled "MCO-1510.32d" which is a Marine Corps Order that provides the "Individual Training Standards" for recruits in Boot Camp. From this document, we came up with our concept of training days and training cycle.

27.     Finally, attached hereto as Exhibit "D" is a true and correct copy of a document entitled "DI School Mission, Staff, and Curriculum" which we also used to develop training schedules that we have incorporated in our classes.

28.     In sum, Belliard and I have not modeled our gym on Plaintiffs' gym whatsoever. Our gym is entirely based upon our experiences in the United States military and the above

9

documents.  Furthermore, to the extent that Plaintiffs' gym resembles the boot-camps described in the attached documents, and to the extent that Plaintiffs' techniques resemble those described in the attached documents, it shows that Plaintiffs' concept is not unique at all.

### Plaintiffs' Purported Restrictive Covenant is Overbroad

29.     Again, I did not sign a restrictive covenant, nor did I agree to any agreement that would abrogate my right to obtain employment in my chosen vocation, the fitness industry.  The document produced by Pure Power purporting to be my signature on a restrictive covenant is a forgery.

30.     Even so, the terms of the purported covenant against competition are overbroad.  In all of my experience in the fitness industry, I have never heard of any gym that prevents its trainers from working at any other gym in the world for a period of ten years.

### Plaintiffs Have Unclean Hands

31.     Plaintiffs have engaged in a ruthless attempt to impede our ability to start our own business.  The tactics adopted by Plaintiffs in this effort have far surpassed those used in the ordinary course of legitimate business.  Plaintiffs have, for example, committed corporate espionage, ordered their agents to trespass onto our property, and have used our likenesses to publicize Plaintiffs' own gyms without obtaining our consent.

32.     Although the details of Plaintiffs' theft of private, privileged and confidential emails are the subject a motion pending before this Court, the facts surrounding the pilfering of my emails bear repeating.  Somehow, Brenner herself, or an agent of Plaintiffs, hacked into three personal email accounts, and then read, downloaded, and printed private e-mails that were sent to or from my private and/or Warrior Fitness' corporate email accounts.  Most of the stolen emails were sent by me or to me after I ceased working for Plaintiffs.  Several of these emails were

10

written to me by my counsel concerning the establishment of my new business and are clearly privileged. Other emails are simply private and confidential communications. All of the e-mails were written or received by me on my computer on my own time.

33. On June 4, 2008, during a conference before the Court, Plaintiffs falsely claimed on the record that these e-mails were recovered, because Defendants actually gave them their passwords for their three e-mail accounts. This is blatantly false. I never disclosed my passwords to anyone, let alone any to any of Plaintiffs' agents.

34. Plaintiffs' counsel also tried to claim (again on the record) that the emails were "housed" on Plaintiffs' computer. This explanation is also incredible because most of the emails produced by Plaintiffs in their Court papers were drafted *after* my employment with Plaintiffs.

35. Plaintiffs, for the first time, in their supplementary papers in support of their Motion, produced a copy of a document that purports to be a company policy whereby Plaintiffs could review any and all emails sent from Plaintiffs' computers. This document quite suspiciously tracks Plaintiffs' allegations in their Complaint. Plaintiffs claim that this "policy" was posted on the "refrigerator" up front. I do not recall ever having seen this policy, nor do I recall ever having received a copy of this policy. In any event, even if this policy was in place, which is highly doubtful, it is irrelevant because I sent the emails from my personal computer on my own time and most of the emails stolen by Brenner, or an agent of the Plaintiffs, were sent after I was terminated.

36. Brenner has also defamed myself and Belliard. On May 29, 2008, Brenner sent an mass email to her clients in which she said, among other things that, "[a]pproximately three weeks ago, two former employees of Pure Power Boot Camp opened a competing facility. This happens in all fields; and most of us would agree that fair competition makes us all better at what

11

NY1 179250v3 07/03/08

we do. . . However, recent discoveries belie the supposed honest nature of their departure and the new business venture . . . Recently these principles were betrayed by those they had been entrusted to as mentors and teachers to many of you."

37.     Ironically, aside from calling us thieves and cheats, she also invited her clients to review her allegedly confidential information in her offices.

38.     Plaintiffs also apparently ordered one of their agents, Cheryl Dumas ("Dumas"), to break into our property prior to our opening in order to spy on our progress in opening our gym. Dumas has filed a sworn affidavit on Plaintiffs' Motion admitting her crime.

39.     Plaintiffs continue to use images of myself and Belliard on her website. In addition, I have just discovered that Plaintiffs have begun an advertising campaign by placing large advertisements on the sides of New York City busses. The images on these advertisement depict me and Belliard, and represent us as Plaintiffs' drill instructors. These advertisement were placed without our authorization and consent. My counsel has sent a cease and desist letter concerning these illegal acts but apparently Plaintiffs persist in their wrongful conduct.

40.     In addition, on June 24, 2008, the CNBC television program "The Big Idea with Donny Deutsch" featured an interview with Brenner about her gym. The footage included an unauthorized use of Belliard's likeness.

### Defendants Did Not Misappropriate Plaintiffs' Confidential Corporate Documents

41.     According to Brenner, Defendants copied her confidential concepts, customer contracts, curriculum, programs, pricing matrix, brochure, business plan, operations manual and start-up manual. *See* Brenner Aff. ¶¶ 129-133. These allegations have no merit. As an initial matter, most, if not all, of these documents are distributed to the public and are not confidential. The brochure, for example, is publicly displayed to everyone who enters Plaintiffs' gym.

12

Similarly, the customer contracts, terms and conditions of membership and pricing options are also presented and distributed to each of Plaintiffs' potential customers. Thus, even if Defendants did copy these documents, which they did not, Plaintiffs would have no valid claim.

42. Moreover, Plaintiffs have not presented any evidence supporting their allegation that Defendants copied these documents.

43. Indeed, there are significant differences between the versions of Plaintiffs' documents and the documents that Plaintiffs allege are copies. For example, attached as Exhibit "I I" to Brenner's initial affidavit is a side-by-side comparison of Plaintiffs' and Defendants' "terms and conditions" and a chart comparing the similarities between both documents. This chart succinctly demonstrates that, at minimum, Defendants' terms and conditions do not contain terms analogous to Sections 1.2, 1.3, 1.6, 2.3, 3, 4.1, 4.5, 4.9, 4.10, 4.13, 4.14, 4.17, 4.18. 5, 6 and 7 of Plaintiffs' terms and conditions.

44. Similarly, Brenner alleges that Warrior Fitness's draft business plan copies Plaintiffs' brochure, business plan, operations manual and start-up manual. Defendants' draft business plan, which Brenner attached to her initial affidavit as Exhibit "P," is entirely different than Plaintiffs' brochure, business plan, operations manual, and start-up manual annexed to Brenner's affidavit as exhibits "A" and "Q."

## Defendants' "Party List" is Not Plaintiffs' Client List

45. Attached to Brenner's initial affidavit as Exhibits "U" and "X" are personal emails sent to my personal hotmail account after my employment with Plaintiffs had ended. These emails contain an attachments named "Jen and Nancy Party List 032508" and "Jen and Nancy Party List 0331"

46. According to Brenner, this list proves that Defendants knowingly solicited Plaintiffs' clients. In fact, this email does no such thing. The people named on this list are

personal friends of the Defendants in this action. Defendants did not receive these people's personal contact information from any list maintained by Plaintiffs. Several of the names and contacts on the list are personal friends who have no relationship with Pure Power or any of the Plaintiffs.

47.     For example, on page 2 alone of Defendants' Party List, there are five contacts that have no relationship whatsoever with Plaintiffs. These people include: Alison Chapin, Robin Lapeters, Leigh Newsome, Josh Rockoff, and Jamin Ruhren.

## Conclusion

48.     Warrior Fitness represents a realization of a dream I have had since childhood. It is unclear why I am forced to vigorously defend myself and Warrior from Plaintiffs who seem intent on stifling perfectly legal competition and wearing Defendants down financially and emotionally. As discussed above, we did not steal or misappropriate any of Plaintiffs' proprietary or confidential information. Our gym is entirely based upon our experiences in the Marines and not on any purported secrets maintained by Plaintiffs. Furthermore, we have never solicited Plaintiffs' clients to join our gym. For these reasons, we ask the Court to deny Plaintiffs' motion in its entirety.

14

WHEREFORE, Defendants respectfully request that this Court deny Plaintiffs' Order to Show Cause for a Preliminary Injunction in its entirety.

_____
Alexander Kenneth Fell

Sworn to before me this 3rd
day of July, 2008

_____
Notary Public

HEATHER WRENN
Notary Public, State of New York
No. 01WR6134614
Qualified in Queens County
Commission Expires October 3, 2009

15

**EXHIBIT A**

**UNITED STATES MARINE CORPS**
MARTIAL ARTS CENTER OF EXCELLENCE
THE BASIC SCHOOL
MARINE CORPS COMBAT DEVELOPMENT COMMAND
QUANTICO, VIRGINIA 22134

**DETAILED INSTRUCTOR GUIDE**

<u>LESSON TITLE</u>

HOW TO CONDUCT DRILLS AND TRAINING

<u>COURSE TITLE</u>

MARTIAL ARTS INSTRUCTOR TRAINER

1

**UNITED STATES MARINE CORPS**
MARTIAL ARTS CENTER OF EXCELLENCE
THE BASIC SCHOOL
MARINE CORPS COMBAT DEVELOPMENT COMMAND
QUANTICO, VIRGINIA 22134

APPROVAL SHEET

DETAILED INSTRUCTOR GUIDE

<u>LESSON TITLE</u>

HOW TO CONDUCT DRILLS AND TRAINING

<u>COURSE TITLE</u>

MARTIAL ARTS INSTRUCTOR TRAINER

PREPARED BY: <u>B. K. PENSAK</u>          DATE: <u>30 Nov 00</u>

APPROVED BY: _____          DATE: _____
                CHIEF INSTRUCTOR

2

MA-IT.54

**UNITED STATES MARINE CORPS**
Martial Arts Center of Excellence
The Basic School
Marine Corps Combat Development Command
Quantico, Virginia 22134

**INSTRUCTOR PREPARATION CHECKLIST**

**ESSENTIAL DATA**

| | |
|---|---|
| LESSON DESIGNATOR | MA-IT.54 |
| LESSON TITLE | How to Conduct Drills and Training |
| DATE PREPARED | 30 November 2000 |
| TIME | 1 hr |
| METHOD | Lecture/Demonstration |
| LOCATION | Outdoor Classroom |
| INSTRUCTORS REQUIRED | One and assistants as needed |
| REFERENCES | MCO 6100.3_, MCRP 3-02A MCRP 3-02B, MCRP 3-02C |
| TRAINING AIDS/EQUIPMENT | Rifle, Log, Sandbag, ammo cans and ammo containers of various sizes, (obstacle, circuit or confidence course if available) |

3

MA-IT.54

UNITED STATES MARINE CORPS

4

Martial Arts Center of Excellence
The Basic School
Marine Corps Combat Development Command
Quantico, Virginia 22134

**DETAILED OUTLINE**

**HOW TO CONDUCT DRILLS AND TRAINING**

<u>INTRODUCTION</u>                                                    (3 MIN)

1.  <u>GAIN ATTENTION</u>.  The Marine Corps' purpose is to serve as
"...an expeditionary force in readiness".  Physical readiness
training in the Marine Corps is principally "..to prepare Marines
to physically withstand the rigors of combat."  All other goals
of physical training must support the physical requirements of
combat.  The integration of martial arts training into a
realistic and challenging fitness program is essential to develop
combat fitness.  This concept not only develops a more physically
fit Marine, it also develops an individual who is mentally tough
and confident.

2.  <u>OVERVIEW</u>.  This lesson will cover the integration and synergy
between martial arts training and physical fitness.

3.  <u>LESSON PURPOSE</u>.  The purpose of this period of instruction is
to explain how martial arts training can be integrated in
physical training by the use of drills and exercises that enhance
combat fitness.

4.  <u>METHOD/MEDIA</u>.  This period of instruction will be taught by
lecture and demonstration.

5.  <u>EVALUATION</u>.  Topics from this lesson will not be evaluated.

<u>TRANSITION</u>:  To begin with let us discuss the various components
that make up combat fitness and discuss the physical discipline
program philosophy.

---

*INSTRUCTOR NOTES: The instructor will begin by reviewing the
program philosophy for the physical discipline as well as the
need for safe, progressive and challenging training.  Ensure
the need is stressed to emphasize operational risk assessment
whenever conducting drills that combine several types of
dissimilar training.*

---

<u>BODY</u>                                                       (55 MIN)

1

1. <u>Combat Conditioning</u>. A key element of the physical discipline is combative conditioning. A program that goes a level beyond our current physical fitness program. It combines the physical fitness dividends of combative arts training with those of traditional physical fitness, water survival training, roughs terrain skills training, and the Semper Fit program. It is designed to mitigate the human factors experienced during combat that have a physically debilitating effect on the human body, allow a Marine to fight in any terrain and under any climatic condition, and face the rigors of the dispersed battlefield encountered in modern combat. It consists of the various components of fitness as well as the numerous disparate programs that are part of combat fitness.

   a.  <u>Safety and Operational Risk Assessment</u>. Because of the types of training involved it is important that all instructors ensure that an adequate operational risk assessment is conducted, a safety plan developed and safety requirements briefed. This is extremely important when conducting drills involving dissimaler types of training, i.e., a martial arts drill combined with water survival and/or live firing. While there exists safety procedures for both bayonet training and live fire training when the two are combined new variables are added that require additional safeguards.

   b.  <u>Principles of Physical Training</u>.  Individuals should focus on training factors such as Frequency (repetition of the activity),  Intensity  of  the  exercise,  duration  (Time)  of workouts,  and  Type  of  training  (the  FITT  principle).  Proper physical conditioning is based on several principles.  The most important   are   the   principles   of   specificity,   overload, progression,  individual  differences  and  detraining.  MCRP 3-02A, lesson  outline  MA-2.15,  and  lesson  outline  MA-3.12  provide additional information on these principles.

2. <u>Elements of Combat Fitness</u>. Because of the unique nature of our mission the way that Marines train should be designed to meet this unique challenge. A Marine must train all parts of the body for battlefield conditions. We cannot be a specialist except as it applies to combat fitness. Marines cannot peak. They must maintain the same high level of fitness over the length of their career. MCRP 3-02A, lesson outline MA-2.15, and lesson outline MA-3.12 provide additional information on the elements of combat fitness. The purpose of the drills and exercises outlined in appendixes 1 through 7 is to provide samples of various training programs to assist in developing combat fitness.

2

3.  Martial Arts Training.  Martial arts drills and exercises, bull-in-the-ring drills, bayonet assault courses and trails, bear pit drills, bayonet exercises, and the battle course all enhance muscular and cardiovascular endurance, flexibility, strength and speed.  A training session during which new martial arts physical discipline techniques are introduced can be done in such a way to provide a measure of physical training.  Appendix 1 provides sample Martial Arts training programs.

4.  Martial Arts and Physical Training.  As outlined in MCO 6100.3J and MCRP 3-02A Units will continue to conduct well rounded programs that stress all components of physical fitness. Start each PT session with stretching and body hardening that can be done not only during martial arts training but as part of the daily seven (or daily sixteen) for any type of PT.  This in fact will be introduced at recruit training with the implementation of the program.  Martial arts training can be combined with speed marches, running of the obstacle course or as part of  Fartlek training.  Appendix 2 provides sample training programs.

5.  Martial Arts and Water Survival Training.  Marines by our very nature are "soldiers of the sea."  An integral component of fitness, water survival training not only provides enhancement in all components of fitness but provides a much needed skills for overcoming water obstacles from a stream crossing to an amphibious landing.  Appendix 3 provides examples of martial arts training done in conjunction with water survival.

6.  Martial Arts Training and Field Training.  This includes not only normal field and live fire training but also rough terrain skills and adventure training.  Martial arts training should be combined with field and live fire training in order to enhance this training as well as to better equate the realism of the combat environment.  Specialized skills from rappelling, fast roping, mountaineering, over-snow travel to steep earth climbing, each requires and further enhances physical fitness. This ensures that Marines will continue to be capable of responding in every clime and place.  Appendix 4 provides examples of martial arts training done in conjunction with field training.

7.  Integration Training.  Ultimately the goal of every Marine is to participate in integration training where all components of combat fitness are trained and developed on a daily basis. Appendixes 5 and 6 are examples of this type of integrated training.

8.  Supplemental Training.  In addition to the normal unit training programs Marines should be encouraged to participate in supplemental training.  This includes the study of any of a variety of civilian arts as well as Semper Fit programs.

3

```
INSTRUCTOR NOTE:  While discussing each of the paragraphs
above pick out specific examples of the various types of
training outlined in the appednices to reinforce your point.
```

9.  During the Martial Arts Instructor Course you will be
evaluated on both your ability to supervize a drill as well as
design a specific type of drill.  MA-IT.54a and MA-IT.54b will be
used in this evaluation process.

OPPORTUNITY FOR QUESTIONS:                                (1 MIN)

1.  Respond to questions from the class.

2.  Prompt Marines with questions to the class.

```
INSTRUCTOR'S NOTE:  Ask Marines as
many questions as necessary to
ensure they fully understand the
material presented in this lesson.
```

SUMMARY:                                                  (1 MIN)

     With the physical discipline we develop a union between the
Martial Arts, combative conditioning, and individual as well a
unit combat skills.  It is battlefield oriented, combat equipment
based and develops in the Marine the ability to overcome physical
hardship and physical obstacles (water survival, assault climber,
cold weather training) under any climatic condition.  It will
develop a physical toughness in every Marine that will translate
into mental toughness.  It will produce a Marine who possesses
combat fitness and the ability to handle any situation that
confronts him.

4

## APPENDIX 1

## <u>MARTIAL ARTS TRAINING</u>

1.  Training sessions.  During a normal training session such as sustainment of a series of techniques or when teaching a new technique students can gain a physical fitness benefit by executing both repitition and timed drills.  As an example, when teaching upper body strikes (gray), after the students have executed a sufficient number of repitions of each strike you can follow up with a timed drill during which all of the strikes are done in combination as rapidly as possible.  Also, you can then add tan belt techniques to further sustainment and integration.

2.  A "Bull in the Ring" exercise trains martial arts techniques in a combat-realistic environment by requiring the Marine to execute the proper martial arts techniques in response to a random attack.  The exercise develops the Marine's combative awareness and conditions the Marine to react decisively to an attack by an adversary.  This type of training goes beyond a static-type environment by incorporating movement.  The exercise should focus on correct performance of the techniques while varying the angles of attack by the adversary and angles of approach and movement by the student.  Conduct of the exercise.

   a.  <u>Count Off</u>.  Have the class count off and assign each student a number.

   b.  <u>Have Students Form a Circle</u>.  Make certain that the circle is large enough so that the student has time to react to opponents approaching from various directions.

   c.  <u>Select One Student</u>.  Select one of the students to stand in the center of the circle.

   d.  <u>Explain the Techniques</u>.  Explain each technique to the class, emphasizing that these will be the only techniques to be used during this exercise.

   e.  Call out a random number and an authorized strike.  This is a signal that the student corresponding to the number called should approach the student in the center of the circle and execute the technique.

   f.  The student in the center of the circle should execute the appropriate counter.

   g.  The "bull-in-the-ring" can be used for all types of physical discipline techniques.

## APPENDIX 1

## MARTIAL ARTS TRAINING

3. <u>Bear Pit</u>.  The bear pit in the following variations can be used for both physical training and for various types of close combat training.  It can be used in team events to instill cohesion as well as motivation and aggressiveness.

   <u>Construction</u>.  No matter which of the three variations of the bear pit are used the ground selected should be relatively flat and free of rocks and tree roots.  Insure good drainage, or if necessary include a drainage sump.  If it is desired to have the pit flooded for a specific drill then the drainage sump can be temporarily plugged.  There are three variations to the pit.

   a.  The large bear pit is an oval approximately 32 feet in diameter at the bottom.  The depth is 4 feet with the sides sloping inboard.  The spoil from the pit should be used to fill sandbags that will be used to line the inside of the pit.  Around the perimeter, will be a double row of sandbags, 1 sandbag high that is 2 feet from the edge of the pit.  This area is considered a neutral zone.  The floor of the pit will be free of debris and should be covered with 6 inches of sand or sawdust.  An anchor point should be located on opposite sides of the pit, at least 5 feet from the edge of the pit.  This pit can be used for squad against squad and smaller unit drills.

   b.  The small bear pit is an oval approximately 8 feet in diameter at the bottom.  The depth is 4 feet with the sides sloping inboard.  The spoil from the pit should be used to fill sandbags that will be used to line the inside of the pit.  Around the perimeter, will be a double row of sandbags, 1 sandbag high that is 2 feet from the edge of the pit.  This area is considered a neutral zone.  The floor of the pit will be free of debris and should be covered with 6 inches of sand or sawdust.  This pit can be used for fireteam against fireteam and smaller unit drills, as well as body sparing.

   c.  The last variation is the trench.  The main trench is 8 feet long, 48 inches wide and 5 feet deep.  It is entered from side trenches that are at a 90 degree angle from the main trench with the same depth and width but only 5 feet long.  The sides of the trenches are lined with sandbags, which will reduce the width of the trench to approximately 32" finished.  While the trench can be used for various drills it is ideally suited for bayonet, knife, and weapons of opportunity drills.

   <u>Safety</u>.  Safety procedures to follow will depend on the specific types of drills being conducted.  As an example, the same safety procedures that apply to regular pugil stick training

# APPENDIX 1

## MARTIAL ARTS TRAINING

apply when training in the bear pits. Additionally, no matter which drill is being conducted the following safety procedures apply.

   a.  All personnel will be in the proper uniform and wearing the appropriate safety equipment for the type of event.

   b.  All watches, jewelry, rings, and ID tags will be removed.

   c.  The primary instructor will control the training using a whistle. All events will begin with a whistle blast. All competitors will cease fighting immediately upon hearing a second whistle blast.

   d.  No pile-ups, dog piles will be allowed. If an individual is knocked to his feet then he will be allowed to stand up. This rule will be modified during grappling and ground fighting drills.

   e.  When the sandbag drill is conducted, the sandbag will never be thrown at an opponent's head or at an opponent who is knocked of his feet.

   f.  For applicable drills tap-out procedures apply

   Drills.  The following are examples of drills that can be used in the bear pits.

   a.  Attack.  Teams of up to squad size in the large bear pit and fireteam size in the small bear pit and trench can execute this drill. On the first whistle blast both teams jump into the pit and attempt to remove members of the opposing team from the pit. Once any portion of a participant's body touches the neutral zone the are out of the fight. A time limit is used to control the battle, which can last from 30 to 90 seconds. At the end of the time period the team with the most members left in the pit wins. Punches and strikes are not allowed. If an individual taps out without leaving the pit they are considered to have been removed from the pit.

   b.  Escape. This can be executed by teams of up to squad size in the large bear pit and fireteam size in the small bear pit. One team is in the center of the pit facing outboard with the second team around the inside perimeter of the pit facing inboard. At the whistle blast the team in the center attempts to

7

## APPENDIX 1

## MARTIAL ARTS TRAINING

escape from the pit and the other team attempts to capture and keep the other team in the pit.  A member from the center team must have completely removed himself from the pit and be standing in the neutral zone in order to be counted as escaped.  If a member of the center team has tapped out then he his considered captured until the round is over.  If a member of the outer team taps out then his opponent is considered to have escaped.  A time limit is used to control the battle, which can last from 30 to 90 seconds.  At the end of the time period the team with the most members left in the pit wins.  Punches and strikes are not allowed.  After the first round the number of escapees is counted the two teams return to the pit in reversed roles and repeat a second round.  At the end of the second round the team with the most escapees wins.

   c.  Sandbag Drill.  This is normally executed in the large bear pit with up to squad size units.  The pit is divided in half with engineer tape.  Each team takes a side.  Each team receives a half-filled sandbag, filled with wet sand.  The object is to hurl the bag at the opposing team knocking them from their feet or causing them to drop the sandbag.  A player is knockout of the game if he is hit and drops the bag or fails to catch it or is knocked off his feet, even if the sandbag is caught.  At no time will a sandbag be hurled at a player's head or at a player that has fallen.  A player who is knocked from their feet, even if not touched by an opposing sandbag are considered knocked out and will leave the pit.  The winning team is that having the only player left.  This drill can be used to reinforce the close combat principle of always trying to stay on your feet as well as builds teamwork.

   d.  Balance Log.  A log is placed across the center of the large or small pit.  Two player approach from opposite sides and attempt to use either their hands, boxing gloves, pugil stick or bayonet trainers to knock the other off the log and into the pit.  Depending upon which variation of gear is used ensure proper safety equipment and procedures are used.

   e.  Combat Tug of War.  A tug of war rope is stretched across the center of the large or small pit.  One team pulls on each side.  Once the rope is taught, each team sends a Marine out on to the center of the rope where they will attempt to knock the other off the rope and into the pit.  A variation on this is to attach the rope to the two anchor points on either side of the large pit.

8

# APPENDIX 1

## MARTIAL ARTS TRAINING

f. <u>Pugil Stick/Bayonet Training</u>.  Standard pugil stick training for individual or team matches can be executed in any of the three pits.  Individuals or teams can do training with the bayonet trainers or the BBT in the same manner.  This type of training simulates fighting in a restricted space.

<u>Conclusion</u>.  When using any variations of the bear pit the primary consideration is safety.  Primary and assistant instructors need to brief and enforce all safety regulations and ensure the appropriate safety equipment is always used.  The various events listed above are not all-inclusive.  As long as safety is kept in mind, you are only limited by your imagination.

4.  <u>Bayonet Training</u>.  Bayonet training can be conducted in the same way utilizing air drills followed by individual and fireteam rushes followed by a running of a bayonet course.  If no bayonet course is available then units can improvise with locally available material.

5.  <u>Additional Training</u>.  This same concept can work with any other type of martial arts training from grappling to free sparing.  In addition the training period can include a variety of martial arts techniques, i.e., bayonet techniques followed by timed drills, followed by grappling.  Below is a sample of a martial arts circuit course.  The number, types, and sequence are at the discretion of the instructor.

| MARTIAL ARTS CIRCUIT | |
|---|---|
| Station #1 | Standing Knees |
| Station #2 | Bayonet Techniques (air drills) |
| Station #3 | Ground Knees 1 minute |
| Station #4 | Bayonet Lanes |
| Station #5 | Throws X10 |
| Station #6 | Grappling |
| Station #7 | Upper Body Strikes X10 |
| Station #8 | Free Spearing |
| Station #9 | Armed Manipulation X10 |
| Station #10 | Lower Body Strikes X10 |
| Station #11 | Ground Knees 1 minute |
| Station #12 | Weapons Disarmament |

## APPENDIX 2

## MARTIAL ARTS TRAINING AND PT

1.  The various components and techniques of the physical disciplines of the martial arts program can be integrated into a normal PT session.  The following are consideration.

2.  With the introduction of the martial arts program it is essential that all PT seesions include a stretching and body hardening period at its beginning.  The following is a stretching and body hardening card.  It covers all martial arts and body hardening techniques taught in MA-1.02.

| Martial Arts Stretching | Martial Arts Stretching | Count/Repetitions/Safety Stretching |
|---|---|---|
| Heel-to-toe Rocking<br>Partial Squat<br>Double Time in Place<br>Punch to the Front<br>Punch to the Sky<br>Arm Circles<br><br>Neck Flexion<br>Triceps Stretch<br>Shoulder Stretch (partner)<br>Chest Stretch (partner)<br>Hip Rolls<br>Knee Rotations<br>Standing Thigh Stretch<br>Bridging<br>Prone Abdominal Stretch<br>Prone Shoulder Stretch | Prone Quadriceps Stretch<br>Seated Back Stretch<br>Hurdler Stretch (partner)<br>Groin Stretch (partner)<br>Ankle Rotation<br><br>**Body Hardening**<br><br>Grippers<br>Radial Nerve (side-to-side)<br>Ulnas Nerve (side-to-side)<br>Radial Nerve (low-to-high)<br>Ulnas Nerve (high-low sweep)<br>High Five<br>Standing Abdominal Strike<br>Peroneal Nerve Strike<br>Sitting Abdominal Strike | First 6 Stretches are dynamic and done for a set number of repetitions or timed.<br><br>Martial Arts stretches are done as echo count exercises.<br><br>These are static exercise, hold, then release slowly, do not bounce<br><br>Stretches are never done past the point were pain is experienced.<br><br>Count should be executed at 45 to 60 beats per minute |
| **Count/Repetitions/Safety<br>Body Hardening**<br><br>Body hardening is done as echo count repetitions.<br><br>Begin slowly and increase reps and speed with time.<br><br>Never strike full force.<br><br>Never strike the, ribs, sternum or below the navel when doing abdominal strikes.<br><br>Never strike the knee when doing peroneal strikes, only the outer meaty portion of the thigh | | |

1

APPENDIX 2

MARTIAL ARTS TRAINING

3.  Any of the current types of PT training can have martial arts techniques added to enhance both the combat fitness aspect of the PT as well as enhance sustainment of the techniques.  Some examples are:

    a.  During rifle PT, in addition to the normal exercises add baoyonet technique drills.  To further enhance this add grass drills while armed with the weapon to increase speed, power and agility.  In addition to the normal exercises done for rifle PT have Marine execute standard exercises normally done without the rifle with the rifle.  Examples of these types of exercises are:

        (1)  Lunges.  Execute a normal lunge but with the weapon held either straight to the front or above the head.  This same technique works with boot slappers and vertical lunges.

        (2)  Vertical Lunges.  Start with the hands behind the head, back straight, left knee on the deck.  On the first count leap straight up.  As you return to the deck land so that the right knee is down.  Repeat until the left knee is back down, this is one count.  **Safety Note: Do not land or bounce on the knee even if on soft ground or mats.**

        (3)  Stomach exercises.  All stomach exercises done on te back can be done with th rifle by holding the rifle above the head just off the deck, straight above the chest or cradled on the chest while situps, flutter kicks, hello dollies and other exercises are executed.

    b.  The standard daily 7 (or 16) followed by a formation run can be enhanced by running with the weapon, or including bag drills before or after the run.

    c.  Iron Mike run.  This is done in formation over a fixed route with stations at predetermined locations.  Substitute the calesthentics done at each station for a specific martial arts technique.

    d.  Obstacle course and/or confidence courses can be run before, after or during martial arts training.

4.  This type of training can be modified to be done aboard ship or while deployed.

2

MA-IT.54

APPENDIX 3

<u>MARTIAL ARTS AND WATER SURVIVAL</u>

1.  This can be done to not only maintain and increase the water
survival skills of the individual Marine but also, provide a
complete body workout while practicing martial arts skills in
water. The advantage of practicing martial arts techniques in
the water is the increased resistance provided by the water.
This allows the individual to feel the movements of the feet and
hips as well as balance.

2.  Shallow water drills with and without equipment for
practicing basic movement drills and off balancing techniques
with and without weapons.  This can be done before or after
executing shallow water sprints back and forth across the pool.
Additionally, calisthenics can be added that require entry into
and out of the water.

3.  At the next level Marines would be required to enter the
water from the tower or high board and move from shallow to deep
water, with or without gear and then execute the procedures above
in paragraph 2 or shallow water grappling drills.

4.  For more advanced swimmers have Marines swim specified laps
or distances and then execute shallow water grappling.  Adding
movement into and out of the water at specified intervals to
execute exercises or techniques can enhance the fitness effect.

5.  All of the above requires the presence of and coordination
with a MCIWS for safety.  Safety procedures should be briefed
prior to beginning training.  During shallow water off balancing
and grappling drills the bout is over when the opponent's head
has been submerged or if the opponent taps out prior to this.

1

## APPENDIX 4

### MARTIAL ARTS AND FIELD TRAINING

1.  Martial arts training can be conducted during field training as a supplement to the training being conducted such as during down time on ranges or field exercises.  It can also be done by taking specific field training evolutions such as conditioning or speed marches, assault courses, or infiltration courses and executing these as a prelude to martial arts training.

2.  Execute a timed movement with gear by speed march or skiing and then when pre-exhausted execute martial arts training using any of the martial arts drills such as bull-in-the-ring or martial arts circuit.

3.  Design an urban patrolling or civil disturbance package that includes scenarios where martial arts techniques can be executed. This should include both permissive and non-permissive environments with various rules of engagement.

4.  During rappelling and fast rope training have Marines execute Martial arts training drills after coming off rope.  At this point two separate types of stimuli are impacting the Marine. The fear or apprehension associated with heights followed by a martial arts engagement with bayonet trainer.  This not only develops physical fitness but also develops mental toughness and the ability to react to rapidly changing situations.

5.  Assault courses.  Assault courses simulate physical demands that might be encountered in an actual combat assault.  The assault course is run in combat loads (boots and utilities with full load bearing vest (LBV), helmet, flak jacket and rifle). The assault course should have a combination of 12 to 14 high and low obstacles spread over a 600-800 meter circuit with a time limit of about 4.5 to 9 minutes.  20 to 80 meters can separate obstacles.  The course can be combined with a rope climb at the beginning (and at the end) and a fireman's carry on a flat course 60-80 meters long progressing to 200 meters.  Assault courses should be designed to develop aerobic and anaerobic energy systems.  Interspersed along the course can be martial arts circuit stations

6.  Battle courses.  Battle courses can be designed to develop small unit cohesion.  The battle course should be at least five miles and is negotiated by units of four to six Marines under the direction of a fire team leader who ensures appropriate tactical formations and fire and movement techniques as the unit advances from obstacle to obstacle.  Intervals of sprints, fast running, easy running, and resistance running up hill are mixed with crawling, rolling, jumping, and climbing over obstacles. The

1

**APPENDIX 4**

**MARTIAL ARTS AND FIELD TRAINING**

course can include rope climbs, commando crawls,
vertical/incline/ladder walls, barbed wire tangle foot crawls,
balance logs, fighting positions, and water obstacles.  Units can
carry logs, re-supply items, or stretchers with simulated
casualties, attack bunkers or perform whatever mission the
commander chooses to vary his objective.  Each Marine is in
combat load gear.  Martial arts stations can be placed along the
course to including sparing and grappling stations.  A version of
this is being designed specifically for the Martial Arts Center
of Excellence at Quantico.  Appendix 6 describes the Martial Arts
Combat Battle Course.

7.  Endurance courses.  Endurance courses are designed to develop
cardiovascular and muscular endurance over a prolonged period.
They are run over a six-mile circuit wearing combat loads.  The
courses alternate low and medium obstacles with short steep
hills.  Some obstacles should require Marines to low/high crawl
15 to 30 meters.  Here also, martial arts stations can be placed
along the course to including sparing and grappling stations.

8.  For advanced belt levels live fire training is being
developed involving rifle and bayonet, grenades, and pistol and
knife scenarios.

## APPENDIX 5

### INTEGRATION DRILLS

1.  Integration and cohesion drills should be supervised by
Martial Arts Instructor Trainers.  These drills incorporate all
of the various elements of combat fitness outlined previously
into one drill.  This can include martial arts, standard PT,
water survival, and field training skills.  The following are
examples of these types of drills.

**Drill 1:  Combat Conditioning Drill.**  This drill can be done by
substituting different techniques and movements from those shown
below to include weapons techniques.  Also the number of
repetitions and length of timed drills can be modified depending
on the unit's level of fitness and training.

Station #1 – Punches x20    move by lunges

Station #2 – Standing knees x 1 min    move by bear crawl

Station #3 – Counters to strikes x3   move by firemans carry

Station #4 – Standing elbows x 1 min  move by forward role

Station #5 – Falls x3    move by high crawl

Station #6 – Throws x3   move by buddy bear crawl

Station #7 – Ground elbows x 1 min  move by duck walk

Station #8 – Round kick drill x 1 min  move by buddy drag

Station #9 – Ground knees x 1 min  move by low crawl

Station #10 – Counters to chokes and hold x3

**Drill 2:  Low Light Drill.**  This is done on a large open field
with no lighting.  A control point with a single light source is
designated.  This is run by squad size units, with each squad
having 2 rifles.  Begin with the squad running single file around
the perimeter of the field.  The rifles are passed back as in an
Indian run.  The last man gets the rifle and sprints to the
front.  Upon hearing a whistle bleats the Marines with the rifles
run to the control point where they will be given a drill (ground
knees, elbows, throws x10, etc) at the same time the squad will
halt in place and execute push-ups or another designated
exercise.  On the double whistle blast the squad begins to run
the perimeter and the two individuals with rifles rejoin the
squad.  This can be done for time or until all Marines have
completed a set number of evolutions (minimum 2).

