UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PURE POWER BOOT CAMP, INC.; PURE
POWER BOOT-CAMP FRANCHISING
CORPORATION; and PURE POWER BOOT
CAMP JERICHO INC.,

**ECF Case**
**Case No. 08-cv-4810 (JGK) (THK)**

Plaintiffs,

- against –

WARRIOR FITNESS BOOT CAMP, LLC;
ALEXANDER KENNETH FELL a/k/a ALEX FELL,
Individually; RUBEN DARIO BELLIARD
a/k/a RUBEN BELLIARD, Individually;
JENNIFER J. LEE, Individually;
and NANCY BAYNARD, Individually,

Defendants.

## AFFIDAVIT OF ROCCO GRECO

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK)

ROCCO GRECO, being duly sworn, deposes and says:

1.      I am the Vice President of Operations and Executive Director of Altheus/Health Trax ("Altheus") and a former United States Marine. I have reviewed the Complaint filed by the Plaintiffs as well as the documents that Plaintiffs filed with their Motion for a Preliminary Injunction, including Plaintiffs' pictures and descriptions of their facilities. I have also visited the facilities operated by Defendants.

### My Military and Professional Fitness Experience and Background

2.      I have an extensive background in both the military and the physical fitness/health club industry.

NYI 120339v4 07/02/08

3.      I was an active member of the United States Marine Corps for fourteen years (1976-1990).  I received my Honorable Discharge in 1990.  At that time, I held the rank of Staff Sergeant.  During my time in the Marine Corps, I participated in daily physical training regimens, trained at boot-camps, supervised the training of other military personnel and often ran through obstacle courses.

4.      Upon my Honorable Discharge from the Marine Corps, I obtained employment at Equinox Fitness Clubs, NYC ("Equinox") and was employed as a personal trainer there between 1991 and 1993.  In July of 1993, I was promoted and became Personal Training Director at Equinox.  I held this position until March of the following year, at which time I was again promoted to become General Manager of Equinox.  I held that position for a little more than five years, at which time I received another promotion and became Director of Operations at Equinox.  I held this position until December of 2003.

5.      As Director of Operations I was assigned to supervise the growth and profitability of eleven Equinox Fitness Clubs.  These clubs had about 48,000 members.  I was responsible for increasing membership and for ensuring that each location set proper budgets and reached its profitability goals.  I was also responsible for implementing strategic plans concerning membership sales, marketing, and for the development of formal instruction and training courses.

6.      In December of 2003, I began working for The James Hotel Group.  I had several roles and responsibilities, including Special Projects Director, at The James Hotel Group.  In this position, I was assigned responsibility over two properties, one in Scottsdale, Arizona and the other in Chicago, Illinois.  Among other things, I was responsible for developing on-site guest amenities, such as the restaurant, bar, nightclub, swimming pool and gym.

NY1 120339v4 07/02/08

7.      During this time I was also Managing Partner of the Gym / James Hotel Group, NYC.  In this capacity I was responsible for the construction, pre-sale strategy and grand opening of the gym – which was a lifestyle brand concept of The James Hotel Group.  The gym was a $3 million endeavor, occupied a 23,000 square feet space and had 1200 members.  I was responsible for implementing and maintaining customer service standards, sales and marketing strategies and staff hiring.

8.      I am currently the Executive Director and Vice President of Sales, Marketing and Operations of Altheus Health and Sport in Rye, New York.  Altheus operates several of the premier health clubs/fitness centers in the Northeast United States.  My current responsibilities include leading the growth and profitability of Altheus, a $3 million gym that occupies a 10,000 square foot space and which has over 500 members.  Altheus recently re-launched its brand and I oversaw the re-education of Altheus's staff and the reorganization of Altheus's administrative, financial[s] , marketing and operational procedures.  In particular, I supervised Altheus' re-launching of its website and the establishment and implementation of Altheus's revised customer service standards.

## Plaintiffs' Gym, Boot-Camp Style Workout, and Indoor Obstacle Course Are Neither Unique Nor Distinctive

9.      Plaintiffs claim that their boot-camp workout is unique and/or distinct.  However, Plaintiffs' facility is one of many that offer the exact same or extremely similar workouts.   In fact, gyms all over the United States and New York are utilizing the boot-camp style training techniques and are incorporating indoor obstacle courses into their workout regimens.  Annexed hereto as Exhibit "A" is a recent article from the June 9, 2008 edition of the New York Sun describing five similar gyms in the New York City area alone.

