UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURE POWER BOOT CAMP, INC.; PURE POWER BOOT-CAMP FRANCHISING CORPORATION; and PURE POWER BOOT CAMP JERICHO INC.,<br><br>      Plaintiffs,<br><br> - against –<br><br>WARRIOR FITNESS BOOT CAMP, LLC; ALEXANDER KENNETH FELL a/k/a ALEX FELL, Individually; RUBEN DARIO BELLIARD a/k/a RUBEN BELLIARD, Individually; JENNIFER J. LEE, Individually; and NANCY BAYNARD, Individually,<br><br>      Defendants. | ECF Case<br>Case No. 08-cv-4810 (JGK) (THK) |

## AFFIDAVIT OF AMY MARKS

STATE OF NEW YORK )
         ss:
COUNTY OF NEW YORK)

AMY MARKS, being duly sworn, deposes and says:

1. I was a member of Pure Power Boot Camp ("Pure Power") for approximately 2 ½ years. While at Pure Power, my instructors were Alex Fell ("Fell") and Ruben Belliard ("Belliard").

2. I remained at Pure Power for one reason -- my trainers, Fell and Belliard, who were amazing instructors. Pure Power itself had deteriorated from the time that I joined, to the extent that had I not insisted that Pure Power dispose of the old, filthy workout mats, and order new ones, I would have contacted the Health Department to make a complaint.

3. When I learned that Fell and Belliard had left Pure Power, and had opened their own gym, Warrior Fitness Boot Camp ("Warrior"), I determined to follow them there.

4. *No one solicited me to join Warrior.*

NY1 120529v1 07/01/08

5. Warrior looks totally different than Pure Power. The gyms have different colors, appearances, feel, atmosphere, and layout.

6. Before I left Pure Power, Brenner publicly quoted to class of about 10 members from what appeared to be private emails. Brenner also referenced private emails to me over the telephone.

*[signature]*
AMY MARKS

Sworn to before me this
1st day of July, 2008

*[signature]*
Notary Public

HEATHER WRENN
Notary Public, State of New York
No. 01WR6134614
Qualified in Queens County
Commission Expires October 3, 2009

2