UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PURE POWER BOOT CAMP, INC.; PURE
POWER BOOT-CAMP FRANCHISING
CORPORATION; and PURE POWER BOOT
CAMP JERICHO INC.,

        Plaintiffs,

- against –

WARRIOR FITNESS BOOT CAMP, LLC;
ALEXANDER KENNETH FELL a/k/a ALEX FELL,
Individually; RUBEN DARIO BELLIARD
a/k/a RUBEN BELLIARD, Individually;
JENNIFER J. LEE, Individually;
and NANCY BAYNARD, Individually,

        Defendants.

Case No. 08-cv-4810 (JGK) (THK)

**AFFIDAVIT OF BRENT A. LEFFEL**

STATE OF NEW YORK  )
                             ss:
COUNTY OF NEW YORK)

        BRENT A. LEFFEL, being duly sworn, deposes and says:

        1.      I am a managing director of Angelo, Gordon and Co., and I am the acting Chairman of the Board of Crunch Fitness.

        2.      Crunch Fitness is a large and well-known health club operating throughout the United States. It maintains approximately fifteen locations in the New York City area.

        3.      Crunch Fitness has not entered into restrictive covenants not to compete with any of its personal trainers.

_____
BRENT A. LEFFEL

Sworn to before me this
3JTH day of June, 2008

_____
Notary Public

WYNNE FONG
Notary Public, State of New York
No. 01FO6019224
Qualified in New York County
Commission Expires Feb. 1, 20 11

2