

**Fox Rothschild** LLP
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

Daniel A. Schnapp
Direct Dial: (212) 878-7960
Email Address: dschnapp@foxrothschild.com

JUL 09 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08
```

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
July 10, 2008

**VIA FACSIMILE**

7/10/08

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **Pure Power Boot Camp, et al. v. Warrior Fitness, et al.
      08 Civ. 4810 (JGK) (THK)**

Your Honor:

This firm represents the Defendants in the above-captioned action. We write to request an extension of time from Friday July 11, 2008 to Wednesday July 16, 2008 for Defendants to submit their Motion to Dismiss Plaintiffs' Complaint. We have sought Plaintiffs' consent to this extension but we have not heard back.

As the Court is aware, Defendants' Motion to Dismiss Plaintiffs' Complaint is currently due tomorrow, Friday, July 11, 2008. However, in light of Defendants filing a Motion for an Order Precluding the Use or Disclosure of Specific E-Mails, as well as the filing of voluminous papers in opposition to Plaintiff's Motion for a Preliminary Injunction, Defendants are slightly delayed in filing their Motion to Dismiss.

Plaintiffs will not be prejudiced by the short extension because this Court must presumably consider Defendants' Motion concerning the stolen e-mails and Plaintiffs' Motion for a Preliminary Injunction before entertaining Defendants' Motion to Dismiss.

Accordingly, Defendants respectfully request that the Court grant a short extension of three business days to Defendants to submit their Motion to Dismiss Plaintiffs' Complaint so that Defendants' Motion is due to be served by Wednesday, July 16, 2008.



Fox Rothschild LLP
ATTORNEYS AT LAW

Hon. John G. Koeltl
July 10, 2008
Page 2

      We thank the Court for its attention to these matters.

                                      Respectfully submitted,

                                      Daniel A. Schnapp (DS 3484)

cc. Richard Herzfeld, Esq.