FOX ROTHSCHILD LLP
BY: DANIEL A. SCHNAPP, ESQ. (DS 3484)
*Attorneys for Defendants*
100 PARK AVENUE, SUITE 1500
NEW YORK, NEW YORK 10016
(212) 878-7900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURE POWER BOOT CAMP, INC. PURE POWER BOOT-CAMP FRANCHISING CORPORATION, and PURE POWER BOOT CAMP JERICHO INC.,<br><br>Plaintiffs,<br><br>- against –<br><br>WARRIOR FITNESS BOOT CAMP, LLC; ALEXANDER KENNETH FELL a/k/a ALEX FELL, Individually; RUBEN DARIO BELLIARD a/k/a RUBEN BELLIARD, Individually; JENNIFER J. LEE, Individually; and NANCY BAYNARD, Individually,<br><br>Defendants. | ECF Case<br>Case No. 08-cv-4810 (JGK) (THK)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that Defendants hereby move to dismiss Plaintiffs' Complaint in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") and/or for summary judgment pursuant to FRCP 12(d).

_____
Daniel A. Schnapp (DS 3484)
FOX ROTHSCHILD, LLP
100 PARK AVENUE, 15th FLOOR
NEW YORK, NY 10017

NY1 300506v1 07/14/08