

Fox Rothschild LLP
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900 Fax 212.692.0940
www.foxrothschild.com

Daniel A. Schnapp
Direct Dial: (212) 878-7960
Email Address: dschnapp@foxrothschild.com

July 14, 2008

*VIA FAX (212) 805-7932*
Hon. Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl St., Room 1660
New York, NY 10007

**Re:    Pure Power Boot Camp, et al. v. Warrior Fitness, et al.**
**08 Civ. 4810 (JGK) (THK)**

Your Honor:

This firm represents Defendants in the above-referenced action. We write the Court to address Plaintiffs' alarming and sanctionable behavior and to request a pre-motion conference in advance of a motion by Defendants to restrain this ongoing activity.

As the Court is aware, Defendants have addressed, through several letters to the Court, and by Motion pending before the Court, Plaintiff's illegal interception of Defendants' personal and corporate email accounts with the intent to steal private, confidential, and privileged communications. We have also addressed, in our opposition to Plaintiff's Motion for a Preliminary Injunction, Plaintiffs' breaking and entering into Defendants' gym.

Now, Plaintiffs' principal, Lauren Brenner, has apparently harassed Defendants by telephoning their gym and either asking questions using an assumed name and/or disguising her voice for no other reason but to harass Defendants. Last Friday, a caller apparently originating from Brenner's telephone line, telephoned Defendants' facility and Alex Fell picked up the phone. Brenner immediately hung up. In addition, our clients informed us that Brenner has authored two false and defamatory internet reviews of Defendant Warrior on the internet review sites "Yelp" and "Insider Pages."

In addition, despite our requests as set forth in our cease and desist letter annexed hereto, Brenner continues to use unauthorized images of Defendants Fell and Belliard on her website and in her advertisements on the sides of New York City MTA buses.

NY1 300472v1 07/14/08                    A Pennsylvania Limited Liability Partnership

California        Delaware        Florida        Nevada        New Jersey        New York        Pennsylvania



**Fox Rothschild** LLP
ATTORNEYS AT LAW

Hon. Theodore H. Katz
July 14, 2008
Page 2

These illegal activities continue to prejudice and harass Defendants and demonstrate Plaintiffs' vindictive and retaliatory motives in bringing this action. Their recent illegal acts mirror their unethical behavior prior to and during the pendency of this case. As a result of the foregoing, Defendants respectfully request a pre-motion conference in advance of a Motion to be made by Defendants seeking a restraining order against Brenner and/or anyone acting on her behalf to stop her continued illegal activities as set forth above and/or for sanctions as may be appropriate.

We thank the Court for its attention to these matters.

Respectfully submitted,

Daniel A. Schnapp, Esq.

cc:    Hon. John G. Koeltl via fax (212) 805-7912
       Richard L. Herzfeld, Esq. via fax (212) 986-5316

*Any motion for a restraining order would be addressed to Judge Koeltl.*

**SO ORDERED**

7/16/08

THEODORE H. KATZ
**UNITED STATES MAGISTRATE** JUDGE

NY1 300472v1 07/14/08