UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PURE POWER BOOT CAMP, INC.,
PURE POWER BOOT CAMP FRANCHISING   REPLY AFFIDAVIT OF ELIZABETH
CORPORATION, and PURE POWER BOOT   LORENZI IN SUPPORT OF
CAMP JERICHO INC.,                  MOTION FOR A PRELIMINARY
                                    INJUNCTION
                Plaintiffs
                                    Index No.: 08 CV 4810 (JGK)(THK)
      -against-

WARRIOR FITNESS BOOT CAMP, LLC,
ALEXANDER KENNETH FELL a/k/a ALEX
FELL, Individually; RUBEN DARIO BELLIARD
a/k/a RUBEN BELLIARD, Individually;
JENNIFER J. LEE Individually; and NANCY
BAYNARD, Individually,
                Defendants.
-----------------------------------------------------------------x
STATE OF NEW YORK :
            s.s.:
COUNTY OF NEW YORK:

    ELIZABETH LORENZI, being duly sworn, deposes and says:

1. I am the assistant to Lauren Brenner at plaintiffs' New York facility.

2. I understand that Ruben Belliard has submitted an affidavit in which he claims he was in Ms. Brenner's office, that he had permission to be there and that he was looking for drill instructor notes.

3. First no one was allowed in Ms. Brenner's office.

4. Second, all of the drill instructor notes and other forms relating to clients are maintained at my desk. There is nothing of that nature in Ms. Brenner's office or her file cabinet.

1

_____
ELIZABETH LORENZI

Sworn to me this 30th day
of July, 2008

_____
**TIFFANY CHISOLM**
Notary Public - State of New York
No. 01CH6176424
Qualified in New York County
My Commission Expires Oct. 29, 2011