```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

PURE POWER BOOT CAMP, ET AL.,

                Plaintiffs,      08 Civ. 4810 (JGK)

     - against -            ORDER

WARRIOR FITNESS BOOT CAMP, ET AL.,

                Defendants.

------------------------------------

JOHN G. KOELTL, District Judge:

    Based on the plaintiffs' representation that the plaintiff is exploring the possibility of obtaining new counsel, the plaintiffs' time to file an Amended Complaint will be extended to **August 26, 2008**. The defendants may move or answer by **September 16, 2008**. If the defendants file a motion, the plaintiffs should respond by **October 7, 2008**, and the defendants should file their reply by **October 14, 2008**.

    The Court will be required to determine what, if any, effect the Amended Complaint has on the pending motion for a preliminary injunction. By **August 26, 2008**, the plaintiffs should advise the Court what effect, if any, the Amended Complaint has on the motion for a preliminary injunction.

SO ORDERED.

Dated:   New York, New York
         August 11, 2008

                               ~~John G. Koeltl~~ Richard J. Sullivan
                               United States District Judge
                               Part I