UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/25/08

------------------------------------------------------------- x
PURE POWER BOOT CAMP, INC., PURE POWER
BOOT CAMP FRANCHISING CORPORATION, and
PURE POWER BOOT CAMP JERICHO INC.,

                Plaintiffs,

      - against -

WARRIOR FITNESS BOOT CAMP, LLC,
ALEXANDER KENNETH FELL a/k/a ALEX FELL,
Individually, RUBEN DARIO BELLIARD a/k/a
RUBEN BELLIARD, Individually, JENNIFER J. LEE,
Individually, and NANCY BAYNARD, Individually,

                Defendants.
------------------------------------------------------------- x

Case No. 08-cv-4810 (JGK)(THK)

SUBSTITUTION
OF PLAINTIFFS' COUNSEL
ON CONSENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Pure Power Boot Camp, Inc., Pure Power Boot Camp Franchising Corporation, and Pure Power Boot Camp Jericho Inc. substitute as their counsel of record in the above-captioned action MINTZ & GOLD LLP in the place and stead of BAHN, HERZFELD & MULTER, LLP. All papers in this matter should henceforth be served upon MINTZ & GOLD LLP, at the address listed below.

Former counsel and Plaintiffs consent to the substitution. It appears that substitution will not unduly delay the proceedings in this matter. This Substitution of Counsel on Consent may be executed in counterparts, and that facsimile signatures shall be deemed equivalent to originals.

So ordered.
/s/ John G. Koeltl
8/25/08
U.S.D.J.

Dated: New York, New York
August 21, 2008

        MINTZ & GOLD LLP

        Steven G. Mintz (SM-5428)
        Mark Pomerantz (MP-9601)
        470 Park Avenue South
        10th Floor North
        New York, New York 10016-6819
        Tel: (212) 696-4848
        Fax: (212) 696-1231
        mintz@mintzandgold.com
        pomerantz@mintzandgold.com

        *Substituted Counsel for Plaintiffs Pure*
        *Power Boot Camp, Inc., Pure Power Boot*
        *Camp Franchising Corporation, and Pure*
        *Power Boot Camp Jericho Inc.*


        BAHN, HERZFELD & MULTER, LLP


        Richard L. Herzfeld
        555 Fifth Avenue
        New York, New York 10017
        Tel: (212) 818-9019
        Fax: (212) 986-5316
        bhmllp@aol.com

        *Former Counsel for Plaintiffs Pure Power*
        *Boot Camp, Inc., Pure Power Boot Camp*
        *Franchising Corporation, and Pure Power*
        *Boot Camp Jericho Inc.*



Dated: New York, New York
August 20, 2008

     MINTZ & GOLD LLP

Steven G. Mintz (SM-5428)
Mark Pomerantz (MP-9601)
470 Park Avenue South
10th Floor North
New York, New York 10016-6819
Tel: (212) 696-4848
Fax: (212) 696-1231
mintz@mintzandgold.com
pomerantz@mintzandgold.com

*Substituted Counsel for Plaintiffs Pure Power Boot Camp, Inc., Pure Power Boot-Camp Franchising Corporation, and Pure Power Boot Camp Jericho Inc.*

BAHN, HERZFELD & MULTER, LLP

Richard L. Herzfeld
555 Fifth Avenue
New York, New York 10017
Tel: (212) 818-9019
Fax: (212) 986-5316
bhmllp@aol.com

*Former Counsel for Plaintiffs Pure Power Boot Camp, Inc., Pure Power Boot-Camp Franchising Corporation, and Pure Power Boot Camp Jericho Inc.*



I hereby consent to the substitution of Mintz & Gold LLP as my counsel of record in this case.

PURE POWER BOOT CAMP, INC.

By: _____
Lauren Brenner, President

PURE POWER BOOT-CAMP
FRANCHISING CORPORATION

By: _____
Lauren Brenner, President

PURE POWER BOOT CAMP
JERICHO INC.

By: _____
Lauren Brenner, President

**SO ORDERED:**

_____
U.S.D.J.

4