UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――
PURE POWER BOOT CAMP, ET AL.,

              Plaintiffs,        08 Civ. 4810 (JGK)

     - against -             ORDER

WARRIOR FITNESS BOOT CAMP, ET AL.,

              Defendants.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the conference held on July 9, 2009, the defendants' motion to dismiss is **denied without prejudice to the filing of a motion for summary judgment**, with the exception that the motion to dismiss the plaintiffs' defamation claim against defendant Jennifer Lee is **granted**. The dismissal of the defamation claim is without prejudice to filing an amended defamation claim. Any amended defamation claim must be filed within **ten (10) days** of the date of this Order. The Clerk is directed to close Docket No. 80.

SO ORDERED.

Dated:    New York, New York
          July 10, 2009

                                        John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/09