UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

PURE POWER BOOT CAMP, ET AL.,

          Plaintiffs,        08 Civ. 4810 (JGK)

    - against -             ORDER

WARRIOR FITNESS BOOT CAMP, ET AL.,

          Defendants.
---

JOHN G. KOELTL, District Judge:

    The parties will notify the Court whether they consent to trial before a magistrate judge by **August 5, 2010**.

SO ORDERED.

Dated:    New York, New York
           July 27, 2010

                              John G. Koeltl
                            United States District Judge



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-27-10