# REISS EISENPRESS LLP

ATTORNEYS AT LAW

425 MADISON AVENUE

NEW YORK, NEW YORK 10017-1110

TELEPHONE (212) 753-2424

FAX (212) 753-3829

mail@reisseisen.com

HOWARD R. REISS
SHERRI L. EISENPRESS
MATTHEW SHEPPE

AUDREY E. WEINBERGER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2010
```

August 5, 2010

**VIA FACSIMILE**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

re:   Pure Power Boot Camp, Inc., et al. v. Warrior Fitness Boot Camp, LLC
(08-cv-4810 (JGK)(THK))

Dear Judge Koeltl:

We represent Plaintiffs in the above-referenced matter and write on behalf of all of the parties to advise the Court that all of the parties have consented to a trial of this matter before Magistrate Judge Katz. During the July 27, 2010 telephone conference with the Court, you had also asked us to provide the Court with a briefing schedule with respect to the proposed limited summary judgment motions. To the extent the Court is still to hear those motions given the parties consent to a trial before Judge Katz, we propose the following briefing schedule: motion due on August 31, 2010, opposition due on September 21, 2010 and reply due on October 1, 2010.

Respectfully yours,

Matthew Sheppe

cc:   D. Schnapp, Esq. (Defendants' counsel)
      J. Solotaroff, Esq. (Third Party Defendant Elizabeth Lorenzi's counsel)

*The Court will refer the case to M.J. Katz for all purposes including trial. The schedule for all pending motions should be set by M.J. Katz. So ordered. 8/7/10. /s/ J. Koeltl, U.S.D.J.*