UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PURE POWER BOOT CAMP, INC., ET AL.,

                      Plaintiffs,

      - against -

WARRIOR FITNESS BOOT CAMP, LLC, ET
AL.,

                Defendants.

-----------------------------------------------------------------X

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #: _____**
**DATE FILED: 8/12/2010**

08 Civ. 4810 (JGK)(THK)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

___ General Pretrial (includes scheduling,
discovery, non-dispositive pretrial motions,
and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when
the District Judge is unavailable, the time
period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

_X_ Consent under 28 U.S.C. §636(c) for all
purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for
limited purpose (e.g., dispositive motion,
preliminary injunction)

Purpose:_____  _____  _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring
a Report and Recommendation)

Particular Motion:___  _____  ____

_____

All such motions: ____

**SO ORDERED.**

DATED:     New York, New York
          August 7, 2010

                                  _____
                                   **John G. Koeltl**
                              **United States District Judge**

* Do not check if already referred for general pretrial.