1

MA-IT.54

APPENDIX 5
Combat Conditioning Drill 2



Ground Knees X 2 min

Low crawl 25 meters

Thrust Butt Stroke Slash drill X20

Low crawl 25 meters

Falls X10

Pull-ups x30 W/assistance

**Other exercises and movement And movement techniques can be substituted for those above as well as repetitions and times depending on unit level of fitness and training**

Deadmans drag 25 meters

Lunges 25 meters

Standing Elbows X 2 min

Standing Sit-ups X40

Low crawl 25 meters

Sprints X20 (uphill if possible)

Forward role 25 meters

Firemans Carry 25 meters

Standing Knees X 2 min

3

## APPENDIX 5

### INTEGRATION DRILLS

**Combat Conditioning Drill 3:**

Station 1 - Ground fighting x 3 min

Station 2 - Throws x 3 min

Station 3 - Bull dogging with knife x 3 min

Station 4 - Ground knees x 3 min

Station 5 - Abandon ship with gear, swim to shallow area and
            Execute shallow water sprints with exercises
            Interspersed x 3 min

Station 6 - Shallow water grappling x 3 min

Station 7 - Upper body strikes x 3 min

Station 8 - Lower body strikes x 3 min

Station 9 - Wind sprints x 3 min

Station 10 - Bayonet drills x 3 min

2.  In addition to the above there are several other drills that
can be done only by an MAIT.  These are the cohesion exercise and
the leadership exercise.

**APPENDIX 6**

**COMBAT BATTLE COURSE**

I.  **Purpose**.  The Battle Course is designed to be a comprehensive test of the mental, physical and character disciplines of both the individual and his team.  Subjecting the team to physical and mental stress, they will be challenged to overcome obstacles, face problem solving situations, engage in a variety of combat situations and demonstrate tactical proficiency.  In the end the team which has the strength of character to overcome their mental and physical exhaustion will be able to complete the course.

II.  **Safety**.  Because the Battle Course involves live fire, rope suspension training and full contact Martial Arts training safety is paramount.  The following safety considerations will be adhered to.

1.  A thorough safety brief will be given to all participants before the start of the course to include the following.

    a.  Emergency procedures to follow in case of an accident, to include location of safety vehicles and corpsmen, emergency signals, and medivac procedures.

    b.  Escape azimuths to use for the specific training areas in order to move to the nearest road.

    c.  Each team will be provided with safety equipment and briefed on its use.  This will include a red star cluster and red smoke grenade per team.

    d.  Review of all safety procedures for pugil stick, bayonet trainers, grappling and sparring drills.

2.  The specific safety briefs will be given at the following stations.

    a.  Range 3A: Assault Fire Course

    b.  Range 3B: Room Clearing and Close Quarters Battle

    c.  Rappel Tower

3.  Communications will be maintained with range control via two means of communications during the running of the battle course. Should communications be lost, training at the rappel tower, and ranges 3A and 3B will be suspended until communications is re-established.

1

**APPENDIX 6**

<u>COMBAT BATTLE COURSE</u>

4.  The Camp Barrett medical clinic (Ray Hall) will be notified in advance whenever the battle course is being run and when the course has been secured.

5.  Primary instructors and safety personnel along the course will monitor the condition of participants.  Based upon their judgment an individual who appears to be in physical distress will be removed from the course and examined by medical personnel.

6.  Supervisory personnel will monitor local weather conditions and modify or adjust the course accordingly.

7. The safety vehicle and Corpsman for the Battle Course located on the south side of MCB2 will be located in the parking lot at grid 873636.  This will also be the command post for the entire event.

III.  <u>Individual Equipment</u>:

> Fighting Load w/helmet and flak jacket
> M-16A2 w/bayonet
> Field Protective Mask
> Sling rope w/2 Stubai 85 snap-links
> Black gloves
> Groin protection, safety goggles and mouth guard

IV.  <u>Coordinating Instructions</u>:

1.  Instructors and safety personnel will be placed along the course at specific locations to monitor proper completion of all obstacles/events and to engage/evaluate the team members along the course.  In addition to the specific use of arty simulators, CS and smoke at designated locations arty stimulators and smoke will be used throughout the course to add to the realism of the event.  The use of practice grenades will be incorporated along with simunitions and live ammo under controlled situations at specific events.

2.  Two opposing teams competing against each other and the clock will run the course.  The teams will be equally sized and can be from fireteam to squad in size.  A primary instructor who will monitor and evaluate the team will accompany each team.  When being run by large size units the starting time between pairs will be at least 5-minute intervals.  Team integrity will be maintained at all times during the course.  When two teams arrive at the same obstacle, the first team arriving intact will

2

# APPENDIX 6

## COMBAT BATTLE COURSE

negotiate the obstacle first.  Passing will be allowed along the
trails of the course but not on obstacles.  All hard surface and
improved dirt roads will be treated as danger areas and crossed
tactically.  Primary instructors will adjudicate disputes.

3.  Scoring will be by both team and individual performance.
Teams will be evaluated by combining the individual scores with
overall time.  Penalties will be assessed on the course for
failure to negotiate obstacles or to properly execute techniques.
A bonus will be awarded by deducting 1 minute from the team total
for each successful combat engagement.  This includes Pugil
Sticks, Fighting Trench, Team Bayonet Engagement, Knife Fighting,
Ground Fighting, Bayonet Trainer (Octagon), and Improvised
Weapons engagements.

4.  Primary mean of control will be by radio.  Each Primary and
all stations with safety/support personnel will have a hand held
radio.  The rappel tower, LZ Thrush, and R-3 will also maintain
communications with range control via FM radio (PRC-119).

5.  Primary Instructors moving with the teams will carry white
smoke, CS, pepper spray and arty stimulators for use at
designated areas alone the course.

V.    Course Sequence:

1.  **Team Insertion**.  Start at rappel tower (870647).  Marines
have received equipment inspection, course brief, safety brief,
and 5-minute preparation time.  1st pair is hooked up and time
begins when they start to rappel.  See enclosure (1).  When
entire team has completed rappel they pickup striking pads and
each member execute 10 repetitions of all upper body strikes and
then speed march/run to next event close quarter battle.
*Requires 2 HRST Qualified Instructors, 2 Assistant Instructors, 1
Corpsman and Safety Vehicle.  This safety vehicle and Corpsman
will be responsible for responding to emergencies occurring on
the course on the north side of MCB2 exclusive of ranges R3A and
R3B which will have their own safety vehicles and corpsman.*

2.  **Close Quarters Battle**.  Arrive at R3B, receive safety brief,
execute a dry run, issue hand grenades and execute room-clearing
techniques.  See **enclosure (2)**.  This will require the
construction of a reinforced tire enclosure to simulate a
building.  Team will begin room clearing by throwing a grenade
into the first room, after grenade explodes they will move into

3

### APPENDIX 6

### COMBAT BATTLE COURSE

the room secure it and continue room clearing techniques through
the building.  At the second designated room they will throw the
second grenade and clear the room after the grenade has exploded.
Continuing through the last rooms enters an engagement area,
engage bayonet targets and secure.  During room clearing movement
team will engage targets with simmunitions. **Figure 2-1** shows a
layout of the close quarters battle enclosure.  Upon completing
this course the team will move to the next event.  *In the event
of a dud grenade this portion of the course will be terminated
and bypassed.   This event requires an RSO, 2 Assistant
Instructors, 1 Corpsman and Safety Vehicle, and radio operator
with PRC-119.*

3.   **Leadership Reaction Station #1**.  Arrive at leadership
reaction station #1 at vicinity grid 867645.  See enclosure (3).
After properly completing the station move to the start of the
bayonet assault trail.  Figure 3-1 is a diagram of this event.
*The Primary Instructor with the team will evaluate.*

4.   **Bayonet Assault Trail**.  Arrive at start (vicinity 870646),
fix bayonets and each team will proceed down a separate trail.
See **enclosure (4)** to this handout for details on the bayonet
assault trail.  Beginning with the point man, each team member
engages a target and is graded on technique and accuracy.  Team
members will keep a 3-meter interval between themselves while
negotiating the trail.  Upon engaging a target that team member
will drop to the rear of the team file.  The team will continue
to leap frog down the trail until they have completed the course.
Each miss will count as a 30-second penalty as well as effecting
the Marines overall score.  All obstacles will be successfully
negotiated.  At the end of the course unfix bayonets and speed
march/run to the next event.  *The Primary Instructor (PI) will
monitor course safety and evaluate the team's performance on the
trail.  The PI will move ahead of the team and activate the
swinging and sliding targets.  Additionally, 1 Assistant
Instructor (AI) will monitor the trail to reset the swinging and
sliding targets.*

5.   **Uneven Ground Movement/Throws Station**.  From the end of
bayonet assault trails move to grid 875643.  See **enclosure (5)**.
Before beginning to traverse the course each team member will
execute 10 repetitions apiece of each type of punch.  The team
that completes the punches first will start the next leg first.
Each team will move by speed march/run to grid 881641 and
negotiate a series of obstacles.  This will include **Hand over
Hand (figure 5-1), Tough Nut (figure 5-2), Culvert (figure 5-3),**

4

## APPENDIX 6

### COMBAT BATTLE COURSE

**Low Hurdles (figure 5-4), Mine Field (figure 5-5)** (this will be a simulated minefield with buried mines that must be probed for and marked, and trip wires that must be by-passed.  Two lanes will be used, one for each team), **Trench Vault (figure 5-6)(Low to High & High to Low)**, and **Tangle Foot (figure 5-7)(Uneven Ground)**.  At the end of the minefield will be several SARTs targets and a bunker that will be engaged with simunitions and practice grenades.  At end of obstacles arrive at throws station.  Each member executes 10 repetitions of all throws. Each team then tactically crosses MCB 2 to grid 882640 then picks up a log and carries it to next event (vicinity 875639).  Penalty time will be added for failing to engage targets and setting off a mine or booby trap.  If a mine or booby-trap is set-off the Primary will assess a casualty and the team will have to carry the casualty to the throws station.  *An AI (1371) will be located at the minefield station to reset and bury all mines and reset any trip wires that have been tripped.*

6.  **Improvised Stream Crossing/Ground Fighting**. .  At 875639 (Barrett Pond) teams will stack logs at near side and will have access to various improvised flotation devices, i.e., logs, water cans.  See **enclosure (6)**.  They will use these to cross the pond. Upon exiting the water each team will enter the ground-fighting arena.  Weapons and equipment will be grounded.  Each team member will fight one, (1) minute bout against a member of the opposing team.  After all team members have fought they will don gear and move to next station.  *Primary Instructors will act as referees. A safety swimmer with ring buoy and safety boat will be at this station.*

7.  **Leadership Reaction Station #2**.  From ground fighting move to leadership reaction station #2 vicinity of grid 876638.  See enclosure (7).  After properly completing the station move to the humanitarian assistance station.  Figure 7-1 is a diagram of this event.  *The Primary Instructor with the team will evaluate.*

8.  **Team Movement/Humanitarian Assistance**.  Moving from the ground fighting station move to the **Single Rope Bridge (figure 8-1)** vicinity grid 87786355.  See **enclosure (8)**.  Along the way execute a series tactical formations at designated points, individual and fireteam rush stations **(figure 8-2)** and negotiate several wire obstacles, **Lapland Fence (figure 8-3)**, **Low Wire (figure 8-4)**, and **Triple Concertina (figure 8-5)**.  Before mounting the bridge each team member will tie an around the waist bowline with an end of rope figure 8 loop at each running end.  A Stubai 85 will be placed on each figure 8 loop and attached to

5

## APPENDIX 6

### COMBAT BATTLE COURSE

the safety line of the single rope bridge.  The Bridge will be crossed on top of the rope.  On the far side stack weapons and pick-up MRE's.  Move MRE's and water cans to the refugee distribution point.  When confronted with unarmed refugees attempting to steal MREs and water cans use unarmed restraints and manipulations to detain.  Once refugees have been controlled re-acquire weapons and moves to the **Two Rope Bridge (figure 8-6)** vicinity 87886353 and cross over.  A Stubai will be attached to each rope of the two-rope bridge.  On the far side execute 5 counters to chokes.  Move to the next station, cat crawl. *Requires 4 AI's to act as refugees, 2 per team.*

9. **Cat Crawl/ Team Bayonet Engagement**.  The team members will cross the **cat crawl (figure 9-1)** vicinity grid 87878635.  See **enclosure (9)**.  The team members will use the safety line with around the waist bowline when crossing the cat crawl.  On the far side don the BBT protective gear and fix BBTs.  They will move forward in a team formation to the engagement area and engage another team in a series of bayonet attacks.  At end of engagement area remove BBTs and protective gear and move to next station rope swing net. *Primary Instructors will act as referees and score the team bayonet engagements.*

10. **Rope Swing Net/ Casualty Evacuation**.  The team will move to the **rope swing (figure 10-1)**, swing across to the **cargo net**, climb the net and slide down the **drainpipe**.  See **enclosure (10)**. At the far side the team will be given a casualty to assess, treat and evacuate by litter to the aid station grid 87546332. *Two role players with stretchers and moulage kit are required at this station.*

11. **Leadership Reaction Station #3**.   At the aid station leave the casualty and move to the leadership reaction station #3 vicinity of grid 875633. Figure 11-1 is a diagram of this event. See enclosure (11).  After completing the station pick up striking pads and each team member will execute 10 repetitions of all lower body strike.  Move tactically from the aid station across 641 to grid 875632 and start next station. *The Primary Instructor with the team will evaluate.*

12. **Bayonet Trench Fighting/Uneven Ground Movement**.  After arriving from LRS #3 all team members will don protective clothing for BBT training and attach BBT to rifle.  See **enclosure (12)**.  One team will enter the **trench (figure 12-1)** from each end and clear trench line with BBT.  Successful kills will be awarded a 1-minute bonus deduction.  Upon completion of trench remove

6

### APPENDIX 6

### COMBAT BATTLE COURSE

protective gear and BBT and negotiate the following obstacles to
vicinity 872636, **Island Hopper (figure 12-2)**, **High Wall
w/grappling hook (figure 12-3)**, **The Swinger (figure 12-4)** and, **A-
frame Balancer (figure 12-5)**. *Primary Instructors will act as
referees and score the fights.*

13. **Water Tunnels/Unarmed Combat**. Upon arriving at the entrance
of the **water tunnels (figure 13-1)** (vicinity 872636) stage rifles.
See **enclosure (13)**. Each team will have a member enter the water
tunnel and pull self through using rope. Upon exiting water
tunnel will engage a member of the opposing team with in unarmed
combat. The intent is to keep from being taken to the ground and
to knock your opponent of his feet. Punches and strikes are not
authorized. The tap out rule applies. Once entire team has
negotiated tunnel and completed the fighting pool re-arm with
rifles and move to next station. Prior to leaving this station
each team will re-supply with a field protective mask that had
been pre-staged. *Primary Instructors will act as referees and
score each fight.*

14. **Infiltration Lanes/Weapons of Opportunity**. Starting in
vicinity 872636 move along an **infiltration lane, enclosure (14)**
under fire while engaging bunkers and targets to your
intermediate objective at vicinity 869634. Targets will be
engaged with practice grenades and simunitions. At the objective
each team member will don a Blauer suit and engage in 1 on 1
combat with an opponent using weapons of opportunity. From here
the teams will resume their movement over obstacles to the knife
fighting area vicinity grid 865632. *The Primary Instructors will
act as referees for weapons of opportunity engagements.*

15. **Uneven Ground Movement/Knife Fighting**. From the weapons of
opportunity station they will move toward the next series of
obstacles. See **enclosure (15)**. Prior to reaching the **Balance
Beam (figure 15-1)** the team will be gassed and be required to
mask. They will then negotiate all the obstacles masked until
they reach the knife fighting station. These obstacles include
**NBC Attack, Balance Beam (Moving, Uneven and zigzag)**, **Low Crawl
Under Wire (figure 15-2)** (Uneven Ground), **Double Pipe Crawl
(w/Climb) (figure 15-3)**, **Reverse Slide for Life (figure 15-4)**,
**Reverse Climber (figure 15-5)**, **Trench Vault figure 15-6)**, **All
Clear/Unmask**. At the knife fighting area one on one knife fights
between members from each team will occur. *Primary Instructors
will act as referees and score each fight.* From here the teams
will move LRS #4.

7

## APPENDIX 6

### COMBAT BATTLE COURSE

16. **Leadership Reaction Station #4**. From knife fighting move to leadership reaction station #4 vicinity of grid 861631. See enclosure (16). After properly completing the station move to Kosovo. Figure 16-1 is a diagram of this event. *The Primary Instructor with the team will evaluate.*

17. **Kosovo**. From the knife fighting station move down hill over a series of obstacles to the 3-rope bridge vicinity grid 85956305. See **enclosure (17)**. These obstacles include **Suspended Pipe (figure 17-1), 6 Vault (figure 17-2), zig zag (figure 17-3), low rails/step overs (figure 17-4)**, and **Jump High to Low (figure 17-5)**. Move to the **3-rope bridge (figure 17-36** pick up **ammo cans** and carry across. The team members will use the safety line with around the waist bowline when crossing the 3-rope bridge. On far side the team will be confronted by several unarmed Serbian's attempting to cross over the bridge into an Albanian enclave. You will use armed and unarmed manipulations to detain them. From Kosovo you will move down to the next station at vicinity 859634. *A total of 6 role players will be required.*

18. **Uneven Ground Movement/Pugil Sticks**. Moving from Kosovo each team member will pick up 2 81mm mortar canisters and carry them to the re-supply point. See **enclosure (18)**. Along the way they will negotiate **Uneven Stairway (figure 18-1), High Stepper (figure 18-2)**, and **Balance Beam (figure 18-3)** obstacles. Upon arriving at the re-supply point they will drop their ammo canisters and dress their team members for pugil stick bouts. Teams will fight against the other team. Winning bouts will deduct 1 minute from the team's total time. One fighter will be in the ring and the other on deck at all times until every member of the team has fought. *The Primary Instructors will referee the bouts.* After all members of the unit have fought they will move to vicinity of 863635, LRS #5.

19. **Leadership Reaction Station #5**. From pugil sticks move to leadership reaction station #5 vicinity of grid 863635. See enclosure (19). Figure 19-1 is a diagram of this event. *The Primary Instructor with the team will evaluate.* After properly completing the station move to hasty rappel vicinity grid 864634.

20. **Hasty Rappel**. At station 14 **hasty rappel (figure 20-1)** to the streambed of Long Branch. See **enclosure (20)**. Cross over to the far side, stage weapons and equipment, and enter the grappling arena. Each Marine will participate in one 1-minute bout against an opponent from the other team. *The Primary Instructors will referee the bouts.* After all members of the

8

## APPENDIX 6

### COMBAT BATTLE COURSE

unit have fought they will move through a series of obstacles to vicinity of 868638 to Cu Chi.

21.  **Leadership Reaction Station #6**.  From grappling arena move to leadership reaction station #6 vicinity of grid 866636.  See enclosure (21).  Figure 21-1 is a diagram of this event.  *The Primary Instructor with the team will evaluate*. After properly completing the station move to Cu Chi vicinity grid 868638.

22.  **Tunnel/Bunker/Maze/Counters (Cu Chi)**.  Moving from the ground fighting area move to vicinity grid 868638 over the following obstacles, **Reverse Wall (figure 22-1), Culvert (figure 22-2), Horizontal Ladder (figure 22-3), The Weaver (figure 22-4)**, and **Swing Stop and Jump (figure 22-5)**.  See **enclosure (22)**. Upon arriving at spider hole the team will enter the **tunnel complex (figure 22-6)** and negotiate it to the exit.  Initial entry will be made with a practice grenade.  Several options will be available with only one being the correct choice; all others will lead back on themselves.  The tunnels will also have booby traps.  Upon exiting the tunnel team members will individually be engaged by an instructor in a fist suit and execute counters to strikes.  While in the tunnels the team will be subjected to sensory overload from smoke and noise.  Upon clearing the tunnel area move to LRS #7.  *Require two AIs (CCI's or CCIT's)*.

23.  **Leadership Reaction Station #7**.  From Cu Chi move to leadership reaction station #7 vicinity of grid 868640.  Figure 23-1 is a diagram of this event.  See enclosure (23).  *The Primary Instructor with the team will evaluate*. After properly completing the station move to the next station at LZ 7.

24.  **Falls/Bayonet Trainer**.  After exiting LSR #7 team members will rope themselves together and move by speed march/run to LZ 7.  See **enclosure (24)**.  Un-rope, stack arms and each team member will execute 10 front, right/left side, back and forward rolls. (The ground in front of the start point for falls will have been sprayed with pepper spray).  Take arms and move to the Octagon (**figure 24-1**).  Stack arms and put on bayonet trainer protective equipment and bayonet trainer.  One at a time, team members will enter the octagon and engage a member of the opposing team.  Once the entire team has finished the team will re-equip itself and move to the assault fire station at R-3A. *Primary Instructors will act as referees*.

9

MA-IT.54

## APPENDIX 6

### COMBAT BATTLE COURSE

25. **Assault Fire**.  Upon arriving at the assault fire line the team will be given their safety brief, frag order, issued ammo and move to the firing line. See **enclosure (25)** and **figure 25-1**. After completion of firing the team will be checked for a complete safe weapon and turn in unused ammo.  See **enclosure (3)** for details.  *Requires Safety vehicle w/Corpsman and RSO. Primary Instructors will act as safety walkers.*

26. **Leadership Reaction Station #8**.  From assault fire range move to leadership reaction station #8 vicinity of grid 869649. See enclosure (26) and figure 26-1 is a diagram of this event. *The Primary Instructor with the team will evaluate.* After properly completing the station move to the Martial Arts School.

27. **Finish**.  The team will speed march/run to the finish at the school for clean up and de-brief.

10

### APPENDIX 7

### 1ST MARINE DIVISION WW II PT

**RESTRICTED**

First Marine Division,
Fleet Marine Force,
c/o Fleet Post Office, San Francisco, California.

**COMBAT CONDITIONING EXERCISES AND MARCHES**

I.  <u>OBJECTIVE</u>:  The objective of the combat conditioning exercise and marches is rapid development of strength, speed, agility, and endurance.

I.  <u>COMBAT CONDITIONING</u>: Combat conditioning may be considered in two parts:

    (1) <u>Combat conditioning calisthenics</u>, consisting of 25 exercises done in rapid succession, and rifle calisthenics, consisting of nine movements done without pause.

    (2) <u>Conditioning marches</u>, brief fast marches at the rate of 5 to 7 miles per hour.

III.  <u>COMBAT CODDITIONING SCHEDULE IN THE COMPANY</u>: Two to 6 hours a week allotted to combat conditioning is an effective and flexible means of developing a high physical fitness tone in troops.  Exercises may be done 3 to 5 times a week with 1 to 2 hours a week of conditioning marches. The physical condition of the troops and training time available will govern the exact allotment of time given to combat conditioning.

IV.  <u>EXERCISES</u>:

    (a) <u>Combat Conditioning Calisthenics</u>:  (Performed stripped to waist on turf or sand)

1.  Running in place, clapping hands - Accelerate.
2.  Side straddle Hop - 16 rhythm, 16 speed.
3.  Side Straddle Bend - 16 rhythm, 16 speed.
4.  Breathing Exercises - pound chest 3 counts; pound stomach 3 counts.
5.  Windmill (touching toe with opposite hand) - 16 rhythm, 16 speed
6.  Grasping wrist under knee - 16 rhythm, 16 speed.
7.  Russian Dance - loft leg 8, right leg 8, alternate 16 counts
8.  Grass Drill -running in place, falling front, back, left, right 8 to 16 falls.
9.  Push Ups -16 counts rhythm.

1

APPENDIX 7

1ST MARINE DIVISION WW II PT

10. Push Up, leap, clap hands - on command, 8 to 16 counts.
11. Rocking Horse - 16 counts.
12. Crab Run - front, back, left, right -1 minute.
13. Back Leg Kick -left leg 8, right leg 8, alternate 16 counts.
14. Arm & Leg Spread - (on back) - 16 rhythm, 16 speed; hold
    legs 6" off deck and pound stomach, 16 counts.
15. Rotate legs around body - 4 left, 4 right circles.
16. Back Roll -toes and heels touching deck, 16 counts.
17. Hurdlers position - left leg 16, right leg 16 counts.
    (Stand up, pair off for contact exercises)
18. Interlock hands, arms high, push & pull ~ 1 minute
19. Clasp hands behind partners neck, push and pull, 1 minute.
20. Back to back, interlock arms, raise partner, shake,
    alternate 1 minute
21. Right arm around partners neck, left hand on deck, push -
    1 minute.
22. Body punching exercise -punch each other chest, ½ minute,
    punch each other stomach, ½ minute.
23. Rooster Fight - left leg ½ minute, right leg 1.2 minute.
24. Fireman's Carry - run with partner on shoulders 50 to 100
    yards.
25. Sprint - race by squads or platoons, 100-200 yards.
    (Rest ten minutes)

    (b) Rifle calisthenics – (Done at reveille or immediately
before calisthenics) These are the standard exercises under arms
described in LFM, except that they are done clear through without
pause between exercises. Exercises are done in rhythm, 16 counts
each, with every participant counting out loud. On the 10th
count the leader announces the next exercise, which is begun in
rhythm right after the count of "16." Exercises will be done in
the following order: down and forward, forward and up, up and on
shoulders, diagonal lunges left and right, forward lunges, front
sweep slow, slide pushes left and right, overhead twists, side
twists. Exercises may be gone through once, twice or three times
without pause.

    (c) Combat Conditioning Marches - ~ Combat conditioning
marches are brief, fast marches made by walking rapidly or
alternately walking and trotting at the rate of 5 to 7 miles per
hour. The marches should range from 1 to 2 hours and should be
given once or twice a week, graduated in distance and speed.
Course of the march should be preferably rolling on ground rather
than hard surfaced roads, and if possible over all natural
obstacles like boulders, streams, steep slopes, brush, etc.
During the running phases of the marches no attempt should be
made to restrict the stride to an unnatural shortness, as is done

2

## APPENDIX 7

## 1ST MARINE DIVISION WW II PT

in standard double timing.  The legs should be let out in long, easy strides.  No attempt is made to keep in step during the walking or running.  Each man moves relaxed with a long, easy swinging stride.

Movement is rapid with stops for minor adjustments not exceeding 3 minutes per hour.  There are no rest periods.

Running should be at easy intervals, preferably on downward slopes.  Well-conditioned troops should experience no difficulty in trotting and aggregate of 1/3 of the marching distance at short intervals and covering the rest at a fast walk.

**RESTRICTED**

**EXHIBIT B**

MA-1.02

# UNITED STATES MARINE CORPS
Martial Arts Center of Excellence
The Basic School
Marine Corps Combat Development Command
Quantico, Virginia 22134

## DETAILED OUTLINE

**FUNDAMENTALS OF MARINE CORPS MARTIAL ARTS**

**INTRODUCTION**_____(3 MIN)

1. <u>GAIN ATTENTION</u>.  There are several fundamentals of the physical discipline of our martial arts that are used throughout any type of confrontation or situation.  These fundamentals form the basis for all martial arts instruction and techniques.  Additionally, you must prepare your body for the rigors of combat.  To do so your body must possess the attributes of both toughness and flexibility.  Like iron, you must be able to absorb and give out punishment but have the flexibility to prevent injuries.  The proper execution of these fundamentals will enable you to effectively perform martial arts techniques that may very well save your life or the lives of fellow Marines one day.

2. <u>OVERVIEW</u>.  This lesson will cover the fundamentals of Marine Corps Martial Arts to include the purpose of close combat, ranges of close combat, weapons of the body, target areas of the body, pressure points, basic warrior stance, and angles of approach and movement, and body hardening.

3. <u>LESSON PURPOSE</u>.  The purpose of this period of instruction is to provide an explanation of the martial arts skills taught in the tan belt course.  A student will teach the material to provide additional practice in instructing close combat skills.  There are no Terminal Learning Objectives or Enabling Learning Objectives pertaining to this lesson.

4. <u>INTRODUCE LEARNING OBJECTIVES</u>.  The Learning Objectives pertaining to this lesson are as follows:

   a. <u>TERMINAL LEARNING OBJECTIVE</u>.  Without the aid of reference, given the requirement, identify the fundamentals of the Marine Corps Martial Art per MCRP 3-02B (8550.01.01a)

   a. <u>ENABLING LEARNING OBJECTIVES</u>

(1) Without the aid of reference, given the requirement, identify the ranges of close combat per MCRP 3-02B (8550.01.01a).
(2) Without the aid of reference, given the requirement, identify the target areas of the body per MCRP 3-02B (8550.01.01a)

(3) Without the aid of reference, given the requirement, identify the weapons of the body per MCRP 3-02B (8550.01.01a).

(4) Demonstrate the basic warrior stance per MCRP 3-02B (8550.01.01a).

(5) Demonstrate angles of approach and movement per MCRP 3-02B (8550.01.01a).

(6) Demonstrate body hardening tachniques per MCRP 3-02B (8550.01.01a).

5. <u>METHOD/MEDIA</u>.  This class will be taught by lecture, demonstration, and practical application.

6. <u>EVALUATION</u>.  Topics from this lesson will be evaluated by performance examination.

**BODY**                                                                    **(55 MIN)**

## 1. INTRODUCTION TO CLOSE COMBAT                        (3 MIN)

   a. <u>Purpose of Close Combat</u>.  The purpose of close combat is to execute unarmed and armed techniques, in close proximity to another individual, that comprise both lethal and non-lethal ends, across a spectrum of violence within a continuum of force.

      1) Unarmed techniques include hand-to-hand combat and defense against hand-held weapons.

      2) Armed techniques include techniques applied with your T/O weapon or a weapon of opportunity.

   b. <u>Ranges of Close Combat</u>.  There are three ranges in which close combat engagements can take place:  long range, mid range, and close range.  In any engagement, these ranges may blur together or may rapidly transition from one to another and then back again until the opponent is defeated or the situation is handled.

1)  <u>Long Range</u>.  At long range, the distance between combatants allows engagement with a rifle and bayonet, weapons of opportunity or non-lethal baton .

2)  <u>Mid Range</u>.  At mid range, the distance between combatants is such that they can engage each other with knives, punches, or kicks.

3)  <u>Close Range</u>.  At close range, the distance between combatants is such that they can grab a hold of each other and may involve elbow and knee strikes and grappling.

## 2.  WEAPONS OF THE BODY                                    (5 MIN)

a.  <u>Arms</u>.  The hands, forearms, and elbows are the individual weapons of the arm.

(1) <u>Hands</u>.  There are several areas of the hands that can be utilized as weapons.

(a) <u>Fist</u>.  The fist can be used as a weapon directed at soft tissue areas such as the throat.  This will minimize the risk of injury to the fist.  The striking surfaces of the fist are the first two knuckles of the hand or the meaty portion of the hand below the little finger.

(b) <u>Edge of Hands</u>.  The edge of the hand (knife edge) can be used as a weapon.  Similar to the fist, all strikes should be directed toward soft tissue areas.
(c) <u>Palm</u>.  The heel of the palm, because of its padding, can be used for striking, parrying, and blocking.

(d) <u>Fingers</u>.  The fingers can be used for gouging, ripping, and tearing soft tissue (e.g., eyes, throat, and groin).

(2) <u>Forearm</u>.  The forearm can be used as a defensive tool to deflect or block attacks.  The forearm can also be used as a striking weapon to damage or break joints and limbs.  Strikes with the forearm do not pose as high a risk of self injury as do strikes with the fist and fingers.

(3) <u>Elbow</u>.  The elbow can be used as a striking weapon.  Because of the short distance needed to generate power, the elbow is an excellent weapon for striking in the grappling range of close combat.

b.  <u>Legs</u>.  The legs are more powerful than the other weapons of the body and are less prone to injury when striking.  The feet are protected by boots and are the preferred choice for striking.

(1) <u>Foot</u>.  The ball of the foot, the instep, and the toe can be used to kick an opponent.  The toe is only recommended for striking when wearing boots.  The cutting edge of the heel and the heel can be used to stomp on an opponent.

(2) <u>Knee</u>.  Like the elbow, the knee is an excellent weapon in the grappling range of close combat.  Knee strikes are most effective while fighting close to your opponent where kicks are impractical.  The groin area is an ideal target for the knee strike against and opponent standing upright.  The knee strike can be a devastating secondary attack to the face following an initial attack that causes the opponent to bend at the waist.

## 3.  TARGET AREAS OF THE BODY                                (5 MIN)

During close combat, the parts of the opponent's body that are readily accessible will vary with each situation and throughout a confrontation.  The goal is to attack those areas that are readily accessible.  These areas are divided into five major groups:  head, neck, torso, groin, and extremities.

a.  <u>Head</u>.  The vulnerable regions of the head are the eyes, temple, nose, ears, and jaw.  Massive damage to the skull can kill an opponent.

(1) <u>Eyes</u>.  The eyes are excellent targets because they are soft tissue not protected by bone or muscle.  Any attack to this region may cause the opponent to protect the area with his hands.  Secondary attacks to other target areas can then be successfully executed while the opponent's hands are occupied.

(2) <u>Temple</u>.  The temple is one of the most fragile areas of the skull.  Powerful strikes to the temple can cause permanent damage and death.

(3) <u>Nose</u>.  The nose is very sensitive and easily broken.  An attack to this area can cause involuntary watering and closing of the eyes, rendering the opponent vulnerable to secondary attacks.  Unless the strikes to the nose are powerfully delivered, attacks to the nose may not distract the opponent because, through training, individuals can become accustomed to the effects of attacks to the nose.

(4) <u>Ears</u>.  Attacks to the ear may cause the eardrum to rupture, but as with the nose region, this may not stop or even distract the opponent unless the strikes are delivered powerfully.

(5) <u>Jaw</u>.  The jaw region, when struck forcefully, can cause unconsciousness.  Strikes to the jaw can cause painful injuries to teeth and surrounding tissues (e.g., lips, tongue), but the risk of self injury is great unless the strikes are delivered with a hard object such as a helmet, rifle butt, or heel of the boot.

 b.  <u>Neck</u>.

(1) <u>Front of Neck</u>.  The front of the neck or throat area is a soft tissue area that is not covered by natural protection.  Damage to this region can cause the trachea to swell and close the airway, which can lead to death.

(2) <u>Back of Neck</u>.  The back of the neck or cervical region contains the spinal cord, the nervous system link to the brain.  The weight of the head and the lack of large muscle mass in the neck area combine to allow damage to the spinal column when the head is twisted violently.  Attacks to this region can readily cause pain and immobilization of the opponent.

 c.  <u>Torso</u>.

(1) <u>Clavicle</u>.  The clavicle or collar bone can be easily fractured, causing immobilization of the opponent's arm.

(2) <u>Solar Plexus</u>.  Attacks to the solar plexus or center of the chest can immobilize the opponent by knocking the breath out of him.

(3) <u>Ribs</u>.  Damage to the ribs can cause immobilization of the opponent and may cause internal trauma.

(4) <u>Kidneys</u>.  Powerful attacks to the kidneys can cause immobilization, permanent damage, and death.

 d.  <u>Groin</u>.  The groin area is another major soft tissue area not covered by natural protection.  Any damage to this area can cause the individual to involuntarily provide protection to the injured area, usually with the hands or legs.  The scrotum is the main target since even a near miss will cause severe pain, contraction of the lower abdominal muscles, deterioration of the opponent's stance, and possible internal trauma.

 e.  <u>Extremities</u>.  Rarely will an attack to the opponent's extremities (arms and legs) cause death, but they are important target areas in close combat.  Damage to a joint can cause immobilization of the opponent.

## 4.  BASIC WARRIOR STANCE                                      (10 MIN)

 a.  <u>Purpose</u>.  The basic warrior stance provides the foundation for all movement and techniques in close combat situations.  Marines must be able to assume the basic warrior stance instinctively.

 b.  <u>Technique</u>.  To train the basic warrior stance, have the student:

  (1) <u>Feet Apart</u>.

   (a) Place your feet shoulder width apart.

   (b) Keeping your head and eyes on your opponent, take a half step forward with your left foot, and pivot on your heels so your hips and shoulders are at approximately a 45-degree angle to the right.

   (c) Distribute your body weight evenly on both legs.  Bend your knees slightly.

    [1] Find a position that allows you to maintain your balance.

    [2] You may have to re-adjust your feet to maintain your balance.

  (2) <u>Hands Up</u>.

   (a) Curl your fingers naturally into the palm of your hand.  Position the thumb across the index and middle fingers.

    [1]  Do not clench your fists.

    [2]  Not clenching the fists will reduces muscular tension in the forearms and increases speed and reaction time.