3

10.    Plaintiffs claim that their indoor obstacle course is unique to their gym. This is simply not correct. As set forth in the article annexed as Exhibit "A," New York gyms currently offering boot-camp workouts that utilize indoor obstacle courses. The article notes that Boot Camp Fitness in Brooklyn uses an indoor obstacle course.

11.    In addition, Plaintiffs' gym is not unique because the workouts are based on publicly available information derived from boot camp workouts developed and perfected by the United States Military. Indeed, the United States Military Academy at West Point prominently provides on its website instructions on how to build and develop an indoor obstacle course. Annexed hereto collectively as Exhibit "B" are such publicly available documents downloaded from the internet. One can find several hundred training manuals online in which to conduct an obstacle course training session or conduct a circuit training exercise course.

12.    Plaintiffs also wrongly claim that another one of their "distinctive and unique" features are standing pillars with principles of leadership stenciled on them. The principals of leadership which Plaintiffs claim are proprietary include stock phrases like, loyalty, courage, duty, honor, integrity, pride, power, wisdom, dignity, trust, and respect. These phrases cannot be unique to Plaintiffs because these are principles that the United States military encourages and tries to develop and instill in each one of its members. In fact, each United States Marine is given what is called an Ethos Card, which contains most of these principles of leadership. Annexed hereto as Exhibit "C" is a copy of my card with these principles on the back.

**Defendants' Gym is Vastly Different Than Plaintiffs' Gym**

13.    I have been able to extensively compare and contrast Plaintiffs' gyms to Defendants' gym by reviewing Plaintiffs' submissions and website, which contain detailed photographs of Plaintiffs' design and layout. I have also personally visited Defendants' gym.

4

14.    Based on this extensive review, it is plain that the parties' gym are vastly different and cannot be confused.  Specifically:

- Defendants' obstacle course has stall bars, medicine balls, and resistance bands whereas Plaintiffs' gyms do not.  On the other hand, Plaintiffs' gyms have a rock climbing wall, a belly robber obstacle, an intensity wall (tall slanted wall with a rope on it); abdominal hurdles, a cargo net, a tire run and a bob and weave rope obstacle while Defendants' gym does not have these features;

- Defendants' gym is painted in red, yellow and white - - the Marine Corps' colors.  Plaintiffs gyms are painted in green and the colors of her columns are in camouflage;

- Defendants gym has no netting anywhere, while Plaintiffs' gym has netting covering her ceilings;

- Defendants' gym has changing rooms bordered by walls with cubby holes and a vanity while Plaintiffs use large military tents as changing areas and locker rooms;

- The floor beneath the Defendants' obstacle course is red/dirt colored while the floor beneath Plaintiffs' obstacle course is black;

- The border around Defendants' obstacle course is made of wood and painted black while the border around Plaintiffs' obstacle course is comprised of sandbags;

- Defendants' obstacle course is located in the center of the gym and comprises about half of the entire floor whereas Plaintiffs' obstacle course is located throughout the entire gym and comprises 90% of the gym;

5

- Defendants' monkey bars are in ascending and descending order while all of Plaintiffs' monkey bars are flat;

- Defendants' hurdles are not adjustable and each hurdle has a different height while Plaintiffs' hurdles are adjustable;

- Defendants' obstacles are painted black while Plaintiffs' obstacles are painted green and camouflage;

- Defendants have a rubber track surrounding their obstacle course and rubber flooring is laid throughout their space while Plaintiffs' gym does not have rubber flooring laid anywhere; and

- Defendants' customers wear black t-shirts provided by Defendants and can wear bottoms of their own choosing, whereas, Plaintiffs' "recruits" wear an olive t-shirt and camouflage pants.

**Restrictive Covenants Are Not Used for Trainers Like the Defendants**

15.     Based upon my experience as physical trainer and as an executive, designer and principal of several gyms in the New York area, I am familiar with the industry standard concerning restrictive covenants in New York.

16.     Gyms do not require personal trainers, like Defendants Fell and Belliard, to sign restrictive covenants as a condition of employment.  For example, Crunch and New York Health and Racquet, two of the most prominent gyms in the New York City area, do not require their trainers to sign restrictive covenants.