   (b) Bring your hands up to your face at chin level, with the palms facing each other.

    [1]  Hold your fists up high enough to allow you to protect your head.

[2] The fists should not block your field of view, allowing for continuous eye contact of your opponent.

(3) <u>Elbows In</u>.  Tuck your elbows in close to your body to protect your body.

(4) <u>Chin Down</u>.  Tuck your chin down to take advantage of the natural protection provided by your shoulders.

## 5.  ANGLES OF APPROACH AND MOVEMENT                    (12 MIN)

a.  <u>Purpose of Movement</u>.  You should move to control the confrontation and to retain a tactical advantage.  Consider yourself in a 360-degree circle, you move in 45-degree incraments towards (8) different angles.  In addition, movement is necessary to:

(1) Movement around the opponent makes accessible different target areas of your opponent's body.

(2) Movement enables you to use different weapons of your body and different close combat techniques that can only be performed on specific target areas.

(3) Movement can increase power and maximize momentum.

b.  <u>Angles of Approach</u>.  Consider a 360-degree circle around an opponent.  You can move anywhere in this circle to gain a tactical advantage and make accessible different target areas of your opponent's body.

(1) The worst place to be in a confrontation is directly in front of an opponent.  The opponent can rely on his forward momentum and linear power to take a tactical advantage.

(2) When facing an opponent, movement is made in 45-degree to either side of the opponent.  Moving at a 45-degree angle is the best way to both avoid an opponent's strike and to put yourself in the best position to attack an opponent.



c.  <u>Techniques for Movement</u>.  Since most close combat movements are initiated from the basic warrior stance, you must know how to move in all directions while maintaining your stance.  During any movement, the legs or feet should not be crossed.  Once a movement is completed, you should resume the basic warrior stance.  This will help to protect yourself and to put you in the proper position for launching an attack against your opponent.

(1) <u>Forward</u>.  To move forward from the basic warrior stance:

(a) When moving forward:

[1]  Move the left foot forward approximately 12 to 15 inches.

[2]  As soon as the left foot is in place, quickly bring the right foot behind the left foot to return to the basic warrior stance.

(2) <u>Forward Left/ Right</u>.  To move forward left/ right from the basic warrior stance.

(a) When moving to the forward left:

> [1]  Move the left foot forward at a 45-degree angle from your body, approximately 12 to 15 inches, keeping your toe pointed toward the opponent.

> [2]  As soon as the left foot is in place, quickly bring the right foot behind the left foot to return to the basic warrior stance.

(b) When moving to the forward right:

> [1]  Move the right foot forward at a 45-degree angle from your body, approximately 12 to 15 inches.

> [2]  As soon as the right foot is in place, quickly bring the left foot, toe pointing toward the opponent, in front of the right foot to return to the basic warrior stance.

(3) <u>Left/ Right</u>:  To move left/ right from the basic warrior stance.

(a) When moving side to side/left or right:

> [1]  Move the left foot to the left approximately 12 to 15 inches.

> [2]  As soon as the left foot is in place, quickly bring the right foot behind the left foot to return to the basic warrior stance.

> [3]  To move to the right execute steps in reverse

(4) <u>Backward</u>.  To move to the rear from the basic warrior stance, execute the forward movement in reverse:

(a) When moving backward:

> [1]  Move the right foot backward approximately 12-15 inches.

> [2]  As soon as the right foot is in place, quickly bring the left foot in front of the right foot to return to the basic warrior stance.

(5) <u>Backward Left/ Right</u>:  To move back left/ right from the basic warrior stance, execute the forward movement in reverse:

    (a) When moving to the left:

        [1] Move the left foot backward at a 45-degree angle from your
body, approximately 12 to 15 inches, keeping your toe pointed toward the opponent.

        [2] As soon as the left foot is in place, quickly bring the right foot Behind the left foot to return to the basic warrior stance.

    (b) When moving to the right:

        [1] Move the right foot backward at a 45-degree angle from your
body, approximately 12 to 15 inches.

        [2] As soon as the right foot is in place, quickly bring the left foot, toe pointing toward the opponent, in front of the right foot to return to the basic warrior stance.

## 6.  Stretching                                                                 (5 MIN)

 a.  Begin your stretching session with a slow warm-up by doing the dynamic stretches that are a part of the Daily 16 exercise routine.  The length and repititions will begin low and be increased as proficiency and fitness is gained.

 b.  Upon completing the warm-up phase begin with the following  martial arts stretches.  All martial arts stretches are static stretches and are executed as echo count exercises.  Echo count exercises are done for a specific count, i.e., 10 to 30 seconds.  The unit leader counts each second and the recruits echo (repeat) the count.

 c.  **Safety.**  The following safety considerations apply when doing martial arts stretching.

   (1)  Since all martial arts stretches are static stretches avoid bouncing movements.  The stretch is initiated and held during the entire count and then slowly release the stretch.

(2) Emphasis is placed on remaining relaxed while stretching in order to gain the maximum benefit from the stretch.

(3) Ensure that recruits do not stretch beyond a painful range of motion.  They should be reminded that they will gradually increase their range of motion by regular and proper stretching.

(4) The unit leader should control the speed of the stretches.  The count should be executed between 45 to 60 beats per minute.

d.  The following exercises are done in sequence starting with the neck and working down the body.  By regularly following this sequence you will develop habit and muscle memory retention of the skills.  The sequence continues from standing and then moves to stretches done on the ground.

e.  **Neck Flexion/ Lateral Flexion and Extension**. Stand with feet shoulder width apart, back straight and hands on hips.  Flex the neck forward bringing the chin toward the chest.  Extend the head back. Tilt the head to the left side, bringing the left ear toward the left shoulder.  Repeat to the right side. To be done properly and avoid injury the neck is held in each position for a count of 10.  Repeat each direction twice.



Ma-1.02

   f.  **Tricep Stretch**. Standing, bend the left elbow and bring the left arm up and back placing the left hand between the shoulder blades.  Gently pull the left elbow with the right hand behind the head.  The stretch should be felt over the back of the upper arm.  Repeat to the other side.




   g.  **Standing Shoulder Stretch (partner assisted).**  Begin by standing with feet shoulder width apart, back straight and hands extended to the rear.  Arms are straight, palms are up, elbows pointing outboard, and arms are spread shoulder width apart.  Your partner will grasp your arms at the wrist and under your command slowely raise your arms.  Maintain an upright position with your head up.  You control the distance of the stretch by telling your partner when you have reached the limit of the stretch.  Hold the stretch for the length of the echo count.  Begin with a 10 count and progress to a count of 30 with time.




   h.  **Standing Chest Stretch (partner assisted).**  This exercise is done in a similar manner to the standing shoulder stretch except the hand are clasped with the palms up and the elbows are also pointing up.  Your

**Ma-1.02**

partner will pull the arms up toward the head with you controlling the distance of the stretch.  The stretch should be felt in the front of the chest and shoulders.

i.  **Hip Rolls**. Flex the trunk  in a circular motion starting to the right and making a complete circle.  This exercise differs from trunk twisters in that the motion is fluid and the head remains stationary directly over the center of the body.  Repeat for five to ten repetitions.  Change direction and rotate to the left side.  Repeat for five to ten repetitions.






j.  **Knee Rotations**.  Stand with your legs together, feet and knees touching and a slight bend at the knees.  Bend at the waist placing your palms on your knees with your head up.  Begin by rotating your knees in a circular motion to the right.  Execute slowly for 5 to 10 repetitions and then repeat to the left.

 

k. **Standing Thigh Stretch**.  Stand with the feet wider than shoulder width apart getting a full stretch in the groin.  Face to the left, pointing the left toe to the left and the right toe pointing in the original direction with the inside of the right foot on the deck.  Keep the right leg straight and the left knee bent.  Place your palms on your left knee and stretch forward.  Hold the stretch for a minimum of a 10 count, echo count. Repeat to the other side.

 

l. **Bridging**.  Begin in a forward leaning rest position with the feet and palms shoulder width apart, flat on the deck and the top of the head resting on the deck.  Roll back with the nose touching the deck, hold for a 10 count, roll forward as far on the rear of the head as possible  and hold for another 10 count.  Next roll the head to the left side touching the left ear to the deck, hold for 10 counts and repeat to the right.  As proficiency and fitness is increased add several sets of each repitition.

 

 

m.  **Prone Abdominal Stretch.** Lay on the stomach with the hands placed near the shoulders as if in the down position of a push-up.  Slowly raise the upper body up, keeping the hips on the deck.  The stretch should be felt over the abdomen.  While executing hold the count with the head to the front and turned to the left and then right.  This will also stretch the neck and lower back.  Hold each position for a 10 count.

 

n.  **Prone Shoulder Stretch**.  This execise is done with each side stretching along three directions.  Begin by assuming a position on your hands and knees, knees wider than shoulder width apart.  Place the left arm straight out to the side with the shoulder touching the deck.  Turn the head to the right and hold this position for a 10 count.  Next place the arm to the front palm down, head to the right and stretch by attempting to touch the left shoulder to the deck and hold for 10 count.  Finally, place the left arm under the torso pointing to the right with the palm on the deck. Turn the head to the left and stretch by pushing your right shoulder down toward the deck holding for a 10 count.  Repeat all three positions for the right shoulder.

**Ma-1.02**






o.  **Quadricep Stretch**. Lying in the prone position right arm extended straight out, head forward.  Bend the left leg at the  knee, grasp the left instep with the left hand and pull the foot towards the buttocks.  Do not hyperextend the low back.  The stretch should be felt over the front of the left thigh.  Hold for a 10 count and then repeat to the other side.

 

p.  **Seated Lower Back Stretch**. Sit on the deck with the right leg extended straight and the left leg crossed over the right leg by bending the left knee and placing the left foot on the deck next to the right knee. Turn the upper torso to the left pushing the left knee to the right with the right elbow.  The stretch should be felt over the low back and the left hip. Hold for a 10 count then repeat to the other side.

 

q.  **Modifed Hurdler Stretch (partner assisted)**.  This exercise is done in three directions.  Assume a seated splits position.  Place one hand on each foot and bend over at the waist.  The partner will assist by placing his hands on your back and applying downward pressure under your control.  Hold for a 10 count.  Bend to the left and place both hands on the left foot and assisted by your partner stretch forward.  Hold for a 10 count then repeat to the right.

**Ma-1.02**



 

   r. **Groin Stretch (partner assisted)**. Sit with the both knees bent and the bottoms of the feet together.  Grasp the feet and gently push the knees with the elbows toward the deck.  A partner will assist by placing his chest on your back and his hands on your knees.  He will push down under your control.  Hold for a 10 count.  The stretch should be felt over the inside of both thighs.



18

Ma-1.02

s.  **Ankle Rotation**.  Sit on the ground with the legs extended to the front, heels on the deck and the toe pointed up. Bend the left leg with the back of the calf resting on the right thigh.  Holding on to the knee with the left hand use the right hand on the left toe to rotate the foot in a circular motion clockwise for a 10 count.  Reverse the direction for another 10 count and then repeat with the right ankle.




7.  **Body Hardening**                                              **(5 MIN)**

a.  At the tan belt level we will concentrate on specific areas of the body to toughen through body hardening.  This will include those areas that will be used most frequently during tan belt training. These include the radial, ulnas and peroneal nerves, the palms of hands and the abdominal muscles.

b.  **Safety**

(1) Ensure recruits begin slowly at first and increase speed with proficiency.

(2) Ensure recruits never execute body hardening techniques at full force so as to reduce the risk of injury.

(3) When recruits are executing peroneal nerve strikes ensure that the knee joint is not struck.  The target area is the meaty portion on the outside of the thigh.

(4) When executing body hardening strikes to the abdomen ensure that blows are stuck in the center of the stomach above the navel and

19

**Ma-1.02**

below the xiphoid process (end of the sternum).  No blows should land below the navel, on the sternum, ribs, or the hip bone.

c.  Body hardening techniques are executed as two count, echo count exercises.  Echo count exercises are done for a specific count, i.e., 10 to 30 repititions.  The unit leader counts each count and the recruits echo the count in cadence.

d.  **Grippers**.  Grippers are designed to strengthen the gripping muscles of the hand.  They are executed in four positions.  Each begins with the palms open and fingers extended as wide as possible.  On the first count clenth the fist tightly together and hold for one count, then extend the fingers.  Execute for 10 counts and as fitness increases add repetions to each of the four positions.  The positions are above the head, to the side, to the front and across the chest.







**Ma-1.02**

 

When executing across the chest grippers, start with the hands at the side and the fingers extended.  Bring the hand up and across the body and clench the fist at the top of the movement, lower the arm and unclench at the bottom.  Again squeeze the fist tight    for a 1 count before releasing grip and lowering the arms.  Execute by alternating hands and do each for 10 counts.

 

 

e.  **Radial Nerve Strike (side to side)**.  Assume the basic warrior stance across from your partner, one pace apart with the arms at the side and the fists clenched.  Rotating from side to side at the hips strike the inside of the forearms along the radial nerve (thumb side) against each other.  Begin at a slow speed and power and increase as proficiency and toughness develop.  Some soreness will be experienced initially.  Begin be doing 10 repetitions to each arm.

**Ma-1.02**






   f.  **Ulnas Nerve Strike (side to side).** Assume the basic warrior stance across from your partner, one pace apart with the fists clenched.  Rotating from side to side at the hips strike the inside of the forearms along the ulnas nerve (little finger side) against each other.  Begin at a slow speed and power and increase as proficiency and toughness develop.  Some soreness will be experienced initially.  Begin by alternating with 10 repetitions to each arm.

**Ma-1.02**






g. **Radial Nerve Strike (low to high)**. Assume the basic warrior stance across from your partner, one pace apart with the arms at the side and the fist clenched.  Rotating from the hips and starting with the right hand strike the inside of the forearms along the radial nerve (thumb side) against each other.  The movement of the arm starts with an arc across the front of your body, as the fist comes along the opposite side, keep the upper arm in place, bend at the elbow, continue the arc in an upward movement  back towards the right, keeping the open portion of the fist towards your body until the forearms strike.  Begin at a slow speed and power and increase as proficiency and toughness develop.  Some

**Ma-1.02**

soreness will be experienced initially.  Begin by alternating with 10 repetitions to each arm.










h.  **Ulnas Nerve Strike (High to low sweep)**. Assume the basic warrior stance across from your partner, one pace apart with the arms crossed over the chest and the fist clenched.  Rotating from the hips and starting with the right hand strike the outside of the forearms along the ulnas nerve (little finger side) against each other.  The movement of the arm starts with a downward arc across the front of your body, avoiding locking out the elbow at the end of the movement, continue the arc back across to the right, keeping the open portion of the fist towards your body until the forearms strike.  Begin at a slow speed and power and increase as

Ma-1.02

proficiency and toughness develop.  Some soreness will be experienced initially.  Begin by alternating with 10 repetitions to each arm.

 



j.  **Abdominal Strike (standing)**.  Assume the basic warrior stance across from your partner, one pace apart.  Rotating from the hips and starting with the right hand strike your partners stomach with a straight punch, alternating hands.  The stomach should be struck centered above the navel and below the xiphoid with the first two knuckles of the fist. Avoid striking the ribs, sternum, below the navel, and the hip bone which can cause injury to either partner.  Each Marine will strike once with each hand followed by the second Marine and continue to alternate blows in this manner until the total number of repetitions is completed.  Avoid locking out the elbow at the end of the movement.  Begin at a slow speed and power and increase as proficiency and toughness develop.  Some soreness will be experienced initially.  Begin by alternating with 10 repetitions to from each arm.

**Ma-1.02**







  k. **Peroneal Nerve Strike**. Assume the basic warrior stance across from your partner, one pace apart.  Rotating from the hips and starting with the right foot, raise the foot in a partial round-house kick and with the instep or lower shin strike your opponent on the outside of the thigh.  Care must be taken to avoid striking the knee and only hit the meaty portion of the thigh.  Avoid locking out the knee at the end of the movement.  Alternate strikes to the same side by each partner.  After completing the required repetitions change legs.  Begin at a slow speed and power and increase as proficiency and toughness develop.  Some soreness will be experienced initially.  Begin by alternating with 10 repitions to each arm.

**Ma-1.02**

 

l. **Abdominal Strike (sit-up strikes)**.  Partners will assume a sit-up positions with the feet interlocked.  On the first count they sit-up and each strikes the others stomach with the right hand followed by a left hand strike.  They then return to the down position which completes one repetition.  The strikes should be centered between the navel and xiphoid. Avoid striking the ribs, below the navel or sternum and do not hyperextend the arm while punching. Begin at a slow speed and power and increase as proficiency and toughness develop.  Some soreness will be experienced initially.  Begin by alternating with 10 repititions to each arm.

 

 

Besides the body hardening benefits of this drill, it also develops timimg and coordination.

**SUMMARY** _____(1 MIN)

The fundamentals of the Marine Corps Martial Art form the basis for all close combat techniques.  This lesson covered the ranges of close combat, weapons of the body, target areas for unarmed combat, the basic warrior stance, and angles of approach and movement, and body hardening.  During this transformation into becoming a United States Marine you have started your training in the Marine Corps Martial Arts Program.  You have begun to develop the martial skills and the warrior spirit that is an integral part of earning the title of United States Marine.  In order to be effective the stretching and body hardening techniques you have learned and practiced must be done on a regular basis.  With that in mind it is up to you to make this training a part of your daily life.

**UNITED STATES MARINE CORPS**
Martial Arts Center of Excellence
The Basic School
Marine Corps Combat Development Command
Quantico, Virginia 22134

**DETAILED OUTLINE**

**PUNCHES**

**INTRODUCTION**_____(5 MIN)

1. <u>GAIN ATTENTION</u>.  Under extreme stress and unusual situations it is human nature to act reflexively to a situation.  This is a defense mechanism to survive.  Generally in any hand-to-hand confrontations, punches are thrown.  Most people resort to punching because it is a natural reaction to a threat, it is a physical reflexive action.  In the same way, our behavior in these situations provides us with a glimpse of our true character.  For our physical training there are techniques for correctly delivering a punch that maximize the damage to an opponent while minimizing the risk of injury to yourself. For our character development we rely on our core values training to deliver the desired results.

2. <u>OVERVIEW</u>.  This lesson will cover the techniques for instructing punches including the lead hand punch, rear hand punch, uppercut, and hook; fault checking procedures; and safety precautions inherent in instructing punches.  Additionally, we will discuss the Marine Corps core values that are the foundation of every Marine's character development.

3. <u>INTRODUCE LEARNING OBJECTIVES</u>.  The learning objectives pertaining to this lesson are as follows:

    a. <u>TERMINAL LEARNING OBJECTIVES</u>.
      (1) Without the aid of the reference, given black leather gloves, and a striking pad, execute punches, in accordance with the references. (8550.01.02)

(2) Without the aid of the reference discuss the Marine Corps Values program in accordance with the references.  (8550.01.18)

    b. <u>ENABLING LEARNING OBJECTIVES</u>.

    (1) Given black leather gloves, striking pad, and without the aid of reference execut a lead hand punch in accordance with the references. (8550.01.02a)

(2) Given black leather gloves, striking pad, and without the aid of reference execut a rear hand punch in accordance with the references. (8550.01.02b)

(3) Given black leather gloves, striking pad, and without the aid of reference execut a uppercut in accordance with the references. (8550.01.02c)

(4) Given black leather gloves, striking pad, and without the aid of reference execut a hook in accordance with the references. (8550.01.02d)

(5) Without the aid of the reference discuss Marine Corps core values in accordance with the references.  (8550.01.18a)

(6) Without the aid of the reference discuss three elements of the core value "Honor" in accordance with the references. (8550.01.18b)

(7) Without the aid of the reference, discuss the two types of courage in accordance with the references.  (8550.01.18c)

(8) Without the aid of the reference discuss the MCMAP discipline upon which core values is built in accordance with the reference. (8550.01.18d)

4.  <u>METHOD/MEDIA</u>.  This class will be taught by E.D.I.P and guided discussion.

5.  <u>EVALUATION</u>.  This lesson will evaluated by performance and oral evaluations.

## **BODY**                                                             **(80 MIN)**

## **1.  INTRODUCTION TO PUNCHES**                          (10 MIN)

   a.  <u>Purpose</u>.  The purpose of punches is to stun your enemy or to set him up for a follow-up finishing technique.  Punches should be practiced until they become instinctive and can be applied with speed and force.

   b.  <u>Principles of Punches</u>.

(1) <u>Relaxation</u>.  Muscle relaxation must be emphasized at all times during instruction on punches.  The natural tendency in a fight is to tense up, which results in rapid fatigue and decreased power generation.

    (a) The fighter who can remain relaxed during a close combat situation generates greater speed, which results in greater generation of power.

    (b) Relaxing your forearm generates speed and improves reaction time.  At the point of impact, clench your fist to cause damage to the opponent and to avoid injury to your wrist and hand.

(2) <u>Weight Transfer</u>.  Weight transfer is necessary to generate power in a punch.  This is accomplished by:

    (a) Rotating the hips and shoulders into the attack.

    (b) Moving your body mass forward or backward in a straight line.

    (c) Dropping your body weight into an opponent.  Your body's mass can be transferred into an attack from high to low or from low to high.

(3) <u>Rapid Retraction</u>.  When delivering a punch, rapid retraction of the fist is important.  Once your hand has made contact with the target, quickly return to the basic warrior stance.  Rapid retraction:

    (a) Enables you to protect yourself from your opponent's counter-attack by returning your hand and arm to the basic warrior stance.

    (b) Prevents the opponent from being able to grab your hand or arm.

    (c) Permits the hand and arm to be "chambered" or "re-cocked" in preparation for delivering a subsequent punch.

(4) <u>Telegraphing</u>.  Telegraphing a strike is informing your opponent of your intentions to launch an attack through your body movements.

(a) Often, an untrained fighter will telegraph his intention to attack by drawing his hand back in view of his opponent, changing facial expression, tensing neck muscles, or twitching. These movements, however small, immediately indicate an attack is about to be delivered.

(b) If your opponent is a trained fighter, he may be able to evade or counter your attack.  If your opponent is an untrained fighter, he may be able to minimize the effect of your attack.

(c) Staying relaxed helps to reduce telegraphing.

c.  <u>Basic Fist</u>.  Punches are executed using the basic fist.  To make the basic fist:

(1)  Curl the fingers naturally into the palm of the hand and place the thumb across the index and middle fingers.

(2)  Do not clench the fist until movement has begun. This increases muscular tension in the forearm and decreases speed and reaction time.

(3)  Just before impact, apply muscular tension to the hand and forearm to maximize damage to the opponent and reduce injury to the Marine.

(4)  Contact should be made with the first knuckles of the index and middle fingers.

(5)  When striking with the basic fist, it is important that the first two knuckles are in line with the wrist to avoid injury to the wrist.

## 2.  SAFETY CONSIDERATIONS                                      (6 MIN)

a.  After ensuring students are paired by appropriate height and weight, train the practical application portion of punces in stages:

1.  Begin with students exucuting punches "in the air".  Students will

not make contact on one another or equiptment.

2.  As students become more proficient, students will face each other and aquire target areas with out making contact on one another.

3.  When student become proficient they will practice on striking pads.  Ensure that contact is only made on the striking pad.

b.  When executing punces ensure the arm is kept slightly bent to avoid hyperextension of the joint.

c.  When executing punches the Marines should start slowly and increase their speed with proficiency.

## 3.  LEAD HAND PUNCH                                        (10 MIN)

a.  <u>Purpose</u>.  The lead hand punch is a snapping straight punch executed by the forward or lead (left) hand.  It is a fast punch designed to stun the opponent away and to set up your follow-on attack.  A lead hand punch conceals movement and allows you to get close to the opponent.  Lead hand punches should strike soft tissue areas, if possible.

b.  <u>Technique</u>.  To train the lead hand punch, the student will:

(1) Assume the basic warrior stance.

(2) Snap your lead hand out to nearly full extension, while rotating your palm to the deck.  Do not over extend your elbow because this can cause hyper-extension of the joint and injury.

(3) Keep your rear hand in place to protect your head.

(4) Make contact on the opponent with the first two knuckles of your fist.

(5) Immediately retract your hand, resuming the basic warrior stance.

## 4.  REAR HAND PUNCH                                        (15 MIN)

a.  <u>Purpose</u>.  The rear hand punch is a snapping punch executed by the rear (right) hand.  It is a power punch designed to inflict maximum damage on your opponent.  Its power comes from pushing off your rear leg and rotating your hips and shoulders.

b.  <u>Technique</u>.  To train the rear hand punch, the student will:

(1) Assume the basic warrior stance.
(2) Forcefully rotate your hips and shoulders toward the opponent and thrust your rear hand straight out, palm down, to nearly full extension.

  (a) Shift your body weight to your lead foot while pushing off on the ball of your rear foot.

  (b) Your rear heel may raise or flare off the deck.

(3) Keep your lead hand in place to protect your head.

(4) Make contact on the opponent with the first two knuckles of your fist.

(5) Rapidly retract to the basic warrior stance.

## 5. UPPERCUT                                    (12 MIN)

a. Purpose.  The uppercut is a powerful punch originating below the opponent's line of vision.  It is executed in an upward motion traveling up the centerline of the opponent's body.  It is delivered in close and usually follows a preparatory strike that leaves the target area unprotected.  When delivered to the chin or jaw, the uppercut can render an opponent unconscious, cause extensive damage to the neck, or sever the tongue.

b. Technique.  To train the uppercut, have the student:

  (1) Assume the basic warrior stance.

  (2) Bend your arm, rotating your palm inboard.  The distance your arm bends will depend on how close you are to the opponent.

  (3) At the same time, thrust your fist straight up toward the opponent's chin or jaw.

    (a) Power is generated by transferring your body weight from low to high into the strike.

    (b) Additional power can be generated by forcefully rotating your hips and shoulders toward the opponent.

  (4) Keep your lead hand in place to protect your head.

(5) Make contact on the opponent with the first two knuckles of your fist.

(6) Immediately retract your hand, resuming the basic warrior stance.

## 6.  HOOK                                                          (12 MIN)

a.  <u>Purpose</u>.  The hook is a powerful punch that is executed close in and is usually preceded by a preparatory strike.

b.  <u>Technique</u>.  To train the hook, have the student:

(1) Assume the basic warrior stance.

(2) Thrust your right arm in a hooking motion toward the opponent, forearm parallel with the deck and palm towards the deck, forcefully rotating your right shoulder and hip toward the opponent.  Do not telegraph the punch by extending the arm too far out to the side.

(3) Make contact on the opponent with the first two knuckles of your fist.

(4) Continue rotating your shoulder and hip, following through with your fist through the target.

(5) Immediately retract your hand, resuming the basic warrior stance.

## 7.  CORE VALUES                                                   (15 MIN)

a.  You already know that Marines are different.  For each of you, that was one of the reasons, maybe the only one that drew you to enlist in the Marine Corps.  Today we will teach you what makes Marines different, our "Core Values."   They govern our behavior towards one another and everyone else.  They guide the actions of a warrior both on and off the battlefield.  As a civilian, you may be able to get by without understanding what your values are or without having any values.  As a Marine, you cannot because in the end you will fail without them.

b.  The Marine Corps Core Values are Honor, Courage, and Commitment. They are the foundation of each Marines character.  Our character is that

part of us which separates us from others, it is our spirit, our soul.  Our Core Values give direction to our actions.  If we live by them we will always make the right decision and take the right path.   Why are our Core Values important?

   c.  Each day we will have to guard against lying, cheating or stealing in order to keep our reputation and that of the Corps untarnished.  As men and women of honor we will be able to keep our reputation untarnished.  We understand that our actions must be above reproach and or conduct exemplary.  The core value of honor has three elements that make bedrock of our character.

      (1) First, Marines are trustworthy. This element of honor is what ties each of us together.  We trust each other to do the right thing, be honest in our dealings and truthful with each other.  This trust will lead us to rely on each other in combat and trust each other with our lives.  The warrior understands that trust is a fragile thing that must be handled carefully because once lost is difficult to restore.

      (2) Second, Marines respect human dignity.  We respect each other, we understand that the diversity of people who make up our Nation and Corps contribute to our strength and greatness. As warriors we are prepared to devastate aggressors with overwhelming force while respecting other cultures and their people.

      (3) Third, Marines are accountable. Marines take responsibility for themselves, their duties, their actions, and their mistakes.  They do not blame others for their shortcomings, nor do they shirk their obligations because they are unpleasant.

   d.  As Marines we will be faced on a daily basis with decisions that require us to exercise one or both of the two types of courage, moral and physical courage.  We may be faced with the problem of doing something unpopular that requires the moral courage to stand up to criticism.   In another situation we may find ourselves in combat facing certain death and must demonstrate the physical courage to overcome our fear. A sound character built upon our Core Values will enable us to find the courage we need.

   e.  Each day we will receive new missions to accomplish but with the temptation of taking shortcuts awaiting us along the way.  With a commitment to do whatever is right the warrior will always be able to say "mission accomplished."  Commitment means determination and dedication that leads to professionalism and mastery of the art of war.  It leads to discipline for unit and self; it is the ingredient that enables 24-hour a day

dedication to Corps and Country; pride; concern for others; and an unrelenting determination to achieve a standard of excellence in every endeavor.  Commitment is the value that establishes the Marine as the warrior and citizen others strive to emulate.  Commitment implies hard work, pride in the quality one produces, and single-minded dedication to the tasks at hand.  Commitment requires loyalty to the organization, expressed by adhering to Marine Corps requirements, showing discipline 24-hours a day,

　　f.  Our Core Values are our moral compass.  Each of us must set the proper direction and remain true to that course constantly.  This application of Core Values applies to everything a Marine does.  Without these Core Values to serve as a guide your conduct would not be that of a Marine.  Our Core Values are the foundation of our character development and upon which the Character Discipline of the Marine Corps Martial Arts Program is based.  Also remember that these Core Values are the foundation upon which we will also build Marine Corps leadership.

## SUMMARY                                                                 (5 MIN)

In any hand-to-hand confrontation, people often resort to punching because it is a natural reaction to a threat.  With proper techniques and execution, you will be able to correctly deliver a punch that maximizes the damage to an opponent while minimizing the risk of injury to the yourself.  In the same way by developing a strong character based upon Marine Corps Core Values you will ensure that your conduct is such that your natural reaction is to do the right thing.  In each instance we strive for muscle memory and professionalism.  This is what sets us apart as Marines and has made our Corps the premier fighting force in the world.  Because of this we each share a role in developing our fighting skills to perfection while developing our character in the same manner in order to maintain our reputation.  Our reputation is that of the world's finest fighting force.  A reputation for professionalism and integrity, that comes by way of Marines whose actions were guided by our Core Values.

Therefore it is important to remember that each of us has a responsibility to ensure our reputation does not become tarnished through misconduct or inaction. Like "real brass", each of us must do our part to keep our reputation polished.

MA-1.16

**UNITED STATES MARINE CORPS**
Martial Arts Center of Excellence
The Basic School
Marine Corps Combat Development Command
Quantico, Virginia 22134

**DETAILED OUTLINE**

**HISTORY AND STRUCTURE OF MARINE CORPS
MARTIAL ARTS PROGRAM**

**INTRODUCTION**_____(5 MIN)

1.  <u>GAIN ATTENTION</u>.  From the beginning of civilization the warrior has exemplified and espoused the higher ideals of the martial arts.  His strength of character and mental discipline rivaled his strength of arms.  Never the mercenary or bully, instead he was the defender of others.

   At the moment of our nation's birth a new warrior emerged to inherit this ancient lineage, the United States Marine.  For over 225 years Marines have remained true to the warrior principles, defending the tenets of freedom and the citizens of our great nation.  Even today, as we move into the twenty-first Century, we as Marines need to continue to hone our warrior skills.

   Our Thirty Second Commandant, General James L. Jones envisioned a program to enable every Marine to realize their full potential as a warrior. Drawing upon our rich legacy of leadership and heritage of innovation, the Marine Corps developed the Marine Corps Martial Arts Program.  The Marine Warrior skill is a martial art; the roots of which reach back to the boarding parties of the Continental Marines, extend through the Raiders of World War II, and include the modern complexities of the three block war.

2.  <u>OVERVIEW</u>.  This lesson will cover an introduction to the history of the Marine Corps Martial Arts Program, as well as an overview of the programs structure and requirements.

3.  <u>LESSON PURPOSE</u>.  This lesson covers the history and development of the Marine Corps Martial Arts Program.  The purpose of this lesson is to inform the Marine of structure, prerequisites, and requirements of the Martial Arts Belt System.

4.  <u>METHOD/MEDIA</u>.  This class will be taught by lecture, with the aid of a power point projector.

5. <u>EVALUATION</u>.  Topics from this lesson will not be evaluated.

**BODY**                                                            **(50 MIN)**

## 1.  BRIEF HISTORY                                (15 MIN)

The Marine Corps was born during the battles that created this country. Drawing upon the experiences of the first Marines we have developed a martial culture unrivaled in the world today.  This legacy includes not only our fighting prowess but also the character and soul of what makes us unique as Marines.

Beginning with the Continental Marines who were renowned as sharpshooters in the rigging of Navy ships, to their skill as boarding and landing parties where the sword and bayonet were the tools of their trade, Marines have continued to develop and hone their martial skills up to the twentieth century.  During World War I the skill of the bayonet was supplemented with the first training in unarmed techniques to meet the challenges of trench warfare.  This training continued to evolve up to World War II.  During these early years the leadership and core values training that are our hallmark today developed in concert with the martial skills.  Guided by visionary leaders, the Marine Corps developed a spirit that we know today as honor, courage and commitment.

As World War II burst upon the Corps, individuals and units were developing specialized training based upon the experiences of Marines from the inter-war years.  This included exposure of Marines to far eastern martial arts systems such as judo and karate.  These various systems such as Combat Hittings Skills, the O'Niel System and those of the Marines Raiders were employed by Marines during the island hopping campaigns.  Additionally, the rapid expansion of the Marine Corps saw a refinement of our character and leadership development programs.

This trend continued after World War II through the post Vietnam war period.  Marines tested and refined new techniques.  We adapted to the technologies and the innovation of a new generation of Marines.  During the 1970's and 1980's in response to changes in society after Vietnam, focus was on professional military education and structured leadership training. The 1980's saw the development of the Linear Infighting Neural Override Engagement (LINE) system.  The LINE system, developed in response to a perceived need for a standardized close combat system, was an important step in the evolution of a Marine Corps specific martial arts program. The LINE and it's descendents continued to grow and develop over the past 20 years.  In 1996, a review of the LINE system, combat hitting skills, pugil stick training and lessons learned from past programs were combined with

the input of 10 subject matter experts (SMEs) from numerous martial arts disciplines to develop the Marine Corps Close Combat Program.  This program combined all aspects of close combat into one program.  This parralled a similar process in 1996 which saw the formalized development of a Core Values training program.

Upon assuming the Commandancy in June 1999, General James L. Jones detailed his vision of a Marine Corps Martial Arts Program.  With the Commandant's guidance the Close Combat program, as well as aviable programs outside the Marines Corps, underwent a period of testing and review.  From this testing and evaluation came the Marine Corps Martial Arts Program. The Marine Corps Martial Arts Program evolved into its present day form by combining the best combat-tested martial arts skills, time-honored Close Combat training techniques, with proven Marine Corps Core Values and Leadership training.  The Marine Corps Martial Arts Program is like Marines, unique.

## 2.  PROGRAM STRUCTURE                                    (35 MIN)

a.  The Marine Corps Martial Arts Program consists of three components; mental discipline, character discipline, and physical discipline.   Each discipline is divided into blocks and presented systematically to Marines at each belt level.  Those disciplines taught at lower belt levels are then reviewed and reinforced during follow-on training and at the next belt level.  Many skills specific to one discipline reinforce the strengths of the other disciplines. This creates a synergistic effect, whereby the program as a whole is stronger than its individual parts.  For example, martial culture studies strengthen the mental character of Marines through the the historical study of war, at the same time reinforcing the importance of character to a warrior and a martial society.

(1) The mental discipline has two main components, warfighting and professional military education (PME).  This encompasses the study of the art of war, the professional reading program, Marine Corps Common Skills Training (MBST), decision making training, the historical
study of war, the tactics and techniques of maneuver warfare, risk management assessment, force protection, and the study of Marine Corps history, customs, courtesies and traditions. The mental discipline creates a smarter Marine, capable of understanding and handling the complexity of modern warfare - a Marine who is tactically and technically proficient, and one who is capable of decision making under any condition from combat to liberty.  This training, which begins with the transformation of recruit training, serves as the foundation of the "strategic corporal" and the future leadership of our Corps.