17.     Even the terms of the restrictive covenants signed by high-level gym executives are far narrower than the terms of the non-compete agreements that Plaintiffs claim that the Defendants signed.

6

18.    For example, Equinox, where I worked for ten years, asked executives to sign restrictive covenants which only prevented them from working in a five block radius of the particular gym that the executive worked.

19.    Plaintiffs' attempt to preclude Defendants from working in the fitness industry for ten years is an unreasonable restraint and unheard-of in the industry.

### A Gym's Customer List is Not Proprietary

20.    It is next to impossible for a gym to keep its so-called customer list a secret from its own trainers because trainers are interacting with the customers on a daily or weekly basis.  It is not infrequent for friendships and relationships to develop between a customer and his or her personal trainer.

21.    Indeed, a client of a gym will have stronger bond to his or her personal trainer than to the personal trainer's employer (the gym).  It is, therefore, not surprising that many gyms will see clients switch their membership when the client's personal trainer leaves one gym to go work for a competitor.  In other words, this sort of practice is commonplace in the industry and to my knowledge is not illegal.

22.    There is no secret formula involved in obtaining customers.  In fact, most people who belong to a gym, go to a gym that is located within five blocks of their homes or workplace. Therefore, a list of target customers is easily ascertainable from a direct marketing service.

23.    Therefore, even if there was a client list, the list of potential clients is easily ascertainable and has no value to competitors.

7

Rocco Greco

Sworn to before me this
2nd day of July, 2008

Notary Public

HEATHER WRENN
Notary Public, State of New York
No. 01WR6134614
Qualified in Queens County
Commission Expires October 3, 2009

8

## EXHIBIT A



MONDAY, JUNE 9, 2008 | THE NEW YORK SUN

# HEALTH+

**FIT TO BE TRIED**



AT RIGHT: Nii Wilson instructs boot camp members in Central Park during a 'drill.'

# Summer (Boot) Camp



GABRIELLE BIRKNER

New Yorkers seeking to shed pounds and inches in time for a beachside getaway can get some tough love at any number of fitness boot camps in the city. A bevy of these military-inspired exercise programs have sprung up in recent years, with some promising dramatic results in just a few weeks. Many such boot camps — several of which are detailed below — take advantage of lush city parks during the warm weather months.

## ATHLETIC CTS BOOT CAMP

The co-founder of Athletic Combined Training Systems Boot Camp, Nii Wilson, served four years as a logistics specialist in the U.S. Army, but he acts more like a drill sergeant when keeping his "recruits" in line. During a 50-minute workout in Central Park, participants can expect to run 300 meters while carrying a fellow trainee on their back; sprint in formation across the Sheep Meadow, and do more push-ups than they could possibly count. The motto of this two-year-old program: "Don't complain, just train." Mr. Wilson and his business partner, David Cabral, provide a grueling workout, but when the session is over, they let their guard down — giving high-fives to each member of

their "boot camp family." Campers lose an average of 5 to 15 pounds in four weeks, Mr. Wilson said.

*(Monday, Tuesday, and Thursday, 6 a.m., 7:15 a.m., or 6:30 p.m. in Central Park, $35 a session, $297 a month. For more information, call 866-447-2287 or visit ctsbootcamps.com.)*

## THE METHOD BOOT CAMP

Those willing to subject themselves to nightly three-hour workouts — and to pay a pretty penny for the chance to train with a ce-

---

*It's designed to be a shock to the system. Every single person can expect to lose 10 to 15 pounds and many inches.'*

---

lebrity instructor — may want to try the two-week boot camp beginning next week at Reebok Sports Club/NY. Tracy Anderson, who works with Madonna and Gwyneth Paltrow, is teaching this 30-hour course; classes involve choreographed dance aerobics, as well as high-intensity cardio drills and prop-centric exercises that target small muscle groups. "It's designed to be a shock to the system," Ms. Anderson said. "Every single person can expect to lose 10

to 15 pounds and many inches."