(2) Character discipline has two main components, the Marine Corps Core Values program and the Marine Corps , Leadership Program.  It encompasses Troop Information training as well as the study of the human dimensions of combat.  Designed to instill the Mrine Corps Ethos into every Marine, character discipline is the spiritual aspect of each Marine and the collective spirit of the Corps.  The components of character discipline instill in every Marine the warrior spirit we all share, and emphasizes the best of our traditions for developing esprit de corps, camaraderie and a warrior mindset.  By building the character of a Marine, we develop the Marine as a warrior-defender, one who embodies our core values, one who is self-disciplined, confident, and capable of making the right decision under any condition from combat to liberty.

(3) The physical discipline consists of three main components; fighting techniques, combat conditioning and combat sports.  The Marine Corps Martial Arts Program is a weapons based system beginning at assault fire and moving to the four elements of the fighting compnent; rifle and bayonet, edged weapons, weapons of opportunity, and unarmed combat; with unarmed combat having a role across the entire spectrum of combat. The various armed and unarmed combat techniques  are combined as part of the Marine Corps Physical Fitness Program to produce the combat conditioning component. It is the sinew of what every Marine must be prepared to execute; to seek out, close with and destroy the enemy by fire and movement or repel his assault by fire and close combat.  This is how we win our nation's battles, fight the three block war, and what ensures success during the final 300 meters of combat.  It is battlefield oriented, combat equipment based and develops in the Marine the ability to overcome physical hardship and physical obstacles (water survival, assault climber, cold weather training) under any climatic condition.  It is designed on the philosophy that there are no time limits, level playing fields, or second chances in combat.  It develops a physical toughness in every Marine that will translate into mental toughness.  It produces a Marine who possesses combat fitness and the ability to handle any situation that confronts them. The combat sports program is designed to enhance unit cohesion and esprit de corps, reinforce competition and confidence, while practicing provedn techniques.

(4) What makes this a complete program is the synergy of all three disciplines.  All three  components are inextricably linked to each other, and to the advancement process within the belt ranking system. Comanders are required to certify that the Marine meets annual training requirements, the prerequisites of each specific belt level, and possesses the maturity, judgment and moral character required by their recommendation.  This ensures that as a Marine develops the

physical skills to make him a lethal warrior, he also develops a
commensurate level of maturity and self-discipline.



Synergy of Disciplines

b.  The Marine Corps Martial Arts Program consists of a belt ranking
system with 5 basic levels - tan, gray, green, brown and black belt.  Black

Self-Discipline

belts can attain one of 6 degrees of black belt.  Additionally, there is a separate instructor and instructor trainer designation.

1) <u>Tan Belt</u>.  Conducted at entry level training as part of the transformation process.  Requires 70% proficiency in basic techniques and basic understanding of Marine Corps leadership and core values concepts.

2) <u>Gray Belt</u>.  Follow on training after entry level.  Builds on the basics with introduction to intermediate techniques.  Requires 90% mastery of tan belt techniques and 70% proficiency of gray belt techniques along with continued mental and character discipline training.

3) <u>Green Belt</u>.  Skill level for the noncommisioned officer.  Continued development of intermediate level training.  Requires 90% mastery of gray belt techniques and 70% proficiency of green belt techniques.  Leadership and core values development training and PME requirements.

4) <u>Brown Belt</u>.  Continued intermediate level training as well as introduction to advance techniques.  90% mastery of green belt techniques and 70% proficiency of brown belt techniques.  Develop ability to teach leadership and core values training.

5) <u>Black Belt (1st degree)</u>.  Becoming a serious student of the Martial Art.  Advanced level skills training begins in earnest.  90% mastery of brown belt techniques and 70% proficiency in black belt techniques.  Proven leader and mentor.  Qualified to attend the instructor trainer course and become MOS 8552.  Must become an instructor trainer to progress any further within the system.

6) <u>Instructor</u>.  Must go on through formal MOS producing school, certified and capable of instructing and testing up to grey belt.  Recieves 8551 MOS from 8552 Intructor Trainer.

7)  <u>Instructor Trainer</u>.  Trained at MACE, receiving 8552 MOS.  Able to run formal instructor course and test and certify up to black belt instructor.

8) <u>2nd Degree thru 6th Degree Black Belt</u>.  Continued development and mastery of all components of the various disciplines.  Proven leader, teacher and mentor.

(9) <u>Testing</u>.  Advancement in the belt ranking system includes meeting mental and character discipline requirements, and the prerequisites for each belt level.  In addition each Marine will be

6

required to show that he has maintained proficiency in the physical disciplines of his current belt as well as the physical disciplines of the next belt level.



Tan Belt

Gray Belt

Green Belt

Green Belt (Instructor Qualified)

Brown Belt

Brown Belt (Instructor Qualified)

Black Belt

Black Belt (Instructor Qualified)

Black Belt (Instructor Trainer Qualified)

2d Degree Black Belt



3d Degree Black Belt
6th Degree Black Belt



 4th Degree Black Belt

 5th Degree Black Belt

(8) The belt system is based upon utility belts in the specific qualification color to be worn with the camouflage utility uniform. Instructors are designated by a ½' tan stripe worn on the **buckle side** of the belt.  Instructor trainers and 2nd degree black belt and higher are designated by a series of ½" red stripes worn on the **buckle side** of the belt.

**SUMMARY**_____(5 MIN)

While borrowing specific techniques from various established martial arts, the Marine Corps Martial Arts Program is unique.  It is a weapons based system rooted in the credo that every Marine is a rifleman and will engage the enemy from 500 meters to 500 millimeters.  In addition to the physical disciplines associated with other martial arts, this program places an equal emphasis on training in the mental and character disciplines**.**  The Marine Corps Martial Arts Program fuses together the physical disciplines of combat with the leadership and core values training that are the hallmark of our Corps.  This synergy of training will create a warrior who will embody all that is best of Country and Corps, a United States Marine.

*There are only two Powers in the world….*

CCI.1

*The sword and the spirit. In the long run, the sword is always defeated by the spirit*

**UNITED STATES MARINE CORPS**
Marine Corps Martial Arts Program
The Basic School
Marine Corps Combat Development Command
Quantico, Virginia 22134

**DETAILED OUTLINE**

**WEAPONS OF OPPORTUNITY**

**INTRODUCTION**_____(3 MIN)

1. <u>GAIN ATTENTION</u>.   On the battlefield, a Marine should be ready to use anything around him as a weapon.  This may mean picking up a stick, rock, shell fragment, e-tool, his equipment or anything found on the battlefield that can be used as a weapon.  To be effective, the Marine must learn and be able to use techniques that can be employed with most weapons of opportunity. The ability to adapt and operate under any circumstance that is a part of our legacy will also be discussed by the use of a specifc example during the last portion of this class.  We will discuss a select Warrior Study that that explains the actions of an ordinary Marine who accomplished extraordinary feats.

2. <u>OVERVIEW</u>.  This lesson will cover weapons of opportunity, blocking and striking techniques with weapons of opportunity, and a pre-selected Warrior Study.

3. <u>INTRODUCE LEARNING OBJECTIVES</u>: The learning objectives pertaining to this lesson are as follows:

   a. <u>TERMINAL LEARNING OBJECTIVE</u>.

      (1) Given training sticks, a senario, and without the aid of references, employ weapons of opportunity in accordance with the references.  (8550.01.16)

      (2) Without the aid of references, participate in a warrior study in accordance with the references. (8550.01.22)

1

b.  <u>ENABLING LEARNING OBJECTIVES</u>.

(1) Given training sticks, a senario, and without the aid of references, **identify objects that could be used as weapons of opportunity** in accordance with the references. (8550.01.16a)

(2) Given training sticks, a senario, and without the aid of references, **execute a straight thrust** in accordance with the references.  (8550.01.16b)

(3) Given training sticks, a senario, and without the aid of references, **execute a block to a straight thrust** in accordance with the references.  (8550.01.16c)

(4) Without the aid of references, **discuss Marine Corps values** demonstrated by the Marine involved in the warrior study in accordance with the references.  (8550.01.22a)

(5) Without the aid of references, **discuss the leadership principles and traits** demonstrated by the Marine involved in the warrior study in accordance with the references. (8550.01.22b)

4.  <u>METHOD/MEDIA</u>.  This class will be taught using EDIP and Guided Discussion.

5.  <u>EVALUATION</u>.  This lesson will evaluated by performance and oral evalutation when requirements are met.

**BODY**                                     **(55 MIN)**

## 1.   INTRODUCTION TO WEAPONS OF OPPORTUNITY      (5 MIN)

In any unarmed close combat situation, a Marine can rely on his body as a weapon.  In addition, a Marine should be ready and able to use anything around him to serve as a weapon.  This may mean throwing sand or liquid in an opponents eyes to temporarily impair his vision so that fatal damage can be done to his head with a rock, e-tool, helmet, or anything that is readily available to the Marine.  In a confrontation, a Marine must use whatever it takes to win, or face the very real possibility of losing his life. Some weapons of opportunity include:

    a.    <u>Entrenching Tool (E-Tool)</u>.  Marines commonly carry an e-tool; it can be an excellent weapon, especially when sharpened. The e-tool can be used to block, slash, smash, and thrust at an opponent.  Additionally, pioneer gear from vehicles such as a shovel, axe, pry bar, pick, etc, may also be used

    b.    <u>Tent Pole and Pins</u>.  Tent poles and pins can be used to block, strike, or thrust at an opponent.

    c.    <u>Web or Rigger's Belt</u>.  A web rigger's belt can be stretched between your hands and used to block an opponent's attack and it can also be an effective choking weapon.  A sling or rope from a tent can also be used effectively for these purpose.

    d.    <u>Debris on the Battlefield</u>.  Debris on the battlefield such as sticks, glass, or any sharp piece of metal may be used to cut, slash, or stab an opponent.  Other debris such as an ammo can,piece of shrapnel , boards, metal pipe, or broken rifles may be used to strike an opponent or apply a choke.

    e.    <u>Helmet</u>.  The helmet should primarily be used to protect the Marine's head; however, a helmet can also be used to strike an opponent on an unprotected area like the head and face.  The helmet can be grasped by the rim with both hands, thrust with arms forward, to strike your opponent or it can be swung using a firm one hand grip.

## 2.  SAFETY PERCAUTIONS DURING TRAINING    (5 MIN)

To prevent injury to students during weapons of opportunity training, ensure the following:

    a.  Ensure the students do not practice the techniques at full speed or with full body contact.

    b.  Train the practical application portion of weapons of opportunity in three stages:

        (1)   Begin with the students executing the techniques "in the air."

Do not allow students to make contact on
an opponent or a target during the initial stages of
training.

(2) Allow students to execute strikes against equipment,
such as a bayonet dummy, heavy bag, or some locally
produced target.

(3)As students become more proficient, allow them to
pair up and face each other as they perform the blocking
and striking techniques.  Ensure the students do not
execute the striking techniques at full speed or full force.

c.  Execute techniques slowly at first and increase speed as
proficency is developed.

## 3.  PRINCIPLES OF WEAPONS OF OPPORTUNITY          (15 MIN)

Principle of Employment.  The principles of employment of weapons of
opportunity will depend upon the type of weapon used.  Depending upon its
shape, many of the techniques used for employing rifle and bayonet, knife,
and baton can be adapted for use with a weapon of opportunity.  In cases
where this does not apply the basic principles of angles of attack, stance,
movement, and target areas are still applicable.

a.  Angles of Attack.  There are six angles from which an
attack with a hand-held weapon can be launched:

(1) Vertical strike coming straight down on an opponent.

(2) Forward diagonal strike coming in at a 45-degree
angle to the opponent.

(3) Reverse diagonal strike coming in at a 45-degree
angle to the opponent.

(4) Forward horizontal strike coming in parallel to the
deck.

(5) Reverse horizontal strike coming in parallel to the
deck.

(6) Forward thrust coming in a straight linear line to
the opponent.

b.  <u>Weapons of Opportunity Grip, Stance, and Movement</u>.

(1) <u>Grip</u>.  If the weapon is in the form of a stick, ideally you would like to grasp it about two inches from its base.  If it is an e-tool, ideally you would like to grasp it just above the handle, so that it can be easily manipulated.

(a) As stated earlier, a Marine is only limited by his ingenuity and resourcefulness.  With that said, in regards to other implements that may be used as a weapon of opportunity, the Marine should grasp it so that it can be easily manipulated.

(2) <u>Stance</u>.  The basic warrior stance serves as the foundation from which all weapons of opportunity techniques are initiated.

(a) The lead hand serves as a vertical shield protecting the ribs, neck, and head.

(b) Depending on how heavy the weapon is, it should be held at a level approximately shoulder height.

(3) <u>Movement</u>.  Movement is the same as it is for other Marine Corps Martial Arts Program techniques.  Consider a 360-degree circle around an opponent.  You can move anywhere in this circle to gain a tactical advantage and make accessible different target areas of your opponent's body.

(a) When facing an opponent, movement is made in a 45-degree angle to either side of the opponent.

(b) Moving at a 45-degree angle is the best way to both avoid an opponent's strike and to put yourself in the best position to attack an opponent.

## 4. STRIKING AND BLOCKING TECHNIQUES.                    (15 MIN)

a.  <u>Striking Technique</u>.  To execute this technique, weapons should be placed in a two-handed carry, with lead hand placed on front portion of weapon within two inches from the tip,

rear hand locked into the hip, palm inboard within two inches
from the base. The weapon should be pulled slightly up with
the lead hand.

(1) <u>Straight Thrust</u>. This strike is effective for
countering a frontal attack; it can also be executed as a
quick poke to keep a subject away from you, puncture the
abdominal area, or for breaking bones along the rib cage.
To train the straight thrust, have the student:

(a)  Stand facing the opponent with the weapon in a
two-handed carry.

(b)  Thrust both hands forward in a quick jab.

(c)  The weapon is held either horizontal to the
deck or at a slight upward angle.

(d)Slight movement of feet are good to close distance
or generate power.

b.  <u>Blocking Technique</u>.  To execute this technique, weapons
should be placed in a one-handed carry in the rear hand;
weapon locked to the hip maintaining modified basic warrior
stance.

(1) <u>Block for a straight thrust</u>.  This block is
effective for blocking a linear attack or thrusting
motion toward the frontal portion of the body.  To train
the block for a straight thrust, have the student:

(a) Stand facing the opponent with the weapon in a
one-handed carry, maintaining modified basic warrior
stance.

(b) As opponent executes a straight thrust or linear
attack toward the frontal portion of the body, step
forward with the right foot while striking and
redirecting the attack off to the left side.

(c) Control the opponent's arm or wrist by trapping
or grasping it with your left hand.

**SUMMARY**_____(2 MIN)

On the battlefield, a Marine should be ready to use anything around him as a weapon.  Weapons of opportunity techniques can be used with a stick, e-tool, or even his riggers belt.  This lesson covered weapons of opportunity to include striking techniques and blocking techniques.  If a Marine does not have a weapon and is confronted by an adversary, he must use any means available to fight to win. Armed with the knowledge that we just covered may mean your survival or, more importantly, that of your fellow Marines... just like it did for the Marine who was the subject of the Warrior Study. This Marine by his actions ensured left a legacy that you, by your actions, must continue into the future to ensure that the Marine Corps remains the world's finest fighting force.

MA-1.14

## UNITED STATES MARINE CORPS
Martial Arts Center of Excellence
The Basic School
Marine Corps Combat Development Command
Quantico, Virginia 22134

## <u>DETAILED OUTLINE</u>

## KNIFE TECHNIQUES

## <u>INTRODUCTION</u>_____(3 MIN)

1. <u>GAIN ATTENTION</u>.  When armed with a rifle, the Marine is issued a bayonet; when armed with a pistol, the Marine is issued a K-bar.  To be truly prepared for combat, the Marine must be trained in knife fighting techniques should the situation arise.  Knife fighting is in itself an art. The objective in this course and the focus of your instruction is to provide Marines with the knowledge and experience with a knife to cause enough damage and massive trauma to stop an opponent and end an engagement.  This instruction will cover knife techniques against an unarmed opponent.  When armed with a knife, or any other weapon, the user must use it responsibly…how many of us would allow our two-year old child to play with a knife?  As warriors, we need to be act responsibly both on and off duty in a variety of areas.  One of these areas is sexual responsibilty and we will discuss sexually responsible behavior in this class.

2. <u>OVERVIEW</u>.  This lesson will cover knife techniques including angles of attack; target areas of the body; grip, stance, movement; vertical slash, and vertical thrust, and sexual responsibility.

3. <u>INTRODUCE LEARNING OBJECTIVES</u>.  The Terminal Learning Objectives and Enabling Learning Objectives pertaining to this lesson are as follows:

    a.  <u>TERMINAL LEARNING OBJECTIVE</u>.

      (1) Given a training knife and without the aid of the references, execute knife techniques in accordance with the references.  (8550.01.15)

      (2) Without the aid of the reference, discuss sexual responsibility in accordance with the references. (8550.01.28)

b.  <u>ENABLING LEARNING OBJECTIVES</u>.

(1) Given a training knife and without the aid of the references, **execute a vertical slash** in accordance with the references.  (8550.01.15a)

(2) Given a training knife and without the aid of the references, **execute a vertical thrust** in accordance with the references.  (8550.01.15b)

(3) Without the aid of references, **discuss the MCMAP doscipline associated with sexual responsibility** in accordance with the references. (8550.01.28a)

(4) Without the aid of references, **discuss the five values associated with sexual responsibility** in accordance with the references. (8550.01.28b)

4.  <u>METHOD/MEDIA</u>.  This class will be taught by EDIP and guided discussion.

5.  <u>EVALUATION</u>.  Topics from this lesson will be evaluated by  performance and oral examination when requirements are met.

**<u>BODY                                                                                      (55 MIN)</u>**

**1.  INTRODUCTION TO KNIFE TRAINING**                        (5 MINS)

a.  <u>Purpose of Knife Fighting</u>.  The purpose of knife fighting is to cause enough damage and massive trauma to stop an opponent.

b.  <u>Safety Equipment</u>.  To safely conduct knife training, each student should be provided a training knife, eye protection, and groin protection.

c.  <u>Safety Precautions During Training</u>.  To prevent injury to students during training, ensure the following:

(1) Ensure students do not execute the techniques at full speed or with full body contact.

(2) Conduct all practical application periods using only training knives.

(3) Train the practical application portion of knife techniques in two stages:

(a) Begin with students executing the techniques "in the air."  Do not allow students to make contact on an opponent or a target during the initial stages of training.  At this stage, students should focus on acquiring skills.

(b) As students become more proficient, allow them to pair up and face each other as they perform the techniques so they can acquire a target.  Both the student and the opponent are stationary.  There should be no contact between students at this stage.

**2. KNIFE FIGHTING**                                              (20 MIN)

a. <u>Angles of Attack</u>.  There are six angles from which an attack with a knife can be launched:

(1) Vertical strike coming straight down on an opponent.

(2) Forward diagonal strike coming in at a 45-degree angle to the opponent.

(3) Reverse diagonal strike coming in at a 45-degree angle to the opponent.

(4) Forward horizontal strike coming in parallel to the deck.

(5) Reverse horizontal strike coming in parallel to the deck.

(6) Forward thrust coming in a straight linear line to the opponent.

b. <u>Target Areas of the Body</u>.  In any confrontation, the parts of the opponent's body that are exposed or readily accessible will vary.  The goal in a knife fight is to attack

soft body vital targets that are readily accessible such as the face, the sides and front of the neck, and the lower abdomen or groin.

(1) <u>Neck</u>.  Carotid arteries are good target areas because they are not covered by body armor or natural protection.

(2) <u>Lower Abdomen or Groin</u>.  The lower abdomen and groin region are not covered by body armor.

(3) <u>Aorta</u>.  The aorta, if not covered by body armor, is an excellent target which, if struck, can prove fatal in a matter of seconds or minutes.

(4) <u>Secondary Targets -- The Extremities</u>.  There are additional, secondary target areas that will cause a lot of bleeding by severing an artery.  These target areas are not immediately fatal, but will often become fatal if left unattended.

(a) Attacks on secondary targets such as the legs can cause a great deal of trauma and prove fatal.  For example, the femoral artery located in the thigh is a large artery which, if cut, will cause extensive blood loss.

(b) Attacks on the brachial artery, located between the biceps and triceps on the inside of the arm, can cause extensive bleeding and damage.

(c) Attacks on the radial and ulnar nerves of the arm can cause extensive bleeding and damage.

c.  <u>Movement</u>.  Consider a 360-degree circle around an opponent.  You can move anywhere in this circle to gain a tactical advantage and make accessible different target areas of your opponent's body.

(1) The worst place to be in a confrontation is directly in front of an opponent.  The opponent can rely on his forward momentum and linear power to create a tactical advantage.

(2) When facing an opponent, movement is made in a 45

degree angle to either side of the opponent.
Moving at a 45-degree angle is the best way to both avoid an
opponent's strike and to put yourself in the best
position to attack an opponent.

d.  <u>Wearing of the Knife</u>.  When armed with a rifle, the
Marine is issued a bayonet; when armed with a pistol, the
Marine is issued a K-bar.

(1) In either case, the knife must be worn where it is
easily accessible and where it can best be retained.

(2) It is recommended the knife be worn on the weak side
hip, blade down.  The K-bar should be placed so its blade
is facing forward.

(3) The knife should be placed behind the magazine pouch
where it is easily accessible but not easily grabbed by
an opponent.

(4) Ensure the knife is not worn next to a canteen
because the canteen can slide on the cartridge belt,
covering the knife and making it inaccessible.

e.  <u>Grip</u>.  Your grip on the knife should be natural.  Grasp
the knife's grip with your fingers wrapped around the grip
naturally as it is pulled out of its sheath.  This is
commonly known as a hammer grip; the blade end of the knife
is always facing the opponent.

f.  <u>Stance</u>.  The basic warrior stance serves as the
foundation for initiating knife techniques.

(1) The left hand serves as a vertical shield protecting
the ribs or the head and neck.

(2) The right elbow is bent with the blade pointing
forward toward the opponent's head.  This position serves
as an index point, where all techniques are initiated.

(a) The weapon should be held at a level
approximately from the top of the belt to chest high.

(b) The weapon should be kept in close to the body to

5

facilitate weapon retention.

g. <u>Principles of Knife Fighting</u>.

(1) Always execute movements with the knife blade within a box, shoulder-width across from your neck down to your waistline.  The opponent has a greater chance of blocking your attack if you bring the blade in a wide sweeping movement to the opponent.  Your attacks should close with the opponent, coming straight to your target.

(2) Always keep the knife's blade tip forward and pointed toward the opponent.

(3) Apply full body weight and power in each of the knife techniques.  Full body weight should be put into the attack in the direction of the blade's movement (slash or thrust).  Applying constant forward pressure with your body and blade will keep the opponent off-balanced.

## 3. KNIFE TECHNIQUES                              (20 MIN)

a. <u>Slashing Techniques</u>.  Slashing techniques are used to close with an enemy.  Slashing techniques distract the opponent or cause enough damage to close with him.  Targets are usually the limbs or any portion of the body that is presented.

(1) <u>Vertical Slash Technique</u>.  The slashing motion follows a vertical line straight down through the target. To train the vertical slashing technique, have the student:

(a) Stand facing your opponent.

(b) Thrust your right hand out and bring the weapon straight down on the opponent.

(c) Continue dragging the knife down through the opponent's body.  Maintain contact on the opponent's body with the blade of the knife.

(d) Resume the modified basic warrior stance.

b. <u>Thrusting Techniques</u>.  The primary objective when

6

fighting with a knife is to insert the blade into an opponent
to cause extensive damage and trauma.  This is done with a
thrusting technique.  Thrusting techniques are more effective
than slashing techniques because of the damage they can
cause.  However, slashing techniques are used to close with
the enemy to get in proximity where a thrusting technique can
be used.

> (1) <u>Vertical Thrust</u>.  The thrusting motion follows a
> vertical line straight up through the target (low into
> the abdomen region or high into the neck).  To train the
> vertical thrust, have the student:

>> (a) Stand facing your opponent.

>> (b) Thrust your right hand toward the target,
>> inserting the knife blade straight into the opponent.

>> (c) Pull the knife out of the opponent.

>> (d) Resume the basic warrior stance.

> c.  <u>Considerations for Using the Bayonet and K-Bar</u>.  The K-
> bar is a sharp, single-bladed knife designed for cutting and
> tearing.  The bayonet is a duel-bladed knife with a narrower
> and duller blade.  The design of the bayonet makes it more
> effective for thrusting motions rather than slashing motions.

## 4.  SEXUAL RESPONSIBILITY                              (15 MINS)

As a warrior each Marines conduct should always be above reproach.  Our
dealings with others should always be fair, honest and above reproach.  This
includes our sexual relationships.  During your class on the sexual
responsibility of the Marine you (learned) (will learn) about sexual
reproduction, sexually transmitted diseases, safe sex practices and the
Marine Corps policy on pregnancy and parenting.  This is vital information
that will help you to make correct decisions about your sexual conduct.
However, the most important factor effecting your choices should be your
moral foundation as a warrior, this is your character.

During your development as a Marine and as you learn the skills of the
Marine Corps Martial Art you should be strengthening your character as well
as your mind and body.  You should not only understand what our Core
Values are but should pt them into practice as part of your daily life.  No one

is asking you to take a vow of celibacy, like every other choice in life you can choose to do the right or wrong thing. Entering into a sexual relationship with a member of the opposite sex is a natural part of being human. It is the type of relationship, and our actions that determine whether it is right or wrong. Let's discuss some of the values involved with our sexual conduct.

<u>Duty</u>. As a warrior your duty is to conduct yourself properly at all times. Your actions should be guided by our Core Values.

<u>Discipline</u>. For each Marine this is self-discipline. The ability to control our actions and not give in to pressure. Have the discipline to practice safe sex, avoid promiscuity and take responsibility for your actions.

<u>Pride</u>. Pride in yourself and the Marine Corps. Remember that certain sexual conduct and practices can bring discredit upon the Marine Corps as well as shame and embarrassment to you and your family. This should always be a consideration when making important life decisions.

<u>Moral Courage</u>. Having the courage to be honest in your relationships. This includes the courage to take responsibility for your actions if the outcome of your sexual relationship results in pregnancy or a sexually transmitted disease.

<u>Commitment</u>. Understand that we have committed ourselves as Marine to do the right thing but if we make a mistake we admit to it and live with the consequences of our actions.

**SUMMARY**                                                              (3 MIN)

Armed with a knife, a trained Marine with the warrior mindset will survive on the battlefield. Aggressively thrusting and slashing will overwhelm an opponent, allowing the Marine to continue his mission. A Marine is a warrior whose conduct and actions are above reproach in all that he or she does. We do not practice situational ethics by which we follow our Core Values only when it suits us but ignore them because something feels good. The true warrior understands that its not the easy fight or the simple decisions that make him a warrior it's the tough ones that show how much of a man or woman we are.

MA-1.13

**UNITED STATES MARINE CORPS**
MARTIAL ARTS CENTER OF EXCELLENCE
THE BASIC SCHOOL
MARINE CORPS COMBAT DEVELOPMENT COMMAND
QUANTICO, VIRGINIA 22134

**<u>DETAILED OUTLINE</u>**

**ARMED MANIPULATION**

**<u>INTRODUCTION</u>**_____(3 MIN)

1. <u>GAIN ATTENTION</u>.  Most Marines are armed with the M16A2 service rifle. A Marine is taught to keep his weapon with them at all times.  To do so, the Marine must constantly be aware of their surroundings to include the people moving in and around the area. At any moment, a Marine may be confronted with an individual who tries to take his weapon.  With proper training, Marines will be able to apply techniques to retain their weapon and gain compliance.  Like Marines before us, we must posses the ability to adapt and operate in hostile environments in order to accomplish our mission.  Due to the variety of missions the Marine Corp is involved in, Marines must be able to respond to such acts with the least amount of lethality and escalate the use of force only when necessary.  This ability to adapt and operate in a hostile environment that are part of our legacy will also be discussed by the use of a specific example during the last portion of this class.  We will discuss a selected Warrior Study that explains the actions of an ordinary Marine who accomplished extraordinary feats.

2. <u>OVERVIEW</u>.  This lesson will cover armed manipulation and blocking techniques with the rifle and shotgun as well as discuss a pre-selected Warrior Study.

3. <u>INTRODUCE LEARNING OBJECTIVES</u>: The learning objectives pertaining to this lesson are as follows:

   a. <u>TERMINAL LEARNING OBJECTIVES</u>:

      (1) Without the aid of the reference, given the requirement, a rifle, an opponent, execute armed manipulation, in accordance with the references.  (8550.01.14)

      (2) Without the aid of the reference, participate in a Warrior Study in accordance with the references. (8550.01.22)

1

b.  <u>ENABLING LEARNING OBJECTIVES</u>.

 (1) Without the aid of the reference, given a rifle, an opponent, **execute a counter to a muzzle grab** in accordance with the references.  (8550.01.14a)

 (2) Without the aid of the reference, given a rifle, an opponent, **execute a counter to an over-hand grab** in accordance with the references.  (8550.01.14b)

 (3) Without the aid of the reference, given a rifle, an opponent, **execute a counter to an under-hand grab** in accordance with the references.  (8550.01.14c)

 (4) Without the aid of the reference, given a rifle, an opponent, **execute a high block** in accordance with the references. (8550.01.14d)

 (5) Without the aid of the reference, given a rifle, an opponent, **execute a low block** in accordance with the references. (8550.01.14e)

 (6) Without the aid of the reference, given a rifle, an opponent, **execute a mid block** in accordance with the references. (8550.01.14f)

 (7) Without the aid of the reference, given a rifle, an opponent, **execute a left block** in accordance with the references. (8550.01.14g)

 (8) Without the aid of the reference, given a rifle, an opponent, **execute a right block** in accordance with the references. (8550.01.14h)

 (9) Without the aid of the reference, **discuss Marine Corps values** demonstrated by the Marine who is the subject of the Warrior Study in accordance with the references.  (8550.01.22a)

 (10) Without the aid of the reference, **discuss the leadership principles and traits** demonstrated by the Marine who is the subject of the Warrior Study in accordance with the references. (8550.01.22b)

4.  <u>METHOD/MEDIA</u>.  This period of instruction will be taught by EDIP and guided discussion.

5.  <u>EVALUATION</u>.  This lesson will be evaluated by a performance and oral evaluation when requirements are met.

**BODY**                                      **(55 MIN)**

**1.  SAFETY PRECAUTIONS DURING TRAINING**      (5 MIN)

To prevent injury to students during training, ensure the following:

    a. Have students perform the technique slowly at first, and increase the speed of execution as they become more proficient.

    b. When handling a weapon, even a training weapon, the four safety rules must be enforced:

        (1) Treat every weapon as if it were loaded.

        (2) Never point a weapon at anything you do not intend to shoot.

        (3) Keep your finger straight and off the trigger until you are ready to fire.

        (4) Keep the weapon on safe until you intend to fire.

    c. Prior to training with a weapon, conduct an "Unload, Show Clear" of the weapon to show students the weapon is not loaded.

**2.  RIFLE AND SHOTGUN RETENTION TECHNIQUES**     (15 MIN)

    a. <u>Retention Technique with the Rifle or Shotgun</u>.  In a confrontation with a person who poses a threat, the person may grab your weapon because it is the only object between you and the person.  If this happens, you should not get in a struggling match with the individual.  Instead, you should employ weapons retention techniques to retain your weapon and gain complience.  The following techniques can be used with either the rifle or the shotgun.

    b. <u>Grip</u>.  When executing retention techniques with a weapon with a pistol grip it is possible to hold the weapon by the pistol grip, finger off the trigger.  This allows a seamless transition back to the assault fire mode if necessary.  However, the preferred method when in "non-lethal

3

mode", is to hold the weapon with the grip at the small of the stock.  The following procedures apply for either grip.

c.   <u>Technique if Person Grabs Muzzle</u>.

If the person grabs the muzzle of the weapon, rotate the muzzle in a quick, turning action in a circle and then slash downward with the muzzle to release his grip. A variation of this is to rotate the muzzle in a figure eight motion.

d.   <u>Technique if Person Grabs Weapon Over-handed</u>.

If the person grabs the weapon over-handed:

   (1) Slide your left hand up the hand guards, trapping the person's finger to hold their hand in place with bone pressure on that single digit.

   (2) Rotate the barrel to place it parrallel with the person's forearm.

   (3) The Marine will then drop their body weight.

   (4) By doing this, it will apply downward pressure to the elbow.  This action is similar to an armbar.

e.   <u>Technique if Person Grabs Weapon Under-handed</u>.

Usually a person will try to grab the weapon or block it as an instinctive action.  If the person grabs the handguards of the weapon under-handed:

   (1) Slide your left hand up the hand guards, trapping his closest finger above the knuckle with your thumb so that they cannot release their grip.

   (2) Apply bone pressure on the opponent's finger to initiate pain compliance.

      (a) Bone pressure is the application of pressure on a bone against a hard object to initiate pain compliance.

      (b) It is very painful when pressure is applied to the fingers against the hardness of the weapon, particularly on the handguards of the rifle.

 (3) While maintaining pressure on the opponent's hand, step back with your right foot.

 (4) At the same time, the Marine will lower the muzzle and raise the buttstock of the weapon.  This swimming motion will redirect the opponent to the rear of the Marine executing the technique.

 (5) These actions drive the person to the deck where the opponent can further be controlled or they cause the person to release his grip on the weapon.

 (6) If the opponent release the weapon the Marine will pull the rifle into their shoulder into the ready weapons carry aiming at the opponent.

## 3.  BLOCKING TECHNIQUES                                                    (10 MIN)

   a.  <u>Block</u>.  Blocking is used as a defensive technique to stop an attack.  In an engagement a block would be used if you find yourself out of position or attacked by an opponent.  In addition blocks can be used as primary movements when using the rifle during non-lethal engagements or civil disturbance situations.

   b. <u>Blocking Principles</u>.

    (1) Blocking techniques are normally executed from the basic warrior stance although they can be executed from civil disturbance or non-lethal defensive postures.

    (2) The presferred grip for blocks is to hold the weapon at the small of the stock.  If the technique is executed while holding onto the pistol grip the blocking surface of the weapon is reduced and there is a greater chance of injury to the hand.

    (3) If the person lunges at or tries to grab you, you should block him with your weapon by thrusting it out firmly, with your elbows still bent.

    (4) Do not try to hit the person with the rifle; the rifle is used as a barrier between you and the person.

   c.  <u>Blocking Techniques</u>

    (1) <u>High Block</u>.  A high block is executed against a vertical attack coming from high to low.  To train the high block, have the student:

5

(a) Forcefully thrust your arms up at approximately a 45-degree angle from your body.

[1] The weapon should be over the top of your head, parallel to the ground.

[2] Ensure the weapon is over the head to block a blow to your head.

(b) The elbows are bent but there is enough muscular tension in the arms to absorb the impact and deter the attack.

(2) Low Block.  The low block is executed against a vertical attack coming from low to high.  To train the low block, have students:

(a) Forcefully thrust your arms down at approximately a 45-degree angle from your body.  The weapon should be at or below your waist, parallel to the ground.

(b) The elbows are bent but there is enough muscular tension in the arms to absorb the impact and deter the attack.

(3) Mid Block.  The mid block is executed against a linear/straight attack coming directly toward the you.  To train the mid block, have students:

(a) Forcefully thrust your arms straight out from from your body.  The weapon should be held at position between the waist and shoulders with the arms and weapon parallel to the ground.

(b) The elbows are bent but there is enough muscular tension in the arms to absorb the impact and deter the attack.

(4) Left and Right Block.  A left or right block is executed against a horizontal buttstroke or a slash.  To train the left or right block, have students:

(a) Forcefully thrust your arms to the right or left, holding the rifle vertically in the direction of the attack.

(b) The elbows are bent but there is enough muscular tension in the arms to absorb the impact and deter the attack.

(5) <u>Counter Action Following the Block</u>.  After deflecting an opponent's attack with a block, and you are in a combat engagement you can counter with a slash or a horizontal buttstroke to regain the initiative.  If in a non-lethal or civil disturbance engagement then a technique using a lesser means of force would be an appropriate follow-up technique.

**SUMMARY**_____(2 MIN)

Armed manipulation techniques are used to retain your weapon and control the individual that tries to grab it.  These techniques work just as well with the shotgun.  Once Marines understand and can apply these techniques, they can use them in a variety of situations to retain their weapons and control a person without unnecessarily escalating the violence of the situation.  In the same manner, with proper training and the warrior spirit, Marines will continue to rise to the occasion and accomplish the mission no matter how arduous.  This ensures that the legacy of the past will continue to the future and the Marine Corp will continue to be the world's finest fighting force.