*(June 16–27, Monday–Friday, 6:30–9:30 p.m., 160 Columbus Ave., 2nd fl., between 67th and 68th streets; members, $2,500, nonmembers, $3,000. For more information and to register, call Diane Gausepohl at 212-501-1429.)*

## NYC ADVENTURE BOOT CAMP FOR WOMEN

Beginning promptly at 5:30 a.m., NYC Adventure Boot Camp has been catering to early risers since it launched last year. Any given class may include a hike, a short-distance run, and mat-based Pilates exercises. "It's not militant; it's more fun and functional," a co-founder of the boot camp, Stacy Papakostas, said of the four-week program, which campers can opt to attend three or five days a week, in Central Park or Battery Park. Trainees, who are asked to bring an exercise mat and a pair of light hand weights, can expect to lose 5 to 12 pounds, and 1 to 3 inches from their midsection, according to the company Web site. And for those not inclined to get up before dawn, the boot camp is adding an evening workout to its repertoire this summer.

*(June 16–July 11, 5:30 a.m. in Battery Park, June 23–July 21, 5:30 a.m. and 6:30 p.m. in Central Park, three days a week, $309, five days a week, $419, prices include an hour-long nutrition seminar, women only. For more information and to register, visit nycadventurebootcamp.com.)*



TOBIAS EVERKE

## BOOT CAMP FITNESS, BROOKLYN N.Y.C.

This six-week, thrice-weekly boot camp program offers courses indoors year-round, and outdoors between April and December. Inside the Park Slope studio, participants spend 75-minute sessions running, cycling, navigating obstacle courses, and taking part in sandbag drills. Meanwhile, the boot camp's al fresco incarnation is all about making use of the resources in Brooklyn's Prospect Park, Cadman Plaza Park, and Fort Greene Park. "If we see rocks or logs, we'll carry those; if there's a playground, we'll do pull-ups on the monkey bars or climb the pole," trainer Darren Taylor, who founded Boot Camp Fitness in 2001, said.

*(Outdoor classes begin this week, times and locations vary, $325; rolling admission for indoor classes, 172 Flatbush Ave. at Atlantic Avenue, Brooklyn, $425. For more information or to register, call 718-636-4369, or visit bootcampfitnessnyc.com.)*

## STACY'S BOOTCAMP

A former personal trainer at New York Sports Clubs, Stacy Berman now teaches boot camps year-round in Central Park, Battery Park, Washington Square Park, and Brooklyn's Prospect Park. Each workout begins with a warm-up jog, which is followed by a series of cardiovascular and muscle-building exercises. Dozens of push-ups, squats, lunges, and jumping jacks, in addition to some more obscure athletic drills, are all par for the course. "Every exercise can be modified to be more or less challenging," Ms. Berman said, explaining that the boot camp is open to men and women of all fitness levels. Groups meet three times a week for three consecutive weeks; each session becomes progressively more difficult. Programs exclusively for new mothers and for women over 40 are also available.

*(June 23–July 11, July 21–August 8, times and locations vary, $275. For more information and to register, visit stacysbootcamp.com.)*

**<u>EXHIBIT B</u>**

MACC-P 12 NOVEMBER 1999

SUBJECT: Indoor Obstacle Course Test (IOCT) Performance Standards

1. PURPOSE: The purpose of this instruction sheet is to define IOCT performance standards. Extra Attempts Time and Time Credits will also be defined in the event the IOCT Standards are not met or an obstacle is not negotiable.

2. EXTRA ATTEMPTS TIME: An extra attempts time is given when a cadet cannot physically negotiate an obstacle (example: cadet falls off the shelf mount) or uses improper technique (example: cadet twists while using the two-handed vault). The extra attempts time begins when the individual fails to negotiate the obstacle for the first time or incorrectly negotiates the obstacle (example: the moment the instructor notices the cadet twisting on the two-handed vault). If the cadet completes the obstacle prior to the end of the extra attempts time they will continue on the course with no additional time added. If after the prescribed extra attempts time has elapsed and the cadet has not successfully completed the obstacle they are allowed to proceed on the course IF THE CADET CHOOSES TO TAKE AN "EVENT FAILURE" for the event. If the cadet does not want to take an event failure for that particular event, they may continue to attempt the obstacle for as long as they desire. (NOTE: DURING THE EXTRA ATTEMPTS TIME THE CADET MUST CONTINUE TO MAKE VALID ATTEMPTS TO NEGOTIATE THE OBSTACLE). The obstacle OIC will log the cadet's name and company during the extra attempts period. If the cadet completes the obstacle within the extra attempts period the instructor will cross out the cadet's name. The instructor at each appropriate obstacle will report the names of those cadets who failed to properly negotiate the obstacle.