**MA-1.12**

**UNITED STATES MARINE CORPS**
Martial Arts Center of Excellence
The Basic School
Marine Corps Combat Development Command
Quantico, Virginia 22134

## <u>DETAILED OUTLINE</u>

**UNARMED MANIPULATION**

## <u>INTRODUCTION</u>                                                        (3 MIN)

1. <u>GAIN ATTENTION</u>.  Marines are known for their ability to adept and react to any situation.  Throughout this course we have covered martial arts techniques which are intended to cause death or serious injury of an opponent.  Marines operate within a continuum of force on a daily basis, particularly in support of peacekeeping-type missions.  In these situations, Marines must act responsibly to handle a situation without resorting to deadly force.  In the third and fourth levels within the continuum of force, compliance techniques and defensive tactics are applied to control a situation.  These actions include the martial art techniques of unarmed manipulation.   As members of a Martial Culture, Marines are taught from their first day of training and understand that the military way of life consists of a rank structure, chain of command and positions of authority.  These rules are not placed there to hinder the development of camaraderie, cohesion or esprit de corps, but infact are designed to enhance it.  A military organization exists for a very specific and unique reason, combat.  This requires a unique way of personal interaction.

2. <u>OVERVIEW</u>.  This lesson will cover unarmed manipulation including wristlocks, armbars, takedowns as well as an understanding of what fraternization is and how it can damage the special relationship that must exist amongst members of a warrior society.

3. <u>INTRODUCE LEARNING OBJECTIVES</u>: The Learning Objectives pertaining to this lesson are as follows:

    a. <u>TERMINAL LEARNING OBJECTIVES</u>:

        1. Given opponent, mouthpiece, and with the aid of the references, execute unarmed manipulation in accordance with the references.  (8550.01.13)

        2. Without the aid of references, discuss fraternization in accordance with the references.  (8550.01.27)

b. <u>ENABLING LEARNING OBJECTIVES</u>.

1. Given opponent, mouthpiece, and without the aid of references, **execute a basic wrist-lock takedown** in accordance with the references.  (8550.01.13a)

2. Given opponent, mouthpiece, and without the aid of the references, **execute a reverse wrist-lock** in accordance with the references.  (8550.01.13)

3. Given opponent, mouthpiece, and without the aid of the references, **execute an armbar takedown** in accordance with the references.  (8550.01.13c)

(4)  Without the aid of references, **discuss the definition of fraternization** in accordance with the references. (8550.01.27a)

(5)  Without the aid of references, **discuss the Marine Corps policy on fraternization** in accordance with the references. (8550.0127b)

(6)  Without the aid of references, **discuss the relationships between Marines that do not normally constitute** in accordance with the references.  (8550.01.27c)

4. <u>METHOD/MEDIA</u>.  This period of instruction will be taught by means of EDIP and guided discussion.

5. <u>EVALUATION</u>.  Topics from this lesson will be evaluated by performance and oral examination when requirements are met.

**BODY**                                  **(85 MIN)**

**1.  INTRODUCTION TO UNARMED MANIPULATION**   (10 MIN)

a. <u>Behavior of the Subject</u>.  In the third level in the continuum of force (Resistant - Active), the subject first demonstrates physical resistance.

(1) The subject does not actively attack the Marine, but continues to openly defy the Marine's verbal commands.

2

(2) The following behaviors are the types the Marine could encounter at this level:  continued refusal to comply with directions, pulling away, shouting, struggling, locking oneself in a car, or fleeing from the area.  At this level, the physical threat to the Marine remains low.

b.   <u>Compliance Techniques</u>.  Compliance techniques are unarmed manipulation techniques used to physically force a subject or opponent to comply.  Compliance can be achieved through close combat techniques of:

(1) Pain compliance using joint manipulation and pressure points.  Pain compliance is the initiation of pain to get compliance on the part of the subject.

(2) Come-along holds.

c.   <u>Principles of Joint Manipulation</u>.  Joint manipulation is used to initiate pain compliance and gain control of a subject.

(1) Joint manipulation involves the application of pressure on the joints such as the elbow, wrist, shoulder, knee, ankle, and fingers.  Pressure can be applied in two ways:

(a) Pressure is applied in the direction in which the joint will not bend.  For example, joints such as the knees and elbows only bend in one direction and when pressure is applied in the opposite direction, pain compliance can be achieved.

(b) Pressure is applied beyond the point where the joint stops naturally in its range of movement (i.e., it does not bend anymore).

(2) There are breaking points on each joint.  A slow steady pressure should be applied until pain compliance is reached.  Continued pressure will break the joint and may escalate the violence of the situation.

(3) Joint manipulation additionally uses the principle of off-balancing.  A subject can be better controlled when he is knocked off balance.

d.  <u>Safety Precautions During Training</u>.  To prevent injury to students during training, ensure the following:

(1) When executing a joint manipulation in training and in combat, apply a slow, steady pressure until compliance is achieved.  Bones can break if too much pressure is applied.

(2) Once a technique is applied to the point the student is uncomfortable, the student must "tap out" to indicate to immediately release pressure or stop the technique.  The student "taps out" by firmly tapping his hand several times on any part of the opponent's body that will get his attention.

## 2.  SOFTENING TECHNIQUES                                   (5 MIN)

a.  <u>Softening or Distraction Techniques</u>.  If you are having difficulty releasing a subject's grip, you can use a softening or distraction technique such as a strike or kick to a pressure point to get the subject to loosen his grip so you can apply a wristlock.

(1) The Marine can add to the effectiveness of the joint manipulation by striking the joint.

(a) Strikes are executed with "heavy hands," i.e., the strike is executed by driving through with the strike to allow the weight of the hand to go through the target area of the body.

(b) Strikes do not have to be executed at full force to be effective.

(2) The hammer fist strike is an effective softening technique.  The hammer fist strike is used to strike the thighs (femoral and peroneal nerves) and forearm (radial nerve) to:

(a) Distract or soften the subject so a joint manipulation or pain compliance can be performed.

(b) Redirect the movement of the subject or break him down.  Striking the forearm in a down and inward movement with a hammer fist strike will cause the subject to bend his elbow so his direction can be controlled.

(3) A knee strike or kick on the inner or outer portion of the subject's thigh (femoral and peroneal nerves) can knock a subject off balance or cause him to loosen or weaken his grip. Knee strikes and kicks can be very effective because the subject may never see them coming.

(4) A stomp to the foot can also serve as a distraction technique.

**3. WRISTLOCKS**                                                  (30 MIN)

a.  <u>Wristlock Principles</u>.  A wristlock is a joint manipulation which can be applied in a number of ways to achieve pain compliance.

(1) The wrist will rotate in a number of directions; it will bend in a single direction until its movement stops naturally.  In a wristlock, pressure is exerted beyond that point by bending or twisting the joint, or both.

(2) A wristlock can be executed when a subject tries to grab the Marine or is successful in grabbing the Marine or his equipment. A wristlock can also be performed by the Marine when he wishes to initiate control of a subject.

b. <u>Basic Wristlock Take Down</u>.  To train the basic wristlock takedown, have the student:

(1) Begin with the opponent placing his hands on your lapels.

(2) With your right hand, grab the opponent's left hand by placing your thumb on the back of his hand so your knuckles are facing to your left.

(3) Hook your fingers across the fleshy part of his palm below the thumb.  Rotate the opponent's palm so that the opponenet's palm is now towards the opponent and the fingers pointing skyward.

(4) The left hand is brought up to join the right hand, place the left thumb next to the right on the back of the opponent's hand.

(a) You may place both thumbs on the back of the opponent's hand, with the thumbs crossed.

(b) Hook the fingers of both hands around the fleshy

5

part of the opponent's palm on both sides of his hand.

(5) Apply pressure downward on the back of the opponent's hand to bend the joint and rotate the wrist outboard twisting the joint.

(6) Applying downward pressure on the wristlock, pivot on the ball of your right foot and quickly turn to your right to take the opponent to the ground.  This employs the theory of big circle/ little circle.

    (a) If you have a opponent in a wristlock, he can be easily off-balanced by quickly pivoting.  You can better control the subject when you knock him off balance.

    (b) While you turn in a small circle, the subject is forced around in a bigger circle and he cannot move as fast as you and he is knocked off balance.

(7) Continue to apply pressure on the wrist joint as the opponent lands on his back with his arm straight in the air.

(8) Slide your left foot under the opponent's back underneath his armpit.

(9) Apply pressure with your knee against the opponent's triceps while pulling back on his arm and maintaining downward pressure on the wrist.

c.  <u>Reverse Wristlock</u>.  A reverse wristlock is executed when you grab the subject's right hand with your right hand.  To train the reverse wristlock, have the student:

(1) Begin with opponent placing his right hand on the student's left shoulder.

(2) With the right hand, place palm on the back of the opponent's right hand and wrap the fingers across the fleshy part of his palm below his little finger.

(3) Twist the opponent's hand to the right while placing the hand against the student's chest.  Bring up the left hand to support the right hand by grasping the opponent's hand in between both hands.  Apply downward pressure on the opponent's hand

against the chest.  Leave the opponent's hand on the chest to fully control the opponent and to gain leverage.  Opponent's hand should be rotated 90-degrees so that his palm is facing left.

(4) Step back with the right foot to maintain better balnce and lean forward to use body weight to add additional pressure to the joint.

## 4.  ARMBAR TAKEDOWN                                           (10 MIN)

a. Basic Armbars.  An armbar is a joint manipulation in which pressure
is applied on a locked elbow, at or above the joint, in the direction the joint will not bend.  An armbar has to be locked in quickly, but still requires a slow, steady pressure to gain compliance.

b.    Arm Bar Takedown.  To perform an armbar takedown:

(1) Face the opponent.

(2) Grab the opponents right wrist with the right hand.

(3) Simultaneously step forward with the left foot at a 45-degree angle to the outside of the opponent, while off-balancing the opponent by pulling the opponents' wrist to the right hip.

(4) With the left forearm, apply downward pressure on or above the opponents elbow. Make sure you maintain control of the opponent's wrist by keeping it locked into your hip.

(5) Pivoting on the left foot, step back in a circular motion with the right foot and apply downward pressure on the arm by dropping body weight to take the opponent to the ground.  This employs the theory of big circle/little circle.

## 5. PRACTICAL APPLICATION FOR UNARMED RESTRAINTS  (15 MIN)

## 6.  WHAT IS FRATERNIZATION                                   (3 MIN)

a.  Fraternization is the term used to describe improper personal and business relationships among Marines of different ranks or positions. When contact and relationships exceed these standards and become those of "buddies" or peers, then fraternization exists.  Look at the facts and circumstances of each case:

(1) Is there a compromise of the chain of command?

(2) Is there an <u>appearance</u> of partiality? (REMEMBER: when dealing with the subject of fraternization, <u>perceptions are as deadly as reality</u>.)

(3) Is there the potential for good order, discipline, morale, or authority to be undermined?

b.  <u>Overview</u>. The Marine Corps policy regarding fraternization is the product of naval service customs. The Marine Corps specifically, and military society in general, has historically imposed social constraints on personal relationships between individuals of different rank, grade, or position.

## 7.  MARINE CORPS POLICY ON FRATERNIZATION          (2 MIN)

a.  Fraternization in any form is a violation of Marine Corps regulations, specifically:

(1) <u>Article 134, UCMJ</u>.  Fraternization has been a listed offense under the UCMJ since 1984.

(2) <u>Article 133, UCMJ</u>. Whenever a commissioned officer, cadet, or midshipman engages in behavior which dishonors or disgraces the officer, such as dishonesty, unfair dealing, indecency, lawlessness, injustice, or cruelty, that officer may be prosecuted under Article 133.

(3) <u>Article 92, UCMJ</u>.  Whenever a local command has established regulations or orders as to the conduct of relationships or fraternization, a Marine may be subject to prosecution for fraternization as a violation of an order.

b.  More importantly fraternization is conduct that is contrary to the warrior ethos.

## 8.  RULES CONCERNING FRATERNIZATION          (5 MIN)

a.  Fraternization rules date back to the time of the Roman army.  The purpose of such constraints is to:

(1) Maintain good order and discipline.

(2) Promote relationships of mutual respect and confidence between juniors and seniors.

(3) Prevent adverse impact upon a junior's response to orders, the senior's exercise of command, or the perception of others regarding the senior's impartiality.

(4) Preserve the integrity of the chain of command.

b.  The key issue is whether a relationship has developed in which mutual respect of grade is ignored.

(1) The relationship need not be male-female.

(2) Though not a rigid test, normal social or business relationships between Marines within the following six divisions do not constitute fraternization. (However, under some instructor-student relationship, even relationships within a particular group, would be considered fraternization.)

(a) General officers.

(b) Field grade officers.

(c) Company grade officers (to include warrant officers).

(d) Staff noncommissioned officers.

(e) Noncommissioned officers.

(f) Junior enlisted Marines.

(3) While improper relationships within the same chain of command are the most obvious, there is no blanket requirement under the UCMJ that the relationship be within the same chain of command to be improper.

c. The military services demand a regard for authority by juniors towards their seniors which experience has shown is enhanced by the observance of decorum, tradition, custom, usage, and conventions which are peculiar to the services alone. The unquestioned obedience mandated in time of battle rests on regard and respect for authority.

This respect is lessened by the failure to observe niceties of military courtesy and other traditions and customs.

## 9.  SOLUTIONS                                                      (5 MIN)

a. The responsibility for maintaining the customary and traditional standards of conduct lies with the senior. The line between acceptable conduct and fraternization will not be crossed unless the senior allows it to happen.

b. The leader must be careful to avoid even the perception of fraternization <u>without</u> destroying the traditional fraternal bond between Marines of all grades.

c. Educate your Marines about both the Marine Corps policy on fraternization <u>and</u> the reasons behind it.

d.  If we expect our Marines to respect us, there can't be even the hint of favoritism.

e. Additionally, we must demand an obedience to lawful orders that is unhesitating. If the chain of command is allowed to be weakened by a lax attitude toward fraternization, we will not be able to depend on our traditional levels of discipline when it counts the most.

## <u>SUMMARY:</u>                                                    (2 MIN)

On a daily basis Marines operate and perform many varing duties.  Some of these duties find Marines operating in various stages of the continum of force.  While in others we find that the level of professionalism may be challenged.  No matter the situation, Marines must act accordingly, whether in a humanitarian mission in a 3rd world country or when dealing with fellow Marines.  The unarmed manipulations we have learned today will provide us with a more flexible means to respond to specific physical confrontation situations.  In the same way our understanding of fraternization ensures we act professionally and that Marines must not allow themselves to be manipulated.  Fraternization is counter to the warrior ethos.  The regulations and customs that we have against fraternization are not meant to prevent us from associating with our Marines. In fact, just the opposite is true. The regulations against fraternization are meant to ensure that the relationships we maintain with our Marines are of the most professional and productive nature.  As warriors we will share common experiences regardless of rank that will

bind us into a "band of brothers".  Fraternization serves only to loosen or
cut these ties.

**UNITED STATES MARINE CORPS**
Martial Arts Center of Excellence
The Basic School
Marine Corps Combat Development Command
Quantico, Virginia 22134

## DETAILED OUTLINE

**COUNTERS TO CHOKES AND HOLDS**

**INTRODUCTION** _____(3 MIN)

1. <u>GAIN ATTENTION</u>.  Often in a close combat situation, your opponent may apply a choke or hold on you.  Chokes and holds put you in a vulnerable position.  When a choke is applied correctly, you can lose consciousness in eight to thirteen seconds.  A hold will allow your opponent to control you and thus remove your ability to attack.  It is important to be able to extract yourself from chokes and holds so that you can counter with a strike, eventually ending the engagement.  The ability to adapt and operate in a hostile environment that are part of our legacy will also be discussed by the use of a specific example during the last portion of this class.  We will discuss a selected Warrior Study that details actions of an ordinary Marine who accomplished extraordinary feats.

2. <u>OVERVIEW</u>.  This lesson will cover counters to chokes and holds including the counters to a rear choke, a rear headlock, and rear bear hug.

3. <u>INTRODUCE LEARNING OBJECTIVES</u>.  The Learning Objectives pertaining to this lesson are as follows:

    a. <u>TERMINAL LEARNING OBJECTIVES</u>.

        1. Given an opponent, mouthpiece, and without the aid of the references, execute counter to a rear choke in accordance with the references. (8550.01.11)

        2. Given opponent, mouthpiece, and without the aid of references, execute counters to holds in accordance with the references. (8550.01.12)

        3. Without the aid of references, participate in a warrior study in accordance with the references. (8550.01.22)

b. <u>ENABLING LEARNING OBJECTIVES</u>.

1. Given opponent, mouthpiece, and without the aid of references, execute **clear the airway** in accordance with the references. (8550.01.11a)

2. Given opponent, mouthpiece, and without the aid of references, execute **tuck the chin** in accordance with the references. (8550.01.11b)

3. Given opponent, mouthpiece, and without the aid of references, **execute entry** in accordance with the references. (8550.01.11c)

4. Given opponent, mouthpiece, and without the aid of references, **execute off-balancing** in accordance with the references. (8550.01.11d)

5. Given opponent, mouthpiece, and without the aid of the references, **execute counter to a rear headlock** in accordance with the references.  (8550.01.12a)

6. Given opponent, mouthpiece, and without the aid of the references, **execute counter to a rear bear hug** in accordance with the references.  (8550.01.12b)

7. Without the aid of references, **discuss Marine Corps values** demonstrated by the Marine involved in the warrior study in accordance with the references.  (8550.01.22a)

8. Without the aid of references, **discuss the leadership principles and traits** demonstrated by the Marine involved in the warrior study in accordance with the references. (8550.01.22b)

4. <u>METHOD/MEDIA</u>.  This class will be taught by EDIP and guided discussion.

5. <u>EVALUATION</u>.  Topics from this lesson will be evaluated by performance and oral examination when requirements are met.

**BODY**_____(85 MIN)

**1.  SAFETY PRECAUTIONS DURING TRAINING**          (5 MIN)

2

To prevent injury to students during training, ensure the following:

a.  Select a training area with soft footing such as a sandy or grassy area.  If training mats are available, use them.  A hard surface area is not appropriate for training counters to chokes and holds.

b.  Have students perform the techniques slowly at first, and increase the speed of execution as they become more proficient.

c.  Never apply a choke at full force.  During training on counters, the opponent should place his forearm around the student's throat without placing pressure against the trachea.

d.  Once a technique is applied to the point the student is uncomfortable, the student must "tap out" to indicate to his opponent to immediately release pressure or stop the technique. The student "taps out" by firmly tapping his hand several times on any part of the opponent's body that will get his attention.

e.  Never execute softening techniques at full force or full speed.

## 2.  COUNTERS TO CHOKES                                    (15 MIN)

a.  <u>Fundamentals</u>.  Regardless of the choke, there are two fundamental actions that should be taken to counter an opponent.

(1) <u>Clear Airway</u>.  A choke can cause unconsciousness in eight to thirteen seconds.  Therefore, the first movement in any counter to a choke is to clear your airway so you can breathe.

(a) Softening techniques can be used to loosen an opponent's grip to enable you to clear your airway.  These techniques include groin strikes, an eye gouge, foot stomps, etc.  Softening techniques are not offensive, rather they are used to loosen an opponent's hold.

(b) Softening techniques are particularly effective for women and men who lack the physical strength of their opponent.

(c)  Softening techniques should only be applied after you are unsuccessful of clearing your airway.

(2) <u>Tuck Chin</u>.  Once your airway is clear, tuck your chin to prevent the opponent from reapplying the choke.

b.  <u>Counter to a Rear Choke</u>.  The counter to a rear choke is used when the opponent approaches from the rear and puts his right arm around your throat.  To train the technique, have the student:

(1) With both hands, grasp the opponent's wrist and his forearm (at the radial nerve) and pull down just enough to clear your airway.  Once the airway is clear, tuck your chin to protect your airway and to prevent the opponent from re-applying the choke.

(2) With your left foot, step behind the opponent's right leg keeping both legs bent making contact on your opponent with your left hip (almost in a squatting position).

(a) It is important to keep the legs bent because this places your hips lower than your opponent's hips so you can easily off-balance him.

(b) Bend your legs to the point that you can still maintain your own balance.

(3) At the same time turn forcefully to the left, strike and drive your left elbow into the opponent's torso while rotating your hips and pivoting to your left.

(a)    The opponent should fall to his back or side causing him to lose his grip.

## 3.  COUNTERS TO HEADLOCKS                           (15 MIN)

b.  <u>Counter to a Rear Headlock</u>.  The counter to a rear headlock is used when the opponent approaches from the rear and puts his right arm around your neck, bending you forward and locking your head against his hip.  To train the technique:

Technique:

(1) Begin by having the student bend forward at the waist.  The opponent faces in the same direction as the student and places his right arm around the student's neck, his forearm across the student's throat.

(2) With both hands, grasp the opponent's wrist and forearm and pull down to clear your airway.  Once the airway is clear, tuck your chin to protect your airway and to prevent the opponent from re-applying the choke.

(3) With your left arm reach over the opponent's right shoulder and grab any part of the opponent's face (chin, nose, eyes) and pull back while rising to a standing position.

 (4) With your right hand, execute a hammer fist strike to the opponent's exposed throat.

## 4.  COUNTERS TO BEAR HUGS                                     (15 MIN)

a. <u>Counter to a Rear Bear Hug</u>.  The counter to a rear bear hug is used when the opponent approaches from the rear and puts both of his arm around your body, trapping your arms to your sides. To train the counter to a rear bear hug, have the student:

(1)  Drop you body weight in almost a squatting position and hook opponents arms with your hands slightly flaring the elbows, preventing his arms from slipping off or up into a choke.

(2) With your left foot, step behind the opponent's right leg, keeping both legs bent (almost in a squatting position). The left side of your body should be against the opponent's.

(a) It is important to keep the legs bent because this places your hips lower than your opponent's hips so you can easily off-balance him.

(b) Bend your legs to the point that you can still maintain your own balance.

(3)  At the same time turn forcefully to the left, strike and drive your left elbow into the opponent's torso while rotating your hips and pivoting to your left.

 (a) The opponent should fall to his back or side causing him to lose his grip.

5

**5.WARRIOR STUDY**                                        (15 MIN)

**SUMMARY:**_____(2 MIN)

When a choke is applied correctly, you can lose consciousness in eight to thirteen seconds.  A hold will allow your opponent to control you and thus remove your ability to attack.  Therefore, it is important to be able to execute a counter to a choke or hold so that you can regain the tactical advantage and finish the fight.  This lesson covered the counters to; the rear choke, rear headlock, and rear bear hug.  As we have seen in the Warrior Study, Marines will continue to rise to any occasion and accomplish the mission, no matter how arduous.  Actions like these will ensure that the legacy of the past will continue into the future and the Marine Corps will continue to remain at the forefront of the world's finest fighting forces.

MA-1.10

**UNITED STATES MARINE CORPS**
Martial Arts Center of Excellence
The Basic School
Marine Corps Combat Development Command
Quantico, Virginia 22134

<u>**DETAILED OUTLINE**</u>

**COUNTERS TO STRIKES**

<u>**INTRODUCTION**</u>_____(3 MIN)

1. <u>GAIN ATTENTION</u>.  In a close combat situation, your opponent will attempt to strike you, generally with either punches or kicks.  When your opponent uses a strike, you must first avoid that strike.  This is accomplished with movement and blocks.  The movements and blocks must be executed quickly.  Your second objective is to put yourself in an offensive position.  This will allow you to use strikes to attack your opponent.  In the same way, by understanding and ensuring personal readiness a warrior develops a counter to the unexpected situations of life.  The readiness required to counter a physical attack is the same as the personal, family, and unit readiness required by the Nation's force in readiness, the United States Marines.

2. <u>OVERVIEW</u>.  This lesson will cover the techniques for training counters to strikes to include principles of counters against strikes, counter to a rear hand punch, and counter to rear leg kick. Additionnaly a discussion will be held concerning the importance of presonal readiness.

3. <u>INTRODUCE LEARNING OBJECTIVES</u>.  The learning objectives pertaining to this lesson are as follows:

    a. <u>TERMINAL LEARNING OBJECTIVES</u>.

        1. Given opponent, mouthpiece, and without the aid of the references, execute counters to strikes in accordance with the references. (8550.01.10)

        2. Without the aid of references, discuss personal readiness in accordance with the references. (8550.01.26)

b. <u>ENABLING LEARNING OBJECTIVES</u>.

1. Given opponent, mouthpiece, and without the aid of the references, **execute a counter to a rear hand punch** in accordance with the references. (8550.01.10a)

2. Given opponent, mouthpiece, and without the aid of the references, **execute a counter to a rear leg kick** in accordance with the references. (8550.01.10b)

3. Without the aid of references, **discuss the three components of readiness** in accordance with the references. (8550.01.26a)

4. Without the aid of references, **discuss the six components of effecting personal readiness** in accordance with the references. (8550.01.26b)

4. <u>METHOD/MEDIA</u>.  This class will be taught by EDIP and guided discussion.

5. <u>EVALUATION</u>.  Topics from this lesson will be evaluated by a performance and oral evaluation when requirements are met.

**BODY                                                                  (55 MIN)**

**1.  INTRODUCTION TO COUNTERS TO STRIKES**          (5 MIN)

a. <u>Principles of Counters to Strikes</u>.  Regardless of the strike, the counter to a strike requires the Marine to move, block, and strike.

(1) <u>Move</u>.  The first step in countering a strike is to move out of the way of the impact of the strike.  Movement should both remove you from the point of your opponent's strike as well as put you in a position to attack.

(a) Movement is executed at approximately a 45-degree angle to the front or rear.

(b) Movement is always initiated from the basic warrior stance.

(c) Following movement, return to the basic warrior stance with the toe of your lead foot pointing toward the opponent.

(2) <u>Block</u>.  Different blocks are executed based on the strike.  These will be covered with the individual counters.

(3) <u>Strike</u>.  Any of the upper body or lower body strikes or combinations of techniques can be executed as a follow-on attack as part of the counter to an opponent's strike.  The follow-on strike used will depend on your angle to the opponent, the position of the opponent, and the available vulnerable target areas exposed on the opponent.



b.  <u>Safety Precautions During Training</u>.  To prevent injury to students during training, ensure the following:

(1) Have students perform the techniques slowly at first, and increase the speed of execution as they become more proficient.

## 2.  COUNTERS TO PUNCHES                                    (17 MIN)

a.  <u>Counter to a Rear Hand Punch</u>.  This counter is used when the opponent throws a rear hand punch.  To train the counter to the rear hand punch, have students:

(1) Begin with the opponent extending his right hand in a rear hand punch.

(2) Step forward and to the left at approximately a 45 degree angle, moving in toward the opponent.

(a) Movement is always to the outside of the opponent's attacking arm.

(b) At the end of the movement, you are reset to the basic warrior stance with the left foot forward, toe pointing toward the opponent.

 (3) At the same time, raise your left arm and block or deflect the opponent's rear hand.

(a) Block with the palm of your hand or the meaty portion of the forearm.

(b) "Hit and stick" by leaving your left arm against the opponent's right arm while stepping forward and to the right at approximately a 45-degree angle to close with the opponent.

[1] Following through by applying pressure against the opponent's arm will redirect the strike and, in the process, throw the opponent off balance.

[2] Continuing to step forward will position you to strike an exposed area on the opponent.

(4) Counter with a strike to the opponent's exposed target areas.

## 3. COUNTERS TO KICKS                                        (18 MIN)

a.  Counter to a Front Kick (Right or Rear Leg).  This counter is used when the opponent executes a front kick with his right leg.  To train a counter to a front kick, have students:

(1) Begin with the opponent extending his right leg in a front kick.

(2) Step forward and to the left at approximately a 45 degree angle, moving in toward the opponent.

(a) Movement is always to the outside of the opponent's striking leg.

(b) Movement may be executed to the rear to avoid an aggressive or powerful strike, but it is not recommended because it does not put you in a position to counter with a

strike of your own.

(c) At the end of the movement, the left foot is forward with the toe pointing toward the opponent.

(3) At the same time, raise your left arm and block or deflect the opponent's leg.

(a) Block with the palm of your hand or the meaty portion of the forearm.

[1] Do not bend down to block the kick.

[2] It is better to move out of the way of the strike than have to bend down to block the kick.

(b) "Hit and stick" by leaving your left arm against the opponent's leg while stepping forward and to the right at approximately a 45-degree angle to close with the opponent.

[1] Following through by applying pressure against the opponent's leg will redirect the strike and, in the process, throw the opponent off balance.

[2] Continuing to step forward will position you to strike an exposed area on the opponent.

(4) Counter with a strike to the opponent's exposed target areas.

## 4. PERSONEL READINESS                                    (15 MIN)

a. The Marine Corps prides itself on being the Nation's force in readiness. This continual state of mission readiness demands round-the-clock vigilance by all Marines everywhere. Commitment to readiness requires attention beyond just developing our warfighting skills, it requires that each of us be personally ready for whatever we are asked to do.  Just as readiness within the Marine's unit must be maintained, so must the Marine's personal and family matters be constantly addressed. Personal, family, and unit readiness are absolutely essential components of mission readiness.

b. Personal, family, and unit readiness are essential components of mission readiness. Personal readiness refers to an individual Marine's organization for daily living. Family readiness is an extension of personal readiness to include the wider circle of a Marine's family members. Unit readiness includes manpower, training, and equipment factors.

Taken together, these three -- personal, family, and unit readiness -- contribute to overall readiness to meet any mission requirement. In other words:

***PERSONAL READINESS + FAMILY READINESS + UNIT READINESS = MISSION ACCOMPLISHMENT***

c.  Clearly, unit readiness requirements are constant. But why are personal and family readiness such key components of making the Marine Corps "the Nation's force in readiness"? Because when personal affairs are in order, Marines and their commanders can fully focus on the mission. And while no amount of planning can provide for every eventuality, careful preparation in these areas will significantly reduce distractions, allowing the Marine's full attention to the military matters at hand.  Distracted Marines can be a burden on their command and a danger to themselves and fellow Marines.

 (1) Marines whose personal affairs are not in order will place an administrative and leadership burden on a command.  This is not the same as taking the time to help a Marine who has an unforeseen problem.  This is the Marine who through neglect creates problems that take the leaders time and focus away from the mission.  He also lets the rest of his team down.

 (2) A Marine who has not properly managed his personal affairs will eventually have them overwhelm him.  When this happens he will become distracted and may endanger himself or others during a dangerous or critical time during the mission.  In a worse case this Marines problems may become so severe that he becomes combat ineffective and is as useless to the unit as if he had become a battle casualty.

d.  If you recognize the need for personal and family readiness early on and reinforce it in everything you do, then readiness will become automatic.  As leaders all Marines must understand the components of personal and family readiness to ensure proper preparedness for themselves and their Marines.

e. The following are six general areas of personal affairs readiness concerns.  In follow-on discussions each will be discussed in greater detail.

 (1) <u>Administrative Issues</u>.  This involves your personal administrative matters and include:  Annual audit of your military records, records updates as needed: RED, SGLI, BAQ/VHA applications and allotments.  In addition, Marines with dependents will also need to consider the following: ID cards, DEERS enrollments, dental plan enrollments,

Family Care Plan (for single Marines with minor children, or those with military spouses and minor children and additional allotments.

(2) <u>Legal Issues</u>.  This area applies if you are single or married and include:  wills (your and spouses), powers of attorney (both general and special), federal and state tax filing requirements, single parent and joint household plan for children, and estate planning.

(3) <u>Financial Issues</u>.  These include building a good budget that is financial fit by taking charge of your credit, car buying, renting or buying a home, and insurance.  Involve the spouse for married Marines.  Decide on the best way for bill-paying. Will the method used to pay bills while in garrison continue to work when the Marine is away? What arrangements can be made for bill-paying during extended training, school, or deployment conditions? Discuss the value of a good credit record.  If married who handles these arrangements? Adjustments to pay. Acknowledge that there are many categories of adjustments and that they can become complicated.

(4) <u>Medical/Dental Readiness Issues</u>.  Missing or incomplete records cause and administrative burden and hinder proper treatment.  Missed appointments do the same.   For family members this can be aggravated by failure to enroll dependents in the DEERS system and the Tri-care program.

(5) <u>Support Programs</u>.  Educate yourself and your Marines concerning the various support programs available to assist the individual Marine and family members as part of the readiness program.  These include the unit Family Readiness Officer (FRO), Chaplain, Base and Station Family Service Center (FSC), Key Volunteer Network, Exceptional Family Member Program (EFMP), Navy Marine Corps Relief Society (NMCRS), American Red Cross (ARC), United Service Organization (USO), Navy Mutual Aid Society, and federal, state and local Human Service agencies.

(6) <u>Practical Issues</u>.  This section covers a wide variety of practical matters often overlooked. Your own experience, combined with a review of readiness checklists, should serve to highlight the most important considerations.  Important documents.  Discuss storage of important papers such as wills, insurance papers, etc. in a desk drawer, file cabinet, fireproof container, or safe deposit box. Protecting your property. Discuss unit plans for vehicle and personal property storage.

Emphasis the advantage of always having a back-up plan.  Stress how important it is for Marines to review with their spouse the matters noted above and those following.

 (a) Encourage completion in partnership with the spouse -- to take this responsibility together. Include the need for all family members to know the complete work address and phone for the Marine and spouse. If there are children, include address and phone number of each child's school or child care location. Write it down, explain abbreviations, and keep it updated.

 (b) Keep vehicles safe, insured, and registered. Some bases require Marines under a certain age to attend a drivers' school; check to see if your base is one of them. Also, note safety in the home (locks, fire detectors).

## SUMMARY:                                                            (2 MIN)

In any confrontation, you must be prepared to counter an opponent's attack to gain the tactical advantage.  Sustainment of these skills requires regular practice of the techniques.  This lesson covered the techniques for executing counters to strikes including counters to punches and counters to kicks.  A counter to the unexpected situations of life in the Marine Corps is being personally prepared.  There are some important points that should be reinforced before you end your session. Foremost among them is a clear understanding of the benefits resulting from each Marine's attention to personal and family readiness as a continual responsibility. The reward for the Marine is peace of mind that comes from knowing their family, their interests, and their property are secure. The reward for the unit is fewer distractions or emergencies arising from a Marine's need to take care of unexpected personal situations. Emphasize the individual's ongoing responsibility for readiness to self, family, and unit. While the command provides the resources and opportunity, the Marine must get the job done. Because we are professionals a Marine leaves nothing to chance.  Careful preparation should be something that we all do.  It is the actions of a warrior.

## UNITED STATES MARINE CORPS
Martial Arts Center of Excellence
The Basic School
Marine Corps Combat Development Command
Quantico, Virginia 22134


## DETAILED OUTLINE

### THROWS

## INTRODUCTION _____(3 MIN)

1. <u>GAIN ATTENTION</u>. In any combat situation, sizes and strengths of your opponents will vary. Marines will never have the opportunity to choose their enemies on the battlefield and will need the skills to handle any situation with any opponent. Just as Marines know there are different sizes and strengths of enemy, so are there different  races, colors, creeds, sexes, and religions within our Corps. In the Marine Corps though, we veiw that diversity as a strength. By our differences, we balance each other and together our team is stronger.

2. <u>OVERVIEW</u>.  This lesson will cover the three parts of a throw, techniques for training off-balancing and the Leg Sweep. We will also discuss Equal Opportunity, how it affects us as Marines, and why it is so important.

3. <u>INTRODUCE LEARNING OBJECTIVES</u>.  The Learning Objectives pertaining to this lesson are as follows:

    a. <u>TERMINAL LEARNING OBJECTIVES</u>

        1. Given opponent, mouthpiece, and without the aid of the references, execute leg sweep in accordance with the references.  (8550.01.09)

        2. Without the aid of references, discuss the Marine Corps Equal Opportunity Program in accordance with the references. (8550.01.25)

    b. <u>ENABLING LEARNING OBJECTIVES</u>.

        1. Given opponent, mouthpiece, and without the aid of the references, execute entry in accordance with the references. (8550.01.09a)

2. Given opponent, mouthpiece, and without the aid of the references, execute off-balancing in accordance with the references. (8550.01.09b)

3. Without the aid of the reference, discuss the definition of equal opportunity in accordance with the references. (8550.01.25a)

4. Without the aid of the reference, discuss prejudicial attitudes that effect equal opportunity in accordance with the references. (8550.01.25b)

5. Without the aid of the reference, discuss the Marine Corps policy on equal opportunityprejudicial attitudes that effect equal opportunity in accordance with the references. (8550.01.25c)

4.  <u>METHOD/MEDIA</u>.  This class will be taught by EDIP and guided discussion.