3. TIME CREDIT: A time credit is given to any cadet who is delayed by another cadet during the running of the IOCT due to non-availability of equipment (example: cadet arrives at rope climb and all ropes are utilized) or an unusual circumstance arises (example: IOCT equipment failure). The instructor will give a cadet a time credit by recording the cadet's name and company and the amount of time delayed to include the delay of recording the time credit. It is the cadet's responsibility to get the instructor's attention for the time credit.

NOTE: ONLY THE TESTING OFFICE WILL MAKE THE APPROPRIATE ADJUSTMENTS TO THE CADET'S TEST TIME (TIME CREDIT) AT THE CONCLUSION OF THE TEST.

4. GRADING: The time scales for the IOCT are established for men and women and published annually in the Testing Booklet. Failing one event after attempts time gives a cadet slower time and a corresponding lower grade. Failing two or more events automatically gives a cadet a set IOCT grade of 400/F out of 1000 UNLESS THE CADET'S RUNTIME RESULTS IN A GRADE LOWER THAN THE 400/F, IN WHICH CASE THE CADET WILL RECEIVE THE LOWER GRADE. Failure to climb the cargo net after a shelf or rope failure will result in a 350/F out of 1000. Cadets are expected to "never give up" and to complete the IOCT despite poor performance.

5. OBSTACLE PERFORMANCE STANDARDS AND EXTRA ATTEMPTS TIME: The following describes the performance standards required to successfully negotiate the Indoor Obstacle Course:

http://www.usma.edu/dpe/testing/IOCT%20PERFORMANCE%20STANDARDS.htm     7/2/2008

## A. THE START LINE:

1. Performance: Cadets must be prepared to run the course from either the left or the right lane. (Men and Women) Start from the standing position with one foot on the mat and one foot on the wood floor. CADETS WHO START IN THE RIGHT LAND MUST REMAIN IN THE RIGHT LANE UNTIL THEY PASS THE HORIZONTAL BARS. (The same applies to cadets who start in the left lane remaining in the left lane.)

2. Extra Attempts Time: Not Applicable.

3. Event Failure: Not Applicable.

## B. THE TUNNEL CRAWL - (Obstacle #1):

1. Performance: (Men and Women) From a standing start at the starting line, move forward 10 feet and drop down to the prone position. Move through the tunnel head first and face down. Slide on your chest the entire 20 feet using THE LOW-CRAWL TECHNIQUE.

2. Extra Attempts Time: (Men and Women) If an individual fails to complete the obstacle successfully, they will have one 15 second extra attempts time in which they must attempt to successfully complete the obstacle and then continue on the course.

3. Event Failure: (Men and Women) If after the prescribed extra attempts time , the cadet has failed to successfully negotiate the obstacle they are allowed to proceed on the course IF THE CADET CHOOSES TO TAKE "AN EVENT FAILURE" for this obstacle. Should the cadet not want to accept an event failure then he/she may continue to attempt the obstacle as long as they desire.

## C. THE TIRE RUN - (Obstacle #2)

1. Performance: (Men and Women) From a running start, step into each of the eight tires; alternating fet so that some portion of the foot touches the floor inside each tire. If a cadet misses a tire and/or fails to touch the floor inside each tire, they will be halted and will re-negotiate the obstacle from the beginning.

2. Extra Attempts Time: (Men and Women) If an individual fails to complete the obstacle successfully, they will have one 15 second extra attempts time in which they must attempt to successfully complete the obstacle and then continue on the course. The cadet must complete this obstacle before continuing.

3. Event Failure: (Men and Women) If the cadet fails to properly negotiate this obstacle they CANOT take an "event failure" in order to continue. The cadet remains at the obstacle until completed.


## D. THE TWO HAND VAULT - (Obstacle #3)

1. Performance:

a. (Men) With a running start, place two hands on the obstacle simultaneously and vault over using the flank/squat to the right or left, touching only with the hands and land on the feet under control. No hurdle, handspring or twisting vault will be allowed.

b. (Women) With a running start, utilize any means (vaulting, climbing, etc.) to scale the obstacle and land on the feet under control. No hurdle, handspring or twisting vault will be allowed.