5.  <u>EVALUATION</u>.  Topics from this lesson will be evaluated by performance and oral evaluation.

**BODY**_____**(55 MIN)**

## 1.  INTRODUCTION TO THROWS                                    (5 MIN)

a.  The purpose of a throw is to bring an opponent to the deck to gain the tactical advantage in a fight. Throws apply the principles of balance, leverage, timing, and body position to upset an opponent's balance and to gain control by forcing the opponent to the deck.  When executing a throw, it is important to maintain control of your own balance and, simultaneously, to prevent the opponent from countering a throw or escaping after he is forced to the deck.

b.  <u>Safety Precautions During Training</u>.  To prevent injury during training, ensure the following:

(1)  Select a training area with soft footing such as a sandy or grassy area.  If training mats are available, use them.  A flight deck or hard surface area is not appropriate for training throws.

(2)  Perform the techniques for throws slowly at first and increase the speed of execution as proficiency is developed.

(3)  Students being thrown should execute the appropriate break fall to prevent injury.  To reduce head and neck injuries, ensure chins are tucked and hand placement is correct so students' heads do not hit the deck during the fall.

## 2.  THREE PARTS OF A THROW                                        (15 MIN)

a. <u>Entry</u>.  The first part of a throw is the entry. Your
entry to be quick and untellegraphed to prevent your opponent from anticipating your movement and countering your attack. You also want to make sure that your body positioning is correct in relation to your opponent to allow for proper off-balancing and  execution of the throw.

b. <u>Off-Balancing</u>.  The second part of a throw is off-balancing. Off-balancing techniques are used to control an opponent by using the momentum of the opponent to move or throw him.  Off-balancing techniques can be used to throw an opponent to the deck while you remain standing, or they can be used to put you in a position for a strike, a choke, etc. Off-balancing also aids in execution of throws because your opponent is unable to fight your attack will full strength due to being off-balanced.

(1)  <u>Angles of Off-Balancing</u>.  There are eight angles or directions in which an opponent can be off-balanced.  Imagine the angles at your feet labeled with Forward, Rear, Right, Left, Forward Right, Forward Left, Rear Right, and Rear Left.

(a) The angles correspond to your perspective, not the opponent's.

(b) Forward, Rear, Right, and Left are straight angles.

(c) Forward Right, Forward Left, Rear Right, and Rear Left are considered quadrants, at a 45-degree angle in either direction to your front or your rear.

(2)  <u>Off-Balancing Techniques</u>.  An opponent can be off-balanced by pushing or pulling.  An opponent can be pulled or pushed with your hands, arms, or body.

(a) <u>Pulling</u>.  Pulling is performed by grabbing an opponent with your hands and driving him forcefully to one of the rear quadrants or right or left.

(b) <u>Pushing</u>.  Pushing is performed by grabbing the opponent with your hands and driving him forcefully into one of the front quadrants or right or left.  Bumping is executed in the same manner as pushing, but without using your hands to grab the opponent.  Instead, you use other parts of your body such as your shoulders, hips, and legs.



(3)  <u>Principles of Off-Balancing</u>.

(a) Off-balancing techniques rely on the momentum of the opponent.  For example, if the opponent is charging at you, you can pull him to drive him to the deck. Likewise, if the opponent is pulling on you, you can push him to drive him to the deck.

(b) Off-balancing techniques rely on the generated power of the opponent.  In combat, you are often tired and may be outnumbered.  Depending on the generated energy and momentum of the opponent, you can employ these

techniques with very little effort and still obtain effective results.

(c)  Because off-balancing techniques rely on the momentum and power generated by the opponent, they are particularly effective techniques for men and women who may be outsized by their opponent or lack their opponent's strength.

(4) Practical Application for Off-Balancing.

(a) Begin the practical application with students facing one another.  Designate one student as the opponent and the other to perform off-balancing.

(b) Direct students:  With your left hand, grasp the opponent's right hand, with your right hand, grasp the opponent's left shoulder, etc.

(c) Practice each of the eight angles of off-balancing. Ensure students push or pull just enough to see that the opponent is off-balanced, not to drive the opponent to the deck.  When the opponent takes a step back or forward, he is off-balanced and compensating to maintain his balance.

    c.  Execution.  The third and final piece of a throw is the execuion. Whatever steps remain in the throw to take the opponent to the deck are utilized here. Each piece before this, is just to set up and assist in this final process.

**3.  LEG SWEEP**                                                    (20 MIN)

    a.  Leg Sweep.  A leg sweep can be used to take the opponent to the deck while you remain standing.  A leg sweep is particularly effective if the opponent is already off-balanced and moving backward or pulling on you.

    b.  Training the Technique.  To teach the leg sweep technique, walk students through the technique, step by step, working on proper body position and execution.  To teach the leg sweep, have the student:

(1) Stand facing opponent.

(2) With your left hand, grasp the opponent's right
wrist. Grab the opponent's clothing or gear if you cannot grab his
wrist.

(3) Step forward with your left foot on the outside of
the opponent's right foot. At the same time, with your right hand,
grasp your opponents upper right torso area eather on gear or
flesh.

    (a) Your foot should be at least in line or behind
the opponent's foot.

    (b) Your foot should be placed outside of the
opponent's foot, far enough to provide room to bring the other
leg through to execute the sweep.

(4) Begin to off-balance the opponent by pulling his
wrist downward close to your body and pushing his shoulder
backward.

(5) Raise your right knee (no higher than waist high) and
bring your foot behind the opponent's right leg, and stop. The leg
should be bent at the knee.

    (a) This action takes less movement than
straightening the leg prior to the sweep.

    (b) When your leg is raised you should be balanced
and in a position to easily off-balance the opponent.

(6) Sweep through the opponent's leg, making contact
with your calf on the opponent's calf. At the same time, continue off-
balancing by pulling the wrist and driving your opponent back with
your right side.

    (a) In a combative engagement contact will be made with the
cutting edge of the heel on the opponent's achilles tendon or
calf.

(7) Bending at the waist, continue to drive through the opponent's
leg as you force him down to the deck.  You have to release your
grip on the opponent's shoulder in order to maintain your balance.

(8) Rapidly return to the basic warrior stance.

## 4. EQUAL OPPORTUNITY                                          (15 MIN)

a. <u>Definition</u>.  To begin with we will discuss the defintion of te term equal opportunity.  "Equal Opportunity" is a concept which requires that the objectives of fair and equal treatment and equality of opportunity for all be applied to all management functions and leadership actions.  What does this mean to each of us?   Understanding what equal opportunity is, we will now discuss some of the prejudicial attitudes and additional definitions that will help us to understand what equal opportunity is and isn't.

(1) <u>Discrimination</u>. An act, policy or procedure that arbitrarily denies equal opportunity because of race, color, religion, sex, age or national origin to an individual or group of individuals.

(2) <u>Ethnic Group</u>. A segment of the population that possesses common characteristics and a cultural or national heritage significantly different from that of the general population.

(3) <u>Minority</u>. A group differing from the predominant section of a larger group in one or more characteristics: e.g., ethnic background, language, culture or religion.  As a result, a minority group is often subjected to differential treatment.

(4) <u>Prejudice</u>. The holding of a judgment or opinion without regard to pertinent fact, typically expressed in suspicion, fear, hostility, or intolerance of certain people, customs, and ideas.

(5) <u>Race</u>. Any of the major biological divisions of mankind distinguished by color and texture of hair, color of skin and eyes, stature, bodily proportions, or other genetically transmitted physical characteristics.

(6) <u>Sexual Harassment</u>. Influencing, offering to influence, or threatening the career, pay, or job of another person in exchange for sexual favors; or deliberate or repeated offensive comments, gestures, or physical contact of a sexual nature in a work or work-related environment.

b.  Finally let us discuss the Marine Corps policy on equal opportunity and why equal opportunity is important to a warrior.

(1) The Marine Corps will provide equal opportunity for all military members without regard to race, color, religion, sex, age or national origin, consistent with requirements for physical and mental capabilities. Marines must recognize the importance, dignity, needs and aspirations of the individual.

(2) As warriors, each Marine is part of a team whose primary purpose is to prepare for and fight our Nation's battles.  This means there must be a fully integrated Marine Corps in which all personnel are striving for the common goals.  Further, there is a need for the development of each individual to the highest degree of responsibility possible, dependent only upon individual talent and diligence. The achievement and maintenance of these goals is integral to full development of the *esprit de corp*s, pride and individual readiness that are essential to combat readiness. Ensuring that fairness and equality of opportunity are extended to all personnel in each and every action that affects the individual Marines is an inherent function of leadership and will be given appropriate consideration in performance evaluation.  On the battle field the race, creed, sex, or ethnic origin of the Marine on your left and right is irrelevant.  Being a Marine and working together are what matters.

(3) All Marines should understand that adherence to our basic leadership traits and principles provides for the fundamentals equal opportunity addresses. We also must recognize that discrimination based upon race, color, religion, gender, age, or national origin, consistent with the law and regulations are alien to the basic values of the Marine Corps.   Therefore, discrimination is alien to the actions of a Warrior.

**SUMMARY:**_____(1 MIN)

Throwing techniques rely on off-balancing to throw an opponent to the deck while you remain standing, thereby gaining the tactical advantage. Throwing techniques are particularly effective techniques because they are size and gender neutral because they rely on the momentum and power generated by the opponent, rather than the strength or size of the Marine. This lesson covered off-balancing techniques and the leg sweep throw. In keeping with the Marine Corps leadership philosophy, the responsibility for accomplishing equal opportunity goals is not dependent on authority and is not the function of any special staff officer. Rather, all Marines are expected to exert proper leadership by promoting harmonious interactions among individuals, regardless of age, race, color, religion, gender, or national

MA-1.09

origin, by exemplifying fair treatment for all Marines and identifying unfair practices to higher authority via the chain of command.

We all need to understand that th effects that prejudicial attitudes have in off-balancing individual Marines and the unit.   As warriors, each Marine understands that as a "band of brothers" each of us is critical to the success of our Corps and its  mission.  While each of us is unique, the fires of recruit training and officer candidate schools bind us in a sameness that means being a Marine.

**UNITED STATES MARINE CORPS**
Martial Arts Center of Excellence
The Basic School
Marine Corps Combat Development Command
Quantico, Virginia 22134

**DETAILED OUTLINE**

**CHOKES**

**INTRODUCTION**                                                          (3 MIN)

1.  <u>GAIN ATTENTION</u>.  When performed correctly, a choke can render an opponent unconscious in as little as eight to thirteen seconds.  Chokes can be easily performed regardless of size or gender.  However, to be effective, you must fully understand how to apply the techniques.  As a Marine we all face various temptations in life.  Like the rear choke that we are about to learn these temptations can choke off our ability to think and act intelligently.  Substance abuse can choke the spirit of a warrior.

2.  <u>OVERVIEW</u>.  This lesson will cover the techniques for executing a rear choke and the figure-four variation of the rear choke, as well as discuss the problems of substance abuse.

3.  <u>INTRODUCE LEARNING OBJECTIVES</u>.  The Learning Objectives pertaining to this lesson are as follows:

    a.  <u>TERMINAL LEARNING OBJECTIVES</u>.

        (1)  Given opponent, mouthpiece, and without the aid of the references, execute chokes in accordance with the references. (8550.01.08)

        (2)  Without the aid of references, discuss substance abuse prevention in accordance with the references. (8550.01.24)

    b.  <u>ENABLING LEARNING OBJECTIVES</u>.

        (1)  Given opponent, mouthpiece, and without the aid of the references, execute a rear choke in accordance with the references. (8550.01.08a)

        (2)  Given opponent, mouthpiece, and without the aid of

references, execute a figure 4 variation to the rear choke in accordance with the references. (8550.01.08b)

   (3)  Without the aid of the reference discuss the Marine Corps policy concerning distribution, possession and use of illegal drugs in accordance with the references. (8550.01.24a)

   (4)  Without the aid of the reference discuss the Marine Corps policy on the use of alcohol in accordance with the references. (8550.01.24b)

   (5)  Without the aid of the reference discuss the Marine Corps policy on the abuse of alcohol in accordance with the references. (8550.01.24c)

4. <u>METHOD/MEDIA</u>.  This class will be taught by E.D.I.P. and guided discussion.

5. <u>EVALUATION</u>.  Topics from this lesson will be evaluated by performance and oral evaluation.

**BODY**                                                   **(55 MIN)**

## 1.  INTRODUCTION TO CHOKES         (10 MIN)

   a. <u>Types of Chokes</u>.  A choke is performed by either closing off the airway to the lungs, thereby preventing oxygen from reaching the heart, or by cutting off the blood flow to the brain.  Both types of chokes can result in unconsciousness and eventual death for an opponent.  Chokes are classified in two categories.

     (1) <u>Blood Choke</u>.  A blood choke is performed on the carotid artery which carries oxygen-enriched blood from the heart to the brain.  The carotid artery is located on both sides of the neck.

       (a) When executed properly, a blood choke takes between eight and thirteen seconds for the opponent to lose consciousness.

       (b) The blood choke is the preferred choke because its intended effect (i.e., the opponent losing consciousness) can be executed quickly, ending the fight.

2

(2) <u>Air Choke</u>.  An air choke is performed on the windpipe
or trachea, cutting off the air to the lungs and heart.

    (a) When executed properly, an air choke takes
between two and three minutes for the opponent to lose
consciousness.

    (b) Due to the length of time it takes to stop the
fight with an air choke, air chokes are not recommended and
will not be taught in this course.

    (c)  As an instructor, you need to know the
difference between a blood and air choke because, when a
blood choke is incorrectly performed, most likely the student is
applying pressure to the windpipe and executing an air choke.

b.  <u>Safety Precautions During Training</u>.  To prevent injury to
students during training, ensure the following:

    (1) Never execute a choke at full force or full speed
during training because the carotid artery could collapse.

    (2) Once a technique is applied to the point the student
is uncomfortable, the student must "tap out" to indicate to his
opponent to immediately release pressure or stop the technique.
The student "taps out" by firmly tapping his hand several times on
any part of the opponent's body that will get his attention.  The
student should never go to the point of becoming light headed
during a choke.

    (3) Do not hold a choke for more than five seconds in
training.

    (4) Do not apply pressure to the opponent's throat during
training because the trachea and windpipe can be crushed.  During
training ensure students apply the procedures properly for blood
chokes and do not execute air chokes.

## 2.  REAR CHOKE                                           (15 MIN)

a.  <u>Purpose</u>.  The rear choke is a blood choke performed when
you are behind the opponent, the opponent is on the ground, or when
you are taking the opponent to the ground.

b. <u>Training the Technique</u>.  To teach the rear choke, you do not begin by having students execute the entire technique.  Instead, you walk students through the technique, step by step, beginning from a kneeling position and working up to a standing position.  To teach the rear choke, have the student:

(1) <u>From a Kneeling Position</u>.

(a) Begin with the opponent kneeling on the deck and you standing behind him.

(b) With your right arm, reach over the opponent's right shoulder and hook the bend of your arm around his neck.

(1)   Ensure the opponent's windpipe is positioned within the bend of your arm, but pressure is not being exerted on his windpipe.
(2)   Your body should be against the opponent's body.

(c) With your left hand, clasp both hands together, palm-on-palm, with your right palm facing the deck.

(d) Exert pressure with your biceps and forearm on both sides of the opponent's neck on his carotid arteries.

(1)     Pressure should be exerted with the forearm along the radial bone.

(2)     The knuckles of the right hand should be facing straight up.

(3)     Ensure the opponent's windpipe is positioned within the bend of your arm, but pressure is not being exerted on his windpipe.

(e) While maintaining pressure with your biceps and forearm on both sides of the neck, draw the opponent closer to you by drawing your right arm in.

(f) To increase the effectiveness of the choke, apply forward pressure to the back of the opponent's head with your head by bending your neck forward.

4

(2) <u>From the Standing Position</u>.  If the opponent is shorter than you, the procedures are the same as from a kneeling position.  If the opponent is taller than you or the opponent is wearing bulky gear or a pack on his back, you must get the opponent in a position where you can reach around his neck and gain leverage to execute the choke.

(a) Begin by standing behind the opponent.

(b) To break the opponent down:

(1) With your right arm, reach over the opponent's right shoulder and hook his chin, face, or neck with your hand, wrist, or forearm.

(2) In addition, you may step or push on the area behind the opponent's knee with your foot.  This will off-balance the opponent and cause him to bend at the knees and fall forward.

(c) As the opponent is brought down, pull back on the opponent's chin and slide your right forearm around his neck, hooking the bend of your arm around his neck.

(d) You are now in position to execute the choke and the steps are the same as from the kneeling position.

c.  <u>Figure-Four Variation</u>.  A variation of the rear choke is the figure-four choke.  The figure-four choke allows you to gain more leverage on the rear choke.  If you cannot secure the rear choke, you may apply the figure-four variation to increase the pressure of the choke on the opponent.  To teach the figure-four variation of the rear choke, have the student:

(1) Apply a rear choke.  Your body should be against the opponent's body.

(2) Grasp your left biceps with your right hand and place your left hand against the back of the opponent's head.

(3) With your left hand, push the opponent's head forward and down.

(4) Draw your right arm in, maintaining pressure with

5

your biceps and forearm on both sides of the opponent's neck.

## 3.  POLICY                                           (5 MIN)

a.  The Marine Corps has a zero tolerance policy in regards to the illegal use of controlled substances.  This policy is explained to every potential recruit before joining the Marine Corps and continues to be reinforced throughout a Marines career.  No one can say, "I didn't know."  By being honest with ourselves and living by our Core Values the temptation of drug use should be something that each of us can avoid.

b.  In regards to alcohol consumption the Marine Corps abides by the local, state and federal regulations to include overseas commands.  For the majority of Marines this means the drinking age is 21.  Along with this, all leaders in the Corps teach that for those who are old enough and want to drink, they have a responsibility to do so responsibly.  For those not yet 21 they are bound by the need for self-discipline and the requirement to follow regulations.  For those authorized to consume alcohol, you need to be aware of its affects on you body and mental ability.

## 5.  SUBSTANCE ABUSE AND THE WARRIOR VIEW            (10 MIN)

a.  For the Marine Warrior substance abuse is contrary to our ethos.  We train hard to prepare ourselves for the physical rigors of combat, why would we then do something to destroy the efforts of all that training.  A warrior is a man or woman of integrity.  We know the laws and regulations concerning illegal drug use, drunk and disorderly conduct, or driving under the influence, why would we demonstrate a lack of integrity by ignoring these laws.  As a warrior we would not.  More importantly as a warrior we should be smart enough to know that when we use illegal drugs or abuse alcohol we are undermining everything that makes us a warrior...Our body, mind and spirit.

b.  When we use drugs or abuse alcohol we cloud our mind.  With each drink our judgement becomes more impaired, we are no longer capable of sound judgement and in many cases make decisions that get us into trouble, and the next day we ask ourselves what was I thinking.

c.  When our judgement is impaired and we are faced with moral or ethical decisions will we make the right one or will we dishonor ourselves and make a decision that we will be ashamed of later.

d.  Finally, we become physical helpless.  As you train in the physical discipline of the martial art you become tougher and more lethal.  But after

too many beers could you defend yourselves, or would you find yourself assaulted, injured, powerless to defend yourself?  At this point all your training is useless and the only use you will have for your black belt is as a tourniquet to stop the bleeding.

  e.  If you drink know your limits, enjoy yourself and relax but never let your guard completely down.

**SUMMARY:**_____(2 MIN)

  Chokes are effective techniques for quickly ending a fight.  Chokes can be easily performed regardless of size or gender.  Therefore, a student learning the technique may not realize its swift effectiveness in injuring an opponent.  Therefore, when you are learning the technique, you may not realize its swift effectiveness in injuring an opponent.  This lesson covered the techniques for executing the rear choke with figure-four variation.  In the same way substance abuse can choke you physically, mentally and moraly.  Substance abuse is contrary to our warrior ethos.  We train hard and should always be in control of ourselves.  This does not prevent you from enjoying yourself or taking a well-deserved break.  It simply means you do so without ever compromising your values or standards and never giving up your self-control.

MA-1.07

**UNITED STATES MARINE CORPS**
Martial Arts Center of Excellence
The Basic School
Marine Corps Combat Development Command
Quantico, Virginia 22134

## DETAILED OUTLINE

### STRIKES (LOWER BODY)

**INTRODUCTION**                                                    (6 MIN)

1. GAIN ATTENTION.  The legs provide the most powerful weapons of the body with which to execute strikes because they use the largest muscles of the body.  Legs are less prone to injury than are arms.  The power with which the legs can be used can inflict serious damage upon an opponent.  Like strikes with the arms, strikes with the legs are easily learned and sustained through training and can be easily incorporated into physical training.  Like Marines before us, we must possess the ability to adapt and operate in hostile environments in order to accomplish our mission.  Due to the variety of missions in which the Marine Corps is involved, Marines must be able to respond to such acts with the least amount of lethality and escalate the use of force only when necessary.  This ability to adapt and operate in a hostile environment, which is part of our legacy, will also be discussed by the use of a specific example during the last portion of this class.  We will discuss a selected warrior study that explains the actions of an ordinary Marine who accomplished extraordinary feats.

2. OVERVIEW.  This lesson will cover the techniques for executing tan belt level strikes with the legs as well as discuss a pre-selected Warrior Study.

3. INTRODUCE LEARNING OBJECTIVES.  The Learning Objectives pertaining to this lesson are as follows:

   a. TERMINAL LEARNING OBJECTIVES.

      (1) Given striking pad, mouthpiece, and without the aid of reference, execute lower body strikes in accordance with the references.  (8550.01.07)


      (2) Without the aid of the reference, participate in a Warrior Study in accordance with the reference.  (8550.01.22)

    b.  <u>ENABLING LEARNING OBJECTIVES</u>.

       (1)  Given striking pad, mouthpiece, and without the aid of reference, execute lower body strikes in accordance with the references.  (8550.01.07a)

       (2) Given striking pad, mouthpiece, and without the aid of reference, execute a round kick in accordance with the references.  (8550.01.07b)

       (3) Given striking pad, mouthpiece, and without the aid of reference, execute a vertical knee strike in accordance with the references.  (8550.01.07c)

       (4) Given striking pad, mouthpiece, and without the aid of reference, execute a vertical stomp in accordance with the references.  (8550.01.07d)

       (5) Without the aid of the reference, discuss Marine Corps values demonstrated by the Marine who is the subject of the Warrior Study in accordance with the references.  (8550.01.22a)

       (6) Without the aid of the reference, discuss the leadership principles and traits demonstrated by the Marine who is the subject of the Warrior Study in accordance with the references. (8550.01.22b)

4.  <u>METHOD/MEDIA</u>.  This class will be taught by EDIP and guided discussion.

5.  <u>EVALUATION</u>.  Topics from this lesson will be evaluated by performance evaluation when requirements are met.

<u>**BODY**</u>                                         **(62 MIN)**

**1.  SAFETIES:**  In order to prevent injury to students during training the following safeties will be enforced:

    a.  All techniques will be taught and practiced in stages.

       1.  Begin with executing the strikes "in the air."  Do not allow students to make contact on an opponent or a target during the initial stages of training.

2.  As students become more proficient, turn and face one another to aquire target areas on the opponent.  At no time will contact be made between students.

3.  When students become proficient techniques will be executed on striking pads.

b.  Ensure students avoid full extension of the legs when practicing techniques in the air to prevent hyper-extension of the joints.

c.  Techniques will not be executed at full force or full speed.

**2.  KNEE STRIKE**                                           (10 MIN)

Purpose:  Knee strikes are excellent weapons close range of combat.  Knee strikes are used to create and maximize damage to your oponent.

a.  Vertical Knee Strike.

(1) Striking Surface.  The striking surface is the thigh, slightly above the knee.

(2) Target Areas of the Body.  If the opponent is upright, the groin is often the target.  If the opponent is bent over, ideal target areas are the opponent's face and sternum.

(3) Technique.  To train the vertical knee strike, have students:

(a)  Grab the opponent's neck or gear

(b) Pull the opponent down at the same time raise your right knee driving it up forcefully into the opponent.

1. Power is generated by pulling the opponent down and thrusting the leg upward.

(c) Make contact on the opponent two inches above your right knee.

(d) Follow-through the target area with your knee.

**MA-1.07**

    (e)  Rapidly retract to the basic warrior stance.

**3.  KICKS**                                               (35 MIN)

    a.  <u>Purpose</u>.  The purpose of kicks is to stop an opponent's attack or to create an opening in his defense in order to launch an attack.  Kicks can be performed with the lead leg or the rear leg.

        (1) Kicks with the rear leg have greater power becausethe hips can be rotated into the attack.

        (2) However, the rear leg is further away from opponent, so a strike with the rear leg will not make contact on the opponent as quickly as a strike with the lead leg.

    b.  <u>Front Kick</u>.  The front kick is executed when the opponent is in front of you.

        (1) <u>Striking Surface</u>.  The striking surfaces are the toe of the boot or the bootlaces.

        (2) <u>Target Areas of the Body</u>.  The target areas are the opponent's groin, knee, shin and inside thigh.

        (3) <u>Technique</u>.  To train the front kick, have students:

            (a) Raise your right knee waist high and, pivoting your hips into the attack, thrust your right foot forward toward the opponent.

                [1]  You may have to shift your body weight to your left leg to maintain balance.

                [2] Never extend your foot above waist high because it is difficult to maintain power and it is easier for the opponent to counter by blocking or catching your leg.

                [3] Keep in mind it is difficult to change the direction of a kick after it is initiated because you have limited movement on one leg.

            (b) Make contact on the opponent with the toe of your right boot or bootlaces.

            (c) Follow-through the target area with your foot and leg.

(d) Rapidly retract to the basic warrior stance

c. <u>Round Kick</u>.  The round kick is executed when the opponent is in front of you.

(1) <u>Striking Surface</u>. The striking surface is the shin slightly above the ankle.

(2) <u>Target areas of the Body</u>. The target areas are the opponents Peroneal Nerve (outside of the leg), Femoral Nerve (inside of the leg).

(3) <u>Technique</u>. To train the round kick, have the students:

(a) Raise your rear leg slightly off the deck; ensuring your knee is slightly bent, pivoting your hips and shoulders into the attack. Thrust your rear leg forward in an arcing motion towards your opponent, ensuring that the foot of the lead leg is pointed 45 degrees to the outside of the opponent.

[1] You may have to shift your body weight to your left leg to maintain your balance. Ensure that the foot of the lead leg is pointing 45 degrees to the outside.

[2] With your lead leg slightly bent, extend your rear leg towards your opponent in an arcing motion.

[3] Thrust your rear hip and shoulder forward to generate additional power.

(b) Make contact on the opponent with the shin of the rear leg or the top of the foot.

(c) Follow through the target area.

(d) Rapidly retract to the basic warrior stance

## 4.  STOMPS                                                    (15 MIN)

a. <u>Purpose</u>.  A stomp is performed when the opponent is on the ground and you are standing.

b. <u>Vertical Stomp</u>.

(1) <u>Striking Surface</u>.  The striking surface is the flat bottom of your boot or the cutting edge of your heel.

(2) <u>Target Areas of the Body</u>.  The target areas are the opponent's head or extremities.

(3) <u>Technique</u>.  To train the vertical stomp, have students:

    (a) Raise the knee of your right foot above waist level.

        [1] Your right leg should be bent at approximately a 90-degree angle.

        [2] Shift your body weight to your left leg to maintain your balance.

    (b) Forcefully drive the flat bottom of your right boot or the cutting edge of your right heel down onto the opponent.

    (c) At the same time, bend your left knee slightly to drop your body weight into the strike.

    (d)  Rapidly retract to the basic warrior stance.

## 5.  WARRIOR STUDY                                    (15 MINS)

## SUMMARY:_____(4 MIN)

The legs provide the most powerful weapons of the body to execute strikes because they use the largest muscles of the body.  In addition, legs are less prone to injury.  Strikes with the legs are among the primary techniques you will use in any close combat confrontation.  This lesson covered strikes with the legs including knee strikes, kicks, and stomps.  Once Marines understand and can apply these techniques, they can use them in a variety of situations to retain their weapons and control a person without unnecessarily escalating the violence of the situation.  In the same manner, ith proper training and the warrior spirit, Marines will continue to rise to the occasion and accomplish the mission no matter how arduous.  This ensures that the legacy of the past will continue to the future and the Marine Corps will continue to be the world's finest fighting force.

MA-1.06

**UNITED STATES MARINE CORPS**
Martial Arts Center of Excellence
The Basic School
Marine Corps Combat Development Command
Quantico, Virginia 22134

**<u>DETAILED OUTLINE</u>**

**UPPER BODY STRIKES**

**<u>INTRODUCTION</u>**                                                     (3 MIN)

1. <u>GAIN ATTENTION</u>.  Strikes are an important part to the unarmed element of
Martial Arts training.  Punching is often not the best weapon to use, so one must
hone other skills to minimize self-injury. These techniques involve simple
movements and gross motor skills. To be effective, these techniques must be
trained and practiced until they can be executed instinctively. Strikes are
offensive skills.  In combat taking the offensive is the key to success.  At other
times an offensive attitude is contrary to our warrior ethos.  One aspect of this is
our dealings with fellow Marines.  All Marines share responsibility for maintaining
the proper environment of mutual respect and confidence within their units.
Teamwork, *esprit de corps*, and identity with a common purpose are the key
aspects that make our Marine Corps what it is today; a proud, effective military
force.  Sexual harassment is one type of discriminatory behavior that erodes
morale and discipline and is capable of destroying unit readiness.

2. <u>OVERVIEW</u>.  This lesson will cover the techniques for executing tan belt level
upper body strikes as well as understand the problems of sexual harassment and
discuss why sexual harassment like all forms of discrimination is contrary to the
warrior ethos of a Marine.

3. <u>INTRODUCE LEARNING OBJECTIVES</u>.  The Learning Objectives pertaining to
this lesson are as follows:

    a. <u>TERMINAL LEARNING OBJECTIVES</u>.

        (1) Given striking pad, mouthpiece, and without the aid of
        references, execute upper body strikes in accordance with the
        references. (8550.01.06)

        (2) Without the aid of the reference, discuss sexual harassment in
        accordance with the references.  (8550.01.23)

    b. <u>ENABLING LEARNING OBJECTIVES</u>.

        (1) Given striking pad, mouthpiece, and without the aid of
        references, execute an eye gouge in accordance with the
        references. (8550.01.06a)

        (2) Given striking pad, mouthpiece, and without the aid of
        references, execute a horizontal hammer fist in accordance with the
        references. (8550.01.06b)

        (3) Given striking pad, mouthpiece, and without the aid of
        references, execute a vertical hammer fist in accordance with the
        references. (8550.01.06c)

        (4) Given striking pad, mouthpiece, and without the aid of
        references, execute a forward horizontal elbow strikes in
        accordance with the references. (8550.01.06d)

        (5) Given striking pad, mouthpiece, and without the aid of
        references, execute a vertical elbow strike, low to high in
        accordance with the references. (8550.01.06e)

        (1) Without the aid of the reference, discuss the DOD definition of
        sexual harassment in accordance with the references.
        (8550.01.23a)

        (2) Without the aid of the reference, discuss the 4 areas of impact
        that sexual harassment has on combat readiness in accordance
        with the references.  (8550.01.23b)

4.  <u>METHOD/MEDIA</u>.  This class will be taught by means of EDIP and guided
discussion.

5.  <u>EVALUATION</u>.  Topics from this lesson will be evaluated by performance
and oral evaluation.

**BODY**                                                          **(85 MIN)**

**1.  INTRODUCTION TO STRIKES**                          (10 MIN)

    a. <u>Purpose</u>.  The purpose of strikes is to stun the opponent
    or to set him up for a follow-up finishing technique.  Strikes are
    unarmed individual striking techniques that are performed with the
    arms and legs as personal weapons.

(1) The hands, forearms, and elbows are individual weapons of the arms that can be used to execute strikes including the hammer fist, knifehand, chin jab, eye gouge, and elbow strikes.

(2) These strikes provide a variety of techniques that can be used in any type of close combat encounter.

b.  Principles of Execution.  Regardless of the strike, there are several principles of execution that ensure its effectiveness.

(1) Generating Power.  In executing an effective strike, it is important to generate maximum power through weight transfer by:

(a) Rotating the hips and shoulders into the attack.

(b) Moving your body mass straight forward or backward in a straight line.

(c)  Dropping your body weight into an opponent.  Body mass can be transferred into an attack from high to low or from low to high.

(2) Muscular Tension.  There should be muscular tension in the hand and forearm at the moment of impact to maximize damage to the opponent and to avoid injury to your hand.  The arms are relaxed until the moment of impact.

(3) Follow-through.  A strike should be delivered so that the weapon (e.g., hand, elbow) hits and remains on the impact site (target), and follows through the target.  This technique will inflict maximum damage on the opponent.

(a) Strikes with the arms are executed with "heavy hands," i.e., the strike is executed by driving through with the strike to allow the weight of the hand to go through the target area of the body.

(b) Contact on an opponent should be made with the arm slightly bent; the arm extends as it moves through the target.

(c) Using this technique, strikes do not have to be executed at full force to be effective.

c. <u>Movement</u>.  Your movement will put you in the proper position for launching an attack against your opponent as well as to help protect yourself.  Movement is initiated from the basic warrior stance and ends with resuming the basic warrior stance.  Each strike can be performed with either the left or right arm depending upon:

(1) Your angle of attack.

(2) The position of the opponent.

(3) The available vulnerable target areas exposed on the opponent.

d. <u>Target Areas of the Body</u>.  For each strike, there are target areas of the body which, when struck, maximize damage to an opponent.  Strikes use gross motor skills as opposed to fine motor skills.  The target areas of the body are just that:  areas.  Pinpoint accuracy on a specific nerve is not needed for the strike to be effective.

e. <u>Safety Precautions During Training</u>.

(1) To prevent injuries train the practical application portion of strikes in three stages:

(a) Begin by executing the strikes "in the air."  Do not make contact on an opponent or a target during the initial stages of training.

[1] Ensure you are spaced far enough so that you will not strike each other.

[2] When striking in the air, avoid full extension of the arms to prevent hyper-extension of the joints.  When striking an object (e.g., heavy bag), hyper-extension is not as big a concern because the object absorbs the impact.

(b) In the second stage of training, pair up and aquire target areas on your oponent.  At no time will contact be made.

(c) As proficiency is gained execute strikes on equipment (when available) such as an air shield, a heavy air bag, or a bayonet dummy.

[1] For strikes with the arms, have the opponent student block the strike with the meaty portion of his forearm by

4

elevating his arm, with elbow bent, above his head or to his side.

(d) Strikes will not be executed at full force or full speed.

## 2. STRIKES WITH THE HANDS (30 MIN)

a. <u>Hammer Fist</u>.  Striking with the hammer fist concentrates power in a small part of the hand which, when transferred to the target, can have a devastating effect.

(1) <u>Striking Surface</u>.  The striking surface of the hammer fist is the meaty portion of the hand below the little finger.

(2) <u>Target Areas of the Body</u>.  The hammer fist is ideal for targets such as arm and leg joints, the neck, the head, the ribs, and kidneys.

(3) <u>Technique</u>.  To train the hammer fist strike, have students:

(a) Make a fist.

(b) Retract your right hand so your fist is next to your face and neck.  Your arm is bent at approximately a 45- to 90-degree angle.  At the same time, rotate your right hip and right shoulder backward.

(c) Thrust your fist forward onto the opponent while rotating your right hip and shoulder forward.

[1] Rotate your wrist so the hammer fist makes contact on the opponent.

[2] Contact should be made with the meaty portion of your hand below the little finger.

(d) Follow-through the target area with your fist.

(4) <u>Angles of Attack</u>.  The hammer fist can be thrown horizontally or vertically:

(a) When thrown horizontally, the hammer fist strike gets its power from a rotation of the hips and shoulder.

(b) When thrown vertically, the hammer fist strike comes straight down in a straight line and gets its power from:

[1] Dropping your weight into the opponent by bending the knees and transferring your weight from high to low.

[2] Rotation of the hips and shoulder.

b. <u>Eye Gouge</u>.  The eye gouge is used to attack an opponent's eyes, blinding him so follow-up strikes can be executed.

(1) <u>Striking Surface</u>.  The striking surface is the tips of the fingers and thumb.

(2) <u>Target Areas of the Body</u>.  The target area is the eyes.

(3) <u>Technique</u>.  To train the eye gouge, have students:

(a) Extend your left hand with your fingers slightly spread apart to allow entry into the eye sockets.

(b) With the palm of your hand either toward the deck or toward the sky, thrust your left hand forward into the opponent's eyes.