2. Extra Attempts Time: (Men and Women) If an individual fails to complete the obstacle successfully, they will have one 15 second extra attempts time in order to successfully complete the obstacle and then continue on with the test.

3. Event Failure: (Men and Women) If after the prescribed extra attempts time, the cadet has failed to successfully negotiate the obstacle they are allowed to proceed on the course IF THE CADET CHOOSES TO TAKE "AN EVENT FAILURE" for this obstacle. Should the cadet not want to accept an event failure then he/she may continue to attempt the obstacle.

E. THE SHELF MOUNT - (Obstacle #4)

1. Performance: (Men and Women) Mount the shelf using the following method:

a. Hook heel, go to inner thigh, then raise upper body on to the shelf.

b. Perform a muscle up.

c. A back pullover is not allowed.

d. Only the WOODEN portion of the shelf may be used to get on the shelf. Use of the black metal supports is not allowed.

e. Cadets who cannot grasp the shelf on their own may request a lift to a dead arm hang position. (CAUTION: BE CAREFUL NOT TO COLLIDE WITH CADETS DROPPING DOWN FROM THE BALANCE WALK ON THE "H" BARS.)

f. REMINDER: Cadets must remain in the lane in which they started!

g. If a cadet fails to mount the shelf, they must climb the cargo net all the way to the track, after the extra attempts time is completed.

2. . Extra Attempts Time: (Men and Women) If an individual fails to complete the obstacle successfully, they will have one 15 second extra attempts time in order to successfully complete the obstacle and then continue on with the test.

3. Event Failure: (Men and Women) If after the prescribed extra attempts time, the cadet has failed to successfully negotiate the obstacle they are allowed to proceed on the course IF THE CADET CHOOSES TO TAKE "AN EVENT FAILURE" for this obstacle. Should the cadet not want to accept an event failure then he/she may continue to attempt the obstacle. In order to continue on the course the cadet must proceed to the cargo net. If the cadet fails to negotiate the cargo net they are a cargo net failure for the IOCT, receiving the lowest possible F (350/1000).

F. THE BALANCE BEAM WALK ON THE HORIZONTAL "H" BARS - (Obstacle #5)

1. Performance: (Men and Women) Climb down to the H bars from the track and balance walk to the center using the vertical supports for assistance. Touch any part of the center support which is painted red. Drop down to the floor and land under control. (CAUTION: BE CAREFUL NOT TO COLLIDE

WITH CADETS MOVING TO THE SHELF MOUNT OR CADETS MOVING TOWARD THE CENTER SUPPORT FROM THE OPPOSITE DIRECTION.) If a cadet falls off the "H" bars, then they must remount the bars at the position they fell off the bar

2. Extra Attempts Time: (Men and Women) If an individual fails to complete the obstacle successfully, they will have one 15 second extra attempts time in order to successfully complete the obstacle and then continue on with the test.

3. Event Failure: (Men and Women) If after the prescribed extra attempts time, the cadet has failed to successfully negotiate the obstacle they are allowed to proceed on the course IF THE CADET CHOOSES TO TAKE "AN EVENT FAILURE" for this obstacle. Should the cadet not want to accept an event failure then he/she may continue to attempt the obstacle as long as they desire.

G. THRU THE TIRES - (Obstacle #6)

1. Performance: (Men and Women) With a running start, grasp the top of the tire and slide thru the center, feet first. Diving headfirst is unauthorized.

2. Extra Attempts Time: (Men and Women) If an individual fails to complete the obstacle successfully, they will have one 15 second extra attempts time in order to successfully complete the obstacle and then continue on with the test.

3. Event Failure: (Men and Women) If after the prescribed extra attempts time, the cadet has failed to successfully negotiate the obstacle they are allowed to proceed on the course IF THE CADET CHOOSES TO TAKE "AN EVENT FAILURE" for this obstacle. Should the cadet not want to accept an event failure then he/she may continue to attempt the obstacle as long as they desire.

H. BALANCE BEAM TRAVERSE - (Obstacle #7)

1. Performance: (Men and Women) Mount the balance beam touching one foot inside the three foot zone and walk, jog or run the entire length of the three balance beams. When a cadet reaches the end of the beam, with one foot inside the three foot zone, they will jump off and land on two feet under control, then execute either a side, forward or shoulder roll. A cadet who falls off the beam, does not put one foot in the three foot zone on each end, does a dive off the beam, or fails to execute a roll, will re-negotiate the entire obstacle.