[1] Thrust your hand forward at the opponent's nose level so your fingers can slide naturally into the grooves of the opponent's eye sockets.

[2] When striking toward the nose, there is a better chance that the fingers will slide up and into the eye sockets.

## 3.  ELBOW STRIKES (30 MIN)

a.  <u>Angles of Attack</u>.  Elbow strikes can be performed from a variety of angles:  vertically (low to high or high to low) and horizontally (forward or to the rear).

b.  <u>Striking Surface</u>.  The striking surface is two inches above or below the point of the elbow, depending upon your angle of attack, the opponent's attack angle, and the position of the opponent.

**MA-1.06**

c.  Target Areas of the Body.  Elbow strikes can be delivered to any part of an opponent's body.

d.  Vertical Elbow Strike (low to high).  To train the vertical elbow strike low to high, have students:

(1) Bend your right elbow, keeping your fist close to your body. Your fist is at shoulder level and your elbow is next to your torso.

(2) Thrust your elbow vertically upward toward the opponent.

(a) Keep your elbow bent throughout the movement.

(b) Rotate your right shoulder and hip forward to generate additional power.

(c) Make contact on the opponent with your right forearm two inches above the point of the elbow.

(3) Follow-through with the strike through the target area.

f.  Horizontal Elbow Strike (Forward).  To train the horizontal elbow strike executed forward, have students:

(1) Tuck your right fist near your chest with the palm heel facing the deck.

(2) Thrust your right elbow horizontally forward toward the opponent.  The forearm is parallel to the deck.

(a) Keep your fist tucked near your chest with the palm heel facing the deck, and your elbow bent, throughout the movement.

(b) Rotate your right shoulder and hip forward.

(c) Make contact on the opponent with your right forearm two inches below the point of the elbow.

(3) Follow-through with the strike through the target area.

## 4.  DEFINING SEXUAL HARASSMENT                    (5 MIN)

a. Sexual harassment is a form of discriminatory behavior that erodes morale and discipline and, if not eliminated, can have an adverse effect on mission readiness.   As a warrior sexual harassment is unacceptable behavior for military or civilian personnel. Such behavior will not be condoned or tolerated and will be reported when observed.

b.  Before we begin our discussion, let's define sexual harassment. Sexual harassment is a form of sex discrimination that involves unwelcomed sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature.

c.  The definition emphasizes that the conduct, need not result in concrete psychological harm to the victim, but rather need only be so severe or pervasive that a reasonable person would perceive, and the victim does perceive, the environment as hostile or abusive.  For a Marine the concept of sexual harassment means more than just workplace behavior, it includes at all times and all places.  We are Marines twenty-four hours a day, seven days a week, on or off duty.  Therefore our conduct should reflect this at all times.

## 5.  IMPACT ON READINESS                                    (5 MIN)

a.  Why is it important to prevent sexual harassment.  Because of the negative impact it can have.  "The only reason the United States of America needs a Marine Corps is to fight and win wars. Everything else is secondary." Keep this quote in mind when discussing the impact that sexual harassment has on the mission/combat readiness.

(1) Low morale.

(2) Loss of cohesion.

(3) Undermines readiness and interpersonal work relationship's.

(4) Detracts from the mission.

## 6.  LEADERSHIP RESPONSIBILITIES AND PREVENTION        (5 MIN)

a.  Overall, "PREVENTION" of sexual harassment is a leadership responsibility. Such behavior is degrading to the individual, destructive of morale, and conduct unbecoming a warrior.  It is the responsibility of the leader to maintain proper standards of behavior by all Marines in accordance with the Marine Corps' traditional requirement for good order and discipline.

    b.  Most importantly, the leader is responsible for ensuring that subordinates do not suffer any repercussions for reporting sexual harassment.

    c.  Additionally, every Marine shares responsibility for maintaining proper behavior with one another so that everyone can contribute their best efforts to the accomplishment of the unit mission.

    d.  The best way to prevent sexual harassment is to stop it before it occurs.

**SUMMARY:**                                                                    (2 MIN)

Strikes are among the primary techniques you will use in any Martial Arts unarmed confrontation.  Individual strikes can be easily learned and sustained because they involve simple movements and gross motor skills. This lesson covered the hammer fist strike, the eye gouge, and elbow strikes.  We have also had the opportunity to discuss a type of behavior that is contrary to our warrior ethos.  Sexual harassment like any form of discrimination is conduct that goes against the very principles of a warrior. It is contrary to the values that make up the character of a warrior. Like any attack on a fellow Marine or our Corps it should be met and countered with the same aggressive spirit that motivates us on the field of battle.

**UNITED STATES MARINE CORPS**
Martial Arts Center of Excellence
The Basic School
Marine Corps Combat Development Command
Quantico, Virginia 22134

## DETAILED OUTLINE

**BAYONET TECHNIQUES**

**INTRODUCTION** _____ (3 MIN)

1.  <u>GAIN ATTENTION</u>.  Every Marine carrying a rifle is armed with a bayonet.  The bayonet can be an effective weapon when a Marine is properly trained.  To be fully prepared for combat, the Marine must understand the offensive and defensive techniques that can be executed with a bayonet.  Likewise, every Marine is armed with leadership, a skill that is developed and refined throughout an entire career.   As you begin your training today you start on the path to becoming a master of the rifle and bayonet and continue the development of your own leadership capabilities.

2.  <u>OVERVIEW</u>.  This lesson will cover the techniques for training offensive bayonet techniques and defensive bayonet techniques and will discuss the fundamentals of Marine Corps leadership.

3.  <u>INTRODUCE LEARNING OBJECTIVES</u>.  The Learning Objectives pertaining to this lesson are as follows:

    a.  <u>TERMINAL LEARNING OBJECTIVE</u>.

        (1) Without the aid of the reference, given a service rifle with a sheathed bayonet, execute bayonet techniques in accordance with the references.  (8550.01.04)

        (2) Without the aid of the reference discuss the fundamentals of United States Marine Corps leadership in accordance with the references. (8550.01.20)

    b.  <u>ENABLING LEARNING OBJECTIVES</u>.

        (1) Given a service rifle, sheathed bayonet, and without the aid of reference execute a straight thrust in accordance with the references. (8550.01.04a)

(2) Given a service rifle, sheathed bayonet, and without the aid of reference execute a vertical buttstroke in accordance with the references.(8550.01.04b)

(3) Given a service rifle, sheathed bayonet, and without the aid of reference execute a horizontal buttstroke in accordance with the references. (8550.01.04c)

(4) Given a service rifle, sheathed bayonet, and without the aid of reference execute a smash in accordance with the references. (8550.01.04d)

(5) Given a service rifle, sheathed bayonet, and without the aid of reference execute a slash in accordance with the references. (8550.01.04e)

(6) Given a service rifle, sheathed bayonet, and without the aid of reference execute a parry in accordance with the references. (8550.01.04f)

(7) Without the aid of the reference, discuss the primary goal of Marine Corps leadership  in accordance with the references. (8550.01.20a)

(8) Without the aid of the refernece, identify the objectives of Marine Corps Leadership in accordance with the references. (8550.01.20b)

4.  <u>METHOD/MEDIA</u>.  This class will be taught by EDIP and guided discussion.

5.  <u>EVALUATION</u>.  Topics from this lesson will be evaluated by a performance and oral evaluation.

## BODY                                                                  (115 MIN)

## 1.  INTRODUCTION TO BAYONET TECHNIQUES          (10 MIN)

a.  <u>Holding the Rifle</u>.  When executing bayonet techniques, the rifle is held in a modified basic warrior stance.  All movement begins and ends with the basic warrior stance.  To hold the rifle:

(1)    With the right hand, grasp the pistol grip with the trigger finger kept off the trigger and included in the grip.

(2) With the left hand, grasp the handguards of the rifle under-handed.

(3) Lock the buttstock of the rifle against the hip with the right forearm.

(4) Always execute movements with the bayonet blade within a box, shoulder-width across from your neck down to your waistline. The opponent has a greater chance of blocking your attack if you bring the blade in a wide sweeping movement to the opponent. Your attacks should close with the opponent, coming straight to your target.  Always keep the bayonet end of the rifle oriented toward the opponent.

b.  <u>Safety Precautions During Training</u>.  To prevent injury to during training, ensure you follow these safety procedures:

(1) Begin by executing the bayonet techniques in the air. Ensure bayonets are sheathed.  Ensure contact is not made with an opponent when doing the target acquisition phase of "air drills".

(2) As you become more proficient, you will be allowed to execute techniques on bayonet dummies or other targets.

(3) Prior to training with a rifle, conduct an "Unload, Show Clear" of the rifle to show students the weapon is not loaded.

(4) Enforce the following four basic safety rules when handeling a weapon.

(a) Treat every weapon as if it were loaded.

(b) Never point your weapon at anything you do not intend to shoot.

(c)Keep your finger straight and off the trigger until you inted to fire.

(d) Keep your weapon on safe until you are ready to fire

## 2.  OFFENSIVE BAYONET TECHNIQUES                    (60 MINS)

### a.  <u>Straight Thrust</u>.

Purpose:  The straight thrust is performed to disable or kill an opponent.  The thrust is the most deadly offensive technique because it will cause the most trauma to an opponent and is the primary offensive bayonet technique.

(1) Target Areas of the Body.  Target areas are the opponent's throat, groin, or face.  The opponent's chest and stomach are also excellent target areas if they are not protected by body armor or combat equipment.

(2) Technique.  To train the straight thrust, have the student:

(a) Lift their left leg and lunge forward off the ball of their right foot.

(b) At the same time, thrust the blade end of the weapon directly toward the target by thrusting both hands forward.  Power is generated by:

[1] Driving and rotating your hips forward.

[2]  Driving your body weight in a linear motion toward the target.

(c) Retract the weapon and return to the basic warrior stance by stepping forward with the right foot.

**b. Buttstroke.**

Purpose:  The buttstroke is used to weaken an opponent's defenses, to cause serious injury, or to set him up for a killing blow.  The strike is executed with the toe of the stock of the rifle.  It is best executed after a thrust but if executed as the initial movement it should be followed by a slash and/or thrust.

(1) Horizontal Buttstroke.  The horizontal buttstroke is executed like a hook.

(a) Target Areas of the Body.  Target areas are the opponent's head, neck, arms, torso and legs.

(b) Technique.  To train the horizontal buttstroke have the student:

4

[1] Step forward with your right foot and drive the right elbow forward horizontaly.

[a] Rotate the hips and shoulders into the strike.
[b] Move the left hand back toward the left shoulder.

[2] Contact is made on the opponent with the toe of the buttstock.

[3] Follow through the target area with the right hand and the butt of the weapon.

(2) Vertical Buttstroke.

(a) Target Areas of the Body.  Target areas are the opponent's groin, torso, arms, and face.

(b) Technique.  To train the vertical buttstroke have the student:

[1] Step forward with the right foot, rotate the hips, and drive the right hand straight up.

[2] At the same time, pull the left hand back over the left shoulder.

[3] Contact is made on the opponent with the toe of the stock of the weapon.

[4] Follow through the target area with the right hand and the toe of the stock of the weapon.

**c.  Smash**.

Purpose:  The smash is used as a follow-up technique to the horizontal or vertical buttstroke, particularly when the target is missed on the buttstroke or to gain proper striking distance in close-in engagements.

(1) Target Areas of the Body.  The target area is the opponent's head, torso or arms.

(2) Technique.  To train the smash, have the student:

(a) Begin with the right leg forward and the blade end of the weapon over the left shoulder and the right elbow elevated above the shoulders.  Additional power may be generated by extending the left arm further back over the shoulder before executing the smash.

(b) Step forward with the right leg, rotating the hips and drive the arms straight forward, striking the opponent with the butt of the weapon.

[1] The movement can be executed in a short jab.

[2] Or the movement can be followed through completely as you drive the opponent backward or down.

**d.  Slash.**

Purpose:  The slash is used to kill an opponent or to create an opening in his defense.  It is used to best advantage in close and should be followed immediately by a thrust.

(1) Target Areas of the Body.  The target area is the opponent's neck, torso, arms.

(2) Technique.  To train the slash, have the student:

(a) Retract the left hand back toward the left shoulder.  The hand should not be back as far as it is when executing a smash.

(b) Thrust the left hand forward diagonaly to the right while bringing the right hand back toward the hip.

[1] At the same time, turn the cutting edge of the blade toward the target area.

[2] The movement should be in a slashing motion so the blade cuts across the target area.

(c) Follow through the target area with the left hand and the blade of the weapon.

**3.  DEFENSIVE BAYONET TECHNIQUES**                    (15 MIN)

6

**a.  Parry**.

   Underline{Purpose}:  A parry is used as a defensive technique toredirect or deflect an attack in preparation for executing a thrust or other appropriate offensive bayonet tachnique.  It is used against a linear attack such as a straight thrust or a smash.  A parry is a slight redirection of a linear attack by an opponent.  To train the parry, have the student:

   (1) With the weapon locked against the hip with the right forearm, rotate the body to the right or left, moving the bayonet end of the rifle to parry the opponent's attack.  Rotation should generate from the hips.

   (2) Contact is made with the bayonet end of the rifle against the barrel or bayonet of the opponent's weapon.

   (3) Redirect or guide the opponent's weapon away from your body by exerting pressure against the opponent's weapon with your weapon.

       (a) The parry should be executed with an economy of motion.

       (b) You only need to redirect the opponent's weapon a couple of inches to have the weapon miss your body.

## 5.  FUNDAMENTALS OF MARINE CORPS LEADERSHIP.    (15 MINS)

   a.  General A. M. Gray, the 29th Commandant of the Marine Corps, once stated that even if there are only two Marines together, one of them is always senior. What this means is that sooner or later all Marines will find themselves in leadership positions. Because of this, Marine Corps leadership transcends rank and billet. Each of us must be prepared to step up and assume the mantle of leadership, and each of us must set the example for others.

   b.  The most important responsibility in our Corps is to lead Marines. Marine Corps leadership is what has made Marines successful in war and peace for over two centuries.  Many things make the Marine Corps unique from other military organizations.  One of the most important of these is our leadership philosophy.  All Marines are considered leaders and our philosophy of leadership is the same from private to commandant.

c.  Because of this concept Marines begin their leadership training and development as part of the process of becoming a Marine.  While undergoing recruit or OCS training leadership development begins.  This is done through lectures such as this and other classes, by the example of your Drill Instructors and Officers, and by practical application.  Within each platoon recruits and officer candidates are assigned as guides and squad leaders as well as other leadership billets.  Each method is designed to introduce you to Marine Corps leadership.

d.  With the above concept in mind we need to discuss the goal of Marines Corps leadership and it's objectives.

> (1) The primary goal of Marine Corps leadership is to instill in all Marines the fact that we are warrios first.  The United States of America doesn't need a Marine Corps, it wants one.  We exist because of our special trust that has developed between the Corps and the Nation.  That trust is rooted in the fact that the Nation expects us to fight and win the Nation's battles while maintaining the highest standards of professionalism.

> (2) To meet the goal of leadership we must understand the objectives of Marine Corps leadership.  Mission accomplishment and troop welfare.  No matter what Marines will do whatever is necessary to accomplish the mission.  This drive to succeed is expressed by our Core Value of commitment.  No matter how easy or difficult the task we stay the course until completed with bulldog tenacity.  At the sme time we take care of our Marines because they are the ones who make the accomplishment oif the mission possible.

e.  We talk about leadership now while working on our combat skills because leadership is as important to a warrior as his ability to fight.  In fact all experienced warriors would tell you that leadership and the individual character from which it flows are even more important than physical skills.  As you study and apply leadership you will have aids to assist you and guide you.  You will learn about our leadership traits which are what make up the character of a warrior.  You will also learn our leadership principles which tell the leader what he should be doing when applying leadership.  At the same time you will learn about Marine Corps Core Values which further guide the leader.  The key is not only to learn and study these guides but to live them and apply them at all times.

**SUMMARY:** _____(2 MIN)

    As you leave the practice field today, keep in mind that each of you is a leader, trained in lethal bayonet techniques.  Whether offensively or defensively, you have been trained to defeat the enemy with a weapon that we all carry.  Likewise, while you may not currently be filling a leadership billet you still have a responsibility to conduct yourself as a leader and set the example for others.  Marines, especially those junior to you, are always watching the example you set, both in word and in action. There have been countless instances in combat when privates and privates first class and young officers have found themselves suddenly thrust in charge of squads, platoons, and companies while engaged in a life or death struggle with the enemy.  They did not hesitate, they simply did what Marines before them have done, they took charge and accomplished the mission.  You need to be prepared to do no less.

MA-1.03

**UNITED STATES MARINE CORPS**
Martial Arts Center of Excellence
The Basic School
Marine Corps Combat Development Command
Quantico, Virginia 22134

**DETAILED OUTLINE**

**BREAKFALLS**

**INTRODUCTION:**                                                  (5 MIN)

1.  <u>GAIN ATTENTION</u>.  A warrior is someone who is both physically and mentally tough.   We harden and train our bodies to deal with the rigors of combat.  If thrown by an opponent, or you fall during a struggle, you can become immobilized by breaking a limb or having the wind knocked out of you.  A breakfall technique is executed to absorb the impact of a fall to prevent injury and to allow you to get back on your feet quickly.  We must also develop a mental toughness and strength of character to deal with the stress and emotional difficulties of life.  Part of our warrior training involves understanding all of the dangers that we face in life and preparing ourselves mentally, emotionally, and physically to handle them.

2.  <u>OVERVIEW</u>.  This lesson will cover breakfalls including the purpose of breakfalls and the techniqueS for executing the following breakfalls: front, side, back, and forward shoulder roll, as well as how to identify and prevent an emotional fall; suicide.

3.  <u>INTRODUCE LEARNING OBJECTIVES</u>

    a.  <u>TERMINAL LEARNING OBJECTIVES</u>.
        (1) Without the aid of the reference, given a mouthpiece, execute breakfalls in accordance with the references.  (8550.01.03)

        (2) Without the aid of the reference, discuss suicide awareness and prevention in accordance with the references.  (8550.01.19)

    b.  <u>ENABLING LEARNING OBJECTIVES</u>.

        (1) Without the aid of the reference, given a mouthpiece, execute a front breakfall in accordance with the references.  (8550.01.03a)

        (2) Without the aid of the reference, given a mouthpiece, execute a back breakfall, in accordance with the references.  (8550.01.03b)

1

(3) Without the aid of the reference, given a mouthpiece, execute a right side breakfall, in accordance with the references. (8550.01.03c)

(4) Without the aid of the reference, given a mouthpiece, execute a left side breakfall, in accordance with the references. (8550.01.03d)

(5) Without the aid of the reference, given a mouthpiece, execute a forward shoulder roll in accordance with the references. (8550.01.03e)

(6) Without the aid of the reference, identify persons at risk from suicide, in accordance with the references. (8550.01.19a)

(7) Without the aid of the reference, identify potential suicide risk signs or signals, in accordance with the references. (8550.01.19b)

(8) Without the aid of the reference, identify keys to the prevention of suicide in accordance with the references. (8550.01.19c)

    4. <u>METHOD/MEDIA</u>.  This class will be taught by E.D.I.P method and guided discussion.

5. <u>EVALUATION</u>.  This lesson will be evaluated by performance and oral evaluation.

**BODY**                                                             **(82 MIN)**

**1.  PURPOSE OF BREAKFALLS**                        (5 MIN)
On the battlefield the last place we want to find ourselves in on the ground. We increase our vulnerability and reduce our chances of survival.  However, there will be times during an encounter with an opponent that you will lose your balance or be thrown to the deck.  To reduce the chance of injury, break falls are used to absorb the impact of the fall without getting hurt. Additionally, we need to learn to handle the mental and emotional stresses of life in order to deal with emotional falls that can lead to suicide.

    a. <u>Physical Breakfall</u>.  The purpose of breaking a fall is to absorb the impact of the fall and to use its momentum to maintain motion after hitting the ground.  If you know how to breakfall, you can reduce your chances of injury and get back on your feet quickly in order to re-establish a position of control.

Breakfall techniques use the large muscles of your body (back, thighs, and buttocks) to protect vital organs and bones from injury and immobilization.

b. <u>Emotional Breakfall</u>.  The emotional breakfall is a mind-set that allows individuals to deal with personal problems and the stresses of life.  The emotional breakfall uses positive character development, an understanding of the risk factors and signs associated with suicide, and the bond that exists between Marines in taking care of our own.

**2.  Safeties.**

    a.  To prevent injuries to students during training, train break falls in stages from the lowest position to the highest position.

    b.  Break falls will be trained on a soft footed area such grass, sand or mats.

    c.  Break falls will be executed slow at first and speed will increase with proficiency

**2.  <u>FRONT BREAKFALL</u>**                                    (10 MIN)

Purpose:  A front fall is executed to break your fall when falling forward.

a. <u>Technique</u>.  It is difficult to execute a breakfall in training because you need to be thrown to truly execute the breakfall properly, however this would create a potentially hazardous condition.  Instead we will learn and practice the front breakfall in stages.  The front breakfall will never be executed from the standing position in training.

  b. <u>From the Deck</u>.

    (1) Begin by lying on the deck on your stomach.

    (2) Place your forearms and palms flat on the deck, with your elbows bent and your chest and head raised off the deck.

    (3) Raise your head and neck so you are looking straight ahead.

    (4) Determine proper hand placement that allows your forearms and hands to support your upper torso and keep your head off the deck.

(5) Proper hand and forearm placement will spread and better absorb the impact of the fall and help to keep your head from hitting the deck.

(6) Practice by raising the forearm and slapping the deck with the fingers extended and joined.

c.  From a Kneeling Position.

(1) Assume a two-kneed kneeling position.

(2) Bend your elbows and place your palms facing out in the position that will allow you to spread and absorb the impact of the fall.

(3) Fall forward, breaking your fall with your forearms and palms. The forearms and hands, down to the fingertips, should strike the deck simultaneously.  Fingers and thumb will be extended and joined.

(4) Offer resistance with your forearms and hands to keep your head raised off the deck.

## 3.  SIDE BREAKFALL                                         (15 MIN)

Purpose:  A side breakfall is executed to break your fall on your side.

a.  Technique.  It is difficult to execute a breakfall in training because you need to be thrown to truly execute the breakfall properly, however this would create a potentially hazardous condition.  We will also learn and practice the side breakfall in stages.

b.  From the Deck.

(1) Begin by lying on the deck on your right side.  Your right leg should be straight and your left leg should be bent with your foot flat on the deck.

(2) Place your right arm, palm facing down, at a 45-degree angle out and away from your body.

(3) Raise your head and neck by tucking your chin and tilting your head up away from the deck.

(4) Bring your right arm across your body so your hand is next to your left shoulder with your palm facing inboard.

(5) With your right arm, slap the deck making contact from your shoulder or forearm down to your hand.  Tuck your chin and keep your head raised off the deck.

(6) Determine proper arm placement that allows you to keep your head off the deck.  Proper arm placement will spread and better absorb the impact of the fall.

(7) Practice this step as many times as necessary to determine proper arm placement.

c.  <u>From a Squatting Position</u>.

(1) Assume a low squatting position.

(2) Bring your right arm across your body so your hand is next to your left shoulder with your palm facing inboard.

(3) Fall on your side by sliding your right foot to the left and rolling on your right hip.

(4) Break your fall with your right arm, slapping the deck, making contact from your shoulder or forearm down to your hand.  The arm should strike the deck at a 45° angle with respect to your body.  At the same time, tuck your chin and keep your head raised off the deck.

(5) To spread and absorb the impact, stretch out your right leg to make contact with the deck.  Bend your left leg and make contact with the deck with your foot.

(6) Practice this step as many times as necessary to ensure proper arm placement to break the fall.

d.  <u>From a Standing Position</u>.

(1) Assume a standing position with the feet shoulder width apart.

(2) Bring your right arm across your body so your hand is next to your left shoulder with your palm facing inboard.

(3) Fall on your right side by sliding your right foot to the left and collapse to the right onto your right thigh, buttocks, and lat muscle.

(4) Break your fall with your right arm, slapping the deck, making contact from your shoulder or forearm down to your hand. The arm should strike the deck at a 45° angle with respect to your body.  At the same time, tuck your chin and keep your head raised off the deck.

(5) To spread and absorb the impact, stretch out your right leg to make contact with the deck.  Bend your left leg and make contact with the deck with your foot.

(6) Practice this step as many times as necessary to ensure proper arm placement to break the fall.

## 4. <u>BACK BREAKFALL</u>                                                  (10 MIN)

Purpose:  A back breakfall is executed to break the fall when being thrown or falling backward.

 a.   <u>Technique</u>.  The back breakfall is taught in stages and is never practiced from the standing position.

 b.  <u>From the Deck</u>.

(1) Begin by lying on the deck on your back.

(2) Place your arms at approximately a 45-degree angle downward, out and away from your body, palms down.

(3) Tuck your chin.

(4) Offer resistance with your arms to raise your head, neck, and shoulders off the deck.

(5) Determine proper arm placement that allows you to keep your head off the deck.

(6) Proper arm placement will spread and better absorb the impact of the fall.

(7) Once proper arm placement is determined, cross your hands in

an "X" in front of your chest.  Tuck your chin to keep your head up off the deck.  Bend your knees to raise them off the deck.

(8) Swing your arms out and slap the deck, making contact from your forearms to your hands.  The forearms and hands, down to the fingertips, should strike the deck simultaneously.  Finger and thumb will be extended and joined.

(9) Offer resistance with your arms to raise your head, neck, and shoulders off the deck.

(10) Practice this step as many times as necessary to ensure proper arm placement to break the fall.

c.  <u>From a Squatting Position</u>.

(1) Squat down on the deck on the balls of your feet.

(2) Cross your hands in front of your chest.  Fingers and thumbs will be extended and joined.

(3) Tuck your chin.

(4) Roll backward and slap the deck with your forearms and hands to absorb the impact of the fall and keep your head off the deck.  The arms should strike the deck at a 45° angle with respect to your body.

(5) Keeping your back rounded when rolling backward will prevent injury during training.

(6) Keeping your head off the deck will protect your neck and spinal column from injury.

(7) Practice this step as many times as necessary to properly break the fall.

## 5.  **FORWARD SHOULDER ROLL**                    (15 MIN)

The purpose of the forward shoulder roll is to break a fall from an opponent's attack and use the momentum to get back on your feet quickly.

a. <u>Technique</u>.  To learn the forward shoulder roll we will practice in stages:

b. <u>From the Kneeling Position</u>.

   (1) Place your right knee on the deck and your left leg bent with the foot flat on the deck.

   (2) Extend your left arm down through your legs, tucking your chin into your chest.  Lower your head and shoulders to the ground.

   (3) Push off with your feet to roll over your left shoulder to your right hip executing the proper finishing position for a right side breakfall.

   (5) With your right leg straight, slap the deck to absorb as much of the impact as possible.  Your left leg is bent and the foot hits flat on the deck.

c. <u>From the Standing Position</u>.

   (1) Place your feet shoulder width apart with your left foot forward.

   (2) Extend your left arm down through your legs, tucking your chin into your chest.  Lower your head and shoulders to the ground.

   (3) Push off with your feet to roll from your left shoulder to your left hip and buttock, allowing your forward momentum to bring you back to your feet.

   (4)  Rapidly return to the basic warrior stance.

## 6.  **<u>SUICIDE; AN EMOTIONAL FALL</u>**                              (12 MIN)

a.  Even the toughest warrior will be faced at some time with serious emotional or mentally stressful situations that can throw us off balance. We need to understand how to recognize and deal with these types of situations to protect ourselves and regain our balance from emotional falls (suicide).  To begin with we need to identify personnel who may be at risk for an emotional fall.

b. <u>Signs of an Emotional Fall</u>.  As a warrior we are always aware of our surroundings and alert to danger.  This applies to our awareness of signs of an emotional fall in others or ourselves.  Just as we train to

identify danger on the battlefield we must train to identify the dangers signs of suicide.  A person who is about to take an emotional fall may react in one of the following ways:

(1) Believes the situation is hopeless.

(2) Appears depressed, sad, tearful; may have changes in patterns of sleep and/or appetite.

(3) May talk about or actually threaten suicide, or may talk about death and dying in a way that strikes the listener as odd.

(4) May show changes in behavior, appearance or mood.

(5) May increase or start drug or alcohol use.

(6) May injure self or engage in risky behavior.

(7) Abandons planning for the future.

(8) May start withdrawing from others, including family and close friends.

(9) May give away possessions.

(10) May appear apathetic, unmotivated, indifferent.

Now that we know the signs of an emotional fall (suicide) we need to understand the factors that may have led to this situation.

c.  In order to identify the signs the warrior needs to know his fellow Marines and to be able to identify the factors that can lead to a potential suicide situation.  These factors or stress events can attack the spirit of a Marine.  The following is a partial list of these factors and includes::

(1) Depression.

(2) Substance abuse.

(3) Difficulties in relationships.

(4) Legal of financial trouble.

(5) Performance or work difficulties.

9

(6) Family problems.

(7)  All the above and many others have three common denominators; loss, hopelessness, and stress that impact the mental, emotional and spiritual balance of those effected.

d.  All of the above are situations that each of us has had to, or will have to deal with in life either personally or with fellow Marines.  The possibility of suicide or contemplation of suicide rises when an individual feels overwhelmed (attacked) by one or a series of these factors.  Additionally, many of the same stresses we face in combat, discomfort and fatigue, risk and fear, and boredom can aggravate or have the same effect as the factors above.

## 7.  **SUICIDE AWARENESS; THE EMOTIONAL BREAKFALL**     (13 MIN)

a.  To begin with each of us must embrace the warrior ethos and live our core values each day.  While this will not prevent personal problems or tragedies from coming into our life it will prepare us to better deal with these problems when they do arise.  A man or woman of strong character will possess the mental toughness to deal with most situations.  This is not to say that a person who needs help with a problem is flawed.  On the contrary, warriors are like tempered steel.  We all train hard to develop the sharpest edge combined with toughness.  But even the hardest metal has its limit.  We must recognize this in others and ourselves in order to avoid the breaking point.  While not the only solution, this will help us develop one counter to suicide situations

b.  If a situation does develop we need to be personaly aware that no matter how bad a situation appears there are always better ways of overcoming this situation besides suicide.  A Marine should be ready to ask for assistance and know that fellow Marines are there to assist him.  One of the most important counters to an emotional fall is to trust your fellow Marines  and ask for help.  Every Marine needs to understand that there is no shame in asking for assistance and it does not make them any less of a man or woman for doing so.  The capacity to ask for assistance at a time like this is in fact a sign of spiritual strength, judgement and maturity.

c.  Every member of a Marines chain of command is ready and willing to provide assistance.  Additionally, leaders have access to a host of support agencies and trained personnel that are provided to assist Marines through any situation.

10

d.  As warriors each Marine is responsible for fellow Marines.  This is especially true of those in leadership positions.  On the field of battle we fight as units not as individuals.  We need to be aware of potential problems that can lead to thoughts of suicide in fellow Marines and be prepared to assist.  The fire team must come to the aid of a fellow Marine or the entire team suffers.  Rapid intervention is a key element in suicide prevention.

e.  In order to be prepared personally and as a leader every warrior needs to educate themselves concerning suicide prevention, be aware of the resources that are avialable to help Marines, and constantly be on guard to for the possibilty of a suicide situation.  Only in this way can we develop a counter to suicides.  To do this we have an acronym that we can use to aid us in executing the emotional breakfall.  It is:

**AID LIFE**

**A** Ask: "Are you thinking about hurting yourself?"
**I** Intervene immediately.
**D** Do not keep a secret concerning a person at risk.
**L** Locate help (NCO, chaplain, corpsman, doctor, nurse,
        friend, family, crisis line, hospital emergency room).
**I** Inform your chain of command of the situation.
**F** Find someone to say with the person. Do not leave the
        person alone.
**E** Expedite! Get help immediately. A suicidal person
        needs the immediate attention of helpers.

**SUMMARY:**                                                    (5 MIN)

To prevent injury to yourself during a confrontation with an opponent, you must be able to break your fall to absorb the impact.  Proficiency in break falls comes with practice.  Adopting our Core Values, developing mental toughness and always remembering we are a team will develop the same proficiency in developing the emotional break fall.  As warriors each of us has a responsibility to ensure that we are fully trained and prepared to deal with the falls of life, both physical, and emotional.  By developing a strong body and character along with mental toughness we will be able to absorb the impact of these falls and return to our feet to continue the mission.  As we train our bodies today we also need to train our minds. And finally, we must continue to develop teamwork and build cohesion so that the strength of the Corps is the Marine and the strength of the Marine is the Corps.

In this way each of us knows that we can trust and rely on each other whether on the field of battle or in our daily lives.

MA-1.17

## UNITED STATES MARINE CORPS
Martial Arts Center of Excellence
The Basic School
Marine Corps Combat Development Command
Quantico, Virginia 22134

## DETAILED OUTLINE

### RESPONSIBLE USE OF FORCE

**INTRODUCTION**                                                                          (3 MIN)

1.  <u>GAIN ATTENTION</u>.  During your transformation into becoming a Unites States Marine you have started your training in the Marine Corps Martial Arts Program.  You have begun to develop the martial skills, mental attitude and warrior spirit.  It is essential that as you develop the physical expertise of our art you also embrace its mental and spiritual aspects.  This blending of the three elements of the Marine Corps Martial Art will ensure that you cannot only fight as a warrior but also conduct yourself as one.  When you have mastered this program you will have the skill to defeat any enemy on the battlefield and know when to walk away from a confrontational situation.  This is the responsible use of force.

2.  <u>OVERVIEW</u>.  This lesson will cover your responsibilities as a warrior for the responsible use of force.

3.  <u>LESSON PURPOSE</u>.  This lesson covers the assessment of Temper and Intent in any given situation.  The purpose of this lesson is to provide the knowledge to the Marine of how to evaluate situations before reacting to them.

4.  <u>METHOD/MEDIA</u>.  This period of instruction will be taught by lecture.

**BODY**                                                                                     **(25 MIN)**

## 1.  RESPONSIBLE USE OF FORCE                            (10 MIN)

   a.  <u>Situation</u>.  As you hone your martial arts skills, you need to be aware that you will find yourself confronted with situations from combat and military operations other than war, to those that occur during your off-duty time while on leave or liberty.  How you react to each situation will be guided in each case by the same guiding principles.  These guiding principles are rooted in our core values.

   b.  <u>Moral Principles</u>.  The responsible use of force is tied

1

to the following moral principles:

(1) <u>Service Before Self</u>.  A Marine is a warrior-defender, willing to give his life for the life of others.  Where a Marine walks, people are safer.  A Marine is the defender of others, rather than defender of one's self.

(2) <u>Equality</u>.  In any type of mission, a Marine must believe that the people he is protecting are equal to him and that his life and the lives of his loved ones are as important to him as those people's lives are to them.

(3) <u>Core Values</u>.  Marines embody the core values of Honor, Courage, and Commitment.  Marines must be physically, mentally, and morally fit to uphold these values.

(a) <u>Honor</u>.  "The bedrock of our character.  The quality that guides Marines to exemplify the ultimate in ethical and moral behavior; to never lie, cheat or steal; to abide by an uncompromising code of integrity; to respect human dignity; to have respect and concern for each other.  The quality of maturity, dedication, trust, and dependability that commits Marines to act responsibly; to be accountable for actions; to fulfill obligations and to hold others accountable for their actions."

(b) <u>Courage</u>.  "The heart of our core values, courage is the mental, moral, and physical strength ingrained in Marines to carry them through the challenges of combat and the mastery of fear; to do what is right; to adhere to a higher standard of personal conduct; to lead by example and to make tough decisions under stress and pressure.  It is the inner strength that enables a Marine to take that extra step."

(c) <u>Commitment</u>.  "The spirit of determination and dedication within members of a force of arms that leads to professionalism and mastery of the art of war.  It leads to the highest order of discipline for unit and self; it is the ingredient that enables 24-hour a day dedication to Corps and Country; pride, concern for others; and an uncompromising determination to achieve a standard of excellence in every endeavor.  Commitment is the value that establishes the Marine as the warrior and citizen others strive to emulate."

## 2.   TEMPER AND INTENT                                              (5 MIN)

In order to respond appropriately to a situation, the Marine must be able to quickly assess the temper and intent of the person so he can make a judgment as to the person's intended actions.

  a. <u>Temper</u>.  Temper refers to a person's emotional state.  Emotional state can be inferred from physical behavior such as yelling, crying, nervousness, uneasiness, calmness, jolly, aggressiveness, etc.

  b. <u>Intent</u>.  Intent refers to a person's intended actions.  Intent can be inferred from physical behavior that is more action-oriented such as running, hitting, carrying or drawing a weapon, reaching for a purse, etc.  Intent can also be inferred from a person's equipment or clothing.  Does the person's clothing and belongings conform with his reason for being there?

  c. <u>Assessing Temper and Intent</u>.  The Marine's response to a situation depends on his assessment of temper and intent.