2. Extra Attempts Time: (Men and Women) If an individual fails to complete the obstacle successfully, they will have one 15 second extra attempts time in order to successfully complete the obstacle and then continue on with the test. The cadet must complete this obstacle before continuing.

3. Event Failure: (Men and Women) If a cadet fails to properly negotiate this obstacle they CANNOT take an "event failure" in order to continue. The cadet remains at the obstacle until completed.


I. THE WALL SCALE - (Obstacle #8)

1. Performance: (Men and Women) With a running start, the cadet must scale a 7' high wall constructed of plywood. The cadet must land on two feet and may not use the horizontal or vertical metal supports for assistance in scaling the wall.

2. Extra Attempts Time: (Men and Women) If an individual fails to complete the obstacle successfully, they will have one 15 second extra attempts time in order to successfully complete the obstacle and then continue on with the test.

3. Event Failure: (Men and Women) If after the prescribed extra attempts time, the cadet has failed to successfully negotiate the obstacle they are allowed to proceed on the course IF THE CADET CHOOSES TO TAKE "AN EVENT FAILURE" for this obstacle. Should the cadet not want to accept an event failure then he/she may continue to attempt the obstacle as long as they desire.

J. THE HORIZONTAL LADDER - (Obstacle #9)

1. Performance: (Men and Women) Jump and hang on the first rung with one or both hands and suspend your weight from each rung as you move to the other end, ensuring that you suspend your weight from the last rung. If the cadet falls off the rungs they will return to the beginning of the ladder, remount and repeat the entire obstacle. A cadet who cannot grasp the ladder on their own may request a lift to a dead arm hang position on the first rung.

2. Extra Attempts Time: (Men and Women) If an individual fails to complete the obstacle successfully, they will have one 15 second extra attempts time in order to successfully complete the obstacle and then continue on with the test.

3. Event Failure: (Men and Women) If after the prescribed extra attempts time, the cadet has failed to successfully negotiate the obstacle they are allowed to proceed on the course IF THE CADET CHOOSES TO TAKE "AN EVENT FAILURE" for this obstacle. Should the cadet not want to accept an event failure then he/she may continue to attempt the obstacle as long as they desire.

K. THE ROPE CLIMB - (Obstacle #10)

1. Performance: (Man and Women) Using any leg and hand method or hands only, climb the rope and touch the red mark on the rope four feet above the shelf before touching any part of the shelf or shelf supports. Mount the shelf and continue the test by climbing over the railing to the track.

2. Extra Attempts Time: (Men and Women)

a. If a cadet touches the red mark on the rope four feet above the shelf, and then returns to the floor, the cadet may climb the cargo net AND IS NOT AN EVENT FAILURE.

b. If a cadet mounts the shelf with out touching the red mark four feet above the shelf. The cadet will be held for 15 seconds and then be sent to the track. The cadet is NOT AN EVENT FAILURE.

c. If a cadet passes the first red mark on the rope (Below the shelf) but fails to reach the second mark and fails to mount the shelf, the cadet will re-attempt to climb the rope for one 15 second extra attempts time.

d. If a cadet fails to make it to the first red mark on the rope, the cadet will attempt to the-climb the rope for one 30 second extra attempts time.

e. If a cadet reaches the second red mark but fails to mount the shelf, and the cadet is assisted onto the shelf, the cadet is held for 15 seconds.

3. Event Failure: (Men and Women) If after the prescribed extra attempts time, the cadet has failed to successfully negotiate the obstacle they are allowed to proceed on the course IF THE CADET CHOOSES TO TAKE "AN EVENT FAILURE" for this obstacle. Should the cadet not want to accept an event failure then he/she may continue to attempt the obstacle as long as they desire. In order to continue on the course the cadet must proceed to the cargo net. If the cadet fails to negotiate the cargo net they are a failure for the IOCT receiving the lowest "F" possible (350/1000).