    (1) The Marine constantly assesses temper and intent of every person he comes into contact with.

    (2) Assessment becomes more focused when the Marine observes something out of the ordinary.

    (3) Temper and intent must be assessed very quickly to determine the threat a subject poses and the way the Marine will challenge or react to the person.

    (4) Throughout any situation or confrontation, temper and intent must be constantly reevaluated and the Marine must adjust his actions accordingly.

## 3.  PRACTICAL SITUATIONS                                    (10 MIN)

As a Marine the first situation you may find yourself in where you must react as a warrior may not be on the battlefield but while on liberty.  In our daily lives we interact with fellow Marines, our families, friends, and the civilian population.  Sooner or later you may find yourself in a potential confrontation that could range from a minor disagreement, domestic dispute, road rage, potential fight up to and including  a riot.  As a warrior you must be prepared to respond to each of these situations.  Listed in descending order are options available for a warrior to take in order to arrive at a peaceful solution.

 a.  Identify a possible confrontational situation before you become involved and leave the area if possible.

b.  If you have become involved attempt to remove yourself from the situation as quickly as possible.

c.  If unable to leave or if extenuating circumstances prevent you from leaving attempt to descalate the situation.  Do not become confrontational
yourself.

d.  If you find yourself being assaulted or attacked, immediately take charge of the situation by using the minimum amount of force necessary.

e.  Be aware that alcohol and emotion do not mix and further aggrevate a confrontational situation.  A Marine does not lose control of himself.  He is a warrior whose mastery of Marine Corps Martial Arts allows him to control himself, his emotions and the situation.

## SUMMARY _____(1 MIN)

This lesson covered the responsible use of force, the assessment of temper and intent, and the practical application of the responsible use of force in your daily life.  As a Marine you have begun the journey through life as a warrior. Possessing skill with the techniques to effectively use force as needed against another human being are part what makes you a warrior. However, as a warrior you are incomplete if you do not combine the mental and spiritual disciplines of the Marine Corps Martial Arts Program with the physical discipline. And you are not a true warrior if you cannot recognize when to not use force or, when necessary, how to use that force responsibly. As you progress in the Marine Corps Martial Arts Program we will build upon this basic understanding of the responsible use of force to include its application in military operations other than war and in combat.

**EXHIBIT C**



**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
2 NAVY ANNEX
WASHINGTON, DC 20380-1775

MCO 1510.32D
C461TP
25 Aug 03

MARINE CORPS ORDER 1510.32D

From:  Commandant of the Marine Corps
To:    Distribution List

Subj:  RECRUIT TRAINING

Ref:   (a) MCO 1510.89A
       (b) MCO 1510.121
       (c) MCO 1553.1B
       (d) MCO 1553.2
       (e) MCO P6100.12
       (f) MCO 1500.52B
       (g) MCO 3574.2J
       (h) MCO 1510.122A
       (i) MCO P1900.16E
       (j) MCO 7220.52D

Encl:  (1) Individual Training Standards for Recruits

1.  <u>Situation</u>.  The purpose of this order is to provide policy and instructions for the conduct of recruit training.  References (a) and (b) apply to all Marines and describes entry-level indoctrination and skills common to all.  The specific tasks required to be taught to standard during recruit training are contained in Enclosure (1).  The most notable enhancements to recruit training are the incorporation of the Marine Corps Common Skills program as the foundation for the recruit training Program of Instruction (POI), addition of the Marine Corps Martial Arts Program (MCMAP), and the elimination of team week.

2.  <u>Cancellation</u>.  MCO 1510.32C.

3.  <u>Mission</u>.  Marine Corps Recruit Depots (MCRDs) Parris Island and San Diego conduct Recruit Training in order to transform civilians into basically trained United States Marines who can succeed on the battlefield, in garrison, and in society.

4.  <u>Execution</u>

    a.  <u>Commanders Intent and Concept of Operations</u>.  Recruit training is the second phase of a five-phase transformation process (recruiting, recruit training, School of Infantry, unit cohesion/stability, and sustainment).

        (1) <u>Commanders Intent</u>.  Transforming civilians into basically trained Marines, who are imbued with our core values of honor, courage, and commitment, is the primary focus of recruit training.  One of the goals that is fundamental to our vision contained in *Marine Corps Strategy 21* is to make Marines to win the Nation's battles and create quality citizens.  As the Nation's premier Expeditionary "Total Force in Readiness" we will continue to instill stamina and toughness in each individual Marine while simultaneously reinforcing character that values honor, integrity, and taking care of our fellow Marines; including treating each other with dignity and respect.

DISTRIBUTION STATEMENT A:  Approved for public release; distribution is unlimited.

MCO 1510.32D
25 Aug 03

    (2) <u>Concept of Operations</u>.  Recruit Training at both Parris Island and
San Diego is predicated upon an intensive 12-week entry-level training program
that consists of processing, forming, and training periods.

        (a) <u>Processing</u>.  Includes certain accession, receiving, and
administrative procedures commencing with the recruits' arrival at the depot.
During the processing period, recruits will function in an environment of minimal
stress, and the following activities will be completed:

            <u>1</u> Prompt and accurate data update of the Student Entry Level
Management System (SELMS).

            <u>2</u> Haircuts (male only).  Class on appropriate hair styles
(females only).

            <u>3</u> Initial medical and dental examinations.  Recruits will not be
subjected to any form of physical conditioning, swimming evaluation, running, or
unnecessary stress prior to receiving a medical examination.

            <u>4</u> Review all classification tests and enlistment contracts.

            <u>5</u> Provide initial indoctrination into the military way of life,
appropriate instruction on Marine Corps and recruit training regulations, and
personal assistance agencies available to the recruit.

            <u>6</u> Initial clothing and equipment issue.

            <u>7</u> Urinalysis testing.

            <u>8</u> Confirm prior testing for the Human Immunodeficiency Virus
(HIV) antibody or administer the required tests.

            <u>9</u> Complete the Initial Strength Test.  Males must complete the
1.5 mile run in 13 minutes 30 seconds or less, at least 2 dead hang pull-ups, and
conduct 44 crunches in 2 minutes.  Females must complete the 1.5 mile run in 15
minutes or less, flexed arm hang time of 12 seconds, and conduct 44 crunches in 2
minutes.

        (b) <u>Forming</u>.  Occurs between the completion of the processing period
and the start of the regular training schedule as processed recruits are formed
into platoons.  Forming varies in duration, depending upon how long it takes to
amass a full recruit series or company to begin training.  Initial housekeeping
tasks, elementary training, and the actions listed in the processing phase will
be accomplished.  Every effort will be made to expedite commencement of the
training period.  The combined period for processing and forming should not
exceed 6 days.

        (c) <u>Training</u>.  Recruit Training is comprised of 70 training days.
Initial training focuses on building discipline, physical fitness, drill, water
survival, and mastery of Marine Corps Common Skills.  Three of those training
days are dedicated to the maintenance of facilities and grounds aboard the MCRDs
and focus on the development of small unit leadership skills.  Additional
training weeks include:  Rifle Pre-Qualification Training and Rifle Qualification
Week; Field Firing and Field Training; and the Crucible Event.  The Crucible is a
54-hour field event that tests the mettle of every recruit, focusing on the
importance of teamwork and adaptive problem solving in overcoming adversity.  The
Crucible Event is designed around Core Values Stations, Warrior Stations, the
Confidence Course, Reaction Course, and Movement Course, as well as other various

MCO 1510.32D
25 Aug 03

mentally and physically challenging events.  A final foot march will conclude
with the "Warriors" Breakfast.

    b.  <u>Tasks</u>

        (1) <u>Commanding General, Training and Education Command (CG, TECOM)</u>

            (a) Approve the recruit training POI and Course Descriptive Data
(CDD) that reflect the policy established in this Order.

            (b) Sponsor a Course Content Review Board (CCRB) at least every three
years, or as required, in order to solicit data and recommendations for course
improvement per references (c) and (d).

            (c) Host an Entry Level Training (ELT) Continuum Conference annually,
or as required, in order to address related policy issues.

        (2) <u>Commanding General MCRD/Eastern Recruit Region, Parris Island (CG,
MCRD PI) and Commanding General MCRD/Western Recruit Region, San Diego (CG,
MCRD SD)</u>

            (a) Conduct recruit training per this Order and the recruit training
POI.

            (b) Produce and submit updates and/or requested revisions of the
recruit training POI to the CG, TECOM (C 461) for approval.

            (c) Conduct a CCRB at least every three years, or as required.

            (d) Conduct periodic Commanders' Conferences to ensure close
consultation and coordination exist between the depots.

            (e) Maintain regular program of exchange visits between Subject
Matter Experts (SMEs) to ensure continuing standardization of recruit training.

    c.  <u>Coordinating Instructions</u>

        (1) <u>Graduation Criteria</u>.  There are seven graduation requirements for the
successful completion of recruit training.

            (a) Pass the Physical Fitness Test and meet established height and
weight standards per reference (e).

            (b) Qualify at the Combat Water Survival 4 level per reference (f).

            (c) Qualify with the service rifle per reference (g).

            (d) Pass the battalion commander's inspection.

            (e) Achieve mastery of 80% of Phase One of the Marine Corps Common
Skills Program.

            (f) Pass the MCMAP tan belt examination per reference (h).

            (g) Complete the Crucible Event.

        (2) <u>Recycles</u>.  When recruits fail to master a graduation requirement, they
must either be recycled or undergo additional instruction in order to correct the

MCO 1510.32D
25 Aug 03

deficiency.  The objective is to provide these recruits an opportunity to achieve the standards necessary for graduation.  Every attempt will be made to allow recruits to master required subjects/skills in order to graduate.  Depot CGs will establish procedures to ensure the most efficient remedial training system.

    (3) <u>Waivers</u>.  The Depot CGs are granted waiver authority for those unique cases in which an otherwise fully qualified recruit could be technically barred from graduation.

    (4) <u>Separation</u>.  When attempts to bring deficient recruits to satisfactory levels of knowledge, conditioning, discipline, or skill have failed, separation of the recruit will be accomplished per reference (i).

    (5) <u>Training Execution</u>

      (a) <u>General</u>.  All who are associated with recruit training must ensure this vital process is conducted in a professional manner.  Hazing, maltreatment, abuse of authority, or other illegal alternatives to leadership are counter-productive practices and are expressly forbidden.  Marines in supervisory positions are strictly charged to treat all recruits firmly, fairly, and with dignity, and will be held accountable for their actions.

      (b) <u>Training Day</u>.  A training day is one on which formal training per the approved POI takes place.  The training days will be numbered consecutively from the first training day, and will not include processing days, forming days, Sundays, or holidays.  The length of a training day is defined as the period of time beginning with the first period of instruction and ending with the conclusion of the last period of instruction.  In this regard, the training day can include nonacademic hours as well as academic hours.  The length of the training day will not normally exceed 10 hours with the exception of weapons and field/combat training and the Crucible Event.  The training day includes time scheduled for the noon meal, but does not include Basic Daily Routine (BDR), other meals, barracks cleanup, and devotional services.

      (c) <u>Academic Hours</u>.  These are the hours used to master knowledge and skills identified in the POI.  The number of hours devoted to the mastery of learning objectives within each subject area will be determined by the Depot CGs.

      (d) <u>Nonacademic Hours</u>.  These are the hours in the training day that are not used for academic instruction.

        <u>1</u> Administrative Time is the time required to accomplish nonacademic administrative requirements such as:  haircuts, exchange calls, storage of personal effects, yearbook/photos, blood donations, inoculations, preparation of military identification cards, rifle and equipment issue, clothing appointments, movement time, dental recall, preparation of hometown news releases, pay, issuance of orders, and making travel arrangements.

        <u>2</u> Morning, noon, and evening meals.

        <u>3</u> Senior Drill Instructor (SDI) Time is periodically scheduled during the training day to accomplish ancillary tasks such as weapons maintenance, training review, extra instruction, and inspection preparations.

      (e) <u>Basic Daily Routine (BDR)</u>.  This term is used to account for the period of time in the morning between reveille and the first training activity of the day, and in the evening between the last training activity of the day and taps.  Basic Daily Routine does not include meals or free time.

4

(f) <u>Sleep</u>.  Recruits will normally be permitted eight hours of uninterrupted sleep per night.  However, Depot CGs are authorized to reduce sleep to seven hours.  The only exceptions to the aforementioned policy can occur when a recruit is required to perform guard duty, fire/security watch, or when the series/company is engaged in night events as set forth in the POI.  Under such circumstances, the hours of sleep may be reduced to a minimum of six hours.  When such a deviation is authorized, the eight-hour sleep regimen will be restored as soon as possible after the event/circumstances no longer exist.  During the Crucible Event, recruits will normally receive four hours of sleep per night.

(g) <u>Free Time</u>

<u>1</u> The purpose of free time is to allow recruits to read, write letters, watch instructional television (ITV), and to take care of other personal needs and hygiene.  It is a period when recruits do not receive training and the Drill Instructor (DI) conducts no instruction.  It is intended to be a relief period from close, constant association for both recruits and DIs.  Each recruit will be afforded one hour of uninterrupted free time each evening, beginning on the first training day, while in garrison, Monday through Saturday, and four hours on Sundays and holidays while in garrison, as set forth in the BDR. Company commanders may authorize two hours of free time on Saturdays.  Company commanders may suspend free time for recruits as a result of punishment imposed by administrative or legal proceedings.  Mail will be distributed by the DIs prior to free time.

<u>2</u> During this period, the duty DI will normally be in the duty hut and available to provide any assistance that might be requested.  DIs will neither solicit recruits to come forward nor will they carry out any duties other than those normally associated with a duty preserving good order within the unit.

(h) <u>Sunday/Holiday Routines</u>.  Between reveille and the noon meal, the time not actually used by recruits for religious services, morning police, or morning meal will be considered as free time.  On non-religious holidays, the free time may be scheduled during the morning or afternoon, with Commander's Time scheduled during the remainder of the day.  Sunday/Holidays are not considered training days.

(i) <u>Recruits Rights</u>.  The following rights are fundamental to the welfare of all recruits and will not be denied:

<u>1</u> Eight hours of uninterrupted sleep, except under the conditions described in paragraph 4c(5)(f).

<u>2</u> One hour of free time daily, except under the conditions described in paragraph 4c(5)(g), and during processing, forming, and weapons and field/combat training, and the Crucible Event.

<u>3</u> 20 minutes to consume each meal.

<u>4</u> Attend sick call.

<u>5</u> Attend scheduled religious services.

<u>6</u> Request mast via the chain-of-command.

<u>7</u> Make and receive emergency phone calls.

MCO 1510.32D
25 Aug 03

        <u>8</u> Receive mail on the day it is received by the parent company except for Sundays, holidays, and during the Crucible Event.

        <u>9</u> Send mail.

        <u>10</u> Make head calls.

        <u>11</u> Use medication prescribed by a certified military medical officer.

        <u>12</u> Receive visitors in accordance with Depot Standard Operating Procedures (SOPs). The Depot CGs will establish when, where, and under what circumstances recruits may receive visitors. The SOP will give special consideration for recruits in Medical Rehabilitation Platoon who have demonstrated the appropriate level of maturity to have visitors on Sunday. The right to receive visitors as specified in the Depot SOPs will not be subject to additional limitations by the DIs.

5. <u>Administration and Logistics</u>

  a. <u>Personnel Qualification</u>

    (1) The Depot CGs will establish a training course for officers assigned to recruit training duties. This course will serve as indoctrination to the recruit training process and the depot's facilities and will include, at a minimum, the following items:

      (a) Cardio-Pulmonary Resuscitation.

      (b) Detecting the onset of medical problems, i.e. heat casualty, cellulites, and lower extremity injuries.

      (c) Knowledge of the depot recruit training SOP and POI.

      (d) Individual counseling techniques.

      (e) Stress management.

      (f) Drill and ceremonies.

      (g) Physical training.

      (h) Suicide awareness.

      (i) Operational Risk Management.

      (j) Equal Opportunity

    (2) DIs must successfully complete the POI at DI School. DIs assigned to subsequent tours aboard the MCRDs must, at a minimum, successfully complete the DI School Refresher Course.

    (3) The Depot CGs will establish, conduct, and certify annually all non-DI recruit supervisors to include both enlisted and civilian personnel. Non-DI recruit supervisors are generally defined as field and weapons training, maintenance, and those other personnel as designated by MCRDs in respective SOPs.

(4) All instructors at formal schools should be conversant with the Systems Approach to Training (SAT) process through their attendance at an appropriate Instructional Management School (IMS) course.  At MCRDs, permanently assigned platform instructors and all formal school academic staff must satisfactorily complete this requirement.  DIs and Primary Marksmanship Instructors (PMIs) receive this training as part of their formal school training and are not required to attend IMS.  Key billets requiring this training will be identified in respective MCRD SOPs.

   b.  <u>Supervision</u>

     (1) Recruit training cadre must pay strict attention to the recruit supervisory requirements necessitated by the uniqueness of recruit training. Supervision is the key to proper execution and safe conduct of training.  Depot SOPs will address, in detail, responsibilities and expectations of supervisors for all required recruit activities.

     (2) Recruit supervisors, at all levels, will be constantly alert for recruits with physical, mental, or other difficulties.  Recruits who make suicidal ideations or gestures will remain in the presence of a DI or officer until the proper counselings have been completed and documented.  The recruit will then be escorted to the Mental Health Unit and delivered to the appropriate personnel.  Supervisors who respond to suicide attempts will activate the appropriate level medical personnel, provide first aid until medical personnel arrive, and then notify the chain-of-command.  Recruits demonstrating injury, illness, or other maladies will be queried regarding the nature of their problem and afforded counseling or direction regarding its' proper resolution. Additionally, a formal hygiene inspection will be conducted each evening prior to taps.  A Company Duty Officer will supervise the conduct of the hygiene inspection.

     (3) Each recruit will receive an individual interview from an officer in his/her company, at least once during the training cycle.  This interview will provide the recruit the opportunity to discuss personal problems, performance levels, and to voice grievances without fear of reprimand, intimidation, or repercussions.

   c.  <u>Meritorious Recognition</u>.  The Depot CGs are encouraged to meritoriously promote up to 10% of those recruits who are non-contract privates first class (PFCs) who have consistently demonstrated superior performance throughout recruit training.  Additionally, Depot CGs may meritoriously promote those contract PFCs who are honor graduates of either platoon, series, or company to the rank of lance corporal.

   d.  <u>Marine Corps Foreign Language Program (MCFLP)</u>.  The objective of the MCFLP is to ensure that thoroughly trained, competent linguists are available to meet Marine Corps requirements.  Foreign language capabilities and skills contribute to successful Marine Air-Ground Task Force (MAGTF) operations. Therefore, it is imperative that all recruits be screened for foreign language capability so that the Marine Corps can maintain an accurate and sufficient pool of operational linguists.  In order to accurately identify, screen, and test those recruits with a foreign language capability, the following procedures will be adhered to:

     (1) All recruits will receive a period of instruction on the MCFLP per the Recruit Training POI and as listed in enclosure (1).

MCO 1510.32D
25 Aug 03

        (2) Upon completion of the period of instruction, all recruits will be
screened for foreign language capability.

        (3) Those recruits who profess to speak a foreign language will have the
appropriate "self professed" entry made in the Marine Corps Total Force System
(MCTFS).

        (4) Those recruits identified as having a self professed foreign language
capability will be administered the appropriate Defense Language Proficiency Test
(DLPT) per reference (j).

        (5) For those recruits whose self-professed foreign language has no
corresponding DLPT, an entry will be still be made in the MCTFS in order to
facilitate the identification and further testing via Oral Proficiency Interview
(OPI) by HQMC (I/IOP).  This testing will be arranged by the Marine Corps Foreign
Language Officer and conducted upon completion of the entry-level training
pipeline.

        (6) The MCRDs are responsible for forwarding the completed DLPTs to CMC
(MPP-50) for grading.

        (7) Rosters identifying recruits with self professed foreign language
capabilities will be forwarded to the Marine Corps Foreign Language Officer at
HQMC (I/IOP) for tracking and further testing, if necessary.  Rosters will
include each recruit's full name, social security number, and corresponding
foreign language.

        (8) Those recruits who are not available for initial screening will have
the opportunity to receive remedial instruction.  The goal is 100% screening and
subsequent testing for those recruits with a self-professed foreign language
capability.

6.  <u>Command and Signal</u>

    a.  <u>Signal</u>.  This Order is effective the date signed.

    b.  <u>Command</u>.  This order is applicable to the Marine Corps Reserve.  The CGs
of MCRD Parris Island and San Diego are responsible to the Commandant of the
Marine Corps (CMC) for the overall accomplishment of recruit training.  The
recruit training curriculum and processes will be standardized between the two
depots, excluding differences justified by variations in facilities, climate, or
geography.  Differences are approved by the CG, TECOM (C 461).  To ensure
standardization of entry-level training, compatibility with the Marine Corps
Common Skills Training, and adherence to the Systems Approach to Training (SAT)
process, CG, TECOM exercises technical direction and coordination over the
recruit training POI based upon input from the CGs, MCRD, Parris Island and San
Diego.  In turn, the Depot CGs execute the POI per formal school and standard
operating procedures, and conduct periodic CCRBs in order to provide feedback to
the CG, TECOM for improvement of the courses.

                            EDWARD HANLON, JR.
                            By direction

DISTRIBUTION:  PCN 10201651500

    Copy to:  8145001 (1)

                            8

MCO 1510.32D
25 Aug 03

<u>INDIVIDUAL TRAINING STANDARDS FOR RECRUITS</u>

<u>DUTY AREA 01 - MILITARY JUSTICE AND THE LAW OF WAR</u>

| | | |
|---|---|---|
| 1) | MCCS.01.01 | Explain the Military's Justice System |
| 2) | MCCS.01.02 | Identify offenses punishable under the articles of the UCMJ |
| 3) | MCCS.01.03 | Explain the forms of punishment that may be imposed for violations of the UCMJ |
| 4) | MCCS.01.04 | Explain the types of Courts-Martial |
| 5) | MCCS.01.05 | Explain Article 31, Rights of the Accused |
| 6) | MCCS.01.06 | Explain Article 15, Non-judicial Punishment (NJP) |
| 7) | MCCS.01.07 | Explain two problem solving methods available to Marines |
| 8) | MCCS.01.08 | Explain the five types of discharges |
| 9) | MCCS.01.09 | Explain the Law of War |

<u>DUTY AREA 02 - MARINE CORPS ORGANIZATION, HISTORY, CUSTOMS, AND COURTESIES</u>

| | | |
|---|---|---|
| 1) | MCCS.02.01 | Explain the Marine Corps Mission |
| 2) | MCCS.02.02 | Identify the significant events in Marine Corps history |
| 3) | MCCS.02.03 | Identify the historical significance of Marine Corps uniform items |
| 4) | MCCS.02.04 | Explain common terms, sayings, and quotations used in the Marine Corps |
| 5) | MCCS.02.05 | Perform required military courtesies and honors |
| 6) | MCCS.02.06 | Describe the Colors, Standards, and Guidons |
| 7) | MCCS.02.07 | Explain the customs of the Marine Corps |
| 8) | MCCS.02.08 | Identify the location of the Marine Divisions, Aircraft Wings, and Force Service Support Groups (FSSGs) |
| 9) | MCCS.02.09 | Describe Marine Air-Ground Task Force (MAGTF) Organizations |

<u>DUTY AREA 03 - CLOSE ORDER DRILL</u>

| | | |
|---|---|---|
| 1) | MCCS.03.01 | Explain the purpose of Close Order Drill |
| 2) | MCCS.03.02 | Perform the individual drill movements with or without arms |
| 3) | MCCS.03.03 | Perform individual actions in unit drill (platoon level) |

<u>DUTY AREA 04 - MARINE CORPS UNIFORMS, CLOTHING, AND EQUIPMENT</u>

| | | |
|---|---|---|
| 1) | MCCS.04.01 | Maintain military clothing |
| 2) | MCCS.04.02 | Maintain individual equipment |
| 3) | MCCS.04.03 | Wear authorized uniform(s) |
| 4) | MCCS.04.04 | Wear individual equipment |
| 5) | MCCS.04.05 | Maintain personal appearance |
| 6) | MCCS.04.06 | Maintain standards for civilian attire |
| 7) | MCCS.04.07 | Stand a personnel inspection |
| 8) | MCCS.04.08 | Stand a clothing and equipment inspection |
| 9) | MCCS.04.09 | Explain the classifications of Marine Corps Awards |

ENCLOSURE (1)

1

MCO 1510.32D
25 Aug 03

DUTY AREA 05 - MARINE CORPS GENERAL LEADERSHIP

  1) MCCS.05.01    Explain Marine Corps Leadership

DUTY AREA 06 - SUBSTANCE ABUSE

  1) MCCS.06.01    Explain the Marine Corps policy on the use of illegal drugs
  2) MCCS.06.02    Explain the program created to combat the use of illegal drugs
  3) MCCS.06.03    Explain the Marine Corps policy on alcohol abuse
  4) MCCS.06.04    Describe indicators of alcohol abuse
  5) MCCS.06.05    Identify the medical hazards of tobacco use

DUTY AREA 07 - TROOP INFORMATION

  1) MCCS.07.01    Explain Marine Corps education programs
  2) MCCS.07.02    Describe authorized absence
  3) MCCS.07.03    Describe agencies that provide Marines with assistance for personal and family problems
  4) MCCS.07.04    Describe the factors affecting career development
  5) MCCS.07.05    Explain the Marine Corps policy on sexual harassment
  6) MCCS.07.06    Explain the Marine Corps policy on equal opportunity
  7) MCCS.07.07    Explain the Marine Corps policy on hazing
  8) MCCS.07.08    Explain the Marine Corps position on fraternization
  9) MCCS.07.09    Explain sexually transmitted diseases (STDs)
10) MCCS.07.10    Describe the Occupational Field (OCCFLD) and Military Occupational Specialty (MOS) System
11) MCCS.07.11    Explain issues concerning pregnancy and parenthood
12) MCCS.07.12    Explain the Marine Corps policy on Operational Risk Management (ORM)
13) MCCS.07.13    Explain the Marine Corps policy on the Risk Assessment Matrix
14) MCCS.07.14    Explain steps necessary in the prevention of suicide
15) MCCS.07.15    Explain the Marine Corps policy on Homosexual Conduct
16) MCCS.07.16    Explain the Domestic Violence Amendment to the Gun Control Act of 1968
17) MCCS.07.17    Explain the Marine Corps Foreign Language Program

DUTY AREA 08 - MARINE CORPS LEADERSHIP

  1) MCCS.08.01    Explain Combat
  2) MCCS.08.02    Explain the 9 elements usually encountered in a combat environment
  3) MCCS.08.03    Identify the five stresses of combat
  4) MCCS.08.04    Explain the Marine Corps Principles for overcoming fear

DUTY AREA 09 - FORCE PROTECTION AND INTERIOR GUARD

  1) MCCS.09.01    Explain the mission of the interior guard
  2) MCCS.09.02    Explain the eleven general orders
  3) MCCS.09.03    Stand a sentry post
  4) MCCS.09.04    Identify the organization of the interior guard
  5) MCCS.09.05    Explain deadly force
  6) MCCS.09.06    Describe the key characteristics of terrorism

ENCLOSURE (1)

7) MCCS.09.07    Describe measures of self-protection against
                 terrorist attacks

DUTY AREA 10 - CODE OF CONDUCT

1) MCCS.10.01    Explain the six articles of the Code of Conduct
2) MCCS.10.02    Explain the rights of a prisoner of war (POW)
3) MCCS.10.03    Explain the obligations of a prisoner of war (POW)

DUTY AREA 11 - INDIVIDUAL WEAPONS

1) MCCS.11.01    Perform weapons handling procedures with the M16A2
                 service rifle
2) MCCS.11.02    Maintain the M16A2 service rifle
3) MCCS.11.03    Engage targets with the M16A2 service rifle at the
                 sustained rate
4) MCCS.11.04    Zero the M16A2 service rifle
5) MCCS.11.05    Engage stationary targets with the M16A2 service
                 rifle at known distances
6) MCCS.11.06    Engage targets of limited exposure (time) with the
                 M16A2 service rifle
7) MCCS.11.07    Engage targets during low light and darkness with the
                 M16A2 service rifle
8) MCCS.11.08    Engage targets with the M16A2 service rifle while
                 wearing the field protective mask
9) MCCS.11.09    Engage multiple targets with the M16A2 service rifle
10) MCCS.11.10   Engage moving targets with the M16A2 service rifle
11) MCCS.11.11   Engage targets at unknown distances with rifle

DUTY AREA 13 - SCOUTING AND PATROLLING

1) MCCS.13.01    Perform unaided day and night observation techniques

DUTY AREA 17 - COMBAT CONDITIONING AND CONTINUING ACTIONS

1) MCCS.17.01    March under an existence load
2) MCCS.17.02    Prepare individual equipment
3) MCCS.17.03    Camouflage self and equipment
4) MCCS.17.04    Construct field shelters
5) MCCS.17.05    Perform individual field hygiene
6) MCCS.17.06    Perform individual movement
7) MCCS.17.09    React to indirect fire

DUTY AREA 20 - NBC DEFENSE

1) MCCS.20.02    Maintain the M40 Field Protective Mask
2) MCCS.20.03    Don the M40 Field Protective Mask with hood

DUTY AREA 21 - FIRST AID

1) MCCS.21.01    Perform the four basic life saving steps
2) MCCS.21.02    Perform treatment for burns
3) MCCS.21.03    Apply a pressure dressing
4) MCCS.21.04    Apply a splint to a fracture
5) MCCS.21.05    Apply a tourniquet

ENCLOSURE (1)

3

```
MCO 1510.32D
25 Aug 03
```

```
    6) MCCS.21.06      Treat an insect or animal bite
    7) MCCS.21.07      Evacuate a casualty
    8) MCCS.21.08      Treat a climatic injury
```

DUTY AREA 22 - PHYSICAL FITNESS

```
    1) MCCS.22.01      Maintain physical fitness
```

DUTY AREA 23 - MARTIAL ARTS

```
    1) MCCS.23.01      Apply the fundamentals of martial arts (TAN)
    2) MCCS.23.02      Execute punches (TAN)
    3) MCCS.23.03      Execute falls (TAN)
    4) MCCS.23.04      Execute bayonet techniques (TAN)
    5) MCCS.23.05      Execute a pugil stick bout (TAN)
    6) MCCS.23.06      Execute upper body strikes (TAN)
    7) MCCS.23.07      Execute lower body strikes (TAN)
    8) MCCS.23.08      Execute chokes (TAN)
    9) MCCS.23.09      Execute leg sweep (TAN)
   10) MCCS.23.10      Execute counters to strikes (TAN)
   11) MCCS.23.11      Execute counters to rear choke (TAN)
   12) MCCS.23.12      Execute counters to holds (TAN)
   13) MCCS.23.13      Execute unarmed manipulations (TAN)
   14) MCCS.23.14      Execute armed manipulations (TAN)
   15) MCCS.23.15      Execute knife techniques (TAN)
   16) MCCS.23.16      Employ weapons of opportunity (TAN)
```

DUTY AREA 24 - COMBAT WATER SURVIVAL

```
    1) MCCS.24.01      Perform Combat Water Survival Skills
```

ENCLOSURE (1)

4

**<u>EXHIBIT D</u>**

# Drill Instructor School MCRD, San Diego



## The future of the Marine Corps begins here!

### DI SCHOOL MISSION, STAFF, AND CURRICULUM

1. <u>MISSION</u>.  The mission of the Drill Instructor School is to develop the knowledge, command presence, leadership and instructional ability of selected officers, staff non-commissioned and non-commissioned officers and to evaluate their suitability to successfully perform the duties of a series officer and drill instructor.

2. <u>DRILL INSTRUCTOR SCHOOL STAFF</u>.  The school staff consists of a Director (Major), an Assistant Director (Captain), School First Sergeant, and ten Gunnery and Staff Sergeant Instructors.  The administration section consists of two Non Commissioned Officers.

3. <u>CURRICULA.</u>  The Drill Instructor School conducts numerous Programs of Instruction, including the Military Occupational Specialty (MOS) producing Drill Instructor Course (MOS 8511), the Series Officer Course (for newly reporting company grade officers), the Senior Drill Instructor Course, the Prior Drill Instructor Course, and the Company Commander's Course.  The following is the syllabus for the Drill Instructor Course:

    a.  <u>Scope</u>.  The scope and concept of the Drill Instructor School training syllabus is four-fold:

        (1)  <u>First and foremost</u>, it is a LEADERSHIP SCHOOL.  Although an initial, comprehensive review of the basic leadership skills is provided, the focus is on the further development of the student's (NCO/SNCO) leadership abilities and potential.  The main effort converges on the concepts of positive, concerned and ethical leadership.

        (2)  <u>Second</u>, it is designed to provide the student with a thorough knowledge of those basic military subjects covered in recruit training.

        (3)  <u>Third</u>, it gives the student a thorough knowledge of the directives, regulations and procedures governing recruit training.

        (4)  <u>Fourth</u>, it physically prepares the student to lead his recruits during daily physical training periods.

b.   <u>Academic Subjects</u>

(1) <u>Leadership Program</u>.  Designed to further develop the student's practical leadership abilities and broaden their perspectives.  This will prepare them for the challenges of recruit training, and other challenges that they will face throughout their careers.

(2) <u>Close Order Drill (COD)</u>.  The training in this sub-course is designed to develop within each student the knowledge, ability and confidence to teach any aspect of close order drill in precise detail.  Additionally, students are instructed in sword manual, command voice, cadence, parades, and ceremonies.  Student progress is evaluated by practical application evaluations, oral presentations and a written final examination of the entire sub-course.

(3) <u>Core Values</u>.  The training in this sub-course is designed to teach the student how to develop within recruits our Core Values of Honor, Courage and Commitment.  This is accomplished through guided discussions, classes, and the Crucible.  DI School students not only experience this event in the same manner recruits do, but they are also taught how to lead recruits through the Crucible.

(4) <u>Techniques of Military Instruction (TMI)</u>.  Training in this sub-course is designed to develop individual skills, experience and confidence in the preparation and presentation of periods of instruction.  Student progress is evaluated by formal presentations and impromptu classes.

(5) <u>Standard Operating Procedures (SOP for Recruit Training)</u>.  This instruction provides the student with knowledge of the training, organizational orders, and policies governing the conduct and supervision of recruit training.

(6) <u>Physical Training (PT)</u>

(a) Physical training is one of the most visible illustrations of leadership by example.  Accordingly, your preparation in becoming a Drill Instructor must be designed to ensure confidence through endurance and agility.  The conditioning program at Drill Instructor School is designed to develop the four components of physical fitness:  strength, endurance, agility and coordination.  Furthermore, the program familiarizes the student with the recruit physical training program.  To evaluate the student's progress, the Marine Corps Physical Fitness Test is administered three times.  Although the school's PT program design is progressive in nature, it is in your best interest to report to DI School in a high first class PFT condition.  Any students running over a 23:00 min on the 3 mile run on the initial PFT will be placed on the Remedial PT.

(b) Students are required to maintain a minimum 8:00 minute per mile pace on all individual and formation runs.

(7) <u>General Military Subjects (GMS)</u>.  This sub-course presents a review of military subjects the students, as Drill Instructors, will teach or assist in teaching with a recruit platoon.

(8) <u>Marksmanship</u>.  Training in this area familiarizes the student with the principles of marksmanship as applied to the recruit shooter.  Students attend an abbreviated coaches course and practice field firing line techniques.

(10) <u>Basic Warrior Training</u>.  Training in this area provides the students with the basic knowledge of field skills.  This training will be conducted during the one week spent at Weapons & Field Training Battalion which is located at Camp Pendleton, California. Student progress is evaluated by practical application periods and a written final examination of the entire course.

c.  <u>Daily Routine</u>.  A normal daily routine for the students attending Drill Instructor School is as follows:

| <u>ROUTINE</u> | <u>TIME</u> |
|---|---|
| Reveille/Expiration of Liberty/Morning Meal Formation/Class Muster/Morning BDR | 0530 |
| Instruction/PT | 0630 |
| Noon Meal (50 minutes) | 1200 |
| Instruction | 1300 |
| Completion of classes | 1700 |
| Liberty Call/Safety Brief/Evening Meal | 1730 |
| Liberty/Student Prep Time | TBD |

NOTE:  This schedule is subject to change due to training requirements.