L. RUNNING TWO AND THREE QUARTERS LAPS ON THE TRACK - (Obstacle #11)

1. Performance: (Men and Women) Climb over the railing to the track and pick up a 6 pound medicine ball. Hold the ball in two hands in front of your body and run one full lap around the track. Do not carry the ball one handed or on the hips, shoulder, etc. Drop the ball where it was picked up and pick up a baton. Carry it in a visible manner, for one full lap. Drop the baton where it was picked up. Run empty handed to the finish line and on the last turn raise your empty hands over your head when approaching the finish line. Listen to the instructor at the finish line sound off with your finishing time as you cross the line. Stop immediately and pick up your time slip at the door. Go immediately to the third floor hallway turn-in table. Pick up your card and report to the instructor at the table.

## IOCT PREPARATION AND PRACTICE

INVITE YOURSELF TO PRACTICE THE IOCT. Taking fourth class gymnastics is only a start to reaching your potential on the IOCT not the end. You can not "pull an overnighter" on the IOCT and do well. Practice is required over a period of weeks and months. The crucial parts of the IOCT are set up 24 hours a day, that is, the shelf, across the H-bars, horizontal ladder, rope and the track run. All a cadet has to do is place a mat under the shelf or the rope and start to WORK WITH OR WITHOUT A PARTNER. Also during lessons 2-12 for fourth class gymnastics, the entire IOCT is set up from 0705 hours to 1115 hours. Any cadet can practice the IOCT during these hours providing it does not interfere with the respective fourth class gymnastics section.

Most failures on the IOCT are due to a specific cadet not practicing for lower TIME AND

TECHNIQUE. Examples are:

TIME FOR THE SHELF AND ACROSS THE H-BARS - The #1 most failed event for men and women is the "time in seconds to do the shelf and come across the H-bars." A good performer's time is about 14-17 seconds from floor to floor whereas a poor time is about 18-30 seconds which means either a lower grade or an F on the IOCT. These two events must be practiced for time with every hand and foot placement choreographed. Too often, a cadet practices the shelf without partner assistance (spotter) and performs too few repetitions to "hone" the technique and build "trunk flexion strength". The purpose of the partner is (1.) to mold the correct movements and (2.) to give just the right amount of assistance to keep the performer moving to hook the heel and to get over the edge. Even if a cadet fails to do the shelf in the 15 seconds extra attempts period, the cadet must still climb the cargo net and come across the H-bars efficiently timewise.

ROPE - Cadets fail the rope because they use 6-8 leg exchanges to get up sixteen feet instead of 3-5 leg exchanges (clinch, lock, grapevine techniques), In other words, because the leg technique used is only 40-50% effective (versus 80-100%) effective it results in climbing the rope essentially "all arms". Test your leg technique by "hooking an elbow" on each leg exchange. Then time yourself from the bottom to the top.

HORIZONTAL LADDER - Cadets tend to practice the horizontal ladder hand-over-hand without using partner assistance. Using a partner, who holds the performer just above one knee with both hands, the performer should execute repetitive trips on the horizontal ladder to build strength and muscular endurance thus gaining margin for this event

To do well on the IOCT, one must first be sure to execute correct techniques and then train for the quickest time. Have a DPE gymnastics instructor or top IOCT cadet check your technique efficiency on each event.

SOME WORKOUT SUGGESTIONS:

1. SHELF only X 10. Get up and down the shelf with or without partner assistance (especially for women).

2. Time yourself on the shelf and across the H-bars from floor to floor X 5 with or without partner assistance.

3. Up and down the ENTIRE 20' ROPE TWICE using only 8 leg exchanges per trip X 1

4. Time the first 1/3 of the IOCT (the start to the floor off the H-bars).

Time the second 1/3 of the IOCT (the floor under the H-bars to feet on the track after the rope climb).

Time the last 1/3 of the IOCT (1 lap w/medicine ball, 1 lap w/baton, and 1/2 lap to finish).

Add up all three times to assess your IOCT potential, then try to improve upon the times.

5. Time a "modified IOCT" (run from the start to the shelf, up the shelf and across the H-bars, run to the horizontal ladder, across the ladder, up the rope and run the 2 1/2 laps on the track). This can be done

when the complete IOCT is not setup.

6. RUN THE IOCT COURSE EXACTLY LIKE THE TEST FOR TIME.

7. Run anaerobic track intervals. Using the indoor track, do sets of 5 X 30 second laps with a 90 second jog between laps. Start with two sets and build to five sets using a 5:00 minute walk between sets. Add medicine ball as an alternative.

**<u>EXHIBIT C</u>**



